# Attachment H

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                                    SUPERIOR COURT, ss.

SUZANNE GENEREUX, ET AL,
Plaintiffs,

v.

BRUSH WELLMAN, INC., ET AL,
Defendants.

CIVIL ACTION
NO: 2004-02520-D

### AFFIDAVIT OF PROOF OF SERVICE

I, Leo V. Boyle, attorney for the plaintiffs, certify that notice of service of process in the above-captioned case was made upon the defendant Kyocera Industrial Ceramics Corp. and copies of the Summons; Complaint and Jury Demand; Amended Complaint and Jury Demand; Civil Action Cover Sheet and Time Standards Tracking Order were mailed by certified mail, return receipt requested on September 9, 2004, to the said defendant's place of business at 24 Prime Park Way, Natick, MA 01760, and signed for on September 14, 2004, as per the attached signed return receipt.

The Plaintiffs,
By their Attorneys,

MEEHAN, BOYLE, BLACK &
Fitzgerald, P.C.

Leo V. Boyle, Esquire
Two Center Plaza, Suite 600
Boston, MA 02108
(617) 523-8300
B.B.O. 052700

Date: _____

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CHIEF EXECUTIVE OFFICER
   KYOCERA INDUSTRIAL
      CERAMICS CORP.
   24 PRIME PARK WAY
   NATICK, MA 01760

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Amanda [illegible]_  ☐ Agent / ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 9/14/04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7099 3220 0008 3837 0814

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

# Attachment I

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                                    SUPERIOR COURT, ss.

SUZANNE GENEREUX, ET AL,
  Plaintiffs,

v.                                                                              CIVIL ACTION
                                                                                NO: 2004-02520-D
BRUSH WELLMAN, INC., ET AL,
  Defendants.

## AFFIDAVIT OF PROOF OF SERVICE

I, Leo V. Boyle, attorney for the plaintiffs, certify that notice of service of process in the above-captioned case was made upon the defendant Kyocera America, Inc. and copies of the Summons; Complaint and Jury Demand; Amended Complaint and Jury Demand; Civil Action Cover Sheet and Time Standards Tracking Order were mailed by certified mail, return receipt requested on September 9, 2004, to the said defendant's place of business at 8611 Balboa Avenue, San Diego, CA 92123, and signed for on September 13, 2004, as per the attached signed return receipt.

The Plaintiffs,
By their Attorneys,

MEEHAN, BOYLE, BLACK &
  Fitzgerald, P.C.

_____
Leo V. Boyle, Esquire
Two Center Plaza, Suite 600
Boston, MA 02108
(617) 523-8300
B.B.O. 052700

Date: _____

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>13 SEP 2004 |
| 1. Article Addressed to:<br>CHIEF EXECUTIVE OFFICER<br>KYOCERA AMERICA, INC.<br>8611 BALBOA AVENUE<br>SAN DIEGO, CA 92123-1580 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7099 3220 0008 3837 0760 |

PS Form 3811, February 2004  Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE  First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MEEHAN, BOYLE, BLACK & FITZGERALD, P.C.
COUNSELLORS AT LAW
TWO CENTER PLAZA
SUITE 600
BOSTON, MASSACHUSETTS 02108-1922

GENEREUX (MBB)