UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-12137-JLT

FILED
IN CLERKS OFFICE

2004 OCT 18 P 4: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

SUSANNE GENEREUX, ET AL.,
    Plaintiffs,

v.

AMERICAN BERYLLIA CORP.,
ET AL.,
    Defendants.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter our appearance on behalf of defendant Raytheon Company in the above-captioned matter.

RAYTHEON COMPANY
By their attorneys,

_____
James F. Kavanaugh, Jr. BBO#262360

_____
Ronald M. Jacobs BBO#561535

CONN KAVANAUGH ROSENTHAL PEISCH
   & FORD, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

DATED: October 18, 2004
211912.1

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 10/18/04

_____