UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-12137-JLT

|  |  |
|---|---|
| SUSANNE GENEREUX, ET AL., <br>     Plaintiffs, <br><br> v. <br><br> AMERICAN BERYLLIA CORP., <br> ET AL., <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION (ASSENTED-TO) OF DEFENDANT RAYTHEON COMPANY TO ENLARGE TIME TO RESPOND TO COMPLAINT

The defendant Raytheon Company, with the assent of counsel to the plaintiff, hereby moves pursuant to Fed. R. Civ. P. 6(b) and Fed. R. Civ. P. 12(a) to enlarge the time within which it must serve a response to the complaint to and including November 10, 2004. As grounds therefor, the defendant states that said additional time is necessary for it to prepare its response because of the complex nature of the issues raised in the complaint.

ASSENTED TO:
Attorneys for Plaintiff,

*Bradley M. Henry* (signature)
Leo V. Boyle, Esq. BBO#052700
Bradley M. Henry, Esq.
BBO#559501
Meehan, Boyle, Black
  &amp; Fitzgerald, P.C.
Two Center Plaza
Suite 600
Boston, MA 01830
617-523-8300

DATED: October 18, 2004
211826.1

DEFENDANT,
RAYTHEON COMPANY,
By their attorneys,

*James F. K.* (signature)
James F. Kavanaugh, Jr. BBO#262360
CONN KAVANAUGH ROSENTHAL PEISCH
  &amp; FORD, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 10/18/04.
*James F. K.* (signature)