# MURTHA CULLINA LLP

ATTORNEYS AT LAW



99 HIGH STREET
BOSTON, MASSACHUSETTS 02110-2320

TELEPHONE (617) 457-4000
FACSIMILE (617) 482-3868
www.murthalaw.com

October 18, 2004

**HAND DELIVERY**

Clerk's Office
United States District Court
1 Courthouse Way
Boston, MA 02210

Re: *Susanne Genereux, et al. v. Brush Wellman, et al.*
United States District Court Case No. 04-CV21237 JLT

Dear Sir or Madam:

In accordance with Local Rule 81.1, enclosed please find certified copies of all documents filed in Middlesex Superior Court concerning this case. Please contact me if you have any questions or require additional information.

Very truly yours,

John C. Wyman

JCW/cab
719583-0002

Enclosures
cc: Counsel of Record

289422_1

BOSTON        HARTFORD        NEW HAVEN

Commonwealth of Massachusetts
**SUPERIOR COURT DEPARTMENT**
THE TRIAL COURT
CAMBRIDGE

FILED
IN CLERKS OFFICE

2004 OCT 18  P 4: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

MICV 2004-02520

I, Karen O'Connor, Deputy Assistant Clerk of the Superior Court, within and for said County of Middlesex, do certify that the annexed papers are true copies made by photographic process of pleadings entered in the Superior Court on the June 11, in the year of our Lord Two Thousand Four.

In testimony whereof, I hereunto set my hand and affix the seal of said Superior Court, at Cambridge, in said County, this October 13, in the year of our Lord Two Thousand Four.

_Karen A. O'Connor_
Deputy Assistant Clerk



# COMMONWEALTH OF MASSACHUSETTS

**MIDDLESEX, SS.**
SUPERIOR COURT DEPARTMENT
CIVIL ACTION NO. 04-02520

FILED
IN CLERKS OFFICE

2004 OCT 18  P 4: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

SUZANNE GENEREUX and BARRY
GENEREUX, Individually and as Parents and
Natural Guardians of their minor children,
ANGELA GENEREUX and KRISTA
GENEREUX,

    Plaintiff,

v.

AMERICAN BERYLLIA CORP., ET AL

    Defendant,

## REMOVAL TO U.S. DISTRICT COURT

Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Civil Docket

FILED
IN CLERKS OFFICE

## MICV2004-02520
### Genereux, Individually & Parent et al v American Beryllia Corp. et al

2004 OCT 18 P 4:25

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | | | |
|---|---|---|---|---|
| File Date | 06/22/2004 | Status | Disposed: transferred to other court (dtrans) | |
| Status Date | 10/13/2004 | Session | D - Cv D (7A Cambridge) | |
| Origin | 1 | Case Type | B04 - Other negligence/pers injury/prop | |
| Lead Case | | Track | F | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 11/20/2004 | Answer | 11/19/2004 | Rule12/19/20 | 11/19/2004 |
| Rule 15 | 11/19/2004 | Discovery | 04/18/2005 | Rule 56 | 05/18/2005 |
| Final PTC | 06/17/2005 | Disposition | 08/16/2005 | Jury Trial | Yes |

### PARTIES

**Plaintiff**
Suzanne Genereux, Individually & Parent
10 Fry Pond Road
Active 06/22/2004

**Private Counsel 052700**
Leo V Boyle
Meehan Boyle Black & Fitzgerald
2 Center Plaza
Suite 600
Boston, MA 02108-1922
Phone: 617-523-8300
Fax: 617-523-0525
Active 06/22/2004 Notify

**Plaintiff**
Barry Genereux, Individually & Parent
10 Fry Pond Road
Active 06/22/2004

\*\*\* See Attorney Information Above \*\*\*

**Plaintiff**
Angela Genereux (ppa)
10 Fry Pond Road
Active 06/22/2004

\*\*\* See Attorney Information Above \*\*\*

**Plaintiff**
Krista Genereux (ppa)
Active 06/22/2004

\*\*\* See Attorney Information Above \*\*\*

MAS-20031124   Case 1:04-cv-12137-JLT   Document 4   Filed 10/18/2004   Page 5 of 7   10/13/2004
johnson                                                                                 09:41 AM

Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Civil Docket

### MICV2004-02520
### Genereux, Individually & Parent et al v American Beryllia Corp. et al

**Defendant**
American Beryllia Corp.
16 First Avenue
Haskell, NJ 07420
Served: 09/13/2004
Served (answr pending) 09/13/2004

