FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS 2004 OCT 20 P 4: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

SUZANNE GENEREUX and
BARRY GENEREUX, Individually and
as Parents and Natural Guardians of their
Minor Children, ANGELA GENEREUX
and KRISTA GENEREUX,

Plaintiffs,

v.

AMERICAN BERYLLIA CORP.,
BRUSH WELLMAN INC.,
BRUSH WELLMAN CERAMICS, INC.,
BRUSH WELLMAN CERAMICS
PRODUCTS, INC., HARDRIC
LABORATORIES, INC., KYOCERA
AMERICA, INC., KYOCERA
INDUSTRIAL CERAMICS CORP., and
RAYTHEON COMPANY,

Defendants.

C.A. No. 04-12137-JLT

MOTION (ASSENTED-TO) OF DEFENDANT BRUSH WELLMAN, INC.
(AND MIS-NAMED ENTITIES "BRUSH WELLMAN CERAMICS, INC."
AND "BRUSH WELLMAN CERAMICS")
TO ENLARGE TIME TO RESPOND TO COMPLAINT

The Defendant, Brush Wellman Inc., with the assent of counsel to the plaintiffs, moves for an enlargement of the time within which it must serve a response to the Complaint, on its own behalf and with respect to the other "Brush Wellman" entities mis-named in the Complaint,[1] to and including November 10, 2004.

As grounds for its motion, Brush Wellman states that the Complaint raises complex issues of fact and law, and additional time is necessary to prepare an appropriate response.

---

[1] No corporate entities exist with the names "Brush Wellman Ceramics, Inc." or "Brush Wellman Ceramics."

ASSENTED TO:

| | |
|---|---|
| SUZANNE GENEREUX et al. | BRUSH WELLMAN INC., et al. |
| By their attorneys, | By their attorneys, |
| *Leo V. Boyle (AMS)* | *[signature]* |
| Leo V. Boyle, Esq. BBO#052700 | Alan M. Spiro, BBO# |
| Bradley M. Henry, Esq. BBO#559501 | Edward & Angell, LLP |
| Meeham, Boyle, Black & Fitzgerald, P.C. | 101 Federal Street |
| Two Center Plaza, Suite 600 | Boston, MA 02110 |
| Boston, MA 01830 | (617) 951-2204 |
| (617) 523-8300 | |

Dated: October 20, 2004

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON 10/20/04