UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE GENEREUX and BARRY GENEREUX, Individually and as Parents and Natural Guardians of their minor children, ANGELA GENEREUX and KRISTA GENEREUX,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN BERYLLIA CORP., BRUSH WELLMAN, INC., BRUSH WELLMAN CERAMICS, INC., BRUSH WELLMAN CERAMIC PRODUCTS INC., HARDRIC LABORATORIES, INC., KYOCERA AMERICA, INC., KYOCERA INDUSTRIAL CERAMICS CORP., and RAYTHEON COMPANY,<br><br>Defendants. | Case No. 04-CV-12137 JLT |

## ASSENTED-TO MOTION TO EXTEND THE TIME
## FOR SERVING AND FILING RESPONSIVE PLEADINGS

The Defendants Kyocera America, Inc., and Kyocera Industrial Ceramics Corp., respectfully move to extend the time within which they may serve and file responsive pleadings in this action to and including Wednesday, November 10, 2004. In support of this Motion, the Defendants state that additional time is necessary for them to prepare their responses because of the complex nature of the issues raised in the Plaintiffs' Complaint.

| ASSENTED TO: | By their Attorney, |
|---|---|
| For Plaintiffs Suzanne Genereux and Barry Genereux | For Defendants Kyocera America, Inc., and Kyocera Industrial Ceramics Corp. |
| /s/ Bradley Henry<br>Leo V. Boyle (BBO #052700)<br>Bradley M. Henry (BBO #559501)<br>Meehan, Boyle, Black & Fitzgerald, P.C.<br>Two Center Plaza, Suite 600<br>Boston, MA 02108<br>(617) 523-8300 | /s/<br>John C. Wyman (BBO #535620)<br>MURTHA CULLINA LLP<br>99 High Street, 20th Floor<br>Boston, Massachusetts 02110<br>(617) 457-4000 |

Dated: October 26, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October 2004 I served a copy of the within Assented-To Motion to Extend the Time for Serving and Filing Responsive Pleadings upon the following persons by United States mail, postage prepaid:

*Plaintiffs' Attorney*:

Leo V. Boyle, Esq.
Bradley M. Henrey, Esq.
MEEHAN, BOYLE, BLACK &
FITZGERALD, P.C.
Two Center Plaza, Suite 600
Boston, MA 02108

*American Beryllium Corp.*

Robert Sharon, Esq.
225 Broadway, Suite 2600
New York, NY 10007

*Defendant Raytheon Company*

Jeffrey Axelrod, Esq.
Senior Environmental Counsel
RAYTHEON LEGAL DEPARTMENT
141 Spring Street
Lexington, MA 02173

James F. Kavanaugh, Esq.
CONN KAVANAUGH ROSENTHAL
  PEISCH & FORD LLP
Ten Post Office Square
Boston, MA 02109

*Defendants Kyocera America, Inc.*
*And Kyocera Industrial Ceramics Corp.*

Don G. Rushing, Esq.
Kristina Hoy, Esq.
MORRISON & FOERSTER LLP
3811 Valley Centre Drive
Suite 500a
San Diego, CA 92130

*Brush Wellman*

Alan M. Spiro, Esq.
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110

*Hardric Laboratories, Inc.*

Robert Nadeau, Esq.
Route 1, Unit 4A
1332 Post Road
Wells, ME 04090

John C. Wyman (BBO #535620)
MURTHA CULLINA LLP
99 High Street, 20th Floor
Boston, Massachusetts 02110
(617) 457-4000

287879