UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Suzanne Genereux, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 04-CV-12137 JLT |
| | ) |
| American Beryllia Corp., et al. | ) |
| | ) |
| Defendants. | ) |

**MOTION OF DEFENDANTS BRUSH WELLMAN INC., BRUSH WELLMAN CERAMICS INC. AND BRUSH WELLMAN CERAMIC PRODUCTS INC. TO DISMISS COUNTS IV, V, VI, VII, VIII, XII, AND XIII OF PLAINTIFFS' AMENDED COMPLAINT FOR FAILURE TO STATE CLAIMS UPON WHICH RELIEF MAY BE GRANTED**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendants Brush Wellman Inc., Brush Wellman Ceramics Inc. and Brush Wellman Ceramic Products Inc. (collectively "Brush Wellman") move to dismiss counts IV, V, VI, VII, VIII, XII, and XIII of plaintiffs' Amended Complaint.[1]

The grounds for this motion are: (1) Counts Four and Twelve of plaintiffs' complaint fail to state claims for ultrahazardous and/or abnormally dangerous activities under established Massachusetts law; (2) Counts Five and Thirteen fail to state claims under M.G.L. Chapter 93A because of plaintiffs' failure to comply with statutory notice prerequisites; (3) Count Six fails to state a claim for fraudulent concealment or nondisclosure, a business tort whose elements are not pleaded here; (4) Count Seven fails to state a claim for civil conspiracy under Massachusetts law;

---

[1] Plaintiffs' Amended Complaint names "Brush Wellman Ceramics, Inc." and "Brush Wellman Ceramic Products, Inc." as defendants. Those entities do not exist and their inclusion in the Amended Complaint is the subject of a Rule 21 motion, filed herewith, to drop these defendants.

- 1 -

and (5) Count Eight fails to state a claim for "medical monitoring," insofar as that cause of action does not exist in Massachusetts.

WHEREFORE, and for the reasons set forth in the accompanying memorandum of law, Counts IV, V, VI, VII, VIII, XII, and XIII of plaintiffs' Amended Complaint should be dismissed in their entirety.

                                             BRUSH WELLMAN INC.,
                                             BRUSH WELLMAN CERAMICS INC., and
                                             BRUSH WELLMAN CERAMIC PRODUCTS
                                             INC.

                                             By their attorneys,

Dated: November 10, 2004                    _____
                                             Alan M. Spiro BBO # 475650
                                             Edwards & Angell, LLP
                                             101 Federal Street
                                             Boston, MA 02110
                                             Tel:   617.951.2204
                                             Fax:   617.439.4170

                                             Jeffery D. Ubersax
                                             Jones Day
                                             North Point
                                             901 Lakeside Ave.
                                             Cleveland, Ohio 44114-1190
                                             Tel:   (216) 586-3939
                                             Fax:   (216) 579-0212

                                             (Application for Admission *Pro Hac Vice* pending)

_467304_1/

## REQUEST FOR ORAL ARGUMENT

Defendant Brush Wellman Inc. believes that oral argument may assist the Court and hereby requests a hearing on the foregoing Motion to Dismiss Counts IV, V, VI, VII, VIII, XII, and XIII of Plaintiffs' Amended Complaint.

_____
Alan M. Spiro BBO # 475650
Attorney for Defendant Brush Wellman Inc.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I HEREBY CERTIFY that on this 10th day of November, 2004, the undersigned counsel conferred with counsel for plaintiffs, Bradley M. Henry, by telephone, and attempted, in good faith, to resolve or narrow the issues addressed in the foregoing **Motion of Defendants Brush Wellman Inc., Brush Wellman Ceramics Inc., and Brush Wellman Ceramic Products Inc. to Dismiss Counts IV, V, VI, VII, VIII, XII, AND XIII of Plaintiffs' Amended Complaint for Failure to State Claims Upon Which Relief May be Granted**.

_____
Alan M. Spiro BBO # 475650
Attorney for Defendant Brush Wellman Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of November, 2004, a true and correct copy of the foregoing **Motion of Defendants Brush Wellman Inc., Brush Wellman Ceramics Inc., and Brush Wellman Ceramic Products Inc. to Dismiss Counts IV, V, VI, VII, VIII, XII, AND XIII of Plaintiffs' Amended Complaint for Failure to State Claims Upon Which Relief May be Granted** was served via U.S. mail, first class postage prepaid, to the following:

| Attorney for Plaintiffs | Attorneys for Defendant Raytheon |
|---|---|
| Leo V. Boyle, Esq. | Ronald M. Jacobs, Esq. |
| Bradley M. Henry, Esq. | James F. Kavanaugh, Jr., Esq. |
| Meehan, Boyle, Black & Fitzgerald, PC | Conn, Kavanaugh, Rosenthal, Peisch & Ford, LLP |
| Two Center Plaza | Ten Post Office Square, |
| Suite 600 | 4th Floor |
| Boston, MA 02108 | Boston, MA 02109 |
| 617-523-8300 | 617-482-8200 |

**Attorneys for Defendant American Beryllia**

Robert P. Sharon, Esq.
Robert P. Sharon P.C.
225 Broadway
Suite 2600
New York, New York  10007
212-227-5550

**Attorney for Defendants Kyocera America, Inc. and Kyocera Industrial Ceramics Corp.**

John C. Wyman
Murtha Cullina, LLP
20th Floor
99 High Street
Boston, MA 02110-2320
617-457-4041

**Attorney for Defendant Hardric Laboratories, Inc.**

Robert Nadeau, Esq.
Nadeau & Associates
1332 Post Road, Suite 4A
Wells, Maine  04090
207-324-3500

_____
Alan M. Spiro BBO # 475650
Attorney for Brush Wellman Inc.,
Brush Wellman Ceramics Inc., and
Brush Wellman Ceramic Products Inc.