UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Suzanne Genereux, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 04-CV-12137 JLT |
| ) | |
| American Beryllia Corp., et al. ) | |
| ) | |
| Defendants. ) | |

**MOTION OF DEFENDANT BRUSH WELLMAN INC.
TO DROP MISJOINED PARTIES**

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, defendant Brush Wellman Inc. ("Brush Wellman") moves for an order dropping defendants Brush Wellman Ceramics Inc. and Brush Wellman Ceramic Products Inc. from this litigation. In support of this motion, Brush Wellman submits the attached Affidavit of Michael C. Hasychak, and states as follows:

1. Brush Wellman Ceramic Products Inc. existed briefly as an acquisition vehicle, but it was liquidated into Brush Wellman Inc. on September 30, 1981 and has not been an active corporate entity since that time.

2. Brush Wellman Ceramics Inc. was dissolved on November 17, 1981.

BRUSH WELLMAN INC.

By its attorneys,

Dated: November 10, 2004

Alan M. Spiro BBO # 475650
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
Tel:  617.951.2204
Fax:  617.439.4170

Jeffery D. Ubersax
Jones Day
North Point
901 Lakeside Ave.
Cleveland, Ohio 44114-1190
Tel:    (216) 586-3939
Fax:    (216) 579-0212

(Application for Admission *Pro Hac Vice* pending)

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I HEREBY CERTIFY that on this 10th day of November 2004, the undersigned counsel conferred with counsel for plaintiffs, Bradley M. Henry, by telephone, and attempted, in good faith, to resolve or narrow the issues addressed in this **Motion of Defendant Brush Wellman Inc. to Drop Misjoined Parties**.

_____
Alan M. Spiro BBO # 475650
Attorney for Defendant Brush Wellman Inc.

## REQUEST FOR ORAL ARGUMENT

Defendant Brush Wellman Inc. believes that oral argument may assist the Court and hereby requests a hearing.

_____
Alan M. Spiro BBO # 475650
Attorney for Defendant Brush Wellman Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Suzanne Genereux, et al.              )
                                      )
    Plaintiffs,                       )
                                      )
v.                                    )
                                      )   Case No. 04-cv-12137 JLT
American Beryllia Corp., et al.,      )
                                      )
    Defendants.                       )
                                      )
                                      )

## AFFIDAVIT OF MICHAEL C. HASYCHAK IN SUPPORT OF MOTION OF DEFENDANT BRUSH WELLMAN INC. TO DROP MISJOINED PARTIES

STATE OF OHIO                  )
                               )  ss.
COUNTY OF CUYAHOGA             )

MICHAEL C. HASYCHAK, being first duly sworn, states as follows:

1. I am the Vice President, Treasurer and Secretary of Brush Wellman Inc., and have personal knowledge of its business activities and the facts set forth in this affidavit. If called as a witness, I could testify competently thereto. This affidavit is submitted in support of Brush Wellman Inc.'s Motion to Drop Misjoined Parties.

2. "Brush Wellman Ceramics Inc." was dissolved on November 12, 1981 as reflected by the attached printout from the database of the Secretary of the Commonwealth of Massachusetts. (Exhibit A)

3. Also in 1981, "Brush Wellman Ceramic Products Inc." was created solely as an acquisition vehicle. Brush Wellman Ceramic Products Inc. purchased the stock of EPI

CLJ-1242484v1

Ceramic Products, Inc. on June 30, 1981, and was merged into EPI Ceramic Products Inc. that same day. The name of EPI Ceramic Products was changed to "Brush Wellman Ceramic Products Inc.", which was liquidated into Brush Wellman Inc. on September 30, 1981. Since that time, there has been no active company named "Brush Wellman Ceramic Products Inc."

_____
Michael C. Hasychak

Subscribed and sworn to before me this 9th day of November, 2004.

_____
Notary Public

THERESA R. HAUMANN, Attorney
Notary Public, State of Ohio
My Commission Has No Expiration Date
Section 147.03 R.C.

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON 11/10/5

CLI-1242484v1

- 2 -



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

### BRUSH WELLMAN CERAMICS INC. Summary Screen

Help with this form

**Request a Certificate**

The exact name of the Domestic Profit Corporation: **BRUSH WELLMAN CERAMICS INC.**

Entity Type: Domestic Profit Corporation

Identification Number: 000169994

Date of Organization in Massachusetts: 05/21/1981

Date of Voluntary Dissolution: 11/12/1981

Current Fiscal Month / Day: 12 / 31     Previous Fiscal Month / Day: 00 / 00

The location of its principal office in Massachusetts:
No. and Street: NEWBURYPORT INDST. PARK
City or Town: NEWBURYPORT   State: MA   Zip: 01950   Country: USA

If the business entity is organized wholly to do business outside Massachusetts, the location of that office:
No. and Street:
City or Town:   State:   Zip:   Country:

The name and address of the Registered Agent:
Name: CT CORPORATION SYSTEM
No. and Street: 101 FEDERAL STREET
City or Town: BOSTON   State: MA   Zip: 02110   Country: USA

The officers and all of the directors of the corporation:

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT | RAYMOND A. FOOS | 7376 BALDWIN CLARK DR., MIDDLEBURG HTS, OH 44130 USA<br>7376 BALDWIN CLARK DR., MIDDLEBURG HTS, OH 44130 USA | |
| TREASURER | ROBERT C. MCMANAMON | 3425 PALMER DR., ROCKY RIVER, OH 44116 USA<br>3425 PALMER DR., ROCKY RIVER, OH 44116 USA | |

business entity stock is publicly traded: __

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of November, 2004, a true and correct copy of the foregoing **Motion of Defendant Brush Wellman Inc. to Drop Misjoined Parties** was served via U.S. mail, first class postage prepaid, to the following:

**Attorney for Plaintiffs**

Leo V. Boyle, Esq.
Bradley M. Henry, Esq.
Meehan, Boyle, Black & Fitzgerald, PC
Two Center Plaza
Suite 600
Boston, MA 02108
617-523-8300

**Attorneys for Defendant American Beryllia**

Robert P. Sharon, Esq.
Robert P. Sharon P.C.
225 Broadway
Suite 2600
New York, New York  10007
212-227-5550

**Attorneys for Defendant Raytheon**

Ronald M. Jacobs, Esq.
James F. Kavanaugh, Jr., Esq.
Conn, Kavanaugh, Rosenthal, Peisch & Ford, LLP
Ten Post Office Square,
4th Floor
Boston, MA 02109
617-482-8200

**Attorney for Defendants Kyocera America, Inc. and Kyocera Industrial Ceramics Corp.**

John C. Wyman
Murtha Cullina, LLP
20th Floor
99 High Street
Boston, MA 02110-2320
617-457-4041

**Attorney for Defendant Hardric Laboratories, Inc.**

Robert Nadeau, Esq.
Nadeau & Associates
1332 Post Road, Suite 4A
Wells, Maine  04090
207-324-3500

_____
Alan M. Spiro BBO # 475650
Attorney for Brush Wellman Inc.,
Brush Wellman Ceramics Inc., and
Brush Wellman Ceramic Products Inc.

CLI-1242490v1