UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE GENEREUX and BARRY GENEREUX, Individually and as Parents and Natural Guardians of their minor children, ANGELA GENEREUX and KRISTA GENEREUX,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN BERYLLIA CORP., BRUSH WELLMAN, INC., BRUSH WELLMAN CERAMICS, INC., BRUSH WELLMAN CERAMIC PRODUCTS INC., HARDRIC LABORATORIES, INC., KYOCERA AMERICA, INC., KYOCERA INDUSTRIAL CERAMICS CORP., and RAYTHEON COMPANY,<br><br>Defendants. | Case No. 04-CV-12137 JLT |

## ASSENTED-TO MOTION TO EXTEND THE TIME FOR SERVING AND FILING RESPONSIVE PLEADINGS

The Defendant Hardric Laboratories, Inc. respectfully moves to extend the time within which it may serve and file responsive pleadings in this action to and including Wednesday, November 10, 2004. In support of this Motion, the Defendant states that additional time is necessary for it to prepare it's responses because of the complex nature of the issues raised in the Plaintiffs' Complaint.

**ASSENTED TO:**

For Plaintiffs Suzanne Genereux and Barry Genereux

*/s/ Robert M.A. Nadeau*

Leo V. Boyle (BBO #052700)
Bradley M. Henry (BBO #559501)
Meehan, Boyle, Black & Fitzgerald, P.C.
Two Center Plaza, Suite 600
Boston, MA 02108
(617) 523-8300

By its Attorney,

For Defendant Hardric Laboratories, Inc.

*/s/ Robert M.A. Nadeau*

Robert M.A. Nadeau (BBO #566280)
Nadeau & Associates, P.A.
Route 1, Unit 4A
Wells, Maine 04090
(207) 646-4000

Dated: October 26, 2004