UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Suzanne Genereux, et al. </br></br>Plaintiffs, </br></br>v. </br></br>American Beryllia Corp., et al. </br></br>Defendants. | ) </br> ) </br> ) </br> ) </br> ) Case No. 04-cv-12137 JLT </br> ) </br> ) </br> ) </br> ) </br> ) |

### AFFIDAVIT OF MICHAEL C. HASYCHAK IN SUPPORT OF MOTION OF DEFENDANT BRUSH WELLMAN INC. TO DROP MISJOINED PARTIES

| | |
|---|---|
| STATE OF OHIO | ) </br> ) ss. |
| COUNTY OF CUYAHOGA | ) |

MICHAEL C. HASYCHAK, being first duly sworn, states as follows:

1. I am the Vice President, Treasurer and Secretary of Brush Wellman Inc., and have personal knowledge of its business activities and the facts set forth in this affidavit. If called as a witness, I could testify competently thereto. This affidavit is submitted in support of Brush Wellman Inc.'s Motion to Drop Misjoined Parties.

2. "Brush Wellman Ceramics Inc." was dissolved on November 12, 1981 as reflected by the attached printout from the database of the Secretary of the Commonwealth of Massachusetts. (Exhibit A)

3. Also in 1981, "Brush Wellman Ceramic Products Inc." was created solely as an acquisition vehicle. Brush Wellman Ceramic Products Inc. purchased the stock of EPI

- 2 -

Ceramic Products, Inc. on June 30, 1981, and was merged into EPI Ceramic Products Inc. that same day. The name of EPI Ceramic Products was changed to "Brush Wellman Ceramic Products Inc.", which was liquidated into Brush Wellman Inc. on September 30, 1981. Since that time, there has been no active company named "Brush Wellman Ceramic Products Inc."

_____
Michael C. Hasychak

Subscribed and sworn to before me
this 9th day of November, 2004.

_____
Notary Public

THERESA R. HAUMANN, Attorney
Notary Public, State of Ohio
My Commission Has No Expiration Date
Section 147.03 R.C.

- 2 -

CLI-1242484v1

# EXHIBIT A



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

### BRUSH WELLMAN CERAMICS INC. Summary Screen

Help with this form

**Request a Certificate**

| | |
|---|---|
| **The exact name of the Domestic Profit Corporation:** | BRUSH WELLMAN CERAMICS INC. |
| **Entity Type:** | Domestic Profit Corporation |
| **Identification Number:** | 000169994 |
| **Date of Organization in Massachusetts:** | 05/21/1981 |
| **Date of Voluntary Dissolution:** | 11/12/1981 |
| **Current Fiscal Month / Day:** 12 / 31 | **Previous Fiscal Month / Day:** 00 / 00 |

**The location of its principal office in Massachusetts:**
No. and Street: NEWBURYPORT INDST. PARK
City or Town: NEWBURYPORT    State: MA    Zip: 01950    Country: USA

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:
City or Town:    State:    Zip:    Country:

**The name and address of the Registered Agent:**
Name: CT CORPORATION SYSTEM
No. and Street: 101 FEDERAL STREET
City or Town: BOSTON    State: MA    Zip: 02110    Country: USA

**The officers and all of the directors of the corporation:**

| Title | Individual Name (First, Middle, Last, Suffix) | Address (no PO Box) Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT | RAYMOND A. FOOS | 7376 BALDWIN CLARK DR., MIDDLEBURG HTS, OH 44130 USA<br>7376 BALDWIN CLARK DR., MIDDLEBURG HTS, OH 44130 USA | |
| TREASURER | ROBERT C. MCMANAMON | 3425 PALMER DR., ROCKY RIVER, OH 44116 USA<br>3425 PALMER DR., ROCKY RIVER, OH 44116 USA | |

**business entity stock is publicly traded:** __