UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE GENEREUX and BARRY GENEREUX, Individually and as Parents and Natural Guardians of their minor children, ANGELA GENEREUX and KRISTA GENEREUX,<br>      Plaintiffs<br><br>v.<br><br>AMERICAN BERYLLIA CORP., BRUSH WELLMAN, INC., BRUSH WELLMAN CERAMICS, INC., BRUSH WELLMAN CERAMIC PRODUCTS, INC., HARDRIC LABORATORIES, INC., KYOCERA AMERICA, INC., KYOCERA INDUSTRIAL CERAMICS CORP., and RAYTHEON COMPANY,<br>      Defendants | Case No. 04-CV-12137 JLT |

## ASSENTED-TO MOTION TO EXTEND THE TIME FOR SERVING AND FILING RESPONSIVE PLEADINGS

The Defendant, American Beryllia Corp., respectfully moves to extend the time within which it may serve and file responsive pleadings in the above-captioned action to and including December 1, 2004. As reason therefore, the Defendant states that additional time is necessary in order to prepare a responsive pleading due to the complexity of the instant action.

**ASSENTED TO:**

For Plaintiffs Suzanne Genereux and
Barry Genereux

_[signature]_

Leo. V. Boyle (BBO # 052700)
Bradley M. Henry (BBO # 559501)
Meehan, Boyle, Black & Fitzgerald, P.C.
Two Center Plaza, Suite 600
Boston, MA 02108
(617) 523-8300

By their Attorney,

For Defendant American Beryllia

_[signature]_

William F. Ahern, Jr. (BBO # 013365)
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (mail) (by hand) on 11/18/04

_[signature]_