UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE GENEREUX, ET AL, <br> Plaintiffs <br> <br> v. <br> <br> AMERICAN BERYLLIA CORP., ET AL, <br> Defendants | CIVIL ACTION <br> NO. 04-12137-JLT |

## NOTICE OF VOLUNTARY DISMISSAL OF CROSSCLAIMS AGAINST AMERICAN BERYLLIA CORP., BRUSH WELLMAN, INC., BRUSH WELLMAN CERAMICS, INC., BRUSH WELLMAN CERAMIC PRODUCTS INC., KYOCERA AMERICA, INC. AND KYOCERA INDUSTRIAL CERAMICS CORP.

The defendant Hardric Laboratories, Inc. hereby dismisses without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) and 41(c) its crossclaims against American Beryllia Corp., Brush Wellman, Inc., Brush Wellman Ceramics, Inc., Brush Wellman Ceramic Products Inc., Kyocera America, Inc. and Kyocera Industrial Ceramics Corp.

By its attorney,

Robert M. A. Nadeau
Nadeau & Associates, P.A.
Route 1, Unit 4A
1332 Post Road
Wells, ME 04090
(207) 646-4000

Dated: December 8, 2004

292761