UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE GENEREUX and BARRY GENEREUX, Individually and as Parents and Natural Guardians of their minor children, ANGELA GENEREUX and KRISTA GENEREUX,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN BERYLLIA CORP., BRUSH WELLMAN, INC., BRUSH WELLMAN CERAMICS, INC., BRUSH WELLMAN CERAMIC PRODUCTS INC., HARDRIC LABORATORIES, INC., KYOCERA AMERICA, INC., KYOCERA INDUSTRIAL CERAMICS CORP., and RAYTHEON COMPANY,<br><br>Defendants. | Case No. 04-CV-12137 JLT |

## NOTICE OF VOLUNTARY DISMISSAL OF CROSS-CLAIMS AGAINST RAYTHEON COMPANY

The Defendant, Hardric Laboratories, Inc. hereby dismisses without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) and 41(c) its cross-claims against Raytheon Company.

By its Attorney,

/s/ Robert M.A. Nadeau
Robert M.A. Nadeau (BBO #566285)
Nadeau & Associates, P.A.
Route 1, Unit 4A
Wells, Maine 04090
(207) 646-4000

Dated: December 16, 2004