

# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts
02108-1512
Telephone: (617) 727-9640

***BRUSH WELLMAN CERAMICS INC.*** Summary Screen

Help with this form

Request a Certificate

**The exact name of the Domestic Profit Corporation:** BRUSH WELLMAN CERAMICS INC.

**Entity Type:** Domestic Profit Corporation

**Identification Number:** 000169994

**Date of Organization in Massachusetts:** 05/21/1981

**Date of Voluntary Dissolution:** 11/12/1981

**Current Fiscal Month / Day:** 12 / 31          **Previous Fiscal Month / Day:** 00 / 00

**The location of its principal office in Massachusetts:**
No. and Street:    NEWBURYPORT INDST. PARK
City or Town:    NEWBURYPORT        State: MA    Zip: 01950    Country: USA

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:
City or Town:            State:        Zip:        Country:

**The name and address of the Resident Agent:**
Name:        CT CORPORATION SYSTEM
No. and Street:    101 FEDERAL STREET
City or Town:    BOSTON        State: MA    Zip: 02110    Country: USA

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT | RAYMOND A. FOOS | 7376 BALDWIN CLARK DR., MIDDLEBURG HTS, OH 44130 USA<br>7376 BALDWIN CLARK DR., MIDDLEBURG HTS, OH 44130 USA | |

| | | | |
|---|---|---|---|
| TREASURER | ROBERT C. MCMANAMON | 3425 PALMER DR.,ROCKY RIVER, OH 44116 USA 3425 PALMER DR.,ROCKY RIVER, OH 44116 USA | |

**business entity stock is publicly traded:** __

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share Enter **0** if no Par | Total Authorized by Articles of Organization or Amendments *Num of Shares   Total Par Value* | Total Issued and Outstanding *Num of Shares* |
|---|---|---|---|
|  | No Stock Information available online. Prior to August 27, 2001, records can be obtained on microfilm. | | |

__ Consent     **X** Manufacturer     __ Confidential Data     __ Does Not Require Annual Report

__ Partnership     **X** Resident Agent     **X** For Profit     __ Merger Allowed

**Note: There is additional information located in the cardfile that is not available on the system.**

**Select a type of filing from below to view this business entity filings:**
ALL FILINGS
Annual Report
Application For Revival
Articles of Amendment
Articles of Consolidation - Foreign and Domestic

[ View Filings ]   [ New Search ]

**Comments**

© 2001 - 2004 Commonwealth of Massachusetts
All Rights Reserved

Help