

# The Commonwealth of Massachusetts
## William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts
02108-1512
Telephone: (617) 727-9640

### *BRUSH WELLMAN CERAMIC PRODUCTS INC.* Summary Screen

Help with this form

Request a Certificate

**The exact name of the Domestic Profit Corporation:** BRUSH WELLMAN CERAMIC PRODUCTS INC.

**The name was changed from:** E P I CERAMIC PRODUCTS, INC. **on** 6/30/81

**Entity Type:** Domestic Profit Corporation

**Identification Number:** 042478994

**Date of Organization in Massachusetts:** 03/10/1971

**Current Fiscal Month / Day:** 02 / 28          **Previous Fiscal Month / Day:** 00 / 00

**The location of its principal office in Massachusetts:**
No. and Street: NEWBURYPORT INDUSTRIAL PARK
City or Town: NEWBURYPORT        State: MA   Zip: 01950 Country: USA

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:
City or Town:        State:        Zip:        Country:

**The name and address of the Resident Agent:**
Name:
No. and Street:
City or Town:        State:        Zip:        Country:

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| Prior to August 27, 2001, Records can be obtained on Microfilm | | | |

| business entity stock is publicly traded: __ |
|---|

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share Enter **0** if no Par | Total Authorized by Articles of Organization or Amendments<br>*Num of Shares   Total Par Value* | Total Issued and Outstanding<br>*Num of Shares* |
|---|---|---|---|
| No Stock Information available online. Prior to August 27, 2001, records can be obtained on microfilm. | | | |

__ Consent  **X** Manufacturer  __ Confidential Data  __ Does Not Require Annual Report

__ Partnership  __ Resident Agent  **X** For Profit  __ Merger Allowed

**Note: There is additional information located in the cardfile that is not available on the system.**

**Select a type of filing from below to view this business entity filings:**

ALL FILINGS
Annual Report
Application For Revival
Articles of Amendment
Articles of Consolidation - Foreign and Domestic

[View Filings]  [New Search]

**Comments**

© 2001 - 2004 Commonwealth of Massachusetts
All Rights Reserved

Help