UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Suzanne Genereux, et al. | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 04-CV-12137 JLT |
| American Beryllia Corp., et al. | ) ) ) |
| Defendants. | ) ) |

### MOTION TO ADMIT JEFFERY D. UBERSAX
### AND TIMOTHY M. HUDSON *PRO HAC VICE*
### AS CO-COUNSEL FOR DEFENDANT BRUSH WELLMAN INC.

Pursuant to Local Rule 85.5.3, Alan M. Spiro, counsel of record for the Defendant Brush Wellman Inc. and the mis-named Defendants, Brush Wellman Ceramics Inc. and Brush Wellman Ceramic Products Inc., moves that the Court grant attorneys Jeffery D. Ubersax and Timothy M. Hudson, a partner and associate, respectively, of the law firm Jones Day, resident in its office located at North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114-1190, leave to practice in this Court for the purposes of this case. In support of this Motion, Alan M. Spiro states:

1. I am a member of good standing of the Bars of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, and the United States Court of Appeals for the First Circuit. Pursuant to Local Rule 83.5.2(a), I have filed my notice of appearance in this case.

2. The Certificates of Messrs. Ubersax and Hudson, attesting that: (1) they are members of the bar in good standing in every jurisdiction where they have been admitted to practice; (2) there are no disciplinary proceedings pending against them as members of the bar in

- 2 -

any jurisdiction; and (3) they have been provided and are familiar with the Local Rules of the United States District Court for the District of Massachusetts, are filed herewith.

WHEREFORE, Alan M. Spiro requests that this Court allow attorneys Jeffery D. Ubersax and Timothy M. Hudson leave to appear in this action *pro hac vice* as co-counsel for the defendant Brush Wellman Inc. and the mis-named Defendants, Brush Wellman Ceramics Inc. and Brush Wellman Ceramic Products Inc.

/s/ Alan M. Spiro
_____
Alan M. Spiro (BBO No. 475650)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts 02110
617.951.2204

Attorney for Brush Wellman Inc.
And the mis-named Defendants
Brush Wellman Ceramics Inc., and
Brush Wellman Ceramic Products Inc.

Dated: January 5, 2004

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON 1/5/05

/s/ Alan M. Spiro