UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Suzanne Genereux, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 04-CV-12137 JLT |
| | ) |
| American Beryllia Corp., et al. | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF JEFFERY D. UBERSAX
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*
AS CO-COUNSEL FOR DEFENDANT BRUSH WELLMAN INC.**

I, Jeffery D. Ubersax, on oath depose and state as follows:

1. I am an attorney licensed to practice law in the State of Ohio and in the District of Columbia. I am a partner in the law firm Jones Day, resident in its offices at North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114-1190.

2. I was admitted to the Bar of the District of Columbia in 1984 and to the Bar of the State of Ohio in 1988. I am also admitted to practice in the United States District Courts for the Northern District of Ohio, the District of Columbia, the District of Arizona, and the Eastern District of Michigan, and in the United States Court of Appeals for the Second Circuit.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me in any jurisdiction.

5. I have been provided with a copy of, and am familiar with, the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 16th day of December, 2004.

*[signature]*
Jeffery D. Ubersax
JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, Ohio 44114-1190

Dated: December 16, 2004

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON 1/5/05

*[signature]*