UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Suzanne Genereux, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 04-CV-12137 JLT |
| ) | |
| American Beryllia Corp., et al. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF TIMOTHY M. HUDSON
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*
## AS CO-COUNSEL FOR DEFENDANT BRUSH WELLMAN INC.

I, Timothy M. Hudson, on oath depose and state as follows:

1. I am an attorney licensed to practice law in the State of Ohio. I am an associate in the law firm Jones Day, resident in its offices at North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114-1190.

2. I was admitted to the Bar of the State of Ohio in November 2004.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have been provided with a copy of, and am familiar with, the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 3rd day of January, 2005.

- 2 -

*[signature]*
Timothy M. Hudson
Ohio Bar No. 0078426
JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, Ohio 44114-1190

Dated: January 3, 2005

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON 1/5/05
*[signature]*