UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Suzanne Genereux, et al.

    Plaintiff,

v.                                                      Case No. 04-CV-12137 JLT

American Beryllia Corp. et at.

    Defendant

MOTION TO ADMIT MICHAEL H. MADIGAN PRO HAC VICE AS CO-COUNSEL
FOR DEFENDANT HARDRIC LABORATORIES INC.

Pursuant to Local Rule 85.5.3, Robert Nadeau, counsel for Defendant Hardric Laboratories Inc., moves that the Court grant attorney Michael H. Madigan, an associate of the firm Nadeau & Associates, P.A., leave to practice in this Court for the purpose of this case. In support of this motion, I, Robert Nadeau state:

1. I am a member in good standing of the Bars of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts. Pursuant to Local Rule 83.5.2(a), I have filed my notice of appearance in this matter.

2. The certificate of Michael H. Madigan stating that he is a member in good standing of the bar of every jurisdiction where he has been admitted to practice, that there are no disciplinary proceedings pending against him in any jurisdiction,

and that he has made himself familiar with the Local Rules of the U.S. District Court for the District of Massachusetts is attached.

Wherefore counsel for the Defendant Hardric Laboratories Inc., requests this Court to allow Mr. Madigan to appear in this matter Pro Hac Vice.

Dated: January 10, 2005

The Defendant, Hardric Laboratories Inc.,

By: Robert M.A. Nadeau, Esquire
Attorney for the Defendant
Bar No. 366280
Nadeau & Associates P.A.
1332 Post Road
Wells, ME 04090
(207) 646-4000

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served upon the Attorney of record for the other parties, this motion, by depositing the same in the U.S. Mail, postage prepaid on the above date.

Robert M.A. Nadeau, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Suzanne Genereux, et al.

    Plaintiff,

v.                                           Case No. 04-CV-12137 JLT

American Beryllia Corp. et at.

    Defendant

CERTIFICATE OF MICHAEL H. MADIGAN IN SUPPORT OF DEFENDANT HARDRIC LABORATORIES INC., MOTION FOR HIS ADMISSION PRO HAC VICE.

I, Michael H. Madigan do swear as follows:

1. I am an attorney licensed to practice law in the State of Maine. I am a member in good standing of the Bar of the State of Maine.

2. I am an associate in the Maine law firm of Nadeau & Associates, P.A..

3. There are no disciplinary proceedings pending against me as a member of the Maine Bar or any other Bar.

4. I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

Dated: January 12, 2005

By: Michael H. Madigan
Maine Bar: 9683
Nadeau & Associates, P.A.
1332 Post Road
Wells, ME 04090
(207) 646-4000