UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Suzanne Genereux, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 04-CV-12137 JLT |
| v. ) | |
| ) | |
| American Beryllia Corp., et al. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' RESPONSE TO REPLY OF DEFENDANT
BRUSH WELLMAN INC. TO THE PLAINTIFFS'
OPPOSITION TO MOTION TO DROP MISJOINED PARTIES**

Plaintiffs Suzanne Genereux, Barry Genereux, Angela Genereux, and Krista Genereux have carefully reviewed the "Reply of Defendant Brush Wellman Inc. to Plaintiffs' Opposition to Motion to Drop Misjoined Parties." In its reply brief, Brush Wellman Inc. represents that both Brush Wellman Ceramics Inc. and Brush Wellman Ceramic Products Inc. have "merged into Brush Wellman Inc." and that if either of these two entities were responsible for plaintiffs' alleged injuries "liability would fall exclusively on the successor to these entities, Brush Wellman Inc., as a matter of law." Reply of Defendant Brush Wellman Inc. to Plaintiffs' Opposition to Motion to Drop Misjoined Parties, page 3.

Based on the foregoing representations on the part of Brush Wellman Inc., the plaintiffs will voluntarily dismiss the claims against Brush Wellman Ceramics, Inc. and

Brush Wellman Ceramic Products Inc., while preserving the claims against Brush Wellman Inc.

        Respectfully submitted, this 28nd day of January, 2005
**MEEHAN, BOYLE, BLACK & FITZGERALD, P.C.**

/s/ Leo V. Boyle
_____
Leo V. Boyle (B.B.O. 052700)
Two Center Plaza, Suite 600
Boston, Massachusetts 02108
617.523.8300

AND

**GOLOMB & HONIK, P.C.**

/s/ Ruben Honik
_____
Ruben Honik
Sherrie J. Cohen
Stephan Matanovic
121 S. Broad Street, Ninth Floor
Philadelphia, PA 19107

## CERTIFICATE OF SERVICE

I, Bradley M. Henry, certify that on January 28, 2005, I served the foregoing Response to Reply of Defendant Brush Wellman to Plaintiffs' Opposition to Motion to Drop Misjoined Parties by electronic filing and mailing an exact copy postage prepaid to counsel of record.

/s/ Bradley M. Henry
_____
Bradley M. Henry