UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04-CV-12137 JLT

| | |
|---|---|
| SUZANNE GENEREUX and BARRY GENEREUX, Individually and as Parents And Natural Guardians of their minor children, ANGELA GENEREUX and KRISTA GENEREUX,<br>    Plaintiffs<br><br>v.<br><br>AMERICAN BERYLLIA CORP., BRUSH WELLMAN, INC., BRUSH WELLMAN CERAMICS, INC., BRUSH WELLMAN CERAMIC PRODUCTS, INC., HARDRIC LABORATORIES, INC., KYOCERA AMERICA, INC., KYOCERA INDUSTRIAL CERAMICS CORP., and RAYTHEON COMPANY,<br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Kindly enter my appearance as counsel for the defendant, American Beryllia Corp., with respect to the above-captioned matter.

Respectfully submitted.

**CLARK, HUNT & EMBRY**

/s/ Armando J. Acosta
_____
Armando J. Acosta (648242)
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

Date: February 11, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2005, I caused copies of the foregoing document to be served on counsel to the parties to this action and on counsel or representatives of the movants for intervention by first class mail.

/s/ Armando J. Acosta
_____
Armando J. Acosta