UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUZANNE GENEREUX, et al., | * | |
| | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-12137-JLT |
| | * | |
| | * | |
| AMERICAN BERYLLIA CORP., et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |

ORDER

February 14, 2005

TAURO, J.

After the Motion Hearing held on February 14, 2005, this court hereby orders that:

1.   Motion of Defendants Brush Wellman Inc., Brush Wellman Ceramics Inc. and Brush Wellman Ceramic Products Inc. to Dismiss Counts IV, V, VI, VII, VIII, XII, and XIII of Plaintiffs' Amended Complaint for Failure to State Claims upon which Relief May Be Granted [#12] is ALLOWED with respect to Counts IV, VII, and XII;

2.   Motion of Defendant Brush Wellman Inc. to Drop Misjoined Parties [#14] is ALLOWED;

3.   The Parties shall file a Status Report with this court by April 15, 2005 regarding

Defendant Kyocera's Motion for Summary Judgment; and

4.      All pending dispositive motions will be taken under advisement after April 15, 2005.

IT IS SO ORDERED.

 /s/ Joseph L. Tauro
United States District Judge