UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Suzanne Genereux, et al.<br><br>Plaintiffs,<br><br>v.<br><br>American Beryllia Corp., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Case No. 04-cv-12137 JLT<br>)<br>)<br>)<br>) |

FILED
CLERK'S OFFICE

2005 APR 13  P 3: 09

U.S. DISTRICT COURT
DISTRICT OF MASS.

## DEFENDANT BRUSH WELLMAN INC.'S MOTION
## FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT
## OF ITS MOTION TO DISMISS COUNT VIII OF PLAINTIFFS' COMPLAINT

Defendant Brush Wellman Inc. ("Brush") requests leave of the Court to file a Supplemental Brief, submitted herewith, in support of Brush's motion to dismiss Count VIII ("Medical Monitoring") of the Plaintiffs' Amended Complaint. As grounds for its motion, Brush states that the Supplemental Brief provides the Court with additional authority which was issued subsequent to Brush's filing of its Reply Brief and oral argument.

Respectfully submitted,

By: _____
Alan M. Spiro (Federal Bar No. 475650)
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
Tel:  617.951.2204
Fax:  888.325.9124

Jeffery D. Ubersax
Jones Day
North Point
901 Lakeside Ave.
Cleveland, Ohio 44114-1190
Tel:  216.586.3939
Fax:  216.579.0212

Attorneys for Defendant Brush Wellman Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of April, 2005, a true and correct copy of the foregoing MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF was served via U.S. mail, first class postage prepaid, upon all counsel of record, as set forth below.



Alan M. Spiro
Attorney for Brush Wellman Inc.

Leo V. Boyle, Esq.
Bradley M. Henry, Esq.
Meehan, Boyle, Black & Fitzgerald, PC
Two Center Plaza
Suite 600
Boston, MA 02108
617-523-8300

Ruben Honik, Esq.
Sherrie J. Cohen, Esq.
Stephen Matanovic, Esq.
Golomb & Honik, P.C.
121 S. Broad Street
9th Floor
Philadelphia, PA 19107
215-985-9177

Attorneys for Plaintiffs

Robert P. Sharon, Esq.
Robert P. Sharon P.C.
225 Broadway
Suite 2600
New York, New York 10007
212-227-5550

William F. Ahern, Esq.
Clark, Hunt and Embry
55 Cambridge Parkway
Cambridge, MA 02142
617-494-1920

Attorneys for Defendant American Beryllia Corp.

Ronald M. Jacobs, Esq.
James F. Kavanaugh, Jr., Esq.
Conn, Kavanaugh, Rosenthal, Peisch & Ford, LLP
Ten Post Office Square,
4th Floor
Boston, MA 02109
617-482-8200

Attorneys for Defendant Raytheon Co.

John C. Wyman
Murtha Cullina, LLP
20th Floor
99 High Street
Boston, MA 02110-2320
617-457-4041

Attorney for Defendants Kyocera America, Inc. and Kyocera Industrial Ceramics Corp.

Robert M. A. Nadeau
Nadeau & Associates, PA
1332 Post Road, Suite 4A
Wells, Maine 04090
207-324-3500

Attorney for Defendant Hardric Laboratories, Inc.