UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE GENEREUX and BARRY GENEREUX, Individually and as Parents and Natural Guardians of their minor children, ANGELA GENEREUX and KRISTA GENEREUX,<br>        Plaintiffs,<br><br>    v.<br><br>AMERICAN BERYLLIA CORP., BRUSH WELLMAN, INC., BRUSH WELLMAN CERAMICS, INC., BRUSH WELLMAN CERAMIC PRODUCTS INC., HARDRIC LABORATORIES, INC., KYOCERA AMERICA, INC., KYOCERA INDUSTRIAL CERAMICS CORP., and RAYTHEON COMPANY,<br>        Defendants. | Case No. 04-CV-12137 JLT |

## **SCHEDULING ORDER**

1.  Defendant Kyocera and the other parties in this action may serve to Raytheon Co. requests for production for documents relating to the products identified in the Declaration of Frank Balint, filed with this Court on March 16, 2005;

2.  Defendant Kyocera may take the deposition of Frank Balint;

3.  Upon the completion of the foregoing discovery, the parties will file supplemental pleadings, a hearing will be held and the Court will rule on Kyocera's Motion;

4.  Defendant Kyocera's Motion to Dismiss or for Summary Judgment, filed with this Court on November 10, 2005, is hereby held in abeyance until the parties have completed the foregoing discovery;

5.  The foregoing discovery shall be completed by two months from the date this Order enters.

                                                                                                                                                 _____

                                                                                                                                                 United States District Judge

Dated: