UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Suzanne Genereux, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Case No. 04-cv-12137 JLT |
| | ) |
| American Beryllia Corp., et al. | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT BRUSH WELLMAN INC.'S MOTION
FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT
OF ITS MOTION TO DISMISS COUNT VIII OF PLAINTIFFS' COMPLAINT**

Defendant Brush Wellman Inc. ("Brush") requests leave of the Court to file a Supplemental Brief, submitted herewith, in support of Brush's motion to dismiss Count VIII ("Medical Monitoring") of the Plaintiffs' Amended Complaint. As grounds for its motion, Brush states that the Supplemental Brief provides the Court with additional authority which was issued subsequent to Brush's filing of its Reply Brief and oral argument.

Respectfully submitted,

By: _____
Alan M. Spiro (Federal Bar No. 475650)
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
Tel:   617.951.2204
Fax:  888.325.9124

Jeffery D. Ubersax
Jones Day
North Point
901 Lakeside Ave.
Cleveland, Ohio 44114-1190
Tel:   216.586.3939
Fax:  216.579.0212

Attorneys for Defendant Brush Wellman Inc.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Alan M. Spiro, counsel for Defendant Brush Wellman Inc. ("Brush"), hereby certify that I have conferred with counsel for Plaintiffs, Bradley M. Henry, and attempted in good faith to resolve or narrow the issue raised by Brush's Motion for Leave to File Supplemental Brief in Support of Brush's Motion to Dismiss Count VIII of the Plaintiffs' Amended Complaint. Plaintiff's' counsel stated that Plaintiffs are unwilling to assent to Brush's motion, contending that the supplementary authority submitted therewith consists of "cases with differing facts" and "have no bearing on the status of the controlling law in Massachusetts." Plaintiffs' counsel further reserved Plaintiffs' right to file an opposition to Brush's motion.

By: _____
Alan M. Spiro (Federal Bar No. 475650)
Attorney for Defendant Brush Wellman Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of April, 2005, a true and correct copy of the foregoing MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF was served via U.S. mail, first class postage prepaid, upon all counsel of record, as set forth below.

_____
Alan M. Spiro
Attorney for Brush Wellman Inc.

| | |
|---|---|
| Leo V. Boyle, Esq.<br>Bradley M. Henry, Esq.<br>Meehan, Boyle, Black & Fitzgerald, PC<br>Two Center Plaza<br>Suite 600<br>Boston, MA 02108<br>617-523-8300 | Ronald M. Jacobs, Esq.<br>James F. Kavanaugh, Jr., Esq.<br>Conn, Kavanaugh, Rosenthal, Peisch & Ford, LLP<br>Ten Post Office Square,<br>4th Floor<br>Boston, MA 02109<br>617-482-8200 |
| Ruben Honik, Esq.<br>Sherrie J. Cohen, Esq.<br>Stephen Matanovic, Esq.<br>Golomb & Honik, P.C.<br>121 S. Broad Street<br>9th Floor<br>Philadelphia, PA 19107<br>215-985-9177 | Attorneys for Defendant Raytheon Co.<br><br>John C. Wyman<br>Murtha Cullina, LLP<br>20th Floor<br>99 High Street<br>Boston, MA 02110-2320<br>617-457-4041 |
| Attorneys for Plaintiffs | Attorney for Defendants Kyocera America, Inc. and Kyocera Industrial Ceramics Corp. |

Robert P. Sharon, Esq.
Robert P. Sharon P.C.
225 Broadway
Suite 2600
New York, New York 10007
212-227-5550

William F. Ahern, Esq.
Clark, Hunt and Embry
55 Cambridge Parkway
Cambridge, MA 02142
617-494-1920

Attorneys for Defendant American
Beryllia Corp.

Robert M. A. Nadeau
Nadeau & Associates, PA
1332 Post Road, Suite 4A
Wells, Maine 04090
207-324-3500

Attorney for Defendant Hardric Laboratories, Inc.