UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE GENEREUX and BARRY GENEREUX, Individually and as Parents and Natural Guardians of their minor children, ANGELA GENEREUX and KRISTA GENEREUX,<br><br>                Plaintiffs,<br><br>   v.<br><br>AMERICAN BERYLLIA CORP., BRUSH WELLMAN, INC., BRUSH WELLMAN CERAMICS, INC., BRUSH WELLMAN CERAMIC PRODUCTS INC., HARDRIC LABORATORIES, INC., KYOCERA AMERICA, INC., KYOCERA INDUSTRIAL CERAMICS CORP., and RAYTHEON COMPANY,<br><br>                Defendants. | Case No. 04-CV-12137 JLT |

## ASSENTED-TO MOTION TO EXTEND THE TIME
## FOR SERVING AND FILING ANSWER

The Defendants Kyocera America, Inc., and Kyocera Industrial Ceramics Corp., respectfully move to extend the time within which they may serve and file an Answer in this action to and including Tuesday, June 7, 2005. In support of this Motion, the Defendants state that additional time is necessary for them to prepare their responses because of the complex nature of the issues raised in the Plaintiffs' Complaint.

| **ASSENTED TO:** | By their Attorney, |
|---|---|
| For Plaintiffs Suzanne Genereux and Barry Genereux | For Defendants Kyocera America, Inc., and Kyocera Industrial Ceramics Corp. |
| __/s/ Brad Henry_____<br>Leo V. Boyle (BBO #052700)<br>Bradley M. Henry (BBO #559501)<br>Meehan, Boyle, Black & Fitzgerald, P.C.<br>Two Center Plaza, Suite 600<br>Boston, MA  02108<br>(617) 523-8300 | __/s/ John C. Wyman_____<br>John C. Wyman (BBO #535620)<br>MURTHA CULLINA LLP<br>99 High Street, 20th Floor<br>Boston, Massachusetts  02110<br>(617) 457-4000 |

Dated:  May 26, 2005