UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE GENEREUX, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 04-CV-12137 JLT |
| | ) |
| AMERICAN BERYLLIA CORP., et al. | ) |
| | ) |
| Defendants. | ) |

ASSENTED-TO MOTION OF DEFENDANT BRUSH WELLMAN INC.
TO ENLARGE TIME TO FILE FIRST AMENDED ANSWER

The Defendant, Brush Wellman Inc., moves for an enlargement of the time within which to file its First Amended Answer and Affirmative Defenses to the Plaintiffs' Amended Complaint, submitted herewith, to and including June 7, 2005. As grounds, Brush Wellman states that counsel to the plaintiffs has assented to this motion.

ASSENTED TO:

| | |
|---|---|
| SUZANNE GENEREUX et al. | BRUSH WELLMAN INC. |
| By their attorneys, | By its attorneys, |
| | |
| /s/Leo V. Boyle | /s/ Alan M. Spiro |
| Leo V. Boyle, Esq. BBO#052700 | Alan M. Spiro, BBO # 475650 |
| Bradley M. Henry, Esq. BBO#559501 | Edward & Angell, LLP |
| Meeham, Boyle, Black & Fitzgerald, P.C. | 101 Federal Street |
| Two Center Plaza, Suite 600 | Boston, MA  02110 |
| Boston, MA  01830 | (617) 951-2204 |
| (617) 523-8300 | |

Dated: June 7, 2005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of June 2005, a copy of the foregoing Assented-To Motion Of Defendant Brush Wellman Inc. To Enlarge Time To File First Amended Answer to Plaintiffs' Amended Complaint was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: June 7, 2005

　　　　　　　　　　　　　　　　　　　　　　/s/ Alan M. Spiro
　　　　　　　　　　　　　　　　　　　　Attorney for Brush Wellman Inc.