UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE GENEREUX and BARRY GENEREUX, Individually and as Parents and Natural Guardians of their minor children, ANGELA GENEREUX and KRISTA GENEREUX,<br>            Plaintiffs,<br><br>v.<br><br>AMERICAN BERYLLIA CORP., BRUSH WELLMAN, INC., BRUSH WELLMAN CERAMICS, INC., BRUSH WELLMAN CERAMIC PRODUCTS INC., HARDRIC LABORATORIES, INC., KYOCERA AMERICA, INC., KYOCERA INDUSTRIAL CERAMICS CORP., and RAYTHEON COMPANY,<br>            Defendants. | Case No. 04-CV-12137 JLT |

## **NOTICE OF APPEARANCE**

Please enter my appearance on behalf of defendants Kyocera America, Inc. and Kyocera Industrial Ceramics Corporation in the above-captioned matter.

                                                    Respectfully Submitted,

                                                    /s/ Sara P. Bryant
                                                    _____
                                                    Sara P. Bryant (BBO #658021)
                                                    Murtha Cullina LLP
                                                    99 High Street, 20th Floor
                                                    Boston, Massachusetts  02110
                                                    (617) 457-4000

Dated: June 7, 2005