UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE GENEREUX and BARRY GENEREUX, Individually and as Parents and Natural Guardians of their minor children, ANGELA GENEREUX and KRISTA GENEREUX,<br><br>       Plaintiffs,<br><br>   v.<br><br>AMERICAN BERYLLIA CORP., BRUSH WELLMAN, INC., BRUSH WELLMAN CERAMICS, INC., BRUSH WELLMAN CERAMIC PRODUCTS INC., HARDRIC LABORATORIES, INC., KYOCERA AMERICA, INC., KYOCERA INDUSTRIAL CERAMICS CORP., and RAYTHEON COMPANY,<br><br>       Defendants. | Case No. 04-CV-12137 JLT |

## NOTICE OF APPEARANCE

     Please enter my appearance on behalf of the Defendant, Hardric Laboratories, Inc., in the above-captioned matter.

 

                                                                 Respectfully submitted,

                                                                 /s/ Kellie Cameron

                                                                 Kellie Cameron (BBO #661214)
                                                                 NADEAU & ASSOCIATES, P.A.
                                                                  1332 Post Road, Suite 4A
                                                                  Wells, ME  04090
                                                                   (207) 646-4000

Dated: July 25, 2005