# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE GENEREUX and BARRY GENEREUX, Individually and as Parents and Natural Guardians of their minor children, ANGELA GENEREUX and KRISTA GENEREUX, | Case No. 04-CV-12137 JLT |
| Plaintiffs, | |
| v. | |
| AMERICAN BERYLLIA CORP., BRUSH WELLMAN, INC., BRUSH WELLMAN CERAMICS, INC., BRUSH WELLMAN CERAMIC PRODUCTS INC., HARDRIC LABORATORIES, INC., KYOCERA AMERICA, INC., KYOCERA INDUSTRIAL CERAMICS CORP., and RAYTHEON COMPANY, | |
| Defendants. | |

## **NOTICE OF WITHDRAWAL**

Please enter my withdrawal as co-counsel for the Defendant, Hardric Laboratories, Inc., pursuant to Local Rule 83.5.2(c), noting that I am no longer employed by Nadeau & Associates, P.A. I am not aware of any pending motions, scheduled hearings or conferences or reports due in the above matter. No trial date has been set. Submitted herewith is a Notice of Appearance of Kellie A. Cameron, of Nadeau & Associates, P.A., as new co-counsel for the Defendant.

Respectfully submitted,

/s/ Michael Madigan

_____

*FORMERLY OF*   Michael Madigan, Esq.
Admitted Pro Hac Vice
Nadeau & Associates, P.A.
1332 Post Road, Suite 4A
Wells, ME 04090
(207) 646-4000

Dated: July 25, 2005