UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04-CV-12137 JLT

| | |
|---|---|
| SUZANNE GENEREUX and BARRY GENEREUX, Individually and as Parents And Natural Guardians of their minor children, ANGELA GENEREUX and KRISTA GENEREUX,<br>    Plaintiffs<br><br>v.<br><br>AMERICAN BERYLLIA CORP., BRUSH WELLMAN, INC., BRUSH WELLMAN CERAMICS, INC., BRUSH WELLMAN CERAMIC PRODUCTS, INC., HARDRIC LABORATORIES, INC., KYOCERA AMERICA, INC., KYOCERA INDUSTRIAL CERAMICS CORP., and RAYTHEON COMPANY,<br>    Defendants | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly withdraw my appearance as counsel for the defendant, American Beryllia Corp., (sic) with respect to the above-captioned matter.

Respectfully submitted,

**CLARK, HUNT & EMBRY**

/s/ *Armando J. Acosta*
_____
Armando J. Acosta
B.B.O. No. 648242
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

Dated: August 10, 2005

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 10th day of August, 2005, I caused copies of the foregoing document to be served on counsel to the plaintiffs in this action and on all counsel or representatives for the co-defendants by first class mail.

/s/ Armando J. Acosta
_____
Armando J. Acosta