# NATIONAL
# JTFM]'SH

**Medical and Research Center**
*Global Leader in Lung,*
*Allergic and Immune Diseases*

1400 Jackson Street
Denver, CO 80206
303 388 4461
800 423 8891

http://www.nationaijewish.org

Wednesday, March 30, 2005

Lymphocyte Proliferation Test: Peripheral Blood

| | | | |
|---|---|---|---|
| Patient Name: | Balint, Claire | | |
| ID Number: | BE-75701 | OS#: | OS-0331563 |
| Date of Test: | 3/16/2005 | Accession#: | W 11659 |
| Referring Physician: | Ruben Honik | | |
| Technician: | NK | | |

Results | Mean Stimulation Index

| | Dam | Day 4 | Day 6 |
|---|---|---|---|
| Mitogens: | | | |
|   Phytohemagglutinin | 282.1 | | |
| Antigens: | | | |
|   Candida | | | 72.7 |
| Beryllium Sulfate: | | | |
|   1X10-4 M | | 2.8 | 0.3 |
|   1X10-5 M | | 2.9 | 1.0 |
|   1X10-6 M | | 2.7 | 0.9 |

**Interpretation:**

Normal response to mitogen.
Normal response to antigen. (Normals: >3.0)
Abnormal lymphocyte transformation to beryllium sulfate.

Note: An abnormal result is two or more values above the cutoff value of 2.5.

(electronic signature)

*Lee S. Newman, M. D.*

EXHIBIT 1