UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUZANNE GENEREUX, et al., | * | |
| | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-12137-JLT |
| | * | |
| | * | |
| AMERICAN BERYLLIA CORP., et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |

ORDER

September 14, 2005

TAURO, J.

After the Conference held on September 12, 2005, this court hereby orders that:

1. <u>Plaintiff's Motion for Order to Certify Question to the Supreme Judicial Court of the Commonwealth of Massachusetts</u> [#61] is DENIED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge