UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Suzanne Genereux, et al.        )
                                )
    Plaintiffs,                 )
                                )
v.                              )   Case No. 04-cv-12137 JLT
                                )
American Beryllia Corp., et al. )
                                )
    Defendants.                 )

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)**

The undersigned certify that Brush Wellman Inc. and its counsel have conferred: (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of this litigation; and (b) to consider the resolution of this litigation through the use of alternative dispute resolution programs.

Dated: September 20, 2005

Respectfully submitted,

_____
John J. Pallam, Vice President and
General Counsel
Brush Wellman Inc.
17876 St. Clair Avenue
Cleveland, OH 44110
(216) 486-4200

_____
Jeffery D. Ubersax
Jones Day
901 Lakeside Avenue
North Point
Cleveland, OH 44114
(216) 586-3939

CLI-1333176v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2005, I served the foregoing Certification Pursuant to Local Rule 16.1(d) by electronic filing and by mailing a true and correct copy, postage prepaid, to all counsel of record.

/s/ Jeffery D. Ubersax
Attorney for Brush Wellman Inc.

CLI-1333176v1