UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE GENEREUX and BARRY GENEREUX, Individually and as Parents and Natural Guardians of their minor children, ANGELA GENEREUX and KRISTA GENEREUX, <br><br>       Plaintiffs, <br><br>v. <br><br>AMERICAN BERYLLIA CORP., BRUSH WELLMAN, INC., BRUSH WELLMAN CERAMICS, INC., BRUSH WELLMAN CERAMIC PRODUCTS INC., HARDRIC LABORATORIES, INC., KYOCERA AMERICA, INC., KYOCERA INDUSTRIAL CERAMICS CORP., and RAYTHEON COMPANY, <br><br>       Defendants. | Case No. 04-CV-12137 JLT |

## NOTICE OF APPEARANCE

      Please enter my appearance on behalf of the Defendant, Hardric Laboratories, Inc., in the above-captioned matter.

      Respectfully submitted,

      /s/ Kellie A. Cameron, Esq.
      _____
      Kellie A. Cameron, Esq.  (BBO #661214)
      NADEAU & ASSOCIATES, P.A.
      1332 Post Road, Suite 4A
      Wells, ME  04090
      (207) 646-4000

Dated: October 20, 2005