UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

―――――――

| | |
|---|---|
| SUZANNE GENEREUX, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 04-cv-12137 JLT |
| | ) |
| AMERICAN BERYLLIA CORP., et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)

The undersigned certify that Hardric Laboratories, Inc. and its counsel have conferred: (a) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation; and (b) to consider the resolution of this litigation through the use of alternative dispute resolution programs.

Dated:  October 31, 2005                                             Respectfully submitted,


*/s/ Marjie Sands*                                                               */s/ Robert M.A. Nadeau*
Marjie Sands, Controller                                                Robert Nadeau (BBO# 366280)
Hardric Laboratories, Inc.                                              NADEAU & ASSOCIATES, P.A.
P.O. Box 129.                                                                   1332 Post Road, Suite 4A
N. Chelmsford, MA 01863                                            Wells, ME  04090
                                                                                          (207) 646-4000


Dated: October 31, 2005

## CERTIFICATE OF SERVICE

      I hereby certify that on this 31st day of October, 2005, I served the foregoing Certificate Pursuant to Local Rule 16.1(d) by electronically filing and by mailing a true and correct copy, postage prepaid, to all counsel of record.

                                     */s/ Robert M.A. Nadeau*
                                     Robert M.A. Nadeau
                                     Attorney for Hardric Laboratories, Inc.