UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUZANNE GENEREUX, et al., )
                          )
        Plaintiffs,       )
                          )
v.                        )   Case No. 04-cv-12137 JLT
                          )
AMERICAN BERYLLIA CORP., et al., )
                          )
        Defendants.       )

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)

The undersigned certify that Hardric Laboratories, Inc. and its counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation; and (b) to consider the resolution of this litigation through the use of alternative dispute resolution programs.

Dated: October 31, 2005            Respectfully submitted,

_____            _____
Major Sands, Controller            Robert Nadeau (BBO# 560280)
Hardric Laboratories, Inc.         NADEAU & ASSOCIATES, P.A.
P.O. Box 129                       1332 Post Road, Suite 4A
N. Chelmsford, MA 01853            Wells, ME 04090
                                   (207) 646-4000

Dated: October ____, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2005, I served the foregoing Certificate Pursuant to Local Rule 16.1(d) by electronically filing and by mailing a true and correct copy, postage prepaid, to all counsel of record.

/s/ Robert M.A. Nadeau
Robert M.A. Nadeau
Attorney for Hardric Laboratories, Inc.