UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04-CV-12137 JLT

|  |  |
|---|---|
| **SUZANNE GENEREUX and BARRY GENEREUX, Individually and as Parents And Natural Guardians of their minor children, ANGELA GENEREUX and KRISTA GENEREUX,**<br>      Plaintiffs<br><br>v.<br><br>**AMERICAN BERYLLIA CORP., BRUSH WELLMAN, INC., BRUSH WELLMAN CERAMICS, INC., BRUSH WELLMAN CERAMIC PRODUCTS, INC., HARDRIC LABORATORIES, INC., KYOCERA AMERICA, INC., KYOCERA INDUSTRIAL CERAMICS CORP., and RAYTHEON COMPANY,**<br>      Defendants | NOTICE OF APPEARANCE |

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance as counsel for the defendant, American Beryllia Corp., with respect to the above-captioned matter.

Respectfully submitted.

**CLARK, HUNT & EMBRY**

/s/ Mandi Jo Hanneke

Mandi Jo Hanneke (657349)
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

Date: November 8, 2005

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 8thday of November, 2005, I caused copies of the foregoing document to be served on counsel to the parties to this action.

/s/ Mandi Jo Hanneke
_____
Mandi Jo Hanneke