UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE GENEREUX and BARRY GENEREUX, Individually and as Parents and Natural Guardians of their minor children, ANGELA GENEREUX and KRISTA GENEREUX,<br><br>        Plaintiffs,<br><br>v.<br><br>AMERICAN BERYLLIA CORP., BRUSH WELLMAN, INC., BRUSH WELLMAN CERAMICS, INC., BRUSH WELLMAN CERAMIC PRODUCTS INC., HARDRIC LABORATORIES, INC., KYOCERA AMERICA, INC., KYOCERA INDUSTRIAL CERAMICS CORP., and RAYTHEON COMPANY,<br><br>        Defendants. | Case No. 04-CV-12137 JLT |

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3) BY DEFENDANT KYOCERA

We hereby certify that the undersigned counsel and authorized representative of the defendants Kyocera America, Inc., and Kyocera Industrial Ceramics Corp. ("Kyocera") have conferred concerning budgets for the costs of conducting the full course and various alternative courses of this litigation and to consider the resolution of the litigation through the use of Alternative Dispute Resolution programs such as those outlined in Local Rule 16.4.

Counsel for defendant Kyocera,

_____
John C. Wyman (BBO #535620)
Sara P. Bryant (BBO #658021)
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, Massachusetts 02110
(617) 457-4000

Authorized representative of defendant Kyocera,

_____
Eric Klein
General Counsel
Kyocera International, Inc.
8611 Balboa Avenue
San Diego, CA 92123
(858) 576-2760

Dated: October 31, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November 2005, I served a copy of defendant Kyocera's Certificate of Compliance with Local Rule 16.1(D)(3) upon the following persons by United States mail, postage prepaid:

| *Plaintiffs' Attorney*: | *Brush Wellman* |
|---|---|
| Leo V. Boyle, Esq.<br>Bradley M. Henry, Esq.<br>Meehan, Boyle, Black & Fitzgerald, P.C.<br>Two Center Plaza, Suite 600<br>Boston, MA 02108 | Alan M. Spiro, Esq.<br>Edwards & Angell, LLP<br>101 Federal Street<br>Boston, MA 02110 |
| *American Beryllium Corp.* | *Hardric Laboratories, Inc.* |
| William F. Ahern, Jr.<br>Clark, Hunt & Embry<br>55 Cambridge Parkway<br>Cambridge, MA 02142 | Robert M. A. Nadeau, Esq.<br>Nadeau & Associates, P.A.<br>Route 1, Unit 4A<br>1332 Post Road<br>Wells, ME 04090 |

John C. Wyman (BBO #535620)
Sara P. Bryant (BBO #658021)
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, Massachusetts 02110
(617) 457-4000