UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE GENEREUX and BARRY GENEREUX, Individually and as Parents and Natural Guardians of their minor children, ANGELA GENEREUX and KRISTA GENEREUX,<br><br>Plaintiffs<br><br>v.<br><br>AMERICAN BERYLLIA CORP., BRUSH WELLMAN, INC., BRUSH WELLMAN CERAMICS INC., BRUSH WELLMAN CERAMIC PRODUCTS INC., HARDRIC LABORATORIES, INC., KYOCERA AMERICA, INC., KYOCERA INDUSTRIAL CERAMICS CORP., and RAYTHEON COMPANY,<br><br>Defendants | CIVIL ACTION<br>NO: 04-12137-JLT |

## PLAINTIFFS' CERTIFICATION PURSUANT TO L.R. 16.1

The undersigned parties and counsel for the plaintiffs hereby certify that they have conferred regarding: (a) an anticipated budget for the costs of conducting the litigation in this matter through trial, as well as the costs of conducting the litigation through other courses such as alternative dispute resolution; and (b) the possible resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

The Plaintiffs,

_____
Suzanne Genereux, Individually and
as Parent and Next Friend of Angela Genereux
and Krista Genereux

_____
Barry Genereux, Individually and as Parent and
as Parent and Next Friend of Angela Genereux
and Krista Genereux

Respectfully submitted,
Counsel for the Plaintiffs

_____
Leo V. Boyle, BBO No. 052700
MEEHAN, BOYLE, BLACK &
FITZGERALD, P.C.
Two Center Plaza, Suite 600
Boston, MA 02108
(617) 523-8300

AND (admitted *pro hac vice*):

_____
Ruben Honik
GOLOMB & HONIK, P.C.
121 S. Broad Street, Ninth Floor
Philadelphia, PA 19107

## CERTIFICATE OF SERVICE

I, Bradley M. Henry, hereby certify that on this __9__ day of __Nov__ 2005, I served Plaintiffs' Certification Pursuant to LR 16.1, by electronic filing and by mailing an exact copy thereof, via first class mail postage prepaid to all counsel of record.

_____
Bradley M. Henry