UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04-CV-12137 JLT

| | |
|---|---|
| **SUZANNE GENEREUX and BARRY GENEREUX, Individually and as Parents And Natural Guardians of their minor children, ANGELA GENEREUX and KRISTA GENEREUX,**<br>        Plaintiffs<br><br>v.<br><br>**AMERICAN BERYLLIA CORP., BRUSH WELLMAN, INC., BRUSH WELLMAN CERAMICS, INC., BRUSH WELLMAN CERAMIC PRODUCTS, INC., HARDRIC LABORATORIES, INC., KYOCERA AMERICA, INC., KYOCERA INDUSTRIAL CERAMICS CORP., and RAYTHEON COMPANY,**<br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3) BY DEFENDANT, AMERICAN BERYLLIA CORP.**

We hereby certify that the undersigned counsel and authorized representative of defendant, American Beryllia Corp. have conferred concerning budgets for the costs of conducting the full course and various alternative courses of this litigation, and to consider the resolution of the litigation through the use of Alternative Dispute Resolution programs, such as those outlined in Local Rule 16.4.

2

| | |
|---|---|
| Respectfully submitted,<br>Counsel for American Beryllia, | Respectfully submitted,<br>Authorized Representative of<br>Defendant, American Beryllia, Inc., |
| **CLARK, HUNT & EMBRY** | |
| /s/ Mandi Jo Hanneke | /s/ Dino Nicoletta |
| _____<br>William F. Ahern, Jr. (013365)<br>Mandi Jo Hanneke (657349)<br>55 Cambridge Parkway<br>Cambridge, MA 02142<br>(617) 494-1920 | _____<br>Dino Nicoletta<br>President and CEO,<br>American Beryllia, Inc.,<br>16 First Avenue<br>Haskell, NJ 07420 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of November, 2005, I caused copies of the foregoing document to be served on counsel to the plaintiffs in this action and on all counsel or representatives for the co-defendants by first class mail.

/s/ Mandi Jo Hanneke
_____
Mandi Jo Hanneke