# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Suzanne Genereux, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 04-cv-12137 JLT |
| | ) |
| American Beryllia Corp., et al. | ) |
| | ) |
| Defendants. | ) |

## INITIAL DISCLOSURES OF DEFENDANT BRUSH WELLMAN INC

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and the Court's Discovery Order, defendant Brush Wellman Inc. ("Brush") makes the following disclosures:

A.    Witnesses:

Brush identifies the following individuals who are likely to have discoverable information that Brush may use to support its defenses:

1.    Each of the plaintiffs.

2.    Treating or examining physicians for Suzanne Genereux, including but not limited to:

Dr. Lee Newman
Dr. Tilak Verma
Dr. William Corrao
Dr. James McCormick
Dr. Greigstone Yearwood
Dr. David Ashley
Dr. Richard P. Millman
Dr. Gary Epler
Dr. Joseph H. Friedman
Dr. Beverly Walters
Dr. Damon (psychiatrist)
Dr. Gelberman (orthopedist)

Brush has already disclosed medical records subpoenaed from certain of these physicians, and will make supplemental disclosures as additional records are produced.

CLJ-1255262v1

EXHIBIT B

Mr. Chesmar has knowledge concerning sales by Brush Wellman to Raytheon before 1987 and warnings and information provided to Brush Wellman customers, including Raytheon.

13.    Jeff Chomich
Sales Engineer
Brush Wellman Inc.

Mr. Chomich has knowledge concerning sales by Brush Wellman to Raytheon and warnings and information provided to Brush Wellman customers, including Raytheon.

Brush reserves the right to add to this list if it becomes aware of other witnesses with discoverable knowledge.

B.    Documents:

Documents that relate to the subject matter of this action, may lead to the discovery of admissible evidence, and/or may be used to support Brush's defenses, are contained in the Brush Wellman Document Depository located at 17877 St. Clair Avenue, Cleveland, Ohio 44110, where documents kept by Brush Wellman Inc. in the ordinary course of business have been preserved and are available for inspection and copying. Plaintiffs' counsel already has an index to the depository and a privilege log.

Documents referring or relating to Raytheon can be located in the following boxes of the Depository, and perhaps other boxes as well:

Onsite Elmore boxes:  060-062, 161, 291, 306, 319, 340, 374, 443, 492 and 540
Offsite Elmore box:    1047
Onsite Tucson boxes:  033, 038, 040-041, 072, 096, 103, 113
Offsite Tucson boxes:  001, 002, 015, 018-19, 026, 045, 059-60, 065, 121, 173, 183,
                       258, 274-275, 315, 322, 325-26, 349-350, 380, 385, 434, 526,
                       613, 634, 657, 664, 681, 694, 696, 743, 769
Onsite St. Clair boxes: 047, 061, 074, 223, 269, 276-77, 285-86.

C.    Computation of Damages:

Brush Wellman has not claimed any damages in this action. However, Brush Wellman reserves the right to supplement this disclosure in the event damages are claimed.

D.    Insurance Agreements:

Dated: October _____, 2005           Respectfully submitted,

By: _____
Jeffery D. Ubersax
Jones Day
North Point
901 Lakeside Ave.
Cleveland, Ohio  44114-1190
Tel:    (216) 586-3939
Fax:    (216) 579-0212


Alan M. Spiro
Federal Bar No. 475650
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
Tel:    (617) 951-2204
Fax:    (617)439-4170

Attorneys for Defendant Brush Wellman Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of October, 2005, a true and correct copy of

the foregoing was served via U.S. mail, first class postage prepaid, upon the following:

Bradley M. Henry, Esq.
Meehan, Boyle, Black & Fitzgerald, PC
Two Center Plaza
Suite 600
Boston, MA 02108
617-523-8300
Attorneys for Plaintiffs

John C. Wyman, Esq.
Murtha Cullina, LLP
20th Floor
99 High Street
Boston, MA 02110-2320
617-457-4041
Attorney for Defendants Kyocera America, Inc. and
Kyocera Industrial Ceramics Corp.

Ruben Honik, Esq.
Stephan Matanovic, Esq.
Golomb & Honik, P.C.
121 S. Broad Street, Ninth Floor
Philadelphia, PA 19107
Attorneys for Plaintiffs

Robert Nadeau, Esq.
Nadeau & Associates
1332 Post Road, Suite 4A
Wells, Maine 04090
207-324-3500
Attorney for Defendant Hardric Laboratories, Inc.

William F. Ahern, Esq.
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142
617-494-1920
Attorney for Defendant American Beryllia
Corp.

_____
Attorney for Brush Wellman Inc.