UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUZANNE GENEREUX, et al., | * | |
| | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-12137-JLT |
| | * | |
| | * | |
| AMERICAN BERYLLIA CORP., et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |

ORDER

September 12, 2005

TAURO, J.

After a conference on September 12, 2005, this court hereby orders that:

a.    The Parties will comply with the court's Rule 26 Order by October 31, 2005.

b.    Plaintiffs may depose:

   i.    Defendants American Beryllia, Kyocera, Raytheon, and Brush Wellman

   pursuant to Fed. R. Civ. Proc. 30(b)(6).

   ii.    An individual in the Sales or Purchasing Department of the Raytheon

   Corporation and an individual involved in safety and/or industrial hygiene

   at Raytheon Corporation.  The names of these individuals are currently

   unknown.

c.    Defendant Brush Wellman may depose:

Exhibit C

    i.    Plaintiffs Suzanne Genereux, Barry Genereux, Angela Genereux, and Krista Genereux;

    ii.    Lead Plaintiff's treating Physicians: (1) Dr. Lee Newman; (2) Dr. T. Verma; (3) Dr. John Correo; (4) Dr. James McCormick; (5) Dr. Greigstone Yearwood; (6) Dr. David Ashley; (7) Dr. Richard Millman; (8) Dr. Gary Epler;

    iii.    Employees of Raytheon Corporation: (1) Robert Demeo; (2) Leo Myers; (3) Van Raman; (4) P. Ward; (5) R.J. Merrow; (6) Mort Sullivan; (7) Dr. Beverly Shaw; (8) Peter Toch; (9) Andros Balos; (10) Joe Godrick; (11) John Chartier;

d.    Defendant Kyocera may depose:

    i.    (1) Frank Balint; (2) Claire Balint; (3) Robert Barberio; (4) Ernest Betuchy; (5) Steven Chadwick; (6) Stanley Lichwala; (7) Carl Trautbutter; (8) Dr. Kenzie Jones; (9) Ted Dziemenowicz; (10) Bob Boland;

e.    Defendant American Beryllia may depose an individual at General Ceramics Corp. who has knowledge of asset purchasing.

f.    The Parties will complete all Discovery by May 31, 2006.

g.    The Parties will appear before the court on June 6, 2006, at 10:00 a.m. for a Further Conference.

IT IS SO ORDERED.

                                   /s/ Joseph L. Tauro
                                United States District Judge