TUCSON DEPOSITORY BOX #038

BOX 0138 TU5001 THROUGH TU5120

Inside this box are Sales Orders in individual manila files with customers' names and sales numbers on each file label. Inside each file there is a Sales Acknowledgement form, a Shipment Schedule, an Inspection/Test Report from the Ceramic Division, a Engineering Diagram or Blueprint and a computer generated document that is called Routing Operation and Single Level Cost Sheet Standard, a Certificate of Compliance and a Customer Information Sheet. The files are labeled as follows:

PALL CORPORATION TU5001
KDI ELECTRONICS TU5002
KDI ELECTRONICS TU5003
CANTWELL INC. TU5004
VARIAN ASSOCIATES, INC. TU5005
RAYTHEON COMPANY TU5006
KYOCERA AMERICA, INC. TU5007
DALE ELECTRONICS INC. TU5009
HUGHES AIRCRAFT COMPANY TU5010
LOCKHEED MISSILES & SPACE TU5011
SPEEDRING SYSTEMS INC. TU5012
COMPONENT GENERAL INC. TU5013
IBM CORP. TU5014
PACIFIC RESISTOR COMPANY TU5015
KYOCERA AMERICA INC. TU5016
KYOCERA AMERICA INC. TU5017
GENERAL ELECTRIC TU5018
GENERAL ELECTRIC TU5019
KYOCERA AMERICA INC. TU5021
NI-TEC TU5022
RES-NET MICROWAVE INC. TU5023
VARIAN ASSOCIATES INC. TU5024
APX PLASTICS CO. TU5025
MOTOROLA INC. TU5026
LEXEL LASER INC. TU5027
LASER SERVICES INC. TU5029
VARIAN ASSOCIATES INC. TU5030
VARIAN ASSOCIATES INC. TU5031
TRW INC. TU5032
GENERAL ELECTRIC TU5033
DC ELECTRONICS INC. TU5034
KDI ELECTRONICS INC. TU5035
KDI ELECTRONICS INC. TU5036
COMPONENT GENERAL INC. TU5037
MCDONNELL DOUGLAS TU5038
MCDONNELL DOUGLAS TU5039

T67