TUCSON DEPOSITORY BOX #103
**[FORMERLY TUCSON OFFSITE BOX #0491]**
1993
CUSTOMER FILES

The files in this box contain miscellaneous correspondence for 1993 between Brush-Wellman and its customers. The individual files in the box are labeled as follows:

93 KDI
KYOCERA AMERICA
LAKESHORE CRYOTRONICS
LASER INNOVATION
LASER PHYSICS INC.
LASER SERVICES
LASERMATION
LEED PLASTICS CORP.
LEXEL LASER
LICONIX
LITTON, VAN NUYS, CA
LITTON DATA SYSTEMS
LITTON ELECTRON DEVICES
LITTON INDUSTRIES, SAN CARLOS
LOCKHEED MISSILES, SPACE CO.
LOCKHEED, MARIETTA, GA
LOCKHEED SANDERS
LORAL CONIC, SAN DIEGO, CA
LORAL MICROWAVE NARDA
LORAL NARDA WEST, RANCHO CORDOVA, CA
LORAL WESTERN DEVELOPMENT LABS, SAN JOSE, CA
LORTEC POWER SYSTEMS
LUCAS AEROSPACE
LUCAS WEINSCHEL
M.S. KENNEDY
M/A-COM BURLINGTON
M/A-COM PHI, INC. R.F. PACKAGES
MARLOW
MARTIN MARIETTA, MOORESTOWN, NJ
MATEC APPLIED SCIENCES
MATRA
MATRIX MICROSYSTEMS
MCDONNELL DOUGLAS
MELCOR
MICRO SWITCH, FREEPORT, IL
MIC TECHNOLOGIES
MICROSEMI CORP.
MICROWAVE LABORATORIES
MICROWAVE TECHNOLOGY

MIDWEST MICROWAVE
MINI CIRCUITS
MINI SYSTEMS
MOTOROLA ANGERS
MOTOROLA ELMA, NY
MOTOROLA ELMA
MOTOROLA EXPORT
MOTOROLA FLORIDA
MOTOROLA FRANCE
MOTOROLA NORTHBROOK, IL
MOTOROLA PHOENIX
MOTOROLA SHAUMBERG, IL
NATEL ENGINEERING
NATIONAL HYBRID
NAVAL AVIONICS CENTER
NGK
NORTHEAST SEMICONDUCTOR
NORTHERN TELECOM
NORTHROP, NORWOOD, MA
NORTHROP ESD, ROLLING MEADOWS, IL
OECO
OHIO SEMITRONICS
OMNICHROME
OMNIPOINT
OMNIREL
OPTEK TECHNOLOGY INC.
P.C.I.M. NURNBERG
PACIFIC RESISTER
PARAMAX SYSTEMS CORP.
POLYFET RF DEVICES
POWER TRENDS, BATAVIA, IL
P-M INDUSTRIES
PRECISION FERRITES
PRIMUS
PRODUCTIVITY INC.
PROTOTEK RESEARCH
QPL/ASAT
QUESTECH
RAYCHEM CORP.
RAYTHEON, ANDOVER, KASS
RAYTHEON CORP., PORTSMITH, RI
RAYTHEON, QUINCY
RAYTHEON, SUDBURY, MA
RAYTHEON CO., WALTHAM, MA
RAYTHEON, WAYLAND, MA
RELIABLE INDUSTRIES
REMEC