# JONES DAY

NORTH POINT • 901 LAKESIDE AVENUE • CLEVELAND, OHIO 44114-1190
TELEPHONE: 216-586-3939 • FACSIMILE: 216-579-0212

Direct Number: 216-586-7112
jdubersax@jonesday.com

035146:plf
190170-011223

December 23, 2005

<u>VIA FEDERAL EXPRESS</u>

Bradley M. Henry, Esq.
Meehan, Boyle, Black & Fitzgerald, PC
Two Center Plaza
Suite 600
Boston, MA  02108

Re:   <u>Genereux v. Brush Wellman Inc.</u>

Dear Brad:

These two boxes contain copies of the Raytheon-related documents in the Brush Wellman depository, Bates-stamped BW-GEN 00001 to BW-GEN 03457. Please call if you have any questions.

Very truly yours,

Jeffery D. Ubersax

Enclosures (2 Boxes)

cc:   All Counsel of Record (w/o encls.)



RECEIVED
DEC 2 7 2005
MEEHAN BOYLE, BLACK
& FITZGERALD, P.C.

EXHIBIT 1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON