UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Suzanne Genereux, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>American Beryllia Corp., et al. )<br>)<br>Defendants. ) | Case No. 04-CV-12137   JLT |

**UNOPPOSED MOTION OF DEFENDANT BRUSH WELLMAN INC.
FOR LEAVE TO FILE A SURREPLY MEMORANDUM**

Now that plaintiffs have seen the transcript of the September 12, 2005 Status Conference in this matter and realize that there is no basis for their original claim that all documents relevant to this case must be "produced in Massachusetts," they abandon that argument and try a new one. Their new claim is that Brush hasn't done enough to organize the documents for them.

Brush moves this Court for leave to file the attached rebuttal memorandum to address this new claim by showing that: (1) plaintiffs' description of the facts relevant to this new claim is misleading; (2) the new cases that plaintiffs cite are irrelevant; and (3) plaintiffs' purported understanding of the Court's orders is belied by their own conduct. As of this date, plaintiffs themselves have neither produced a copy of, nor any description or list of, <u>any</u> documents that relate to their liability claims in this case.

Local Rule 7.1 Certification

I Jeffery D. Ubersax, counsel for defendant Brush Wellman Inc., certify that on January 5, 2006 I had a telephone conversation with Bradley M. Henry, counsel for plaintiffs, regarding

this motion. Mr. Henry indicated that plaintiffs do not oppose the filing of a surreply memorandum.

Dated: January 10, 2006

Respectfully submitted,

By: /s/ Jeffery D. Ubersax
Jeffery D. Ubersax
Jones Day
North Point
901 Lakeside Ave.
Cleveland, Ohio 44114-1190
Tel:   (216) 586-3939
Fax:   (216) 579-0212

Alan M. Spiro
Federal Bar No. 475650
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
Tel:   (617) 951-2204
Fax:   (617) 439-4170

Attorneys for Defendant Brush Wellman Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of January 2006, a true and correct copy of the foregoing Unopposed Motion of Defendant Brush Wellman Inc. for Leave to File a Surreply Memorandum was served via U.S. mail, first class postage prepaid, upon the following:

Leo V. Boyle, Esq.
Meehan, Boyle, Black & Fitzgerald, PC
Two Center Plaza
Suite 600
Boston, MA 02108
617-523-8300

Attorney for Plaintiffs

William F. Ahern
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142
617-494-1920

Attorney for Defendant American Beryllia Corp.

Ronald M. Jacobs, Esq.
James F. Kavanaugh, Jr., Esq.
Conn, Kavanaugh, Rosenthal, Peisch & Ford, LLP
Ten Post Office Square,
4th Floor
Boston, MA 02109
617-482-8200

Attorneys for Defendant Raytheon Co.

John C. Wyman
Murtha Cullina, LLP
20th Floor
99 High Street
Boston, MA 02110-2320
617-457-4041

Attorney for Defendants Kyocera America, Inc. and Kyocera Industrial Ceramics Corp.

Robert Nadeau, Esq.
Nadeau & Associates
1332 Post Road, Suite 4A
Wells, Maine 04090
207-324-3500

Attorney for Defendant Hardric Laboratories, Inc.

_____
Attorney for Brush Wellman Inc.

CLI-1369690v1