

"Brad Henry"
<BHenry@mbbf.com>

01/09/2006 12:25 PM

To  "Jeffery D. Ubersax" <jdubersax@JonesDay.com>
cc  "Ruben Honik" <rhonik@golombhonik.com>, "Stephan Matanovic" <smatanovic@golombhonik.com>, "William Ahern" <wahern@chelaw.com>, "John Wyman"
bcc
Subject  RE: Genereux Disclosures / Depositions

History:       This message has been forwarded.

Jeff:  I have discussed and passed on your inquiry as to further disclosures to Ruben's office and I expect we will have an acceptable answer for you this week.

In response to your request for the plaintiffs' depositions, we have checked and February 15 and 16 are fine with the plaintiffs.  The usual start time, 10:00 AM?  I expect Alan will provide for it, but if you need contact information for stenographers, just let me know.  Also, given that Mrs. Genereux is wheelchair-bound, I assume you do not mind if we offer our offices for the depositions so as to limit how much she needs to move around.  We expect to have them stay at a hotel that is 1/2 block from our office.

Thanks.  Brad

Bradley M. Henry
Meehan, Boyle, Black & Fitzgerald, P.C.
Two Center Plaza - Suite 600
Boston, Massachusetts 02108-1922 - USA

PH: 617-523-8300
FX:  617-523-0455
EM: BHenry@MBBF.com

-----Original Message-----
From: Jeffery D. Ubersax [mailto:jdubersax@JonesDay.com]
Sent: Friday, January 06, 2006 3:42 PM
To: Brad Henry
Cc: Ruben Honik; Stephan Matanovic; William Ahern; John Wyman; Alan Spiro
Subject: Disclosures

Brad: I reviewed plaintiffs' initial disclosures of September 9, 2005 and found that among the "documents in the possession, custody or control of . . . Meehan, Boyle . . . and/or Golomb & Honik" you identified no documents whatsoever relating to any of the liability issues in this case.  The only documents that you identified are medical records and tax returns, all of which would relate to damages.

Rule 26 of course requires you to identify all documents that plaintiffs intend to rely on to support their claims; and you contend that the parties in this case have a broader obligation under Judge Tauro's orders to produce "all documents relevant to this matter."  Indeed you have filed a motion to compel on that basis, even though we have offered full access to Brush's depository, provided a complete index to the depository, provided copies of the documents in the depository that relate to Raytheon, and offered to do even more.  From you, we have nothing.

Please produce promptly all documents that plaintiffs may use to support their liability claims in this case.

JDU

Jones Day
216-586-7112 (office)
216-225-5892 (cell)
216-579-0212 (fax)
---------------------------

This email message, sent from my wireless device, contains information that may be confidential, be protected by attorney-client or other applicable privileges, or constitute non-public information. If you are not the intended recipient of this message, please notify the sender and then delete it. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

CONFIDENTIALITY AND INADVERTENT DISCLOSURE NOTICE: This e-mail transmission may
contain confidential information belonging to the sender which is legally privileged
and which is only intended for the use of the intended recipient. If you have received this e-mail in error, such transmission is an inadvertent disclosure, and
any copying, disclosure, distribution or dissemination of this information or the
taking of any action based on the contents of this communication is strictly prohibited. Please notify me immediately of any inadvertent disclosure by e-mail,
delete the original transmission and destroy any printouts you may have made.