## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

Suzanne Genereux, et al.

      Plaintiff,

    v.                             Case No. 04-CV-12137 JLT

American Beryllia Corp. et at.

      Defendant


MOTION TO ADMIT FRANCES C. LINDEMANN PRO HAC VICE AS CO-COUNSEL FOR DEFENDANT HARDRIC LABORATORIES INC.


Pursuant to Local Rule 85.5.3, Robert Nadeau, counsel for Defendant Hardric Laboratories Inc., moves that the Court grant attorney Frances C. Lindemann, of counsel, to the firm Nadeau & Associates, P.A., leave to practice in this Court for the purpose of this case.  In support of this motion, I, Robert Nadeau state:

1. I am a member in good standing of the Bars of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.  Pursuant to Local Rule 83.5.2(a), I have filed my notice of appearance in this matter.

2. The certificate of Frances C. Lindemann stating that she is a member in good standing of the bar of every jurisdiction where she is admitted to practice, that there are no disciplinary proceedings pending against her in any jurisdiction, and that she has made herself familiar with the Local Rules of the U.S. District Court for the District of Massachusetts, is attached.

Wherefore counsel for the Defendant Hardric Laboratories Inc., requests this Court to

allow Ms. Lindemann to appear in this matter Pro Hac Vice.

The Defendant, Hardric Laboratories Inc.,

Dated: January 12, 2006

/s/ Robert M. A. Nadeau
By:  Robert M.A. Nadeau, Esquire
Attorney for the Defendant
Bar No. 366280
Nadeau & Associates P.A.
1332 Post Road
Wells, ME  04090
(207) 646-4000

CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served upon the Attorneys of record for
the other parties, this motion, by depositing the same in the U.S. Mail, postage prepaid on
the above date.

/s/ Robert M. A. Nadeau
Robert M.A. Nadeau, Esquire