UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**Suzanne Genereux, et al.**

    **Plaintiff,**

    v.                                                                       Case No. 04-CV-12137 JLT

**American Beryllia Corp. et at.**

    **Defendant**


CERTIFICATE OF FRANCES C. LINDEMANN  IN SUPPORT OF DEFENDANT HARDRIC LABORATORIES INC., AND MOTION FOR HER ADMISSION PRO HAC VICE

I, Frances C. Lindemann do swear as follows:

1. I am an attorney licensed to practice law in the State of Maine.  I am a member in good standing of the Bar of the State of Maine.

2. I am Of Counsel to the Maine law firm of Nadeau & Associates, P.A..

3. There are no disciplinary proceedings pending against me as a member of the Maine Bar or any other Bar.

4. I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.


Dated: January 12, 2006                    /s/ Frances C. Lindemann
                                                          By:  Frances C. Lindemann
                                                             Maine Bar: 4799
                                                             Nadeau & Associates, P.A.
                                                             1332 Post Road
                                                             Wells, ME  04090
                                                             (207) 646-4000

CERTIFICATE OF SERVICE

    I hereby certify that I have caused to be served upon the Attorneys of record for the other parties, this certificate, by depositing the same in the U.S. Mail, postage prepaid on the above date.

                                                     _____
                                                     Frances C. Lindemann, Esquire