UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE GENEREUX and BARRY GENEREUX, Individually and as Parents and Natural Guardians of their minor children, ANGELA GENEREUX and KRISTA GENEREUX,<br><br>     Plaintiffs,<br><br>  v.<br><br>AMERICAN BERYLLIA CORP., BRUSH WELLMAN, INC., BRUSH WELLMAN CERAMICS, INC., BRUSH WELLMAN CERAMIC PRODUCTS INC., HARDRIC LABORATORIES, INC., KYOCERA AMERICA, INC., KYOCERA INDUSTRIAL CERAMICS CORP., and RAYTHEON COMPANY,<br><br>     Defendants. | Case No. 04-CV-12137 JLT |

**JOINT MOTION TO ENTER**
**STIPULATED PROTECTIVE ORDER**

The Parties respectfully move to enter the attached Stipulated Protective Order. In support of this Motion, the Parties state that the Order allows the Parties to protect the confidentiality of sensitive research, development or commercial information which may be produced or submitted to this Court in this action.

| | |
|---|---|
| /s/ Bradley M. Henry<br>Leo V. Boyle, Esq.<br>Bradley M. Henry, Esq.<br>Meehan, Boyle, Black & Fitzgerald, PC<br>Two Center Plaza, Suite 600<br>Boston, MA 02108<br>617-523-8300<br><br>Ruben Honik, Esq.<br>Stephan Matanovic, Esq.<br>Golomb & Honik, P.C.<br>121 S. Broad Street, Ninth Floor<br>Philadelphia, PA 19107<br><br>Attorneys for Plaintiffs | /s/ Ronald M. Jacobs<br>James F. Kavanaugh, Jr., Esq.<br>Ronald M. Jacobs, Esq.<br>Conn, Kavanaugh, Rosenthal, Peisch & Ford, LLP<br>Ten Post Office Square,<br>4th Floor<br>Boston, MA 02109<br>617-482-8200<br><br>Attorneys for Nonparty Raytheon Co. |

| | |
|---|---|
| _/s/ William F. Ahern_____ <br> William F. Ahern, Esq. <br> Clark, Hunt & Embry <br> 55 Cambridge Parkway <br> Cambridge, MA 02142 <br> 617-494-1920 <br><br> Attorney for Defendant American <br>   Beryllia Corp. | _/s/ John C. Wyman_____ <br> John C. Wyman <br> Murtha Cullina, LLP <br> 99 High Street <br> Boston, MA 02110-2320 <br> 617-457-4041 <br><br> Attorney for Defendants Kyocera America, Inc. and Kyocera Industrial Ceramics Corp. |
| _/s/ Jeffery D. Ubersax____ <br> Jeffery D. Ubersax <br> Jones Day <br> 901 Lakeside Avenue <br> NorthPoint <br> Cleveland, OH  44110 <br> 216-586-3939 <br><br> Attorney for Brush Wellman Inc. | _/s/ Robert Nadeau_____ <br> Robert Nadeau, Esq. <br> Nadeau & Associates <br> 1332 Post Road, Suite 4A <br> Wells, Maine  04090 <br> 207-324-3500 <br><br> Attorney for Defendant Hardric Laboratories, Inc. |

Dated:  January 26, 2006