# MURTHA CULLINA LLP

ATTORNEYS AT LAW

99 HIGH STREET
BOSTON, MASSACHUSETTS 02110-2320

TELEPHONE (617) 457-4000
FACSIMILE (617) 482-3868
www.murthalaw.com

JOHN C. WYMAN
(617) 457-4041 DIRECT TELEPHONE
(617) 210-7041 DIRECT FACSIMILE
JCWYMAN@MURTHALAW.COM

March 10, 2006

Ms. Zita Lovett
Courtroom Clerk to Judge Tauro
U.S. District Court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Genereux v. Brush Wellman, et al
      USDC Civil Action No. 04-12137 JLT

Dear Ms. Lovett:

I am writing to request that the Court Conference presently scheduled for June 6, 2006 at 10:00 a.m. in this matter be rescheduled to a date convenient to the Court on or after June 20, 2006. The reason for this request is that my father has asked my sister and me to accompany him to Europe and the only time period in which both my sister and I can accompany him is between June 2 and June 16, 2006.

I have consulted with all other counsel of record in this action and none have an objection to this requested change in date of the June 6th Scheduling Conference.

Respectfully submitted,

John C. Wyman

/j
(719583/0002)

cc:   All Counsel of Record

326508

BOSTON      HARTFORD      NEW HAVEN