UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Suzanne Genereux, et al. | ) |
|     Plaintiffs, | ) |
| v. | ) Case No. 04-CV-12137 JLT |
| American Beryllia Corp., et al. | ) |
|     Defendants. | ) |

**MOTION TO ADMIT ROBERT S, FAXON *PRO HAC VICE*
AS CO-COUNSEL FOR DEFENDANT BRUSH WELLMAN INC.**

Pursuant to Local Rule 85.5.3, Alan M. Spiro, counsel of record for the Defendant Brush Wellman Inc., moves that the Court grant attorney Robert S. Faxon, a partner of the law firm Jones Day, resident in its office located at North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114-1190, leave to practice in this Court for the purposes of this case. In support of this Motion, Mr. Spiro states:

1. I am a member of good standing of the Bars of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, and the United States Court of Appeals for the First Circuit. Pursuant to Local Rule 83.5.2(a), I have filed my notice of appearance in this case.

2. The Certificates of Mr. Faxon, attesting that: (1) he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he has been provided and is familiar with the Local Rules of the United States District Court for the District of Massachusetts, is filed herewith.

- 2 -

WHEREFORE, Alan M. Spiro requests that this Court allow attorney Robert S. Faxon leave to appear in this action *pro hac vice* as co-counsel for the defendant Brush Wellman Inc.

                                     /s/ Alan M. Spiro

Alan M. Spiro  (BBO No. 475650)
EDWARDS ANGELL PALMER &
DODGE LLP
111 Huntington Avenue
Boston, Massachusetts  02199
Direct Phone:  617.951.2204
Direct Fax:  888.325.9124
E-Mail:  aspiro@eapdlaw.com

Attorney for Brush Wellman Inc.

Dated:  April 26, 2006