UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Suzanne Genereux, et al. )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>American Beryllia Corp., et al. )<br>)<br>    Defendants. ) | Case No. 04-CV-12137 JLT |

**CERTIFICATE OF ROBERT S. FAXON
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*
AS CO-COUNSEL FOR DEFENDANT BRUSH WELLMAN INC.**

I, Robert S. Faxon, on oath depose and state as follows:

1. I am an attorney licensed to practice law in the State of Ohio. I am a partner in the law firm Jones Day, resident in its offices at North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114-1190.

2. I was admitted to the Bar of the State of Ohio in November 1992. I am also admitted to practice in the United States District Court for the Northern District of Ohio and the United States Court of Appeals for the Sixth Circuit.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have been provided with a copy of, and am familiar with, the Local Rules of the United States District Court for the District of Massachusetts.

- 2 -

Signed under the penalties of perjury this 24th day of April, 2006.

_____
Robert S. Faxon
JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, Ohio 44114-1190

Dated: April 24, 2006