UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUZANNE GENEREUX, et al.

Plaintiffs,

v.

AMERICAN BERYLLIA CORP., et al.

Defendants.

Civil Action No. 04-CV-12137 JLT

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Alan M. Spiro, counsel to Defendant, Brush Wellman Inc., has changed his address. Please cause all notices, pleadings and correspondence in this matter to be sent to the address below:

Alan M. Spiro
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, Massachusetts 02199
Direct Phone: 617.951.2204
Direct Fax:    888.325.9124

BRUSH WELLMAN INC.
By their attorneys,

Dated: May 5, 2006

/s/ Alan M. Spiro
Alan M. Spiro (BBO No. 475650)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, Massachusetts 02199
Direct Phone: 617.951.2204
Direct Fax:    888.325.9124
E-mail:        aspiro@eapdlaw.com