UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE GENEREUX and BARRY GENEREUX, Individually and as Parents and Natural Guardians of their minor children, ANGELA GENEREUX and KRISTA GENEREUX,<br><br>                Plaintiffs,<br><br>   v.<br><br>AMERICAN BERYLLIA CORP., BRUSH WELLMAN, INC., BRUSH WELLMAN CERAMICS, INC., BRUSH WELLMAN CERAMIC PRODUCTS INC., HARDRIC LABORATORIES, INC., KYOCERA AMERICA, INC., KYOCERA INDUSTRIAL CERAMICS CORP., and RAYTHEON COMPANY,<br><br>                Defendants. | Case No. 04-CV-12137 JLT |

## JOINT STIPULATION OF DISMISSAL
## OF THE KYOCERA DEFENDANTS ONLY

The Parties hereby stipulate and agree that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Complaint as amended against the defendants Kyocera America, Inc. and Kyocera Industrial Ceramics Corp., is dismissed without costs, attorneys fees, and with all rights to appeal waived.

| | |
|---|---|
|     /s/  Ruben Honik |     /s/  John C. Wyman |
| Leo V. Boyle, Esq. | John C. Wyman |
| Bradley M. Henry, Esq. | Sara P. Bryant |
| Meehan, Boyle, Black & Fitzgerald, PC | Murtha Cullina, LLP |
| Two Center Plaza, Suite 600 | 99 High Street |
| Boston, MA 02108 | Boston, MA 02110-2320 |
| 617-523-8300 | 617-457-4041 |
| Attorneys for Plaintiffs | |
| | Attorneys for Defendants Kyocera America, Inc. |
| Ruben Honik, Esq., |   and Kyocera Industrial Ceramics Corp. |
| Stephan Matanovic, Esq. | |
| Golomb & Honik, P.C. | |
| 121 S. Broad Street, Ninth Floor | |
| Philadelphia, PA  19107 | |
| Attorneys for Plaintiffs admitted *pro hac vice* | |

| | |
|---|---|
| /s/  Jeffrey D. Ubersax | /s/  William F. Ahearn |
| Jeffery D. Ubersax | William F. Ahern, Esq. |
| Jones Day | Clark, Hunt & Embry |
| 901 Lakeside Avenue | 55 Cambridge Parkway |
| NorthPoint | Cambridge, MA 02142 |
| Cleveland, OH  44110 | 617-494-1920 |
| 216-586-3939 | |
| | Attorney for Defendant American Beryllia Corp. |
| Attorney for Defendant Brush Wellman Inc. admitted *pro hac vice* | |

  /s/  Frances C. Lindemann
Robert Nadeau, Esq.
Frances C. Lindemann, Esq.
Nadeau & Associates
1332 Post Road, Suite 4A
Wells, Maine  04090
207-324-3500

Attorney for Defendant Hardric
   Laboratories, Inc.

Dated:  June 21, 2006

333696_1.DOC