UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUZANNE GENEREUX, et al
       Plaintiff

V.                                          CIVIL ACTION

                                            NO. 04-12137-JLT
RAYTHEON COMPANY,
       Defendant

### ORDER OF DISMISSAL

TAURO,           D. J.

In accordance with the Court's Memorandum and Order dated  5/12/2005  granting defendant's motion to dismiss as to Count VIII of the Complaint it is ORDERED that the above-named defendant be and hereby is dismissed.

                                            By the Court,

                                            /s/
6/22/2006                                   Zita Lovett
   Date                                     Deputy Clerk