UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE GENEREUX, et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *   Civil Action No. 04-12137-JLT |
| | * |
| AMERICAN BERYLLIA CORP., et al., | * |
| | * |
| Defendants. | * |

ORDER

June 22, 2006

TAURO, J.

After the Conference held on June 22, 2006, this court hereby orders that:

1. All parties may depose the following: (1) Mr. Russio; and (2) Mr. Donahey;

2. Defendants may depose the following: (1) Dr. Thomas Morris; (2) Dr. Virginia Rockhill; and (3) Dr. J.E. Caruolo;

3. The parties must complete the abovementioned depositions by August 31, 2006;

4. Plaintiffs have until October 2, 2006 to designate experts and file expert affidavits;

5. Defendants have until November 1, 2006 to designate experts and file expert affidavits; and

6. A Final Pretrial Conference will be held on November 7, 2006 at 10:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge