United States District Court
District of Massachusetts

FILED
IN CLERKS OFFICE
2006 JUN 26  P 3:42
US DISTRICT COURT
DISTRICT OF MASS

I received a subpoena, Case Number 04-cv-12137-JLT requesting my presence at a law office on Huntington Ave. on 6-30-06 at 9:30 am. Also i received copies of some of my Office Records.

Due ot my age 85 years of age I could not possibly keep this appointment.

Since this was in 1984 I do not remember anything about the case.

I have tried to call the attorneys involved in Boston and Cleveland and I am informed that noneof their numbers is still in service. I do not understand this.

I would be glad to have copies of my records certified by a notary and will send the notarized copies to the attorneys if they indeed are still in business.

I respectfully request that I be excused from complying with the request to appear in Boston. At my age and infirmity I do not see how I can appear at the office of those attornsys all of whose phones are no longer in service. I have every reason to believe their offices are shut down and they have gone elsewhere.

There was a stamp on the subpoena '' A TRUE COPY andit was signed by John F. Keogh - ATTEST. I do not know whether Mr. Keogh is attached to the court or to the attorneys office.

I thank the Court for any assistance if can give me in this matter.

Respectfully,
J.E. Caruolo