UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Suzanne Genereux, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 04-cv-12137 JLT |
| | ) |
| American Beryllia Corp., et al. | ) |
| | ) |
| Defendants. | ) |

**MOTION OF DEFENDANT BRUSH WELLMAN INC. FOR LEAVE TO EXCEED PAGE LIMIT FOR MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Defendant Brush Wellman Inc. ("Brush") moves for leave to exceed the page limit set forth in Local Rule 7.1(b)(4) for the memorandum of law in support of its motion for summary judgment.

There is good cause for this motion. The rule ordinarily permits a 20 page memorandum; Brush's memorandum runs to 39 pages because there are four separate and independently sufficient grounds for summary judgment, and because each of those grounds is supported by substantial undisputed facts. Brush believes that it is essential to present the facts and arguments fully so that the Court can make a properly informed and just decision on this very important motion.

No party will be prejudiced by a grant of this motion.

Dated: October 16, 2006          Respectfully submitted,

By: _____
Jeffery D. Ubersax
Jones Day
North Point
901 Lakeside Ave.
Cleveland, Ohio 44114-1190
Tel:    (216) 586-3939
Fax:    (216) 579-0212


Alan M. Spiro
Edwards Angell Palmer & Dodge LLP
Federal Bar No. 475650
111 Huntington Avenue
Boston, MA 02199-7613
Tel:    (617) 239-0100
Fax:    (617) 227-4420


Attorneys for Defendant Brush Wellman Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of October, 2006, a true and correct copy of the foregoing **MOTION OF DEFENDANT BRUSH WELLMAN INC. FOR LEAVE TO EXCEED PAGE LIMIT** was served via electronic transmission and/or U.S. mail, first class postage prepaid, upon the following:

Leo V. Boyle, Esq.
Meehan, Boyle, Black & Fitzgerald, PC
Two Center Plaza
Suite 600
Boston, MA 02108
617-523-8300

Attorney for Plaintiffs

Ruben Honik, Esq.
Stephan Matanovic, Esq.
Golomb & Honik, PC
121 S. Broad St., 9th fl.
Philadelphia, PA 19107

Attorney for Plaintiffs

William F. Ahern
Mandi Jo Hanneke
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142
617-494-1920

Attorney for Defendant American Beryllia
  Corp.

Robert Nadeau, Esq.
Frances Lindemann, Esq.
Nadeau & Associates
1332 Post Road, Suite 4A
Wells, Maine  04090
207-324-3500

Attorney for Defendant Hardric Laboratories, Inc.

Ronald M. Jacobs, Esq.
Conn, Kavanaugh, Rosenthal, Peisch & Ford, LLP
Ten Post Office Square, 4th Floor
Boston, MA  02109
617-482-8200

Attorneys for Defendant Raytheon

_/s/ signature_
Attorney for Brush Wellman Inc.

CLI-1452961v1