UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Suzanne Genereux, et al. ) | |
| ) | Case No. 04-cv-12137  JLT |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| American Beryllia Corp., et al. ) | |
| ) | |
| Defendants. ) | |

**APPENDIX OF EXHIBITS TO MOTION OF DEFENDANT BRUSH WELLMAN INC. FOR SUMMARY JUDGMENT**

Dated:  October 16, 2006

Jeffery D. Ubersax
Robert S. Faxon
Jones Day
901 Lakeside Ave.
Cleveland, Ohio  44114-1190
Tel:     (216) 586-3939
Fax:    (216) 579-0212

Alan M. Spiro (Fed. Bar No. 475650)
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199-7613
Tel:     (617) 239-0100
Fax:    (617) 227-4420

Attorneys for Defendant Brush Wellman Inc.

## Table of Contents

Tab

**DEPOSITION EXCERPTS**

David W. ASHLEY, M.D. (April 5, 2006)
    Deposition Excerpts and Certain Exhibits ....................................................................1

Claire BALINT (April 6, 2006)
    Deposition Excerpts **FILED UNDER SEAL** ...............................................................2

Alfred BROADBENT (June 7, 2006)
    Deposition Excerpts **FILED UNDER SEAL** ...............................................................3

John CHARTIER (May 2, 2006)
    Deposition Excerpts **FILED UNDER SEAL** ...............................................................4

Barry GENEREUX (February 16, 2006)
    Deposition Excerpts ..........................................................................................................5

Suzanne GENEREUX (February 15, 2006)
    Deposition Excerpts ..........................................................................................................6

Marc Edward KOLANZ (June 6, 2006)
    Deposition Excerpts and Certain Exhibits ....................................................................7

James J. McCARTHY (March 21, 2006 and April 7, 2006)
    Deposition Excerpts **FILED UNDER SEAL** ...............................................................8

**DECLARATIONS AND AFFIDAVITS**
Caruolo Declaration and Exhibits .........................................................................................9

Chesmar Affidavit ................................................................................................................10

Hartford Affidavit and Exhibits **FILED UNDER SEAL** ..............................................11

Kolanz Declaration and Exhibits **FILED UNDER SEAL** ............................................12

Martyny Affidavit Excerpts .................................................................................................13

Ubersax Affidavit and Exhibits **FILED UNDER SEAL** ..............................................14