Tab 1 **to Appendix of Exhibits to Motion of Defendant Brush Wellman, Inc. for Summary Judgment:**

**ASHLEY DEPOSITION EXCERPTS AND CERTAIN EXHIBITS**

David W. Ashley, M.D.

Page 1

1              UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF MASSACHUSETTS

3

4

5     * * * * * * * * * * * * * * * * * *
                                         *
6     SUZANNE GENEREUX and BARRY GENEREUX,*
      Individually and as Parents and    *
7     Natural Guardians of their Minor    *
      Children, ANGELA GENEREUX and       *
8     Children, ANGELA GENEREUX and       * Civil Action No.
      KRISTA GENEREUX,                    * 04-CV-12137 JLT
9                    Plaintiffs,          *
              VS.                         *
10    AMERICAN BERYLLIA CORP., BRUSH      *
      WELLMAN, INC., BRUSH WELLMAN        *
11    CERAMICS, INC., BRUSH WELLMAN       *
      CERAMIC PRODUCTS, INC., HARDRIC     *
12    LABORATORIES, INC., KYOCERA AMERICA,*
      KYOCERA INDUSTRIAL CERAMICS, CORP., *
13    and RAYTHEON COMPANY,               *
                     Defendants.          *
14    * * * * * * * * * * * * * * * * * *

15

16

17       VIDEOTAPED DEPOSITION OF DAVID W. ASHLEY, M.D., a
      WITNESS in the above-entitled cause, taken on behalf
18    of the Defendants, before Julia A. Puleo, RPR, a
      Notary Public in and for the State of Rhode Island, at
19    the offices of Family Medicine, 1351 South County
      Trail, Suite 301, East Greenwich, Rhode Island, on
20    April 5, 2006, from 9:00 A.M. to 11:10 A.M.

21

22

23

24

25

David W. Ashley, M.D.

Page 34

1    A. No.
2    Q. Her Parkinson's wasn't caused by exposure to
3    Beryllium?
4    A. I doubt that, but I'm not an expert in
5    Beryllium, by any means, but I would think not,
6    but I would defer to any other -- to a
7    neurological expert who has an understanding of
8    Beryllium.
9    Q. Her asthma wasn't caused by exposure to Beryllium,
10   was it?
11   A. Asthma itself -- see, that's a -- how do you
12   answer that one? Asthma, a lot of people think of
13   asthma as a wastebasket sort of diagnosis for
14   problems with breathing. So symptoms that might
15   be called asthma could have been caused by
16   Beryllium. Asthma, childhood asthma, she has a
17   tendency toward that, toward reactive airways,
18   that would not be from Beryllium.
19   Q. Her hypothyroidism wasn't caused by exposure by
20   Beryllium, was it?
21   A. Doubtful. No. Unless you know something I
22   don't.
23   Q. Her high blood pressure wasn't caused by exposure
24   to Beryllium?
25   A. Probably not. It can -- it depends on

Page 35

1    what -- I mean, that could be remotely possible,
2    but probably not.
3    Q. Her high cholesterol --
4    A. No.
5    Q. ...wasn't caused by exposure to Beryllium?
6    A. Correct.
7    Q. Her sleep apnea wasn't caused by exposure to
8    Beryllium?
9    A. Possible contributing factor, but there are
10   other factors that are much -- her obesity is much
11   more likely to be a cause of that.
12   Q. Certainly, her exposure to Beryllium didn't cause
13   her obesity?
14   A. That would have to be a very indirect -- so
15   I'd say no to that.
16   Q. Did there come a time when you and Mrs. Genereux
17   had a conversation about Beryllium exposure?
18   A. Yes.
19   Q. When did you first have a conversation about that?
20       THE WITNESS: Let me find that one.
21       (WITNESS REFERS TO FILE)
22   A. I see a note from June 2001 that mentions the
23   word "Beryllium" Whether it's spelled correctly,
24   I don't know, but...
25       MR. UBERSAX: Let me mark what I think is

Page 36

1    a copy of that as Exhibit 3.
2        (DEFENDANTS' EXHIBIT 3 MARKED FOR I.D.)
3    Q. Doctor, would you please take a look at Exhibit 3.
4    A. Yes.
5    Q. Do you recognize that?
6    A. Yup. That's my writing.
7    Q. Is that -- that is a copy of your office notes
8    from a visit that Mrs. Genereux made to your
9    office on June 8, 2001?
10   A. Correct.
11   Q. And during that office visit, you and she talked
12   about Beryllium exposure?
13   A. Mostly she talked about it, and --
14   Q. How did the subject come up?
15   A. Well, that was probably the reason for her
16   visit. It's, I mean, my note says here potential
17   exposure to acetone, Beryllium and asbestos.
18   Brings in reading for, I'm sure that was for me,
19   and I do have a reading in the back of something
20   she must have given me about what Beryllium is and
21   Beryllium disease.
22   Q. Can you find that for us, please?
23   A. Sure. Let's see. "Facts about Beryllium
24   Disease." Let see me see if there's any way to
25   tell you when she gave it to me. It's in the

Page 37

1    chart between a note that was dated April of '01
2    and another note that was dated July of '01, so
3    probably it was given to me somewhere between
4    those two dates.
5    Q. Well, based on your note from June 8, which says,
6    brings reading for?
7    A. So my guess is that, I would say that this is
8    the reading that she brought me.
9    Q. We really don't want you to guess.
10   A. Okay.
11   Q. Is it your best recollection --
12   A. My best recollection.
13   Q. ...that when she came to your office on June 8,
14   '01 she gave you some written materials about
15   Beryllium disease?
16   A. Correct.
17   Q. And you have a copy of those in your file?
18   A. Yes.
19       MR. UBERSAX: Can we mark those, please,
20   as Exhibit 4.
21       (DEFENDANTS' EXHIBIT 4 MARKED FOR I.D.)
22   Q. Can you describe Exhibit 4 for us, please?
23   A. It looks like a handout probably geared
24   toward non-physicians, or toward patients, and
25   it's called "Facts about Beryllium Disease," and

10 (Pages 34 to 37)

David W. Ashley, M.D.

