Tab 2 **to Appendix of Exhibits to Motion of Defendant Brush Wellman, Inc. for Summary Judgment:**

**BALINT DEPOSITION EXCERPTS**

# Filed Under Seal