Tab 3 **to Appendix of Exhibits to Motion of Defendant Brush Wellman, Inc. for Summary Judgment:**

BROADBENT DEPOSITION EXCERPTS

# Filed Under Seal