Tab 4 **to Appendix of Exhibits to Motion of Defendant Brush Wellman, Inc. for Summary Judgment:**

**CHARTIER DEPOSITION EXCERPTS**

# Filed Under Seal