Tab 5 **to Appendix of Exhibits to Motion of Defendant Brush Wellman, Inc. for Summary Judgment:**

**BARRY GENEREUX DEPOSITION EXCERPTS**

Page 1

1  Volume: I          Pages: 1-91        Exhibits:  --

2

3              UNITED STATES DISTRICT COURT

4            FOR THE DISTRICT OF MASSACHUSETTS

5              Civil Action No. 04-CV-12137 JLT

6  - - - - - - - - - - - - - - - - - - - - - - - - - x

7  SUZANNE GENEREUX and BARRY GENEREUX, Individually

8  and as Parents and Natural Guardians of their minor

9  children, ANGELA GENEREUX AND KRISTA GENEREUX,

10                 Plaintiffs,

11      v.

12  AMERICAN BERYLLIA CORP., BRUSH WELLMAN, INC., BRUSH

13  WELLMAN CERAMICS, INC., BRUSH WELLMAN CERAMIC

14  PRODUCTS, INC., HARDRIC LABORATORIES, INC., KYOCERA

15  AMERICA, INC., KYOCERA INDUSTRIAL CERAMICS CORP.,

16  and RAYTHEON COMPANY,

17                 Defendants.

18  - - - - - - - - - - - - - - - - - - - - - - - - - x

19        VIDEOTAPED DEPOSITION OF BARRY GENEREUX

20         Thursday, February 16, 2006, 9:07 a.m.

21          MEEHAN, BOYLE, BLACK & FITZGERALD

22              Two Center Plaza, Suite 600

23                 Boston, Massachusetts

24        Reporter:  Marianne R. Wharram, CSR/RPR

Page 22

1  that time.
2     Q. Okay. Well, was there anyone working at
3  the Waltham plant when you were there who was an
4  industrial hygienist?
5     A. I do not know.
6     Q. Did you ever see any warning labels on any
7  of the assemblies that were being circulated in the
8  Waltham plant, or subassemblies?
9     A. No, not that I can recall.
10    Q. Any tags that said anything about
11 beryllium?
12    A. Not that I can recall.
13    Q. Did you ever see any signs or any posters
14 that warned about beryllium?
15    A. Not that I can recall.
16    Q. When is the first time that you learned
17 that there is any risk to human health from working
18 with beryllium?
19    A. When my wife discovered it.
20    Q. When was that?
21    A. Just before she went to National Jewish.
22    Q. You said just before she went. She went in
23 1992, right?
24    A. Right. No.

Page 23

1         MR. HONIK: Object to the form of the
2  question.
3     Q. (BY MR. UBERSAX) Well -- let's go through
4  the -- do you remember that she wrote a letter to
5  Senator Reed, or his office?
6     A. Yes.
7     Q. Okay. Did you help her draft that letter?
8     A. No.
9     Q. Did you read the letter before it was sent?
10    A. I don't recall every detail of it. I just
11 remembered that she wrote one pertaining to her,
12 uh, LTD.
13    Q. Do you remember when she sent that letter?
14    A. The year, I don't know off the top of my
15 head. Can't remember.
16    Q. Do you remember that she had a telephone
17 conversation with someone at Senator Reed's office?
18    A. She had mentioned it to me.
19    Q. She mentioned it to you when it happened?
20    A. When I came home from work.
21    Q. What did she tell you about it?
22    A. That they suggested that she have an LPT
23 test for beryllium.
24    Q. Anything else?

Page 24

1     A. That was basically it.
2     Q. Had you ever heard of an LPT test before?
3     A. No.
4     Q. Had your wife ever heard of such a test
5  before?
6     A. I don't think so, no.
7     Q. What was your reaction to hearing about
8  this?
9     A. Surprised. I -- just surprised, meaning
10 that I never heard of it before.
11    Q. What did you understand was the purpose of
12 this LPT test at that time?
13    A. At that time, it was to determine if she
14 was exposed to it or not, from what I understood.
15    Q. Okay. Did you know or had you learned at
16 that time that there is a disease, a lung disease
17 that can be caused by beryllium?
18    A. At that point, I don't know if we were a
19 hundred percent with that, but there was the
20 possibility of it. It wasn't that we knew for
21 certain. It was like that the possibility existed
22 that there could be a lung problem.
23    Q. Okay. So at the time that your wife told
24 you about this telephone conversation with Senator

Page 25

1  Reed's office, you then understood that it was
2  possible that a person who had been exposed to
3  beryllium could develop a lung disease, correct?
4         MR. HONIK: Object to the form of the
5  question.
6     A. I would guess, yes.
7     Q. (BY MR. UBERSAX) And why do you say you
8  would guess?
9     A. Well, I would -- yeah, that would be the
10 assumption that you would make at the time.
11    Q. Okay. Do you recall when that phone call
12 was?
13    A. Again, date-wise, I can't remember.
14    Q. Do you recall that after that conversation
15 with Senator Reed's office, your wife then had
16 another conversation with the Department of Labor?
17    A. Yes.
18    Q. She told you about that conversation?
19    A. Yes.
20    Q. What did she tell you about it?
21    A. Uh, that they -- they're the ones, I
22 believe, that told her to go to National Jewish to
23 have the LPT test and where to go.
24    Q. Did she tell you anything else about the

Barry Genereux

91

1      C E R T I F I C A T E
2      I, BARRY GENEREUX, do hereby certify that I
3   have read the foregoing transcript of my testimony,
4   and further certify under the pains and penalties
5   of perjury that said transcript is a true and
6   accurate record of said testimony, with the
7   exception of the following corrections listed
8   below:
9   Page    Line            Correction
10  ____    ____    _____
11  ____    ____    _____
12  ____    ____    _____
13  ____    ____    _____
14  ____    ____    _____
15  ____    ____    _____
16  ____    ____    _____
17  ____    ____    _____
18  ____    ____    _____
19  ____    ____    _____
20  ____    ____    _____
21  ____    ____    _____
22                          _____
23                          BARRY GENEREUX
24  Dated this _23_ day of _MARCH_____, 2006.

JONES REPORTING COMPANY
617-451-8900