Tab 8 **to Appendix of Exhibits to Motion of Defendant Brush Wellman, Inc. for Summary Judgment:**

MCCARTHY DEPOSITION EXCERPTS

# Filed Under Seal