Tab 11 to Appendix of Exhibits to Motion of Defendant Brush Wellman, Inc. for Summary Judgment:

**HARTFORD AFFIDAVIT AND EXHIBITS**

# Filed Under Seal