Tab 12 to Appendix of Exhibits to Motion of Defendant Brush Wellman, Inc. for Summary Judgment:

**KOLANZ DECLARATION AND EXHIBITS**

# Filed Under Seal