Tab 14 **to Appendix of Exhibits to Motion of Defendant Brush Wellman, Inc. for Summary Judgment:**

**UBERSAX DECLARATION AND EXHIBITS**

# Filed Under Seal