## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of October, 2006, a true and correct copy of the foregoing **MOTION OF DEFENDANT BRUSH WELLMAN INC. FOR SUMMARY JUDGMENT** and **MEMORANDUM OF LAW IN SUPPORT OF MOTION OF DEFENDANT BRUSH WELLMAN INC. FOR SUMMARY JUDGMENT** and **DEFENDANT BRUSH WELLMAN INC.'S STATEMENT OF UNDISPUTED FACTS** and **APPENDIX OF EXHIBITS TO MOTION OF DEFENDANT BRUSH WELLMAN INC. FOR SUMMARY JUDGMENT** were served via electronic transmission and/or U.S. mail, first class postage prepaid, upon the following:

Leo V. Boyle, Esq.
Meehan, Boyle, Black & Fitzgerald, PC
Two Center Plaza
Suite 600
Boston, MA 02108
617-523-8300

Attorney for Plaintiffs

Ruben Honik, Esq.
Stephan Matanovic, Esq.
Golomb & Honik, PC
121 S. Broad St., 9th fl.
Philadelphia, PA 19107

Attorney for Plaintiffs

William F. Ahern
Mandi Jo Hanneke
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142
617-494-1920

Attorney for Defendant American Beryllia
   Corp.

Robert Nadeau, Esq.
Frances Lindemann, Esq.
Nadeau & Associates
1332 Post Road, Suite 4A
Wells, Maine 04090
207-324-3500

Attorney for Defendant Hardric Laboratories, Inc.

Ronald M. Jacobs, Esq.
Conn, Kavanaugh, Rosenthal, Peisch & Ford, LLP
Ten Post Office Square, 4th Floor
Boston, MA 02109
617-482-8200

Attorneys for Defendant Raytheon

_____
Attorney for Brush Wellman Inc.

-1-

CLI-1456634v9