UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE GENEREUX, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. |
| v. ) | 04-CV-12137 - JLT |
| ) | |
| AMERICAN BERYLLIA CORP., et al. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' ASSENTED TO MOTION TO ENLARGE OPPOSITION PERIOD**

Plaintiffs hereby file this assented-to motion to extend the time for filing their oppositions to both filed and anticipated motions for summary judgment from the usual fourteen (14) days to a total of thirty (30) days each.

As grounds for this motion, plaintiffs state that the summary judgment motion filed by defendant Brush Wellman raises several complex issues of fact and law which call for a reasonable additional period of time for a thorough and fully researched response. Consequently, plaintiffs have requested, and defendant Brush Wellman has assented to, an extension up to and including November 22, 2006 for the filing of plaintiffs' Opposition.

In addition, although it has not yet filed such a motion, defendant American Beryllia Corp. has indicated its intention to file a summary judgment motion during the pendency of defendant Brush Wellman's motion. Consequently, plaintiffs have requested, and defendant American Beryllia Corp. has assented to, an extension of a total of thirty (30) days from the date of filing American Beryllia's motion for the filing of plaintiffs' Opposition.

WHEREFORE, plaintiffs' respectfully request the Court's approval of such reasonable additional time for the filing of plaintiffs' Oppositions and requests the allowance of their assented-to motion.

Respectfully Submitted,

**MEEHAN, BOYLE, BLACK & FITZGERALD, P.C.**

/s/ Bradley M. Henry

_____
Leo V. Boyle, BBO No. 052700
Bradley M. Henry, BBO No. 559501
Two Center Plaza, Suite 600
Boston, Massachusetts 02108
617-523-8300

OF COUNSEL (admitted *pro hac vice*):

**GOLOMB & HONIK, P.C.**

Ruben Honik
Sherrie J. Cohen
Stephan Matanovic
121 S. Broad Street, Ninth Floor
Philadelphia, PA 19107

| The Defendant, Assented To<br>Brush Wellman<br>By Their Attorneys,<br><br>/s/ Alan Spiro<br>_____<br>Alan Spiro<br>Edwards Angell, Palmer & Dodge<br>111 Huntington Ave.<br>Boston, MA   02199 | The Defendant, Assented To<br>American Beryllia Corp.<br>By Their Attorneys,<br><br>/s/ William F. Ahern<br>_____<br>William F. Ahern<br>Clark, Hunt & Embry<br>55 Cambridge Parkway<br>Cambridge, MA   02142 |
|---|---|

**CERTIFICATE OF SERVICE**

I, Bradley M. Henry, certify that on October 30, 2006, I served the foregoing Plaintiffs' Assented To Motion To Enlarge Opposition Period, by electronic filing and mailing an exact copy postage prepaid to all counsel of record.

/s/ Bradley M. Henry
_____
Bradley M. Henry