## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**CASE NO. 04-CV-12137 JLT**

| | |
|---|---|
| SUZANNE GENEREUX and BARRY GENEREUX, Individually and as Parents And Natural Guardians of their minor children, ANGELA GENEREUX and KRISTA GENEREUX,<br>      Plaintiffs<br><br>v.<br><br>AMERICAN BERYLLIA CORP., BRUSH WELLMAN, INC., BRUSH WELLMAN CERAMICS, INC., BRUSH WELLMAN CERAMIC PRODUCTS, INC., HARDRIC LABORATORIES, INC., KYOCERA AMERICA, INC., KYOCERA INDUSTRIAL CERAMICS CORP., and RAYTHEON COMPANY,<br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION OF DEFENDANT, AMERICAN BERYLLIA, INC., FOR LEAVE TO EXCEED PAGE LIMIT FOR MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Now comes defendant, American Beryllia, Inc., ("American Beryllia"), and moves for leave to exceed the page limits set forth in Local Rule 7.1(b)(4) for the Memorandum of Law in Support of Its Motion for Summary Judgment.

There is good cause for this Motion. The Rule ordinarily permits a twenty-page memorandum. American Beryllia's Memorandum runs to thirty-one pages because there are nine separate and independently sufficient grounds for summary judgment, and because of each of those grounds is supported by substantial undisputed facts. American Beryllia believes that it is essential to present the facts and arguments fully so that the Court can make a properly

informed and just decision on this very important Motion.  No party will be prejudiced by a grant of this Motion.

WHEREFORE, defendant, American Beryllia, Inc., respectfully requests this Court grant it leave to exceed the page limits set forth in Local Rule 7.1(b)(4) for the  Memorandum of Law in Support of its Motion for Summary Judgment.

Respectfully submitted,

**CLARK, HUNT & EMBRY**

William F. Ahern, Jr. (013365)
Mandi Jo Hanneke (657349)
55 Cambridge Parkway
Cambridge, MA  02142
(617) 494-1920

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**CASE NO. 04-CV-12137 JLT**

_____
)
**SUZANNE GENEREUX and BARRY** )
**GENEREUX, Individually and as Parents** )
**And Natural Guardians of their minor** )
**children, ANGELA GENEREUX and** )
**KRISTA GENEREUX,** )
     **Plaintiffs** )
)
**v.** )
)
**AMERICAN BERYLLIA CORP., BRUSH** )
**WELLMAN, INC., BRUSH WELLMAN** )
**CERAMICS, INC., BRUSH WELLMAN** )
**CERAMIC PRODUCTS, INC., HARDRIC** )
**LABORATORIES, INC., KYOCERA** )
**AMERICA, INC., KYOCERA INDUSTRIAL** )
**CERAMICS CORP., and RAYTHEON** )
**COMPANY,** )
     **Defendants** )
_____)

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 30th day of October, 2006, a true and correct copy of

the foregoing **MOTION OF DEFENDANT, AMERICAN BERYLLIA CORP., FOR**

**LEAVE TO EXCEED PAGE LIMIT FOR MEMORANDUM OF LAW IN SUPPORT OF**

**MOTION FOR SUMMARY JUDGMENT,** were served via electronic transmission and/or

U.S. mail, first class postage prepaid, upon the following:

Timothy M. Hudson, Esq.
Jeffrey D. Ubersax, Esq.
Jones Day
North Point, 901 Lakeside Avenue
Cleveland, OH 44114-1190

Rubin Honik, Esq.
Stephan Matanovic, Esq.
Golomb & Honik
121 South Broad Street, 9th Floor
Philadelphia, PA 19107

Robert Nadeau, Esq.
Frances Lindemann, Esq.
Nadeau & Associates, Esq.
1332 Post Road, Suite 4A
Wells, Maine 04090

Respectfully submitted.

**CLARK, HUNT & EMBRY**

/s/ Mandi Jo Hanneke
_____
Mandi Jo Hanneke (657349)
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

Date:  October 30, 2006

2