UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SUZANNE GENEREUX and BARRY GENEREUX, Individually and as Parents and Natural Guardians of their minor children, ANGELA GENEREUX and KRISTA GENEREUX,<br>    Plaintiffs,<br><br>v.<br><br>AMERICAN BERYLLIA, CORP., BRUSH WELLMAN, INC., BRUSH WELLMAN CERAMICS, INC., BRUSH WELLMAN CERAMIC PRODUCTS, INC., HARDRIC LABORATORIES, INC., KYOCERA AMERICA, INC., KYOCERA INDUSTRIAL CERAMICS CORP., and RAYTHEON COMPANY,<br>    Defendants. | CASE NO. 04-CV-12137 JLT<br><br><br><br><br>FILED UNDER SEAL<br>CONTAINS CONFIDENTIAL INFORMATION, SUBJECT TO PROTECTIVE ORDER |

## DEFENDANT AMERICAN BERYLLIA, INC.'S STATEMENT OF UNDISPUTED FACTS

Defendant American Beryllia, Inc. ("American Beryllia") submits this Statement of Undisputed Material Facts, pursuant to Local Rule 56.1, in support of its motion for summary judgment on all claims asserted against it by plaintiffs.