Exhibit 2 to Statement of Undisputed Facts Filed in Support of Motion of American Beryllia, Inc. For Summary Judgment

**NICOLETTA DEPOSITION EXCERPTS**

**Page 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

04 CV 12137 JLT

............................................
SUZANNE GENEREUX and BARRY GENEREUX, w/h,       *
Individually and as Parents and Natural         *
Guardians of their minor children, ANGELA       *
GENEREUX and KRISTA GENEREUX,                   *
                    Plaintiffs,                 *
                                                *
           V                                    *
                                                *
AMERICAN BERYLLIA CORP., BRUSH WELLMAN,          *
INC., BRUSH WELLMAN CERAMICS, INC., BRUSH        *
WELLMAN CERAMIC PRODUCTS, INC., HARDRIC          *
LABORATORIES, INC., KYOCERA AMERICA, INC.,       *
KYOCERA INDUSTRIAL CERAMICS CORP., and           *
RAYTHEON COMPANY,                                *
                    Defendants.                  *
............................................

    Videotape Deposition of AMERICAN BERYLLIA
CORP., By DINO NICOLETTA, taken on behalf of
the Plaintiffs, pursuant to Notice under the
Federal Rules of Civil Procedure 30(b)(6),
before Janice A. Maggioli, RPR, RMR, CRR, and
Notary Public in and for the Commonwealth of
Massachusetts, at the offices of Meehan, Boyle,
Black & Fitzgerald, Two Center Plaza, Boston,
Massachusetts, on May 25, 2006, commencing at
9:03 a.m.


              MAGGIOLI REPORTING SERVICES, INC.
                     48 Watson Street
                Braintree, Massachusetts 02184
                       (781) 356-2636

**Page 2**

1  APPEARANCES:
2
3  Golomb & Honik
   [By Ruben Honik, Esq.]
   121 S. Broad Street
4  Philadelphia, Pennsylvania 19107
       On behalf of the Plaintiffs.
5
   Jones Day
6  [By Jeffery D. Ubersax, Esq.]
   901 Lakeside Avenue
   Cleveland, Ohio 44144-1190
7      On behalf of Brush Wellman, Inc.
8  Murtha Cullina, LLP
   [By Sara P. Bryant, Esq.]
9  99 High Street
   Boston, Massachusetts 02110-232-
10     On behalf of Kyocera America, Inc., and
       Kyocera Industrial Ceramics Corp.
11
   Clark, Hunt & Embry
12 [By William F. Ahern, Jr., Esq.]
   55 Cambridge Parkway
13 Cambridge, Massachusetts 02142
       On behalf of American Beryllia Corp.
14
   Nadeau & Associates
15 [By Frances Lindemann, Esq.]
   1332 Post Road
16 Route 1, Unit 4A
   Wells, Maine 04090
17     On behalf of Hardric Laboratories, Inc.
18 ALSO PRESENT:  Ian McWilliams, Videographer.

**Page 3**

                    I N D E X
Witness       Direct Cross Redirect Recross

Dino Nicoletta

By Mr. Honik      5              128
By Mr. Ubersax         121


                    EXHIBITS

Id.    Description                    Page

1      Company Overview               73
2      Article                        78
3      Warnings and Labels            100
4      MSDS Sheet                     114

**Page 4**

                    STIPULATION
        It is agreed by and between counsel
for the respective parties that the reading
and signing of the deposition will not be
waived.  All objections, except as to the form
of the question, and motions to strike will be
reserved until the time of trial.
        THE VIDEOGRAPHER:  Here begins
videotape number 1 in the deposition of Dino
Nicoletta in the matter of Genereux versus
American Beryllia, et al, in the United States
District Court for the District of
Massachusetts, civil action number 04 CV 12137
JLT.
        Today's date is May 25th, year
2006.  The time on the video monitor is 9:03
a.m.  The video operator today is Ian
McWilliams of New England Trial Services.  This
deposition is taking place at the offices of
Meehan, Boyle, Black & Fitzgerald, Two Center
Plaza, Boston, Massachusetts.
        Counsel, please voice identify
yourselves and state whom you represent.
        MR. HONIK:  Ruben Honik

