**Exhibit 3 to Statement of Undisputed Facts Filed in Support of Motion of American Beryllia, Inc. For Summary Judgment**

NICOLETTA AFFIDAVIT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04-CV-12137 JLT

| | |
|---|---|
| SUZANNE GENEREUX and BARRY GENEREUX, Individually and as Parents And Natural Guardians of their minor children, ANGELA GENEREUX and KRISTA GENEREUX, <br>     Plaintiffs <br><br> v. <br><br> AMERICAN BERYLLIA CORP., BRUSH WELLMAN, INC., BRUSH WELLMAN CERAMICS, INC., BRUSH WELLMAN CERAMIC PRODUCTS, INC., HARDRIC LABORATORIES, INC., KYOCERA AMERICA, INC., KYOCERA INDUSTRIAL CERAMICS CORP., and RAYTHEON COMPANY, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### AFFIDAVIT OF DINO NICOLETTA

I, Dino Nicoletta, under oath do hereby depose and say:

1.  I am President and CEO of American Beryllia, Inc. and have personal knowledge of facts stated herein.

2.  On July 20, 2000, the Bankruptcy Court in the District of New Jersey approved the sale of General Ceramics' Haskell, New Jersey facility and it assets to Haskell Properties, Inc.

3.  At the time of the approval of the sales, Haskell Properties intended to dispose of the inventory and equipment at the Haskell, NJ facility and use the buildings and land as a public storage facility.

4.  However, upon assessment of the inventory and equipment at the Haskell facility, Haskell Properties determined that the facility was still capable of being operated.

5. Thereafter, Advanced Industries International was incorporated and entered into a lease agreement with Haskell Properties to lease the land, building, equipment and inventory from Haskell Properties.

6. In the second quarter of 2002, Advanced Industries International changed its name to American Beryllia, Inc.

7. American Beryllia has never had any corporate officers, stockholders or owners in common with General Ceramics, Inc. and has never had any business affiliation, relationship or association with General Ceramics, Inc.

8. American Beryllia sold its first beryllium-based products to Raytheon in September of 2003, more than four years after General Ceramics filed for bankruptcy.

9. I am competent to testify to the matters herein.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 26 DAY OF SEPTEMBER, 2006.

Dino Nicoletta, President and
CEO, American Beryllia, Inc.

2