**Exhibit 5 to Statement of Undisputed Facts Filed in Support of Motion of American Beryllia, Inc. For Summary Judgment**

**UBERSAX AFFIDAVIT AND EXHIBITS**

**The Original Declaration Was Filed With This Court by Defendant Brush Wellman, Inc. as Part of Its Statement of Undisputed Facts in Support of Its Motion for Summary Judgment**

**<u>FILED UNDER SEAL</u>**