Exhibit 7 to Statement of Undisputed Facts Filed in Support of Motion of American Beryllia, Inc. For Summary Judgment

**CHARTIER DEPOSITION EXCERPTS**

**<u>FILED UNDER SEAL</u>**