Exhibit 10 to Statement of Undisputed Facts Filed in Support of Motion of American Beryllia, Inc. For Summary Judgment

**CERTIFICATE OF DISSOLUTION OF GENERAL CERAMICS, INC.**

STATE OF NEW JERSEY
DEPARTMENT OF TREASURY
FILING CERTIFICATION (CERTIFIED COPY)

GENERAL CERAMICS, INC.

I, the Treasurer of the State of New Jersey, do hereby certify, that the above named business did file and record in this department the below listed document(s) and that the foregoing is a true copy of the
certificate of dissolution
as the same is taken from and compared with the original(s) filed in this office on the date set forth on each instrument and now remaining on file and of record in my office.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Trenton, this 25th day of May, 2005



John E McCormac, CPA
State Treasurer

D/S

**FILED**

## CERTIFICATE OF DISSOLUTION

MAY 14 2003

General Ceramics, Inc., a corporation organized and existing under and State of the New Jersey Business Corporation Act (the "Company") DOES HEREBY CERTIFY:

(a) The name of the Company is: General Ceramics, Inc.

(b) The name of the registered agent of the Company is: Paul Fiorello.

(c) The location of the registered office of the Company is: Greenwood Avenue, Haskell, New Jersey 07420.

(d) The following is a list of the names and respective addresses of all of the members of the board of directors of the Company:

| Name | Address |
|---|---|
| Hobart Truesdell | Walker, Truesdell, Radick & Associates<br>380 Lexington Avenue<br>Suite 1514<br>New York, NY 10168 |

(e) The following is a list of the names and respective addresses of all of the officers of the Company:

| Name | Office | Address |
|---|---|---|
| Hobart Truesdell | Walker, Truesdell, Radick & Associates | 380 Lexington Avenue<br>Suite 1514<br>New York, NY 10168 |

(f) The dissolution of the Company has been duly authorized by the unanimous written consent of the board of directors and stockholders of the Company on July 26, 2002 in accordance with Section 14A:12-4 of the New Jersey Business Corporation Act which provides for the voluntary dissolution of a corporation by action of its Board of Directors and of its shareholders entitled to vote thereon. A copy of such consent is attached hereto as Exhibit A.

(g) There is 1 outstanding share of the common stock of the Company entitled to vote on the dissolution.

(h) Out of the one share entitled to vote on the dissolution, the 1 share voted in favor of the dissolution.

*[handwritten: 6393925000]*
*[handwritten: S 125/383]*
*[handwritten: J 240/049]*

IN WITNESS WHEREOF, the Company has caused this Certificate of Dissolution to be executed by Hobart Truesdell, its authorized officer, as of this 25 day of July, 2002.

GENERAL CERAMICS, INC.

By: *Hobart Truesdell*
Hobart Truesdell
Sole Officer , President

EXHIBIT A
UNANANIMOUS JOINT WRITTEN CONSENT
OF THE
BOARD OF DIRECTORS
AND
SOLE STOCKHOLDER
OF
GENERAL CERAMICS, INC.

The undersigned the sole director and the sole stockholder of General Ceramics, Inc. (the "Company"). Each of the undersigned, acting through this Consent, does hereby consent in writing to the adoption of the following resolutions in their respective capacities as director and/or stockholder of the Company, as the case may be.

RESOLVED: That it is advisable and in the best interest of General Ceramics, Inc. (the "Company") and the public to wind up the affairs of the Company in an orderly fashion;

RESOLVED: That the officer of the Company be and hereby is authorized and directed to do and perform all such acts and things, to execute such documents and certificates, and to take such other steps as may be necessary or desirable to carry out the Amended Plan; and

RESOLVED: That Hobart Truesdell is hereby authorized to obtain any and all additional approvals which may be necessary or desirable in connection with the Amended Plan, including, but not limited to, the approval of the Supreme Court of the State of New Jersey and to otherwise take such action as may be necessary or desirable to carry out the plan of dissolution herein adopted; and

RESOLVED: That any action taken by Hobart Truesdell for and on the Company's behalf in connection with the Amended Plan, whether heretofore or hereafter done or performed, which are in conformity with the intent and purposes thereof, is hereby approved, ratified and confirmed in all respects.

IN WITNESS WHEREOF, this Consent is executed by the sole director and sole stockholder of the Company as of this ___ day of June, 2002.

**SOLE SHAREHOLDER:**

Walker, Truesdell, Radick & Associates

By:_____
Name: Hobart Truesdell
Title: Principal

**DIRECTOR:**

By:_____
Hobart Truesdell
Sole Director



## State of New Jersey
### DEPARTMENT OF THE TREASURY
### DIVISION OF TAXATION
April 24, 2003

Certificate No. B-041531-D                              Fee Paid    $25.00
Application No. SJ

### TAX CLEARANCE CERTIFICATE

This is to certify that all State taxes, fees, penalties, and interest levied upon or assessed against:

        GENERAL CERAMICS, INC.
        6393-9250-00

by the State of New Jersey, under Title 54 of the Revised Statutes and all acts amendatory thereof, or antecedent or supplementary thereto, have been paid or provided for.

This Certificate is VOID after 45 days from the date herein.



WITNESS my hand and official seal at Trenton,

this 24TH day of APRIL A.D. 2003

*Robert K. Thompson*

Robert K. Thompson, Director
New Jersey Division of Taxation

1440D01228221598932000023001 601-H

*New Jersey is an Equal Opportunity Employer*