**Defendant**
Brush Wellman, Inc.
17876 St. Clair Avenue
Served: 09/14/2004
Served (answr pending) 09/14/2004

**Defendant**
Brush Wellman Ceramics Inc.
22 Graf Road
Served: 09/16/2004
Served (answr pending) 09/16/2004

**Defendant**
Brush Wellman Ceramic Products Inc.
22 Graf Road
Served: 09/16/2004
Served (answr pending) 09/16/2004

**Defendant**
Kyocera America, Inc.
8611 Balboa Avenue
Served: 09/09/2004
Served (answr pending) 09/09/2004

**Defendant**
Kyocera Industrial Ceramics Corporation
5713 East Fourth Plain Boulevard
Served: 09/09/2004
Served (answr pending) 10/01/2004

Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Civil Docket

## MICV2004-02520
### Genereux, Individually & Parent et al v American Beryllia Corp. et al

**Defendant**
Raytheon Company
870 Winter Street
Served: 09/19/2004
Served (answr pending) 09/19/2004

**Defendant**
Hardric Laboratories, Inc.
70 Princeton Street
North Chelmsford, MA 01863
Served: 09/15/2004
Served (answr pending) 09/15/2004

**Defendant**
Cabot Corporation
2 Seaport Lane
Suite 1300
Inactive 09/07/2004

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 06/22/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 06/22/2004 | | Origin 1, Type B04, Track F. |
| 09/07/2004 | 2.0 | Plffs Amended complaint adding American Beryllia Corp. Hardric Laboratories, Inc. as party defts, & making deft Cabot Corporation (inactive) (JURY CLAIM) |
| 09/16/2004 | 3.0 | SERVICE RETURNED (amended complaint): Kyocera America, Inc. 09/09/04 served. |
| 09/16/2004 | 4.0 | SERVICE RETURNED (amended complaint): Kyocera Industrial Ceramics Corporation 09/14/04 by certified mail return receipt attached, 24 Prime Park Way, Natick, MA |
| 09/17/2004 | 5.0 | PlaintiffS' Motion to Extend Time to Perfect Service of Process |
| 09/17/2004 | | MOTION (P#5) Filed in Court and ALLOWED, service deadline extended to 11/20/2004 Dated: September 16, 2004 (Christine M. McEvoy, Justice) Notices mailed September 17, 2004 |
| 09/23/2004 | 6.0 | SERVICE RETURNED (amended complaint): American Beryllia Corp.(Defendant) 09/13/04 by certified mail return receipt attached, 16 First Ave., Haskell, NJ 07420 |
| 09/23/2004 | 7.0 | SERVICE RETURNED (amended complaint): Brush Wellman, Inc.(Defendant) 09/14/04 by certified mail return receipt attached, 17816 St., Clair Ave., Cleveland, OH 44110 |
| 09/23/2004 | 8.0 | SERVICE RETURNED (amended complaint): Brush Wellman Ceramic Products Inc.(Defendant) 09/16/04 in hd, 22 Graf Road, Newburyport, MA |

case01 196359 y y y y y n

MAS-20031124
johnson

Case 1:04-cv-12137-JLT   Document 4   Filed 10/18/2004   Page 7 of 7

Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Civil Docket

10/13/2004
09:41 AM

## MICV2004-02520
### Genereux, Individually & Parent et al v American Beryllia Corp. et al

| Date | Paper | Text |
|---|---|---|
| 09/23/2004 | 9.0 | SERVICE RETURNED (amended complaint): Brush Wellman Ceramics Inc.(Defendant) 09/16/04 in hd, 22 Graf Road, Newburyport, MA |
| 09/23/2004 | 10.0 | SERVICE RETURNED (amended complaint): Hardric Laboratories, Inc.(Defendant) 09/15/04 in hd, 70 Princeton St., North Chelmsford, MA |
| 09/23/2004 | 11.0 | SERVICE RETURNED (amended complaint): Kyocera America, Inc., service made on September 13, 2004 (certified mail) 8611 Balboa Ave., San Diego, CA 92123 |
| 10/01/2004 | 12.0 | SERVICE RETURNED (summons): Kyocera Industrial Ceramics Corporation, service made on October 01, 2004 (in hand) |
| 10/07/2004 | 13.0 | SERVICE RETURNED (amended complaint): Raytheon Company(Defendant) 09/19/04 in hd, 870 Winter St., Waltham, MA |
| 10/13/2004 | 14.0 | Case REMOVED this date to US District Court of Massachusetts by Deft Kyocera America, Inc., Kyocera Industrial Ceramics Corp and Brush Wellman Inc |
| 10/13/2004 | | ABOVE ACTION THIS DAY REMOVED TO U.S. DISTRICT CRT OF MASSACHUSETTS |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 06/22/2005 | Cv D (7A Cambridge) | Status: Review Annual Fee | |