Page 38

1   it looks like it's written by the National Jewish
2   Medical and Research Center in Denver, Colorado.
3   Q.  She gave that to you on June 8, 2001, correct?
4   A.  Correct.
5   Q.  Did you and she talk about the written materials
6   that she gave you on that date?
7   A.  Probably -- we probably talked more about --
8   let me just look at the rest of my note here. I
9   don't think -- we probably didn't go into
10  specifics about the material. She probably just
11  ascribed her concerns about potential exposures to
12  these three things in the past, acetone, Beryllium
13  and asbestos, and I don't know why she'd give me
14  something just on Beryllium. Probably because
15  it's not well-known to most of us.
16  Q.  Can you read the first couple of lines in your
17  notes from that date from June 8?
18  A.  Okay.  Running out of insurance in two weeks.
19  On multiple medications. Just some vital signs.
20  It looks like I rechecked and tried to circle mine
21  as her blood pressure being a little higher than
22  what the staff got, 146 over 80. Potential
23  exposure, then a dash, and it says acetone,
24  Beryllium, and asbestos, and then underneath that
25  it says, brings in reading for, and it's the end

Page 39

1   of that.
2   Q.  Now, so she told you right at the beginning that
3   she was running out of insurance?
4   A.  Correct.
5   Q.  And was that -- did that fact, that she was
6   running out of insurance, have something to do
7   with this conversation about potential exposures;
8   in other words, was she looking for some other way
9   to pay for her medical bills?
10      MR. MATANOVIC:  Objection to form.
11  A.  My understanding, my written that down would
12  be that she's on multiple medications and needed
13  to refill them before her insurance ran out, and
14  it doesn't make -- it doesn't make sense to me
15  that she would be coming in with this because
16  she's running out of insurance, knowing that
17  something like this would be a decade-long
18  endeavor.
19  Q.  When you say "something like this," you mean
20  litigation?
21  A.  The litigation for an exposure.
22  Q.  Can you remember any discussion during this June
23  8, 2001, visit about chronic Beryllium disease?
24  A.  Only that that was a potential exposure she
25  said, and she gave me that handout. The word

Page 40

1   "Beryllium" I'd heard in my lifetime but knew
2   nothing about Beryllium disease.
3   Q.  You had never had a patient with chronic Beryllium
4   disease before then?
5   A.  No.
6   Q.  Have you ever had another patient with chronic
7   Beryllium disease?
8   A.  Not that I know of.
9   Q.  Did she say where she got the written materials
10  that she gave you during that visit?
11  A.  No, but it says on the top where it came
12  from, so...
13  Q.  Did she mention a telephone call that she had with
14  Senator Jack Reed's office?
15  A.  I don't remember that.
16  Q.  Did she mention a telephone call she had had with
17  the Department of Labor?
18  A.  I don't recall.
19  Q.  During that June 8 visit, did you talk with her
20  about having any tests done relating to Beryllium
21  exposure?
22  A.  I knew nothing of what Beryllium exposure
23  was, what the manifestations are, how you'd test
24  for it, so my guidance was from her and any
25  pulmonologist that I referred her to.

Page 41

1   Q.  During that visit, did she say that she wanted a
2   test done?
3   A.  Probably -- I don't know if that was at that
4   visit, but at some visit she did.
5   Q.  What did she say about that?
6       MR. MATANOVIC:  At what point?
7       MR. UBERSAX:  Whenever she said that she
8   wanted a test.
9   A.  That there is a test that exists that helps
10  figure out if somebody has been exposed to
11  Beryllium. I think it was a blood test, I
12  believe, and that it can be done at this certain
13  place, which is, I think, the place listed at the
14  top of the information sheet.
15  Q.  So she knew more about the test than you did?
16  A.  Oh, of course.
17  Q.  She told you about this test?
18  A.  She told me about the test.
19  Q.  Was that during the June 8, 2001, visit?
20  A.  I don't know.
21  Q.  When was the next time that you and she had a
22  conversation about Beryllium?
23  A.  Well, I saw her on June 19.
24  Q.  Was it during that June 19, 2001, visit that she
25  told you about the blood test and asked to have

11 (Pages 38 to 41)

David W. Ashley, M.D.

Page 42

1  it?
2      A.  Yes.  It looks like that from my note.
3  Q.  What does your note say about that?
4      A.  In my assessment and plan, it says, Beryllium
5  exposure-in past while employed by Raytheon.  Will
6  send special required test.
7          MR. UBERSAX:  Would you mark this as the
8  next exhibit, please?
9      (DEFENDANTS' EXHIBIT 5 MARKED FOR I.D.)
10         MR. MATANOVIC:  Is that my copy?
11         MR. UBERSAX:  Yes.
12 Q.  Doctor, will you take a look at Exhibit 5, please?
13     A.  Yeah.  That's the same.
14 Q.  Is that a copy of your office notes from June 19,
15 2001?
16     A.  Yes.
17 Q.  That's your handwriting?
18     A.  Yes.
19 Q.  Down at the bottom of the page you wrote about
20 Beryllium exposure?
21     A.  Correct.
22 Q.  And what did you mean by "required test"?
23     A.  It could be required, it could be requested.
24 Usually that would indicate required, and I'm not
25 sure what that means.

Page 43

1  Q.  This might mean requested by her?
2      A.  Yes.
3  Q.  And you also wrote, will send test; what did you
4  mean by that?
5      A.  If I recall, this was one of these
6  complicated things where the patient probably had
7  the vials and the requirements on how the blood
8  had to be drawn with her, and the lab that is in
9  this office would do that for her, and then we
10 mailed it from here, so she had everything
11 necessary to package the test and then send it to
12 wherever it had to -- got interpreted, developed.
13 Q.  She brought that with her to your office on June
14 19?
15     A.  I don't know, but that's what I'm recalling
16 from -- between memory and note here.
17 Q.  Do you remember any discussion about the test with
18 her during this June 19 visit?
19     A.  Nothing specific, no.
20 Q.  Did she indicate that she knew what the purpose of
21 the test was?
22     A.  I assume she knows what the purpose of the
23 test is.
24 Q.  Did she say anything to you which made it clear
25 that she did understand the purpose of the test?