**Page 9**

1  you mean you are a shareholder?
2  A. Shareholder.
3  Q. How much of the company do you own?
4  A. 15 percent.
5  Q. Has that changed over time?
6  A. No.
7  Q. Have you always been a 15 percent shareholder
8     of American Beryllia?
9  A. Yes.
10 Q. Is American Beryllia itself owned or held by
11    another corporation?
12 A. No.
13 Q. Did an entity called Advanced Industries
14    International ever hold any of the stock of
15    American Beryllia Corp.?
16 A. That was a name change. The original company
17    was Advanced Industries, and then we changed
18    the name to American Beryllia strictly for
19    marketing reasons.
20 Q. And when you say "strictly for marketing
21    reasons," you mean literally it was just a name
22    change for convenience and marketing or sales
23    purposes?
24 A. That's right.

**Page 10**

1  Q. Apart from having a 15 percent ownership
2     interest in American Beryllia, and I'll use
3     that for shorthand if that's okay with you?
4  A. Yes.
5  Q. Do you hold or perform any other function for
6     the company?
7  A. I'm also the company's president and CEO.
8  Q. And how long have you held those positions?
9  A. Since inception. I believe it's March of '01
10    we started Advanced Industries.
11 Q. Now, what is the business of American Beryllia?
12 A. We manufacture Beryllium Oxide ceramics.
13 Q. Does the company or has the company ever
14    manufactured any non-Beryllium-containing
15    ceramics?
16 A. Not to my knowledge.
17 Q. So that at present and from the inception of
18    the company, American Beryllia, it has only
19    manufactured Beryllium Oxide?
20 A. That's correct.
21 Q. And has the product line changed since '01 when
22    the company started?
23 A. No, pretty much only ceramics -- beryllium
24    ceramics.

**Page 11**

1  Q. What's your personal background or experience
2     in that industry?
3  A. Zero.
4  Q. How did you acquire any knowledge or experience
5     in the industry?
6  A. Probably literature within the facility. I did
7     some personal research on Beryllium Oxide. My
8     background is real estate, primarily.
9  Q. Where is the company located?
10 A. In Haskell, New Jersey.
11 Q. And what's the precise address, if you could
12    tell me?
13 A. 16 First Avenue, Haskell, New Jersey.
14 Q. And what type of facility do you operate there?
15 A. It's two buildings, each 35,000 square feet,
16    and we manufacture Beryllium Oxide.
17 Q. Since you have had an ownership interest in the
18    company and has served as its president and
19    CEO, has it operated anywhere else?
20 A. No.
21 Q. Is all of the manufacturing done in one or
22    another of the two buildings that you've told
23    me about in Haskell?
24 A. All the manufacturing is done in one building.

**Page 12**

1  Q. How did you designate the one building as
2     between the second?
3  A. The West building.
4  Q. You call the other one East or something --
5  A. Right.
6  Q. What takes place in the East?
7  A. It's vacant right now.
8  Q. Has that always been the case since you've
9     owned the company?
10 A. We vacated the building.
11 Q. What do you mean by that?
12 A. When we purchased the facility, the facility
13    was shut down for about 18 months. We -- this
14    was strictly a real estate deal, and what we
15    were doing was we were purchasing the facility
16    to turn it into a self-storage facility, and
17    once we bought it, we started cleaning out one
18    of the buildings that would suit a self-storage
19    facility.
20 Q. And when you started to clean out the East
21    facility, did you clean it out of equipment
22    that had been previously used for making
23    Beryllium Oxide?
24 A. That building was more of a plating facility,

**Page 21**

1 A. Nine.
2 Q. And is the increase in the number of floor
3   staff a result of an increase in your business?
4 A. Yes.
5 Q. How about giving me the comparable numbers on
6   the administrative side from when you started
7   until now?
8 A. When we started, two. It went to as high as
9   six, and now we're down to four.
10 Q. And what's the reason for dropping a couple?
11 A. Performance, basically.
12 Q. Now, some minutes ago you mentioned that you
13   really had no experience with this area of
14   industry, that you had been in real estate
15   before; is that correct?
16 A. That's right.
17 Q. Can you give me a little kind of resume of
18   yourself, what you did prior to acquiring this
19   company?
20 A. Basically building and selling car washes, car
21   wash, quick lube-type operations, purchasing
22   and building strip mall-type buildings. Prior
23   to that I worked in a garment center out of
24   college for about five years. Then I just got