Page 44

1      A.  Well, that it was to indicate, you know,
2  Beryllium exposure in the past.  I mean, it's...
3  Q.  Did she indicate that she knew that the one
4  purpose of the test is to determine whether she
5  might have been harmed by exposure to Beryllium?
6      A.  I'm sure that was an understanding.  I mean,
7  it's...
8  Q.  What did she say about that?
9      A.  I don't recall.
10 Q.  Did she -- was her blood drawn for the test on
11 June 19, 2001?
12     A.  I don't know.  There is a blood test result
13 someplace in here that probably has a date on the
14 top of it, but I don't know.  If it's written or
15 the test result, that's the guidance I would use
16 for when it was drawn.
17 Q.  Did you draw the blood yourself, or did somebody
18 else in your office?
19     A.  Somebody else.
20 Q.  Did you refer her to a pulmonologist at some
21 point?
22     A.  Yes.
23 Q.  When was that?
24     A.  I believe when she first came as a patient
25 she already had one, and then -- let me see if I

Page 45

1  can remember the time frame.  I think -- I don't
2  remember the dates are on this, but she had a
3  pulmonologist here, then she was pursuing the
4  Beryllium issue and went out West for a consult
5  and further testing, and whether I referred her
6  specifically out -- you know, if it required a
7  referral from me, then I referred her.  If she did
8  it on her own, then she did it on her own.  I
9  probably wrote a hand referral out at some point.
10 When she got back and that testing was done, she
11 ended up finding a new pulmonologist around here.
12 Q.  Was that Dr. Corrao?
13     A.  He was the first one.  She didn't want to see
14 him again, because apparently she reported that he
15 wasn't answering phone calls from the doctors out
16 West.
17 Q.  Did you ever talk to Dr. Corrao about her medical
18 condition?
19     A.  Never.
20 Q.  Do you know Dr. Corrao?
21     A.  Yes.
22 Q.  Did she ever tell you that she -- one of the
23 reasons she left his care was that Dr. Corrao was
24 not convinced of the CBD diagnosis?
25         MR. MATANOVIC:  Object to the form.

12 (Pages 42 to 45)

David W. Ashley, M.D.

Page 46

1    A.  Only if I have that written down.  I don't
2    remember.
3    Q.  Can you take a look, please, at your notes from
4    December 17, 2002?
5        (WITNESS COMPLIES)
6    A.  Okay.
7    Q.  Can you read to us what you wrote under A/P?
8    A.  Assessment and plan:  Pulmonary stable.
9    Continue -- pulmonary stable.  Continue same meds.
10   Follow-up Dr. Corrao.  Patient concerned
11   Dr. Corrao not convinced of diagnosis.
12   Q.  Was that the diagnosis of chronic Beryllium
13   disease?
14   A.  That would -- yes.
15   Q.  But you never followed up with Dr. Corrao
16   yourself?
17   A.  No.
18   Q.  Has any physician ever expressed any doubt to you
19   about her diagnosis of chronic Beryllium disease?
20   A.  Not directly.  No indirectly, no.
21   Q.  Have you ever talked to Dr. Newman?
22   A.  No.
23   Q.  Have you ever talked to any other pulmonologist
24   who is treating her for chronic Beryllium disease?
25   A.  No.  I just received consultant notes, but I

Page 47

1    haven't talked to anybody.
2        (MR. WYMAN LEAVES DEPOSITION)
3    Q.  Do you know why it was that, that it was over a
4    year between Mrs. Genereux's visit to you in June
5    of 2001, where you talked about the Beryllium
6    test, and her actual visit to National Jewish in
7    August of 2002?
8        MR. MATANOVIC:  Object to the form.
9    A.  Probably -- it could have been because she
10   lost her insurance from one of those previous
11   notes we just read.  It also -- it probably took
12   her a long time to coordinate that visit to get it
13   paid for.  I'm not sure how she paid for her plane
14   flight.  I'm not sure how the tests were paid for.
15   Q.  You're guessing now; you just don't know?
16   A.  I don't know.
17       THE WITNESS:  I guess you're not looking
18   for me to guess?
19       MR. UBERSAX:  No.
20       MR. MATANOVIC:  Could we take a short
21   break?
22       MR. UBERSAX:  Okay.
23       THE VIDEOGRAPHER:  Going off the record
24   at 10:09 a.m.
25   (OFF THE RECORD FROM 10:09 A.M. UNTIL 10:23 A.M.)

Page 48

1        (MR. WYMAN RETURNS TO DEPOSITION)
2    Q.  Dr. Ashley, do your records show when
3    Mrs. Genereux's blood was drawn for the first
4    Beryllium lymphocyte proliferation test?
5    A.  They show a test that was -- a test was run
6    dated 6/23/01, and this was done, I believe, in
7    Colorado National Jewish.
8    Q.  When was the blood drawn for that test?
9    A.  Probably a couple of days prior to that.
10   Q.  Is there any document in your files that shows
11   that blood was drawn for Mrs. Genereux?
12   A.  We have a document from our own lab saying
13   that she had some blood drawn on June 20 of 2001
14   here.  It doesn't document whether the other tests
15   were drawn that were sent outside the lab, but she
16   did have some blood drawn here on June 20.
17   Q.  Based on that record, is it your understanding
18   that the blood that was sent to Denver for
19   Beryllium testing was drawn on June 20, 2001?
20   A.  That's my understanding.
21       MR. UBERSAX:  Can we mark that page,
22   please, as the next exhibit?
23       (DEFENDANTS' EXHIBIT 6 MARKED FOR I.D.)
24   Q.  Doctor, if you would just tell us again, please,
25   what Exhibit 6 is?

Page 49

1    A.  It's a set of labs that were drawn here on
2    June 20, 2001, including glucose, electrolytes,
3    cholesterol, routine labs following her other
4    conditions.
5    Q.  Those are tests that were done on blood drawn from
6    Mrs. Genereux on June 20, 2001?
7    A.  Correct.
8    Q.  Have you yourself treated Mrs. Genereux for
9    chronic Beryllium disease?
10   A.  No.
11   Q.  Who has treated her for that?
12   A.  The pulmonary doctors.
13   Q.  Is that the local doctors, or Dr. Newman out in
14   Denver?
15   A.  Local doctors.
16   Q.  Is she currently receiving any treatment for
17   chronic Beryllium disease?
18   A.  The treatment for asthma and chronic
19   Beryllium disease, to my understanding, would be
20   similar.  Inhalers and oxygen.
21   Q.  Have you been able to determine, from looking at
22   your records, whether you ever gave Mrs. Genereux
23   Prednisone?
24   A.  I can't find anything saying that I gave her
25   a round of oral Prednisone.