**Page 22**

1   into real estate.
2 Q. Is it safe to say you don't have a health or
3   science background --
4 A. That's correct.
5 Q. -- in any real way? Safe to say that before
6   you acquired this company, you probably didn't
7   know anything about Beryllium or Beryllium
8   ceramic?
9 A. That's correct.
10 Q. When did you first learn personally that
11   Beryllium or Beryllium ceramic posed a
12   potential health risk?
13 A. The day I found the facility that was for sale.
14 Q. And what did you find out then?
15 A. The gentleman that was watching the building,
16   per se, was -- explained to us what Beryllium
17   was.
18 Q. What did he tell you?
19 A. Basically he gave us the characteristics of
20   Beryllia, and in its raw form or unfired form
21   that it can be hazardous.
22 Q. And I gather since then you've learned a lot
23   more about the health risks associated with
24   it --

**Page 23**

1 A. Yes.
2 Q. -- is that correct?
3 A. Yes.
4 Q. Wait until I pose the question. Now, you told
5   us that you were originally going to acquire
6   the properties really just to resell the
7   equipment therein; is that correct?
8 A. That's right.
9 Q. And what was the name of the company, if you
10   will, that acquired the building, and its
11   contents, and perhaps some other things from
12   General Ceramics?
13 A. The company that our organization purchased the
14   property from, General Ceramics. Our
15   organization at the time was called -- it's
16   still called Haskell Properties.
17 Q. Okay. And Haskell Properties acquired the
18   former National Beryllia/General Ceramics
19   plants and Haskell from a bankruptcy
20   proceeding; did it not?
21 A. That's correct.
22 Q. And I don't mean to ask you a legal question,
23   but so far as you know, it was an asset
24   acquisition?

**Page 24**

1 A. That's correct.
2 Q. And at the time that asset or assets, plural,
3   were acquired, the intent was on the part of
4   Haskell Properties to acquire the property and
5   sell off the contents; is that correct?
6 A. That's correct.
7 Q. And as you mentioned earlier, to turn it into a
8   storage facility of some sort, correct?
9 A. That's correct.
10 Q. At some point the business plan or intent
11   changed; did it not?
12 A. It did.
13 Q. When did that occur, and why did it occur?
14 A. I would say it occurred about three months
15   after we purchased the properties. Why it
16   occurred? Customers were calling looking for
17   product, product that had been sitting on the
18   shelves that was made for -- incomplete
19   purchase orders, let's say, and we just
20   completed those purchase orders as Haskell
21   Properties.
22 Q. And what personnel did you use to complete
23   those open purchase orders?
24 A. Howard Appel. Howard Appel was the -- was

**Page 25**

1  still employed by the former company that owned
2  the facility.
3  Q. Did anyone, other than Mr. Appel, assist in the
4  fabrication of the open purchase orders when
5  you acquired --
6  A. The parts weren't fabricated. They were
7  already complete. They were sitting on the
8  shelves.
9  Q. So they just needed to be packaged and shipped?
10 A. They were packaged already. They just needed
11 to put a shipping label on it.
12 Q. And then what was it about that experience that
13 caused Haskell Properties and you to decide to
14 operate the facility?
15 A. Being everything was available to us, we
16 purchased all the assets, including raw
17 materials, tooling, machinery, the customers
18 are calling, it's just a matter of turning the
19 key basically.
20         There were employees available
21 that had worked for General Ceramics that were
22 unemployed that literally lived across the
23 street. So it was just a matter of knocking on
24 the door, "Do you want to start the machine?"