13 (Pages 46 to 49)

David W. Ashley, M.D.

Page 62

1     A.  I have June 22, 2001.  It says history of
2  asbestos exposure, and the impression, there is no
3  evidence of acute cardiopulmonary process, no
4  plain film evidence of asbestos exposure.
5  Q.  And you have no other record of any x-ray or CT
6  scan?
7     A.  Not that I ordered.  When I reviewed the
8  chart before there was, if I can recall, there was
9  a CT scan of her chest at some point that had a
10  follow-up.  I'm sure you have those, and let me
11  locate those.
12  Q.  Was that the one from National Jewish?
13     A.  I'm not sure.  I see one from August 2002
14  from National Jewish.
15  Q.  That's a CT scan?
16     A.  Yes.  I'm recalling from memory that there
17  was a CT scan at some point that showed pulmonary
18  nodules and then a subsequent one that showed a
19  clear chest.  The one from National Jewish Medical
20  Center here is -- the interpretation on the note
21  that I received was that, the high resolution CT
22  of the chest, pulmonary arteries were normal, no
23  significant bronchial wall thickening or
24  bronchiectasis.  No nodules identified.  No
25  evidence of interstitial lung disease.

Page 63

1  Q.  You believe there was, or you recall a later CT
2  scan that showed some nodules in the lung?
3     A.  No.  I think it was an earlier CT scan than
4  this one.
5  Q.  What would cause nodules in the lung?
6     A.  An infection.  So if she had an acute
7  infection, if the nodules resolve it's most likely
8  that it was an infection and not a chronic
9  condition.
10         MR. UBERSAX:  All right.  Thank you,
11  Doctor.  Those are all the questions I have for
12  now.  I'm sure my colleagues will have a few.
13         EXAMINATION BY MR. WYMAN
14  Q.  Doctor, I represent the two Kyocera defendants.
15         THE VIDEOGRAPHER:  Excuse me.  Could you
16  give him your mike, please?
17         MR. AHERN:  Could I see the exhibits?
18         MR. MATANOVIC:  There are a few.  The
19  actual exhibits?  There are a few in the chart
20  that...
21  Q.  I just, I have a few questions.  As I understand
22  your testimony, Mrs. Genereux came to you in June
23  of 2001, bringing some literature which you've
24  identified from your file relating to Beryllium
25  disease; is that correct?

Page 64

1     A.  Correct.
2  Q.  And this was on June 8, 2001?
3     A.  I believe so.
4  Q.  Was she looking for you to do something in
5  connection with the material that she brought, and
6  her raising the issue of potential Beryllium
7  exposure?
8     A.  What she would have been expecting from me
9  would be, or hoping from me would be that I write
10  out the referrals that she needs to kind of move
11  her concerns forward, so...
12  Q.  And did she suggest that there was some kind of
13  problems that she was encountering that she
14  thought was related to potential Beryllium
15  exposure?
16     A.  Her breathing problems.  I mean, she had
17  childhood asthma that basically reoccurred as an
18  adult, and she was labeled as an asthmatic, and
19  she was wondering whether this, you know, could be
20  something other than asthma, so...
21  Q.  So that was basically what she was presenting to
22  you when she came in with the materials that were
23  relating to Beryllium disease, back in early June
24  of 2001; is that correct?
25     A.  Yes.

Page 65

1  Q.  And thereafter, she returned in June with test
2  kits for some tests to be taken, samples to be
3  taken, here in the laboratory that's associated
4  with your medical practice; is that correct?
5     A.  Correct.
6  Q.  And thereafter, she -- did you follow the sequence
7  of things that she was following up with, in terms
8  of Beryllium exposure, after June of 2001?
9     A.  If requests had my name attached to them then
10  I would get results or feedback from other folks,
11  otherwise, so I'm not sure whether I was in the
12  loop on everything, but anything that had my name
13  attached to it usually comes back to me.
14  Q.  And I take it the pattern here was that she was
15  the one who was pushing the inquiries about any
16  potential effects that she might be suffering, as
17  a result of exposure to Beryllium in the past?
18     A.  Yes.
19  Q.  Is that correct?
20     A.  Correct.
21  Q.  So she was the one who was sort of the moving
22  force, that was moving that inquiry forward, that
23  in your case started with the visit that you had
24  on June 8, 2001?
25     A.  Yes.  I would have referred her to a

17 (Pages 62 to 65)

David W. Ashley, M.D.

Page 66

1   pulmonologist locally. That would have been my
2   pushing. If she had concerns that things were
3   getting worse, then I would have asked for a
4   pulmonary consult. Specifically for Beryllium,
5   that was her initiative.
6   Q.  Okay. And she was the one who was pursuing that
7       initiative; is that correct?
8       A.  Correct.
9   Q.  And did she suggest to you, in June of 2001, that
10      she thought that she was suffering symptomology
11      because of Beryllium exposure?
12      A.  Well, the early note said that there were
13      some other potential exposures, too. She said
14      asbestos and -- was it acetone, I think it said.
15  Q.  Acetone, yes, also?
16      A.  Along with, yeah, asbestos and Beryllium.
17  Q.  So she was making inquiry and pursuing, through at
18      least one channel, to determine whether or not she
19      was suffering from a disease that was related to
20      Beryllium exposure; is that correct?
21      A.  Correct.
22  Q.  And that was at least as early as June 8, 2001?
23      A.  Yes.
24  Q.  Now you made reference to her having insurance
25      coverage terminating, I think it was in 2004, and

Page 67

1   that she came in to have some prescriptions filled
2   before that expiration of insurance. Did the
3   insurance -- did she obtain some subsequent or
4   alternative insurance coverage after that time?
5   A.  I believe she said several different
6   insurances, because -- and the way I can recall
7   that is that it seems about once a year I have to
8   write out 15 different prescriptions for her, and
9   that's usually an indicator that somebody has
10  switched insurance companies.
11          MR. WYMAN: I have no further questions.
12          EXAMINATION BY MR. AHERN
13  Q.  Hi, Doctor. My name is Bill Ahern, and I
14      represent American Beryllia, and I just have a few
15      questions. Under what circumstances did
16      Mrs. Genereux first come to treat with you?
17      A.  She was referred by a neurologist in
18      Massachusetts who wanted her to have a primary-
19      care person close to her home, which is close to
20      here.
21  Q.  Do you remember the doctor's name that referred
22      her?
23      A.  Is it -- her name was Linda Cowell.
24  Q.  Did you obtain Mrs. Genereux's records from her
25      prior primary-care physicians?