**Page 26**

1  And basically that was it.
2  Q. Right. So when in time, if you can mark it for
3  me, approximately, would you say that the
4  decision was made to continue the operation?
5  A. I would say it was in about the same time we
6  opened the corporation, probably in March of
7  '01.
8  Q. Now, according to records that have been made
9  available to me, and I don't want you to agree
10 if you really can't, May of 2000 is when
11 Haskell Properties, according to the
12 bankruptcy-related documents, purchased the
13 assets of General Ceramics. Do you know if
14 that's true?
15 A. May of 2000?
16 Q. Yes, sir.
17 A. No, that's not correct.
18 Q. Your best recollection was sometime in the
19 spring of '01?
20 A. No. October is when Haskell Properties
21 purchased the properties. October of 2000
22 Haskell Properties purchased the properties
23 from the bankruptcy courts.
24 Q. And at some point did the assets that were

**Page 27**

1  acquired by Haskell, were they transferred to
2  something called Advanced Industries
3  International?
4  A. They weren't transferred. It was -- Haskell
5  Properties is still the landowner, the
6  landlord, and Advanced Industries, now American
7  Beryllia, leases the space and machinery from
8  Haskell Properties.
9  Q. And is Advanced Industries a holding company
10 for all the shares of American Beryllia?
11 A. No, Advanced Industries no longer exists.
12 Q. And for what period of time did Advanced exist?
13 A. I don't really know. I would say less than a
14 year.
15 Q. And forgive me if I asked you this, but I want
16 it clear on the record: When did American
17 Beryllia, so far as you recall, come to exist?
18 A. It's in '02. I would say maybe a year after --
19 March '02, I would guess.
20 Q. Did you ever own 25 percent of the stock of
21 American Beryllia?
22 A. No.
23 Q. So far as you know, you have only owned 15
24 percent at all times?

**Page 28**

1  A. That's correct.
2  Q. Now, who is it that went to the former
3  employees from across the street in Haskell and
4  asked them to come back to work?
5  A. Howard Appel.
6  Q. And he was, prior to American Beryllia setting
7  up shop, the plant manager there?
8  A. I don't know -- he was plant manager for
9  American Beryllia, but I don't know what his
10 position was with the former company.
11 Q. Suffice to say, whatever he was, he was
12 familiar with the operation of the facility?
13 A. Yes.
14 Q. And what kind of response did he get when he
15 started knocking on former employees' doors?
16 A. Employees that would love to come back.
17 Q. And these were the same employees that General
18 Ceramics/National Beryllia had used, correct?
19 A. That's correct.
20 Q. And how many did American Beryllia hire?
21 A. Initially, three.
22 Q. Okay.
23 A. And now we're up to nine.
24 Q. Certainly the initial three employees were

## Page 29

1  former employees of General Ceramics; were they
2  not?
3  A. Yes.
4  Q. How about the additional six that you brought
5  on over time, were they, also?
6  A. Yes.
7  Q. So, all nine of the floor people in operations
8  at American Beryllia were also employed in the
9  same capacity by General Ceramics' or National
10 Beryllia; is that correct?
11 A. That's correct.
12 Q. So, at all times since American Beryllia has
13 been in the Beryllium Oxide business, all of
14 your production employees were and are and
15 remain former employees of General Ceramics?
16 A. That's correct.
17 Q. And you've indicated to me that Mr. Appel had
18 served as your plant manager. Of course, he
19 was an employee of National Beryllia. Was his
20 successor a former employee of National
21 Beryllia?
22 A. Was -- can you repeat the question?
23 Q. Who succeeded Mr. Appel?
24 A. I don't know.

## Page 30

1  Q. You mentioned the name Bob Goeglin
2  A. Goeglin.
3  Q. Did he take over Mr. Appel's a job?
4  A. I took over Mr. Appel's job, and Bob pretty
5  much assists me.
6  Q. Fair enough. Mr. Goeglin formerly worked for
7  General Ceramics?
8  A. Yes.
9  Q. And what was his job, if you know, when he
10 worked for General Ceramics/National Beryllia?
11 A. I don't know.
12 Q. Do you know how long he had been with National
13 Beryllia or General Ceramics before you got
14 him?
15 A. No.
16 Q. Do you know if he was a long-time employee of
17 National Beryllia?
18 A. I'm guessing he was there over ten years.
19 Q. Do you know if he worked for National Beryllia
20 in the 1980's?
21 A. I have no idea.
22 Q. How about Mr. Appel, do you know how long he
23 worked for National Beryllia?
24 A. I know he was there longer than Bob. I'm