Page 68

1   A.  I don't think so.
2   Q.  So in terms of her prior medical history, is it
3       fair to say you relied upon the history that she
4       gave you?
5       A.  Yes.
6   Q.  Did Mrs. Genereux ever tell you why she changed
7       primary-care physicians herself?
8       A.  No, or if she did I don't remember.
9   Q.  Okay. In terms of Mrs. Genereux changing her
10      pulmonologist, did she actually discuss with you
11      that the reason was because Dr. Corrao was not
12      returning phone calls from out in Denver, or out
13      in Colorado, I mean?
14      A.  That's my recollection from reading the notes
15      here.
16  Q.  Okay. So in treating Mrs. Genereux, basically you
17      relied upon the history that she's given you and,
18      at least in your file, you don't have any records
19      of her prior medical treatment; is that right?
20      A.  Right.
21  Q.  That first visit when Mrs. Genereux discussed the
22      potential exposures that she had to acetone,
23      Beryllium or asbestos, did she go into any detail
24      about how she was exposed to these substances?
25      A.  I think that was -- she told me those were

Page 69

1   the years that she was working at Raytheon, and it
2   was somewhere from eight to ten years, and
3   described working with things that she didn't know
4   what they were, and found out later, you know, the
5   different things that we've mentioned already, the
6   asbestos, the Beryllium, and it's -- that's all I
7   can recall.
8   Q.  And the acetone, is that --
9       A.  And the acetone, yeah.
10  Q.  Did she ever describe to you what she did in her
11      job at Raytheon?
12      A.  Yes, but it -- I mean, I don't recall exactly
13      what it was.
14  Q.  Did she talk to you about whether she took any
15      safety precautions herself while working at
16      Raytheon?
17      A.  No. I don't know. I mean, we didn't discuss
18      it.
19  Q.  Did Mrs. Genereux ever discuss this lawsuit with
20      you?
21      A.  No, but I assumed that's where it was going
22      in 2001 when she was pursuing specific tests and
23      things that I knew nothing about, so...
24  Q.  So when she started pursuing the tests out at
25      National Jewish, you thought the natural course of

18 (Pages 66 to 69)

David W. Ashley, M.D.

Page 70

1  events may be a lawsuit down the road?
2  A. Yeah. That was...
3  Q. Did Mrs. Genereux ever tell you that she filed a
4  Workers' Compensation claim in connection with her
5  working at Raytheon?
6  A. Not that I recall.
7  Q. Did she ever ask you to prepare any reports or
8  letters in connection with that claim?
9  A. She has asked me to prepare so many things, I
10  can't -- I don't know. If you have any evidence
11  that I've written something, then I guess I did.
12  Q. Well, whatever letters you wrote would be in your
13  file; that's fair to say, right?
14  A. Yes.
15  Q. Did Mrs. Genereux ever ask you to be involved in
16  her disability claim at any point in time?
17  A. I'm not sure.
18  Q. Did you understand that Mrs. Genereux was on
19  disability from Raytheon when you were treating
20  her?
21  A. No.
22  Q. Did she -- strike that. Nowhere in your records
23  does it indicate that she told you that she had
24  left Raytheon while on full disability; is that in
25  your records?

Page 71

1  A. I don't think so, because it's -- I don't
2  remember anything like that, so...
3  Q. And it's fair to say that your records do not
4  contain any records from other physicians
5  concerning Mrs. Genereux's disability claim
6  against Raytheon; is that fair to say?
7  A. Yes.
8  MR. AHERN: That's all I have. Thanks.
9  MR. MATANOVIC: Could I have --
10  MR. UBERSAX: I have a few follow-up
11  questions here; do you mind?
12  MR. MATANOVIC: Go ahead.
13  FURTHER EXAMINATION BY MR. UBERSAX
14  Q. Dr. Ashley, before Mrs. Genereux visited you on
15  June 8, 2001, she had from time to time
16  experienced symptoms of lung disease, correct?
17  A. Correct.
18  Q. What were those symptoms?
19  A. Shortness of breath, wheezing occasionally,
20  not responding to typical medications that you
21  treat asthma with.
22  Q. Is it true those symptoms had previously been
23  attributed to asthma?
24  A. Yes.
25  Q. And when she came to see you on June 8, 2001, did

Page 72

1  she raise the question whether these symptoms
2  might really be caused by Beryllium exposure, or
3  some other chemical exposure?
4  A. Yes.
5  Q. Was that the reason why she wanted the blood tests
6  to be done at National Jewish?
7  A. My understanding was that's probably one of
8  the only places that does that blood test, but
9  yes, that's...
10  Q. Well, she wanted the blood test to be done in
11  order to determine whether --
12  A. Yes.
13  Q. ...her lung problems were caused by Beryllium?
14  A. Correct.
15  MR. UBERSAX: Thank you.
16  EXAMINATION BY MR. MATANOVIC
17  Q. Doctor, I have just a few questions. What
18  training, if any, do you have in pulmonology?
19  A. Very basic training that you get in medical
20  school and in a general residency, so I have a
21  rough understanding of how to do and evaluate
22  pulmonary function tests, how to treat common
23  disorders that are pulmonary, like asthma, chronic
24  bronchitis, smoking-related things.
25  Q. Is it safe to say that you would defer to a

Page 73

1  pulmonology specialist to diagnosis and treat
2  lung-related ailments?
3  A. Yes.
4  Q. I think you already testified in response to
5  Mr. Ubersax's question that you've never -- prior
6  to Mrs. Genereux, you have never had a patient
7  suffering from chronic Beryllium disease?
8  A. Correct.
9  Q. And also since her, you haven't had any other
10  patients suffering from chronic Beryllium disease?
11  A. Correct.
12  Q. With regard to -- are you aware that Mrs. Genereux
13  has been diagnosed with chronic Beryllium disease?
14  A. Yes.
15  Q. Do you treat her for that condition?
16  A. I write the prescriptions that would treat
17  her for that condition and asthma.
18  Q. Do you defer to her pulmonologist, her treating
19  pulmonologist, for more specialized treatment and
20  diagnosis of her chronic Beryllium disease?
21  A. Yes.
22  MR. MATANOVIC: I have nothing further.
23  MR. AHERN: I have just one question.
24  FURTHER EXAMINATION BY MR. AHERN
25  Q. Doctor, if you can look at the June 8, 2001, note.