## Page 31

1  guessing 15, maybe 20 years, just because of
2  his age.
3  Q. Do you know where Mr. Appel is presently?
4  A. He lives in New Jersey.
5  Q. Do you know where?
6  A. I don't know exactly. I think it's documented
7  somewhere.
8  Q. Where would it be documented?
9  A. In one of the papers. I know we have the
10 address.
11 Q. You have the address somewhere --
12 A. Yes.
13 Q. -- in your control?
14 A. Yes.
15 Q. Do you know if he's employed presently?
16 A. No idea.
17 Q. And how about Mr. Goeglin, where does he live?
18 A. He lives in New Jersey, also.
19 Q. I gather you have --
20 A. I have his address.
21 Q. -- his address somewhere?
22 A. Yes.
23 Q. And he is still with you?
24 A. Bob is, yes.

## Page 32

1  Q. How about Richard Logatto, when he served as
2  your VP for sales, had he been with National
3  Beryllia before?
4  A. No.
5  Q. Where had he worked before, if you know?
6  A. He had his own consulting company, a sales
7  consulting company. I don't remember the name
8  of it, Logatto and Associates or something
9  along those lines.
10 Q. Where was that located?
11 A. He was in New York.
12 Q. Where in New York?
13 A. In Brooklyn.
14 Q. How did you find him?
15 A. He was a friend of mine, and because of his
16 sales ability, we brought him in pretty much to
17 start a sales force with the company.
18 Q. And had he had prior experience with Beryllium
19 ceramic?
20 A. No.
21 Q. Did he leave his consulting position to go
22 in-house with American Beryllia?
23 A. Yes.
24 Q. He was a salaried employee?

41

1 Q. And do you know whether or not National
2    Beryllia ever fabricated and sold laser tubes?
3 A. National Beryllia I believe did sell laser
4    tubes, yes.
5 Q. Can you name any product at all that American
6    Beryllia manufactures and sells that National
7    Beryllia did not?
8 A. Any product --
9 Q. Yes.
10 A. I don't know what National did or did not
11    manufacture. I know what American Beryllia
12    manufactures today.
13 Q. Sir, you do know something because you told us
14    that the enumerated products that we just went
15    through were made both by National Beryllia, as
16    well as American Beryllia, correct?
17 A. Correct.
18 Q. So you do know something, because you told us
19    you looked at catalogues or something --
20 A. Right.
21 Q. -- that told you some information about the
22    product line of National Beryllia, correct?
23 A. That's right.
24 Q. So you do know something about their product

42

1    line, correct?
2 A. That's right.
3 Q. With that as the backdrop or background, do you
4    know -- and if you don't, just say so. It's a
5    perfectly fine answer. Do you know of any
6    product that American Beryllia makes that
7    National Beryllia did not make?
8 A. A new product that we just came out with
9    American Beryllia makes it's called a Power
10    Package.
11 Q. Okay.
12 A. National Beryllia never made that part.
13 Q. Do you know of anything else, other than the
14    Power Package, that American Beryllia makes
15    that National Beryllia did not?
16 A. Not that I'm aware of.
17 Q. What is a Power Package?
18 A. It's a new product that I invented, actually.
19 Q. Okay.
20 A. That hasn't even been introduced to the market,
21    but something we're currently manufacturing.
22 Q. Are you at liberty to tell me a little bit more
23    about it?
24 A. It's primarily a package that houses

43

1    semi-conductors.
2 Q. How did you come up with it?
3 A. Just -- I don't know.
4 Q. Without taking any credit away from your
5    invention, is it based in any way, shape or
6    form on some other product that is in the
7    industry?
8 A. There are power packages in the industry today,
9    none made with ceramic, though.
10 Q. Okay. So, basically the inventive part was
11    taking that housing or package and making it
12    out of BeO; is that correct?
13 A. Not, BeO, made out of ceramic.
14 Q. So this is not a Beryllium Oxide part?
15 A. It's currently being made out of Beryllium
16    Oxide, but it's not intended to be made out of
17    Beryllium Oxide.
18 Q. Who makes it currently out of Beryllium Oxide?
19 A. Nobody.
20 Q. When you say it's currently made out of
21    Beryllium Oxide, what are you referring to?
22 A. American Beryllia is making it out of Beryllium
23    Oxide.
24 Q. Let's be real clear about this. Has American