19 (Pages 70 to 73)

CORRECTIONS

I, David W. Ashley, M.D., do hereby certify that I have read the foregoing transcript of my testimony, and further certify it is a true and accurate record of my testimony (with the exception of the corrections listed below):

P A G E   L I N E        CHANGE/REASON

_____   _____    _____

_____   _____    _____

_____   _____    _____

_____   _____    _____

_____   _____    _____

_____   _____    _____

_____   _____    _____

_____   _____    _____

_____   _____    _____

_____   _____    _____

_____   _____    _____

_____   _____    _____

                                        David W. Ashley, M.D.

SUBSCRIBED AND SWORN TO before me this _____ day of
_____, 200___.

_____
Notary Public

My commission expires: _____

                                              Affix Seal



University Medicine FOUNDATION

**David W. Ashley, M.D.**
*Family Medicine*

Affiliated with Lifespan and
Brown University School of Medicine

1 James P. Murphy Hwy.
(Route 2)
West Warwick, RI 02893
(401) 821-5100
Fax: (401) 821-4610

DEFENDANT'S
EXHIBIT
Ashley - 3
4-05-06 JAP

Suzanne Genereux
5131155

6/8/01    F/U:

T. 98.4   S: 1) Running out of insurance
w.   140/80   on insulin, on multiple medication
BPc 122/80

2): Potential exposure - Asbestos,
Beryllium, Asbestos
from reading Co.

3) D.db - stable, Cholest - started
Lipitor.

O: in wheel chair, arrived, nervous
Ext - no lungs CTA Cor RRR, old - benign

A/P:
1) D.db - ↑ glucotrol 5 § BID   Accu-chek
2) Cholest - ↓ LFTs, taking 10mg Lipitor.
3) Parkinsons - offer Symmetrel 100 TID
   (now BID)
4) BP - Norvasc 10 → 5 BID
5) Thyroid - overtreated ↓ Synth. to 88 → 75 mcg

RAY 000255



**N**ATIONAL
**J**EWISH
**Medical and Research Center**

Global Leader in Lung, Allergic
and Immune Diseases

1400 Jackson Street
Denver, Colorado 80206
303 388-4461
http://www.nationaljewish.org

# Med Facts

## FACTS ABOUT BERYLLIUM DISEASE



DEFENDANT'S EXHIBIT 4
Ashley —
4-5-06

  **What is Beryllium?**

Beryllium is a naturally occurring metal which is found in beryl and bertrandite rock.
is extremely lightweight and hard, is a good electrical and thermal conductor and is no
magnetic. These properties make beryllium suitable for use in many industries, whic
include:

- <u>Metal working</u> (pure beryllium, copper and aluminum alloys, jet brake pads, aerospace components)
- <u>Ceramic manufacturing</u> (semi-conductor chips, ignition modules, crucibles, jet engine blades, rocket covers)
- <u>Electronics</u> (transistors, heat sinks, x-ray windows)
- <u>Atomic energy industry</u> (heat shields, nuclear reactors, nuclear weapons)
- <u>Laboratory work</u> (research and development, metallurgy, chemistry)
- <u>Extraction</u> (ore and scrap metal)
- <u>Dental work</u> (alloys in crowns, bridges, dental plates)
- Prior to 1951, it was used in fluorescent lamp work.

☑  **What is Beryllium Disease (Berylliosis)?**

Beryllium disease primarily affects the lungs.  The disease occurs when people inhale
beryllium dust or fumes.  Skin disease with poor wound healing and rash or wart-like
bumps can also occur.  A person can develop beryllium disease even after being away
from the beryllium industry for many years.  There are two forms of beryllium disease:

- **Acute Beryllium Disease** usually has a quick onset and resembles pneumonia or bronchitis.  It is now rare due to improved industrial protective measures designed to reduce beryllium exposure levels.

PTE.BER

- **Chronic Beryllium Disease** has a very slow onset. It still occurs in **1-6%** of exposed people. It is caused by an allergic reaction to beryllium. Even brief or small exposures can lead to this disease.

**Does beryllium cause cancer?** Beryllium has been shown to cause cancer in several species of animals. Workers in some beryllium producing facilities have had an increased rate of lung cancer, as have beryllium cases in the U.S. Beryllium Case Registry. Beryllium has recently been classified as a human carcinogen by the International Agency for Research on Cancer (IARC).

☑ **What Are My Chances of Getting Beryllium Disease?**

Only 1-6% of exposed people will develop beryllium disease. However, certain work tasks have been associated with disease rates as high as 16%. Recent genetic research has shown that approximately 40% of the population has a genetic marker that has been associated with susceptibility to disease in some individuals. Beryllium disease occurs among people exposed to dust or fumes from beryllium metal, metal oxides, alloys, ceramics or salts. Even very small amounts of exposure to beryllium can cause disease in some people. You are at risk of developing beryllium sensitization even after you leave beryllium exposure. The risk continues the rest of your life, even if you tested normal for beryllium sensitization at one time.

☑ **What are the Signs and Symptoms of Beryllium Disease?**

Beryllium disease is often accompanied by several abnormalities. Some symptoms that you may notice include:

- Cough
- Shortness of breath, especially with activity
- Fatigue
- Weight loss and/or loss of appetite
- Fevers
- Night sweats

Signs of beryllium disease that your doctor may notice include:

- Abnormal lung sounds heard with a stethoscope

- Many small lung scars seen on a chest x-ray
- Abnormal breathing tests (pulmonary function tests)
- Allergy (sensitization) to beryllium, which is measured in the blood or in lung washings with a test called the **beryllium lymphocyte proliferation test (BeLPT)**
- A particular type of scar called a granuloma, found in lung or skin tissue when biopsied and examined under a microscope

If you have been exposed to beryllium and develop unexplained cough, shortness of breath, fatigue or skin rash, you should inform your doctor of your past beryllium exposure or seek information from a doctor who specializes in occupational lung diseases.