44

1    Beryllia sold power packages made of any
2    material at any point before today?
3 A. No.
4 Q. So, when you say that American Beryllia is
5    currently manufacturing it out of Beryllium
6    Oxide, do you mean to say that it's currently
7    being fabricated, but has not been sold?
8 A. That's correct.
9 Q. And when did American Beryllia first start to
10    manufacture Beryllium Oxide power packages?
11 A. January or February of this year.
12 Q. Who are you going to sell it to?
13 A. Users of power packages.
14 Q. Do you have set customers?
15 A. Yes. I don't want to disclose that right now.
16 Q. That's fine. Are they existing customers of
17    your company or new customers?
18 A. No, they would be new customers.
19 Q. Totally new customers?
20 A. Yes.
21 Q. What industries do you sell it to?
22 A. Electronics industries.
23 Q. So, apart from these power packages presently
24    being made -- fabricated at your facility in

**Page 45**

1  Beryllium Oxide and the possibility of
2  fabricating it in other materials, are there
3  any other products that American Beryllia
4  presently or at any time has manufactured that
5  National Beryllia did not?
6  A. Based on the catalogues that we have from
7  National, I don't think so.
8  Q. Do you know of any product that National
9  Beryllia fabricated and sold that American
10 Beryllia does not?
11 A. I have no idea.
12 Q. Now, when you acquired the assets of National
13 Beryllia and ultimately formed American
14 Beryllia, did you have a customer list or
15 clients of National Beryllia that you acquired?
16 A. We found invoices and drawings of customers
17 within the facility that we would call on.
18 Q. Right. So, is it fair to say that American
19 Beryllia continued to market the customers of
20 National Beryllia?
21         MR. AHERN: Objection.
22         THE WITNESS: Should I answer?
23         MR. AHERN: You can answer, yes.
24 A. We market those customers.

**Page 46**

1  Q. Were there any customers of National Beryllia
2  that American Beryllia didn't market putting
3  aside your success or failure?
4  A. I don't know. I have no idea.
5  Q. Well, you told me, Mr. Nicoletta, that at least
6  part of the reason why you didn't acquire the
7  facilities and gut them for real estate as you
8  intended was that you saw there was a need in
9  the marketplace that American Beryllia and you
10 tried to meet, correct?
11 A. Correct.
12 Q. And you had a sense from your experience that
13 there were customers -- my word, not yours --
14 clamoring for products that had formerly been
15 made by National Beryllia, correct?
16 A. I don't know about clamoring, but --
17 Q. Desiring?
18 A. There were open purchase orders. The orders
19 weren't complete.
20 Q. But you assumed from that, and tell me if I'm
21 wrong, that in addition to the open purchase
22 orders, that there continued to be a market
23 interest in the products that National Beryllia
24 used to make, correct?

**Page 47**

1  A. There was a market interest.
2  Q. And did you assess that interest in any
3  specific way?
4  A. I don't understand the question.
5  Q. How did you evaluate the need or desire in the
6  marketplace for products that had been formerly
7  manufactured at the National Beryllia
8  facilities that you acquired in order to
9  determine that you and your company was
10 going -- were going to go into the business?
11 A. Basically what -- how much money are you going
12 to make? How much money we were going do make.
13 Q. How did you assess that?
14 A. We had practically no initial investment in
15 terms of starting the business. It all came
16 with the assets, which was raw material,
17 machinery. The only thing we were missing were
18 the employees, and --
19 Q. You went and got them?
20 A. They lived right next door, literally.
21 Q. So, when you told me earlier it was turnkey,
22 you mean literally everything was there, all
23 the ingredients to continue the company. You
24 just had to add the employees; is that correct?