☑ **How do I Find Out if I Have Beryllium Disease?**

Screening for beryllium disease usually begins with:

- **A chest x-ray**
- **A blood test for beryllium sensitization (BeLPT)**

The blood test detects abnormalities earlier than breathing tests or chest x-rays. It is available at National Jewish Medical and Research Center. This test is not routinely done in other medical laboratories; it is done only in a few centers that study and treat patients with beryllium disease. Doctors and patients may order the test from any place where overnight courier service to Denver, Colorado is available.

For information on ordering the beryllium lymphocyte proliferation test (BeLPT), contact the Clinical Immunology Laboratory at National Jewish Medical and Research Center at **(303) 398-1344.**

☑ **What is the Treatment of Chronic Beryllium Disease?**

- **Treatment is very effective** in controlling the disease; however, a complete cure with or without treatment is rare.
- Patients who are **sensitized to beryllium**, but **do not yet have the disease** do not need treatment. However, they do need to be checked by a doctor regularly for signs of disease.
- Patients who have **early beryllium disease**, but **do not yet have symptoms,**

3

might not require treatment. However, they need to be checked by a doctor regularly.
- Patients with **beryllium disease who do have symptoms and abnormal breathing tests** are usually treated with prednisone, a type of steroid that fights inflammation. Treatment with this medication usually stabilizes the disease and often improves symptoms.
- Beryllium particles imbedded in the skin often must be removed before skin wounds will heal.

## ☑ How Does Beryllium Disease Progress?

Beryllium sensitization often leads to disease, even in people who are no longer working with beryllium. Most people with beryllium sensitization have granuloma scars in their lungs, and sometimes in other organs also. In some individuals, the disease progresses very slowly over many years; in others it may progress more quickly. The onset of symptoms after the first beryllium exposure can vary greatly. The time between first exposure to beryllium and the onset of symptoms can vary from a few months to forty years. Once a person has been exposed to beryllium, there is a lifelong risk of developing the disease.

## ☑ What Can I Do to Avoid Beryllium Exposure?

It is not possible to determine your exact risk for developing beryllium disease, however here are some general guidelines that you can follow to minimize your exposure.

- Avoid breathing beryllium dust or fumes by working in well-ventilated, well-exhausted areas where beryllium air monitoring is done routinely. Use all ventilation and exhaust equipment available in order to reduce exposures to the lowest possible level.
- Whenever possible, work with non-beryllium metals, alloys, ceramics and salts.
- Do not eat, drink or smoke in areas where beryllium is in use.
- Before entering work areas where beryllium is used, change into workclothes, including shirt, pants and shoes. At the end of the work shift take a shower and thoroughly clean your hands and hair before changing into street clothing.
- Use approved respirators for tasks that may result in high exposures.
- Avoid generating beryllium dust unless the process is well protected and has been sampled for exposure levels.

**National Jewish Medical and Research Center offers a comprehensive beryllium**

4

screening and surveillance program to help patients, doctors and employers manage beryllium-related health issues.    Physicians with expertise in identification and treatment of beryllium disease may be consulted through the Division of Environmental and Occupational Health Sciences at National Jewish Medical and Research Center in Denver, Colorado.  To consult with a physician, or for more information on the beryllium program, please call **(303) 398-1723**.

To speak with a nurse, or for more copies of this Med Fact Sheet, call the LUNG LINE® Information Service at National Jewish, Monday through Friday from 8:00 AM to 5:00 PM (Mountain Time) at 1-800-222-LUNG.

**Note:** This information is provided to you as an educational service of LUNG LINE®.  It is not meant to be a substitute for consulting with your own physician.

© Copyright 1997 National Jewish Medical and Research Center

---

**National Jewish Medical and Research Center** is the nation's leading treatment center for respiratory diseases and immune disorders.  National Jewish offers the following services to provide current information on respiratory, immunologic diseases and treatment options:

*LUNG LINE*® 1-800-222-LUNG (5864) Monday-Friday from 8:00 AM-5:00 PM, Mountain Time.
Registered Nurses can answer questions and provide educational literature on respiratory and immunologic diseases.
LUNG LINE® also provides information on the treatment options available at the National Jewish.

*LUNG FACTS* 1-800-552-LUNG  Seven days a week/24 hours a day.
Convenient recorded information on lung diseases and allergies.

*MANAGED CARE LINE* 1-800-573-LUNG  Monday-Friday from 8:00 AM-5:00 PM, Mountain Time.
Provides direct access to meet the needs of medical directors and managed care clients.

*PHYSICIAN LINE* 1-800-NJC-9555  Monday-Friday from 8:00 AM-5:00 PM, Mountain Time.
Provides physicians direct access to National Jewish for patient referrals and medical consultations.

---

5

University Medicine FOUNDATION

Suzanne Genereux                                        Dob. 5/31/55

6/19/01

DEFENDANT'S
EXHIBIT
Ashley - 5
4-5-00    JAP

S:

1) Healthy Maint f/u — multiple
med changes req'd, in order to get
med supply for next few months
- Got mammo/pap this wk.
- Has mom on chin, to have C/S this week

2) Med changes -
   Newere 10mg ⟶ 5 BID
   Amarlodine 100 BID ⟶ 100 T.D
   Synthroid 88 ⟶ 75
   Accupril 10 ⟶ 5 —
   Glucobid 5 gd ⟶ 5 BID
   Singulair — cont 10 gd
   Lipitor 10 ⟶ 20 gd

O. N A ⟶ VSS, lungs CTA Cor RRR
   Ext nl

A/P:
   1) Diab, Parkinsons; , BP — note
   above changes
   2) Benzene Exposure — in past
   while employed by Raytheon
   Will send special req'd text
      Sa
   √ glu, √ cholest, LFTS ⟶

RAY 000254



**Rhode Island Hospital**

*A Lifespan Partner*

Department of Pathology
593 Eddy Street
Providence, Rhode Island 02903
Telephone: 401 444-6107