**Page 48**

1  A. That's correct.
2  Q. But putting aside sort of the mechanics of
3  operating the equipment, making the products,
4  did you or your investing colleagues or anyone
5  else do any market research, and I don't mean
6  necessarily in the formal sense necessarily,
7  but any kind of analysis to determine what kind
8  of market you were going to be stepping into in
9  order to make sales?
10 A. Not a formal market analysis.
11 Q. Tell me what you did informally.
12 A. We spoke to other companies or other
13 individuals that were familiar with the
14 industry.
15 Q. And what did you ask them?
16 A. Is this a business to start, basically? And it
17 was overwhelming.
18 Q. In what way?
19 A. That we should start the business.
20 Q. And is that because there was some recognized
21 or perceived need that the company could serve
22 by continuing the product line?
23 A. We believed so.
24 Q. Did you do some analysis of who your

**Page 73**

1     and does with respect to cautions, and
2     warnings, and labels to its own customers
3     consists of relying upon what National Beryllia
4     did and what Brush Wellman has told your
5     company; is that correct?
6            MR. UBERSAX: Objection.
7 A. Yes, that's correct.
8            MR. HONIK: Can we mark this as
9     Nicoletta 1, please?
10       (Exhibit 1, Company Overview,
11        marked for identification.)
12 Q. Mr. Nicoletta, let me place in front of you
13     what's been marked as Exhibit 1. You have seen
14     this before?
15 A. Yes.
16 Q. This is from American Beryllia's Web site; is
17     it not?
18 A. Correct.
19 Q. Who prepared this one page from the Web site
20     entitled, "Company Overview"?
21 A. From what I can remember, a gentleman by the
22     name of Carmen Olmo.
23 Q. O-M-O?
24 A. O-L-M-O.

**Page 74**

1 Q. Did you hire him to do this?
2 A. Yes.
3 Q. And he is an outside guy? He doesn't work for
4     the company?
5 A. That's correct.
6 Q. Who gave him the material and information to
7     put together your Web site and this particular
8     page?
9 A. He rummaged through the facility and found
10     literature.
11 Q. Right. And he put something together, and then
12     who signed off on it?
13 A. I did.
14 Q. So you approved his work?
15 A. Yes.
16 Q. Can you explain to me why if you claim that
17     American Beryllia has attempted to distance
18     itself from the historical operation of
19     National Beryllia it says in Exhibit 1 that the
20     company was originally founded in 1956 as the
21     National Beryllia Corporation, and that the
22     company was a pioneer in the research and
23     development of high purity oxide ceramics, and
24     you go on further to describe what the company

**Page 75**

1     did in the '60's and '70's?
2 A. Why we would distance ourselves?
3 Q. No. Why if you claim that in the marketplace
4     you attempted to distance yourself from the
5     operations and former existence of National
6     Beryllia does your current Web site refer to
7     the company being founded and connected with
8     National Beryllia all the way back through the
9     '50's, '60's, and '70's?
10            MR. AHERN: Objection. You can
11     answer.
12 A. The Web site is primarily geared towards
13     researchers, not towards sophisticated users
14     that would typically buy Beryllium Oxide. A
15     company like a Raytheon wouldn't go to our Web
16     site to purchase product. They would call.
17 Q. Well, when you say that it's geared toward
18     researchers, what do you mean?
19 A. University-type researchers, labs.
20 Q. I'm sorry, labs?
21 A. Yes.
22 Q. Why would American Beryllia prepare a Web site
23     for university researchers?
24 A. They are customers, also.

**Page 76**

1 Q. Would you agree that American Beryllia created
2     its Web site as a marketing tool?
3 A. Yes.
4 Q. And is there any segment of the market that you
5     didn't want to appeal to in your Web site or
6     did you try to appeal to all segments of the
7     marketplace?
8 A. We tried to appeal to all segments of the
9     marketplace.
10 Q. In the last paragraph on Exhibit 1, this is
11     from your Web site, it says, "Today the newly
12     named American Beryllia corporation has over
13     35,000 square feet of manufacturing space." I
14     presume that's the Haskell facility?
15 A. That's correct.
16 Q. And that's the same one that National Beryllia
17     operated, correct?
18 A. Correct.
19 Q. And you referred to American Beryllia in that
20     sentence or paragraph as "the newly named,"
21     correct?
22 A. That's correct.
23 Q. Why did you employ that language?
24 A. No reason. I just signed off on it. I didn't

131

1       I hereby certify that I have read the
2   foregoing deposition transcript of my
3   testimony, and further certify that said
4   transcript is a true and accurate record of
5   said testimony.
6
7
8                    _____[signature]_____
9                         DINO NICOLETTA
10
11
12      Signed under the pains and penalties of
13  perjury this _13_ day of ___July___, 2006.
14
15
16
17
18
19
20
21
22
23
24