*Patient:* **GENEREUX, SUZANNE D**
*DOB:* 05/31/1955

*Physician:* ASHLEY, DAVID W MD

**FINAL**

*MR#:* (0000)009193558
*ACC#:* 00009132870B
*Pat.Phone:*   401 392 0193
*Collected:* 06/20/01 at 1356
*Received:* 06/20/01 at 1656
*Reported:* 06/21/01 at 1733

| Test | Out of Range | In Range | Units | Reference Range |
|---|---|---|---|---|
| **CHEMISTRY - ROUTINE** | | | | |
| 06/20/01 1356 | | | | |
| GLU | **124**  H | | MG/DL | [67-109] |
| BUN | | 12 | MG/DL | [6-24] |
| CREAT | | 0.6 | MG/DL | [0.4-1.3] |
| NA | | 135 | MEQ/L | [135-145] |
| K | | 4.3 | MEQ/L | [3.6-5.1] |
| CL | | 99 | MEQ/L | [98-110] |
| CO2 | | 28 | MEQ/L | [20-30] |
| GAP | | 8 | | [5-18] |
| AST | | 15 | IU/L | [10-42] |
| ALT | | 17 | IU/L | [5-40] |
| # HR FASTING | | 14 | HRS | |
| CHOL | **239**  Hf | | MG/DL | [110-199] |
| TRIG | **256**  Hf | | MG/DL | [40-250] |
| HDL | | 46  f | MG/DL | [35-75] |
| LDL | **142**  Hf | | MG/DL | [70-129] |
| CHOL/HDL RATIO | **5.2**  H | | | [2.0-5.0] |
| TSH | | 0.64 | UU/ML | [0.35-5.50] |
| HEMOGLOBIN A1C | **6.1**  H | | % | [4.3-5.8] |

**Legend**
H = High, f = Footnote
CHOL (12/03/98 -- Current)
        ADULT
        DESIRABLE: <200 MG/DL
        BORDERLINE: 200-239 MG/DL
        HIGH:  >239 MG/DL
TRIG (04/10/00 -- Current)
        ADULT
        DESIRABLE:  <250 MG,
        BORDERLINE: 200-499
        HIGH: >499 MG/DL
HDL (12/03/98 -- Current)
        ADULT
        LOW: LESS THAN 35 MG
        DESIRABLE: >35 MG/D
LDL (12/03/98 -- Current)
        ADULT
        DESIRABLE:  <130 MG
        BORDERLINE:  130-159
        HIGH:  >159 MG/DL

        AN ACCURATE CALCULAT
        12 HOURS.
**Lifespan Laboratories, RIH, TMH, NH, NEMC**

    DAVID W ASHLEY  MD
    1 JAMES P MURPHY HWY
    W WARWICK        RI 02893

Reviewed By David W Ashley, M.D.
Initials _____
Patient Notified
☐ By Phone  ☑ By Mail  ☐ In Person
PEDIATRICS
<170
170-199 MG/DL  ☑ Other
>199 MG/DL     6-25-0

PEDIATRICS
:SIRABLE: <150 MG/DL
ORDERLINE: 150-300 MG/DL
GH: >300 MG/DL

:DIATRICS
W: LESS THAN 35 MG/DL
SIRABLE: >35 MG/DL

:DIATRICS
.10 MG/DL
.0-129 MG/DL
.29 MG/DL

WHEN THE PATIENT IS FASTING AT LEAST

**DEFENDANT'S EXHIBIT 6**
Ashley -
4-5-06 JAP

**FINAL**

Page: 1  CONTINUED

CAT NO. 2928224

FORM# L-4



**Rhode Island Hospital**

*A Lifespan Partner*

Department of Pathology
593 Eddy Street
Providence, Rhode Island 02903
Telephone: 401 444-6107

*Patient:* **GENEREUX, SUZANNE D**
*DOB:* 05/31/1955

*Physician:* ASHLEY, DAVID W MD

**FINAL**

*MR#:* **(0000)009193558**
*ACC#:* 000091328708
*Pat.Phone:*   401 392 0193
*Collected:* 06/20/01 at 1356
*Received:* 06/20/01 at 1656
*Reported:* 06/21/01 at 1733

| Test | Out of Range | In Range | Units | Reference Range |
|------|-------------|----------|-------|-----------------|
| **HEMATOLOGY - ROUTINE** | | | | |
| 06/20/01 1356 | | | | |
| WBC | | 7.0 | K/uL | [3.5-11.0] |
| RBC | | 4.78 | M/uL | [3.70-5.00] |
| HGB | | 14.0 | G/DL | [11.0-15.0] |
| HCT | | 42.3 | % | [32.0-45.0] |
| MCV | | 88.5 | FL | [80.0-98.0] |
| MCH | | 29.3 | PG | [26.0-34.0] |
| MCHC | | 33.1 | G/DL | [32.0-36.0] |
| RDW | | 12.7 | % | [11.5-14.5] |
| PLT | | 317 | K/uL | [150-400] |
| MPV | 11.3  H | | FL | [7.4-10.4] |
| SEG NEUT | | 58.5 | % | [37.0-75.0] |
| LYMPH | | 29.9 | % | [12.0-50.0] |
| MONO | | 7.5 | % | [0.0-15.0] |
| EOSIN | | 3.2 | % | [0.0-7.0] |
| BASO | | 0.9 | % | [>    0.0] |
| NEUT # | | 4.1 | K/uL | [1.5-7.5] |
| LYMPH # | | 2.1 | K/uL | [1.0-4.0] |
| MONO # | | 0.5 | K/uL | [0.2-0.8] |
| EOSIN # | | 0.2 | K/uL | [0.0-0.5] |
| BASO # | | 0.1 | K/uL | [0.0-0.2] |
| **ADDITIONAL HEMATOLOGY** | | | | |
| 06/20/01 1356 | | | | |
| SED RATE | 22  H | | MM/HR | [0-20] |

**Legend**
H = High
**Lifespan Laboratories, RIH, TMH, NH, NEMC**

DAVID W ASHLEY   MD
1 JAMES P MURPHY HWY
W WARWICK          RI 02893

**FINAL**

Page:   2   END OF REPORT

CAT. NO. 2928224

FORM# L-4