**Exhibit 11 to Statement of Undisputed Facts Filed in Support of Motion of American
Beryllia, Inc. For Summary Judgment**

**GOGOLEN AFFIDAVIT AND EXHIBITS**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04-CV-12137 JLT

| | |
|---|---|
| SUZANNE GENEREUX and BARRY GENEREUX, Individually and as Parents And Natural Guardians of their minor children, ANGELA GENEREUX and KRISTA GENEREUX,<br>　　　　Plaintiffs<br><br>v.<br><br>AMERICAN BERYLLIA CORP., BRUSH WELLMAN, INC., BRUSH WELLMAN CERAMICS, INC., BRUSH WELLMAN CERAMIC PRODUCTS, INC., HARDRIC LABORATORIES, INC., KYOCERA AMERICA, INC., KYOCERA INDUSTRIAL CERAMICS CORP., and RAYTHEON COMPANY,<br>　　　　Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

### AFFIDAVIT OF ROBERT GOGOLEN

I, Robert Gogolen, under oath do hereby depose and say:

1.　　Between 1972 and 1999, I was employed at the Haskell, NJ facility of General Ceramics, Inc. in various capacities, including Production Supervisor, Engineering, and Drafting.  I have personal knowledge of the facts contained in this Affidavit.

2.　　Between 1982 and 1990, General Ceramics sold a number of beryllium-containing products to Raytheon.

3.　　General Ceramics shipped metalized ceramic bushings to Raytheon between 1982 and 1990.  The metalized ceramic bushings General Ceramics shipped to Raytheon were no larger than 1 ½ inches in diameter and had several different thicknesses.  The metalized ceramic bushings sold to Raytheon between 1982 and

1990 had holes in them, were not windows, and had a different purpose than windows.

4.      General Ceramics also shipped collectors to Raytheon between 1982 and 1990. The collectors General Ceramics shipped to Raytheon were no larger than 1 inch in diameter and 1 ¾ inches thick. The collectors sold to Raytheon between 1982 and 1990 had a blind hole down the middle, a hole in the side of the cylinder, were not windows and had a different purpose than windows.

5.      I have reviewed the pertinent sections of the depositions of Suzanne Genereux, Al Broadbent, and Claire Balint, and their descriptions of the sizes of products with which Ms. Genereux worked. The descriptions of Suzanne Genereux, Al Broadbent, and Claire Balint do not match any products sold by General Ceramics to Raytheon between 1982 and 1990.

6.      Although General Ceramics shipped windows to Raytheon between 1982 and 1990, the windows General Ceramics shipped to Raytheon were no larger than a ½ inch in diameter and .075 inches thick, much smaller than the 3" diameter discs Genereux described.

7.      The majority of the beryllium-containing products sold to Raytheon between 1982 and 1990 by General Ceramics were pin squares. Pin squares are three-dimensional boxes. To the best of my memory, the maximum size of the pin squares that were sold to Raytheon in the 1980s was .10 in. x .10 in. x .50 in., much smaller than the "Tall Man" rectangular 1 ¼" x 1 ¼" x 2" boxes Genereux described. Pin squares are not windows, the products with which Suzanne Genereux worked. Pin squares have a different purpose than windows.

8.      General Ceramics shipped its products to Raytheon in bulk, as requested by Raytheon.

9.      All products shipped by General Ceramics to Raytheon contained warning labels.  True and accurate copies of General Ceramics' warning labels are attached hereto as Exhibit A.  All shipments containing beryllium from General Ceramics contained at least one of these warning labels.

10.     General Ceramics also provided Raytheon with a Material Safety Data Sheet.  A true and accurate copy of General Ceramics' MSDS is attached hereto as Exhibit B.

11.     During the 1980s, General Ceramics knew that Raytheon had internal procedures regarding beryllium oxide.  The plans and specifications Raytheon provided to General Ceramics between 1960 and 1995 contained details on the proper handling of beryllium oxide.  True and accurate copies of plans and specifications containing this information are attached hereto as Exhibit C.

12.     Raytheon's details on its plans and specifications demonstrated to General Ceramics that Raytheon was familiar with the properties and dangers of beryllium oxide.

13.     General Ceramics was aware, from its own dealings with Raytheon, that Raytheon had its own procedures and policies in place to protect its own employees.

14.     General Ceramics relied upon Raytheon to warn its own employees of the hazards of beryllium.

15.     Between 1999 and 2001, I was not employed at either General Ceramics or American Beryllia.  In 2001, I accepted a position at American Beryllia and am currently production manager.

16.     Since its formation, American Beryllia has not sold any windows to Raytheon.  Further, since its formation, American Beryllia has not sold any rectangular boxes, pin squares or otherwise, to Raytheon.

17.    I am competent to testify to the matters herein.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 19th DAY OF

OCTOBER, 2006.

*Robert Gogolen*
Robert Gogolen

**Exhibit A to Gogolen Affidavit**

## BERYLLIUM PRODUCT

### POTENTIALLY HAZARDOUS MATERIAL

Care should be taken to avoid inhaling dust or fumes. Secondary operations which can generate dust or fumes (such as abrading, chemical etching, lapping, grinding, scoring, or firing over 1000°C) must be performed in facilities which meet OSHA standards.

## BERYLLIA CERAMIC

### DANGER — INHALATION OF DUST OR FUMES MAY CAUSE SERIOUS CHRONIC LUNG DISEASE

### POTENTIAL CANCER HAZARD BASED PRINCIPALLY ON ANIMAL TESTS

This product contains beryllium and may contain nickel. Overexposure to beryllium by inhalation may cause berylliosis, a serious chronic lung disease. Hazard Communication Regulations of the Occupational Safety & Health Administration require that caution labels for materials listed as potential carcinogens in either the International Agency for Cancer Research Monograph Series or the National Toxicology Program Annual Report on Carcinogens must contain a cancer warning. Beryllium and nickel have been so listed.

- If processing produces dust or fumes, use only with exhaust ventilation or other controls designed to meet OSHA standards.

- Sold for manufacturing purposes only.

See Material Safety Data Sheets on file with your employer for further details concerning OSHA standards and precautionary measures.

Assistance in establishing safe procedures may be obtained by contacting General Ceramics Inc., First Avenue, Haskell, N.J. 07420, Tel.: 201-839-1600.

**Exhibit B to Gogolen Affidavit**

# MATERIAL SAFETY DATA SHEET

## SECTION I — IDENTIFICATION

National Beryllia Division
GENERAL CERAMICS, INC.
First Avenue
Haskell, NJ 07420

Telephone: CHEMTREC 800-424-9300
General Ceramics : 201-839-1600

Product Name:   K150 BERLOX

Common Name & Synonyms: Beryllia

Chemical Name:   BERYLLIUM OXIDE
                 Formula BeO

| Hazard Rating | | | |
|---|---|---|---|
| Least | Slight | | Health   2 |
| 0 | 1 | | |
| Moderate | High | | Fire   0 |
| 2 | 3 | | |
| Extreme | | | Reactivity 0 |
| 4 | | | |

## SECTION II — HAZARDOUS INGREDIENTS

| INGREDIENT | PERCENT | C.A.S. NO. |
|---|---|---|
| BERYLLIUM OXIDE | 99.5 | 1304-56-9 |

## SECTION III — OCCUPATIONAL STANDARDS (BERYLLIUM)

(All Concentrations Are As Micrograms per Cubic Meter Of Air)

| Substance | OSHA | | | ACGIH | |
|---|---|---|---|---|---|
| | PEL | CEILING | PEAK | TLV | TLV-STEL |
| BERYLLIUM | 2 | 5 | 25 | 2 | N/A |

ACGIH    = American Conference of Governmental Industrial Hygienists
PEL      = Eight Hour Average Permissible Exposure Limit
CEILING  = Not To be Exceeded Except For Peak Limit
PEAK     = 30 Minute Maximum Duration Concentration Above Ceiling Limit
TLV      = Eight Hour Average Threshold Limit Value
TLV-STEL = 15 Minute Short Term Exposure Limit
(C)      = ACGIH Ceiling Limit—Not To Be Exceeded
N/A      = Not Applicable

## SECTION IV — GOVERNMENTAL REGULATIONS

**EPA EMISSION STANDARD (As Beryllium) —**
0.01 Micrograms per cubic meter (30 day average) Ambient
Air Standard
10 Grams/24 Hrs. Total Site Emission Limit

**DOT SHIPPING REGULATIONS —**
No special Requirements

**EPA WASTEWASTER REGULATIONS —**
None—Regulations are Pending

NOTE: State and Local Regulations may vary

## SECTION V — HEALTH HAZARDS

**Effects of Over-Exposure:** Inhalation of Beryllium Oxide Powder may cause berylliosis, a serious chronic lung disease, with cough, chest pain, shortness of breath, weight loss, weakness, and fatigue. Beryllium-containing materials have been listed by the National Toxicology Program Annual Report on Carcinogens, and the International Agency for Research on Cancer Monograph as a potential carcinogen (cancer producing agent). Handling of solid shapes presents no dermatitis or skin absorption problem.

## SECTION VI — EMPLOYEE PROTECTION

**Respiratory Protection:** NIOSH approved high efficiency cartridge or supplied air mask is required if Beryllium in air concentrations exceeds OSHA standards.

**Eye Protection:** None required except as related to normal operations.

**Protective Gloves:** None normally required.

**Other Protective Equipment:** Personnel performing operations where there are exposures to dust, mists, or fumes should be provided full-body protective clothing.

**Ventilation:** Provide adequate local exhaust ventilation when performing operations such as machining, grinding, laser trimming, sand blasting, chemical etching, etc. where respirable dusts, mists, or fumes are generated. Powdered materials must be stored in sealed containers; transfers must be made in ventilated hoods. Operations generating airborne material must be air sampled to determine exposure levels. Medical surveillance should be conducted for employees where warranted by exposure date. Concentrations of suspended Beryllia in liquid coolants used for machinery should be kept low to avoid particulate matter from becoming airborne.

## SECTION VII — FIRST AID

**Skin Contact:** Properly clean any contaminated clothing. Wash body especially under folds of skin and fingernails. Cover any open wounds to avoid infections. Dermatitis from handling is usually limited to abrasion.

**Eye Contact:** Flush eye with Boric Acid Solution for approximately 20 minutes.

**Inhalation:** Remove from source of exposure, have sinus cavities flushed by qualified physician.

**Ingestion:** Fired, solid Beryllium Oxide Ceramics are indigestible.

## SECTION VIII — FIRE AND EXPLOSION DATA

Flash Point (method used): __N/A__

Flammable Limits:        LEL _____N/A_____        UEL _____N/A_____

Extinguishing Media __Water__

Special Fire Fighting Procedures __None__

Unusual Fire and Explosion Hazards __None__

## SECTION IX — SPECIAL PRECAUTIONS

**Precautions for Handling and Storing:** Store in closed containers. Handling solid Beryllium Oxide ceramics is harmless so long as they are kept dust-free. Avoid any operations which would create respirable dust or mists.

**Spill or Leak Precautions:** Clean any loose material using wet cleaning or properly equipped vacuum cleaner supplied with Hepa filters. Personnel involved in cleanup should wear proper respirator and protective clothing.

## SECTION X — WASTE DISPOSAL METHOD

Because of its value Beryllium Oxide scrap is normally recycled. In cases where economics do not justify the segregation of Beryllium Oxide scrap for resale, solid material may be landfilled. Because of the potential inhalation hazard of handling this material as a discarded powder (such as baghouse fines) we recommend it be: 1) Sealed in two plastic bags, 2) placed within a DOT container approved for Poison B compounds, 3) label the outer container with the appropriate DOT Hazard Warning Labels, and 4) Ship to an approved hazardous waste disposal site.

## SECTION XI — PHYSICAL DATA

| Boiling Point (°F) | N/A | Vapor Pressure (mm/Hg) | N/A | Spec Gravity (H$_2$O = 1) | 2.85 |
|---|---|---|---|---|---|
| Vapor Density (Air = 1) | N/A | Evaporation Rate (Water = 1) | N/A | Solubility in Water | N/A |
| Percentile Volatile by Volume | N/A | Appearance: | White Solid | | |
| Molecular Weight: | 25.01 | Melting Point: | 2547°C | | |

## SECTION XII — REACTIVITY DATA

| ☐ Unstable | ☒ Stable | Hazardous Polymerization | ☐ May Occur | ☒ Will Not Occur |
|---|---|---|---|---|

**Conditions and Materials to Avoid:** Volatile Beryllium Hydroxide can be formed when firing solid Beryllium Oxide parts at high temperatures (over 1200°C) and in moist atmospheres.

**Hazardous Decomposition Products:** None, except as noted above.

## SECTION XIII — REFERENCES

ACGIH:

MARCH, 1986/REV. JUNE, 1986

**Exhibit C to Gogolen Affidavit**

**Inspection / Test Procedure**

Ray Theon

RAYTHEON

# INSPECTION / TEST PROC.

FILE NO.: VQCE 6286

ITEM:              Window, Radio Frequency

PART OF:           MSR

INSPECTION/TEST AREA: Incoming Mech.

TEST STATION NO.:

ISSUE NO.:         A-11215328-0-Rev. ~~~~ 4

ISSUE DATE:        October 18, 1966

HAZARDOUS MATERIAL
CAUTION - SPECIAL HANDLING
See Page #2

## SOURCE OF PERFORMANCE SPECIF.

FoR NBC #CM-2705

SQAP:

MPD:

MPB REVISION NO.:

SCHEMATIC:

PRODUCT PRINT NO.: C-11215328-Rev. ~~~~ E

EO 71-43729

| ORIGINATED BY | REVISED BY C.R Keyes | |
|---|---|---|
| C.R. Keyes | C.R. Keyes | |
| APPROVED BY | DATE APPROVED | QA CONFIG |
| S. Marzvellos | 10-18-66 | |

FORM NO. 4613D



# INSPECTION / TEST PR

ITEM: Window, Radio Frequency
A-11215328

| CHAR NO. | CHARACTERISTIC / DIMENSION / TEST |
|---|---|
| | **HAZARDOUS MATERIAL** |

Do not attempt to open packages or inspect parts
until parts have been cleaned  per MPB 11215328
"Special process to clean incoming material
prior to inspection."

Inspection must be performed in the MSR
Assembly area by a designee of, and monitored
by the beryllium control coordinator.  Finger
cots or gloves must be used at all times when
handling parts.  Parts are extremly brittle
and fragile and care should be taken in handling
as not to chip, crack, or break parts.

Broken windows are to be reported to the control
coordinator at once.

Reference General Procedure #37-3006-172
"Beryllium Oxide, Handling Of."

UNCLASSIFIED

FORM NO. 4613D

 **RAYTHEON**

INSPECTION / TEST PROC

ITEM: Window, Radio Frequency
A-11215328

| CHAR. NO. | CHARACTERISTIC / DIMENSION / TEST | |
|---|---|---|
| 1 | **INSPECT FOR:** <br><br> (A) Part number identification <br><br> (B) Damage <br><br> (C) Additonal requirements on purchase order such as CSL, DCN, Packaging Specs, etc. <br><br> (D) Manufacturers name and/or symbol. | Ce wh |
| | Assure that inspection equipment is within the Calibration M-day due. | |
| 2 | **MATERIAL:** <br><br> Ceramic - Beryllia Molded | |
| 3 | **PROTECTIVE FINISH:** <br><br> (A) Finish: <br><br> Metallize with Moly-Maganese & Nickel Plate <br><br> *WITHOUT VISUAL AIDS* <br><br> (B) General Workmanship of Finish: <br><br> The nickel plating shall be smooth, fine grained, adherent, and free from visible blisters, pits, nodules porosity, indications of burning and excessive edge build-up. Slight discoloration resulting from baking shall not be cause for rejection. | |

UNCLASSIFIED

FORM NO. 4613D



INSPECTION / TEST

ITEM: Window, Radio Frequency

A-11215328

| CHAR. NO. | CHARACTERISTIC / DIMENSION / TEST |
|---|---|
| ~~4~~ | ~~The inspector shall examine each part under~~ ~~10X magnification for the following:~~ ~~A. Voids in metalized area~~ ~~B. Overrun or splatter of metalizeing agent~~ ~~C. Cracks and chips~~ ~~D. Flaking or peeling of metalizeing~~ ~~E. Foreign material~~ |
| 4 | Break sharp edges .00 - .01 NOTE: Check visually for evidence of broken edges if break appears excessive, use comparator to check .00 - .01 |
| 5 | 1.608 - 1.611 O.D. NOTE: Check part at least three places around O.D. to assure part is not out-of-round.beyond tolerance. Part must be turned over and checked on both sides to assure dia. does not taper over or under dia. tolerance. |
| 6 | .153 - .157          Thickness NOTE: Check in numerous places to assure part does not taper out of tolerance. |
| 7 | .26 - ~~.32~~ .30          Length of metalized |
| 8 | ~~.08 - .03~~ .12 - .10          Width of Metalized |

UNCLASSIFIED

FORM NO. 4613D

**RAYTHEON**

## INSPECTION / TEST P.

ITEM: Window, Radio Frequency
A-11215328

| CHAR NO. | CHARACTERISTIC / DIMENSION / TEST |
|---|---|
| ~~10~~ 9 | .00 – .02    Allowable cut-back of metalizeing on O.D. (2 Places) |
| ~~11~~ 10 | The .26 – ~~.27~~ .30 Dim., at Max. material condition, to be symmetrical to Dia. -A- (1.608 – 1.611 dia. regardless of feature size (within .01)<br><br>NOTE: The .01 symmetry tolerance may be exceeded by the amount the .26 ~~.30 .27~~ dimension is under the ~~.30~~ maximum. |
| ~~12~~ 11 | The .~~053~~ .10 – .12 ~~.053~~ dimension, regardless of feature size, to be symmetrical to dia. -A- (1.608 – 1.611 dia.) Regardless of datum size, within .01 |
| 12 | ~~Complete I.T.R. Form No. 4665~~<br>~~Ball Point Pen~~<br><br>VOIDS, FLAKING, OR PeeLing OF METALIZEIN<br>NOTE: THE INSPECTOR SHALL EXAMINE THE METALIZED AREA VISUALLY FOR VOIDS. IF A VO, APPEARS GREATER THAN 1/64" IT SHOUID BE MEASUR. WITH A SCALE. NO VOID OR COMBINATION OF SHALL BE GREATER TH |

SEE FIG #1 **UNCLASSIFIED**
& FIG #2

FORM NO 4613E



## INSPECTION / TEST

ITEM:

| CHAR NO. | CHARACTERISTIC / DIMENSION / TEST |
|---|---|
| 13 | CRACKS & CHIPS<br><br>THE INSPECTOR SHAL EXAMINE THE PARTS VISUALLY FOR CRACK. AND CHIPS - IF THE CHIPS APPEAR VISUAL. TO EXCEED AN AREA OF .063 SQUARE OR .015 DEEP IT SHOULD BE MEASURED USING THE .063 SQUARE TEMPLATE OI 6" SCALE. MORE TH FIVE CHIPS AROUN THE DIA. WHICH AR. VISUAL WITHOUT TH AID OF MAGNIFICA. ARE NOT ACCEPTAF REGARDLESS OF S. SEE FIG # |

UNCLASSIFIE

FORM NO. 4613E



## INSPECTION / TEST

ITEM:

| CHAR NO | CHARACTERISTIC / DIMENSION / TEST |
|---------|-----------------------------------|
| 14 | FOREIGN MATTER TO CONSTITUTE AN UNACCEPTABLE CONDITI. FOREIGN MATTER EITHER IMBEDED OR ON THE CERAMIC OR METALIZE INK MUST BE VISUAL WITHOU THE AID OF MAGNIFICATIO AND SHOULD NOT BE REMOVEABLE WITH A SOFT RUBBER ERASER. |
| 15 | OVER RUN AND/OR SPLATTL. TO CONSTIUTE AN UNACCEPTABLE CONDITION OVER RUN (METALIZEING OF O. RUNNING OVER ON FACE OF AND SPLATTER OF METALI MUST BE VISUAL WITI THE AID OF MAGNIFICA. |
| | COMPLETE ITR FORM # 4665 |

UNCLASSIFIED



FIG #1

AROUND DIA...

WITHIN 1/64

ACCEPTABLE          ACCEPTABLE

A+B IS LESS THAN 1/64
IF BOTH VOIDS ARE
IN LINE IS
ACCEPTABLE

VOIDS ACCEPTABLE
WITHIN .020 OF TO
OR BOTTOM SURFACE

GREATER
THAN 1/64

A
B

A+B IS G...
THAN
IF BOTH ...
ARE IN ...

UNACCEPTABLE          UNACC...

FIG - 3

CHIPS



.063
SQUARE

ACCEPTABLE

UN ACC...

.063
SQUARE

ACCEPTABLE

UNACC...

DEPTH

OVER .015

UNACCEPTABLE

**Material Purchasing Specification, Metalized Beryllium Oxide Ceramics**

MATERIAL PURCHASING SPECIFICATION

METALIZED BERYLLIUM OXIDE CERAMICS

1.0 GENERAL

1.1 Purpose

1.1.1 To cover the specifications of ceramics and metalized ceramics used in high power long life vacuum tube manufacture.

1.2 Scope

1.2.1 This specification covers the requirements for dense, non-porous, beryllium oxide ceramic parts and metal coatings on ceramic parts used in high power long life vacuum tubes.

1.2.2 In any and all respects not covered by this specification, the material shall be in accordance with the standard practice of the supplier.

2.0 APPROVAL

2.1 Usage - The behavior of the material is to be similar to that of lots previously received and approved by Raytheon Company.

2.2 Lot Identification - Raytheon Quality Assurance and the vendor will establish, through mutual agreement, the definition of a lot for the purposes of Acceptance inspection and/or test. The vendor will submit, by letter, his method of lot control and lot identification. This control and identification shall be such that the lot is traceable to the major variables in his processing. Units of product within one lot shall be homogeneous for these variables. Raytheon Quality Assurance will review the vendor's method and, upon reaching an agreement, will indicate approval by letter. The approved lot definition and lot identification will become a part of this specification. Record of the letters will be indicated on the purchase order.

In the absence of prior mutual agreement between Raytheon Quality Assurance and the vendor, each shipment will be considered a lot subject to acceptance or rejection.

2.3 Packaging and Shipment of Parts by Vendor

2.3.1 Parts shall be cleaned by Vendor prior to shipment (preferably by Ultrasonics.)

2.3.2 Packing material shall be free from dusts of beryllium and its compounds.

| | | | | | C | B | B | B | B | C | REV. LTR. | REV. STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 7 | 6 | 5 | 4 | 3 | 2 | 1 | SHEET NO. | OF SHEETS |

| NAME | DATE | |
|---|---|---|
| L. Tornberg | 6-22-67 | METALIZED BERYLLIUM OXIDE CERAMICS |
| L. Tornberg | 1-29-70 | |
| APPROVED | | |

RAYTHEON

LEXINGTON MASS. 02173

655039

CM-2194 CR 23rd

CODE 49956    SH 1 of 7

2.3.3  Parts shall be sealed in clear polyethylene plastic bags.

2.3.4  Outside of package shall be marked with Purchase Order No., Part No., and Quantities.

2.3.5  Three copies of an inspection certificate of compliance to Sections 3.0 and 4.0 shall be submitted with each shipment. These, along with the packing slips to be contained in the shipping unit.

2.3.6  The following shall be placed on the outside of each package:

    1.  "Contains Beryllium Oxide."

    2.  "Do not open package."

    3.  "On receipt, deliver to Thoria Mixing Room."

3.0  The following chemical, electrical and physical properties are for reference only.

### 3.1  Chemical Composition

3.1.1  The beryllium oxide content is to be 99.5% minimum.

### 3.2  Electrical Properties

3.2.1  Dielectric Constant (K)

| | Room Temp. | $316^\circ C$ $600^\circ F$ | $649^\circ C$ $1200^\circ F$ | $871^\circ C$ $1600^\circ F$ |
|---|---|---|---|---|
| 10,000 mc | 6.5 | 6.5 | 6.7 | 7.0 |

3.2.2  Loss Tangent (tan $\delta$)

| | Room Temp. | $316^\circ C$ $600^\circ F$ | $649^\circ C$ $1200^\circ F$ | $871^\circ C$ $1600^\circ F$ |
|---|---|---|---|---|
| 10,000 mc | 0.0010 | 0.0011 | 0.0015 | 0.0016 |

NOTE:  The Dielectric Constant and Loss Tangent results are based upon measurements obtained using a shorted wave-guide technique.

The maximum variation is not to exceed $\pm 5\%$ of values for dielectric constant and loss tangent.

3.2.3  Dielectric Strength (volts/mil)

Room Temperature          500

NOTE:  The Dielectric strength is measured using a 0.030 inch thick specimen (A.S.T.M. test D 667-44T)

### 3.3  Electrical Resistivity (ohm-cm)

| | |
|---|---|
| Room Temperature | $2 \times 10^{16}$ |
| 200°C      (392°F) | $2 \times 10^{14}$ |

REVISIONS: A. ECONOMICAL STATUS  B - CORG. - MPRISO ADDED - 7-25-67 7

| NAME | DATE | METALIZED BERYLLIUM OXIDE CERAMICS | RAYTHEON | LEXINGTON MASS. 02173 |
|---|---|---|---|---|
| I. Turnbeg | 6-22-67 | | | |
| | | | 655039 | |
| APPROVED | | | CODE 49956 | SH 2 |

## 4.0   PHYSICAL PROPERTIES

| | | |
|---|---|---|
| 4.1 | Density (g/cc) | 2.86-2.95 |
| 4.2 | Water Absorption | 0.0 |
| 4.3 | Color | Off White |
| 4.4 | Modulus of Rupture (p.s.i.) | 25,000 |
| 4.5 | Tensile Strength (p.s.i.) | 13,000 |
| 4.6 | Compressive Strength (p.s.i.) | 150,000 |
| 4.7 | Melting Point   (4620°F)   (2549°C) | |
| 4.8 | Safe Temperature Continuous Operation   (3400°F) (1871°C) | |
| 4.9 | Specific Heat (Btu/lb.) | 0.30 |
| 4.10 | Thermal Conductivity (Btu/hr/ft$^2$/°F/ft | |

| | | |
|---|---|---|
| Room Temperature | | 140 |
| 600°F | (316°C) | 60 |
| 1500°F | (816°C) | 25 |

4.11  Thermal Expansion (in/in/°F

   Room Temperature to 500°F  (260°C)        $4.1 \times 10^{-6}$

## 5.0   VISUAL REQUIREMENTS

Parts to be examined under 10X magnification for surface imperfections.

5.1   Definition - Surface Imperfections

   5.1.1   Pit - A microscopic or macroscopic cavity completely open on
            any surface (exclusive of edges) that does not retain dye
            penetrant.

   5.1.2   Pore/Pock - A microscopic orifice smaller than .005 inch that
            has the ability to retain a dye penetrant. The depth of this
            "pore" can be finite (forming a cavity) or infinite (continuous
            from one surface to another).

   5.1.3   Open Chips - An open cavity located along the edges. This
            designation is strictly confined to corner-like edges.

   5.1.4   Closed Chips - A partially closed cavity located along the edges.
            This designation is confined to corner-like edges.

   5.1.5   Crack - A fissure that retains dye penetrant.

   5.1.6   Gouge or Scratch - A shallow groove-like blemish (macro- or
            microscopic) that does not retain dye penetrant. This designa-
            tion does not apply to corner-like edges.

   5.1.7   Blemishes-Spots - Any imperfection, discoloration or spots
            caused by the inclusion of foreign material in the ceramic.

   5.1.8   Dent - Small depression on any ceramic surface exclusive of edges.

   5.1.9   Potential Chips - (Closed Chip) - A chip that has not broken off
            completely.

   5.1.10  Flaws - Designated to include all imperfections (unless otherwise
            specified) such as pits, pores, pocks, dents, etc. in "critical
            area."

REVISIONS: A ECN #4737 SHT 10F B - CORR. - 4/9/AISO ADDED - 7-25-67

TWT

PRINTED IN U.S.A.

FORM NO. 10-0 10-07 10-0706 VELLUM GRID VELLUM VELLUM

| | | |
|---|---|---|
| NAME | DATE | |
| L. Tuerker | 6-22-67 | |
| | | |
| APPROVED | | |

METALIZED BERYLLIUM OXIDE CERAMICS

RAYTHEON    LEXINGTON MASS. 02173

655039

CODE 49956   SH  3

5.1.11 Adhered Foreign Material

    5.1.11.1 Burr - A protruding foreign particle fused onto the ceramic surface.

    5.1.11.2 Fins or Flashings - Excess materials adhering onto the sides, ends, or edges of ceramic.

5.1.12 Bleb - A small blister or mound-shaped projection on the ceramic surface or metal coated surfaces caused by the inclusion of air or other gases or foreign matter.



5.2 Non-Critical Area Requirements (Applies to those surfaces which are not Metalized)-

    5.2.1 Chips (Open and Closed)

      5.2.1.1 Chips of depth less than .015 shall not be considered cause for rejection.

      5.2.1.2 Chip dimensions shall not exceed those shown in figure. The total number of chips shall be limited to 1 per edge.





METALIZED BERYLLIUM OXIDE CERAMICS

RAYTHEON   LEXINGTON MASS. 02173

655039

CODE 49956   SH 4

5.2.2  Potential Chips (Closed) - There shall be none.

5.2.3  Dents -

    5.2.3.1  Dents less than .015 maximum in depth shall not be considered cause for rejection.

    5.2.3.2  Depth of other dents shall be limited to .020.

5.2.4  Pits -

    5.2.4.1  Pits less than .015 maximum at the opening shall not be considered cause for rejection.

    5.2.4.2  Depth of pits shall be limited to .020 maximum.

    5.2.4.3  Pock/Pore - The area of dye penetrant surrounding a pock or pore shall not exceed .020 maximum in diameter.

5.2.5  Gouges and Scratches -

    5.2.5.1  Gouges and Scratches less than .002 maximum in depth shall not be considered cause for rejection.

    5.2.5.2  Depth of other gouges and scratches shall be limited to .015 maximum.  The number of gouges and scratches shall not exceed 2.

5.2.6  Cracks.- There shall be no cracks or fissures.

5.2.7  Blebs/Blisters - There shall be none.

5.2.8  Adhered Foreign Material - There shall be none.

✱ 5.2.9  Blemishes and Spots - There shall be none.

*5.1.7 : Recent parts are of acceptable standard.*

5.3  "Critical Area Requirements" - *Judgement quite subjective*

(Applies to surfaces to be metalized as designated on the individual part drawing).

5.3.1  Flaws -

    5.3.1.1  There shall be no flaws in the critical area "C" in excess of W = .020 max.  x = .020 wide.

    5.3.1.2  The number of flaws shall not exceed 2.

    5.3.1.3  The depth of any flaw in a critical area shall not be greater than .010.

    5.3.1.4  There shall be no more than one flaw across the critical area "C".  Any two adjacent flaws must be separated by .200.

    5.3.1.5  Potential Closed Chips - There shall be none.

    5.3.1.6  Cracks - There shall be none.

    5.3.1.7  Blemishes and Spots - There shall be none.

    5.3.1.8  Adhered Material - There shall be none.

    5.3.1.9  Blebs/Blisters - There shall be none. (Applies to coating as well).

TNT

PRINTED IN U.S.A.

YELLUM

FORM NO.

| NAME | DATE | |
|---|---|---|
| L. Turaleg | 6-22-67 | METALIZED BERYLLIUM OXIDE CERAMICS |
| APPROVED | | |

RAYTHEON    LEXINGTON MASS. 02173

655039

CODE 49956   SH 5

REVISIONS A- ... R - CORR - MPA150 ADDED - 7-28-67 M

## 6.0   METAL COATINGS (ON CERAMIC)

### 6.1   Types of Coatings

6.1.1  Each type of coating shall conform to the applicable part drawing.

### 6.2   Areas to be Coated

6.2.1  The coated areas shall conform to the specified limits on applicable part drawing.

### 6.3   Thickness of Coating

6.3.1  The thickness of each coating shall be as specified on the applicable part drawing.

✳ 6.4  Visual Requirements - Coatings to be examined under a 10X magnification for imperfections.

✳ 6.4.1  Chipped Coatings - There shall be none.

6.4.2  Pitted Coating - The depth of pitted area shall be limited to the thickness of the specified metalizing and must be in an area other than at corner or edge.

6.4.2.1  There shall be no depression in the coated critical area "C" in excess of W = .020 and X = .020.

6.4.2.2  The number of depressions in any critical area shall be limited to 1.

6.4.2.3  Any depressions spaced closer in any location than the depression maximum dimension will be measured across the most extreme ends.

6.4.2.4  Single small depressions will not be considered if their dimensions do not exceed the following maximum limits:
X = .010    W = .010.

✳ 6.4.3  Lumpy Coating - There shall be none.

✳ 6.4.4  Blebs/Blisters - There shall be none.

✳ 6.4.5  Poor Adhesion - There shall be no peeled plating as evidenced by detachment of the plating from the base metal.

✳ 6.4.6  Bare Spots - There shall be no bare spots in the plating.

✳ 6.4.7  Stains, Foreign Material and Uniformity

6.4.7.1  Stains.- There shall be no discoloration of the plated metal surface which may be in the form of either bleeding out, finger prints, grease, or gas streaks.

6.4.7.2  Foreign Material.- There shall be no foreign material such as plating salts, lint or masking material.

6.4.7.3  Plating shall be of a uniform color characteristic of the metal used.

REVISIONS A  ECN M421  5/4/67

| NAME | DATE | | RAYTHEON | LEXINGTON MASS. 02173 |
|------|------|---|----------|------------------------|
| L. Turley | 6-xx-67 | METALIZED BERYLLIUM OXIDE CERAMICS | | 655039 |
| APPROVED | | | CODE 49956 | SH 6 |

TWT

6.4.8 Adherence and cohesive strength of coatings and ceramic.

6.4.8.1 A sample of 0.1% of the quantity of each lot or a minimum of 10 pieces of incoming parts is to be subjected to a tensile pull test. The pull test specimen must be made in accordance with the following details:

6.4.8.1.1 A cylindrical copper post having a diameter of approximately 0.5 the width of the Pin Square and a length of .015" MIN. is to be silver plated, .0002 to .0004 inches thick.

6.4.8.1.2 The post is to be brazed to the center of one end of the Pin Square in a hydrogen atmosphere at 825°C. The resultant brazed assembly must have no voids in the solder joint between the post and pin, examined under 10X magnification.

6.4.8.1.3 The assembly is to be rebrazed in a hydrogen atmosphere at 825°C to a ridged copper base having a silver plated (.0002 to .0004 thick) brazing surface suitable for holding in a tensile pulling device. The resultant brazed assembly must have no voids in the solder joints between the pin and post, or post and base, examined under 10X magnification.

6.4.8.1.4 The ceramic to metal joint (plating to metalizing band, metalizing to ceramic band) must be capable of withstanding a tensile pull test of a minimum of 17,700 PSI.



Copper Base

Cylindrical Copper Post

Pin Square

Applied Force

6.4.8.2 No changes in the processes, materials and techniques used in the manufacture of the part shall be allowed unless approved by MPT Engineering.

REVISIONS: C - ECN929 - 1-27-70

| NAME | DATE | | | | |
|------|------|--|--|--|--|
| L. Turnberg | 1-27-70 | | METALIZED BERYLLIUM OXIDE CERAMICS | RAYTHEON LEXINGTON MASS. 02173 | 655039 |
| APPROVED | | | | CODE 49956 | SH 7 |

FORM NO. 30-147    SHEET 2

**Handling Specification**

SENT BY:A                    : 9-15-87  1:2LPM ;

# HANDLING SPECIFICATION

1.0     SCOPE: This specification defines requirements for beryllium oxide
        (beryllia) rods.  This material shall be identified by
        Raytheon as B713D.

1.1     COMPOSITION:  Proprietary (99.5% Min. Beryllium oxide).

1.2     MATERIAL IDENTIFICATION:

        Each variation or combination of variations to which this material
        shall conform will be identified by a suffix assignment as listed
        below.  The column headed "Description" lists only the special
        requirements, i.e. tolerances, properties, etc., that pertain to a
        specific material and values or limits for such are presented in
        Section 2.2 under the appropriate headings with specific suffix
        listings.  If no special requirements apply, the word "Standard"
        is entered in the "Description" column and requirements are presented
        in Section 2.1.  When not specifically mentioned, standard criteria
        apply for such categories.

        SUFFIX              DESCRIPTION

        B713D1              Standard

2.0     REQUIREMENTS:

2.1     STANDARD REQUIREMENTS

2.1.1   TOLERANCES:  Appropriate part drawing must accompany this specification.

2.1.2   PROPERTIES:  The values shown below shall be average values for test
        pieces.

2.1.2.1.6 PURITY: 99.5% or greater beryllium oxide

2.1.2.3  PHYSICAL PROPERTIES

2.1.3.2.1 DENSITY: A typical value is 2.858 g/cc.

2.1.2.3.3 Coefficient of Thermal Expansion- Typical value $3.2 \times 10^{-6}$ in/in/°F,
        25° to 200°C.

2.1.2.3.4 THERMAL CONDUCTIVITY:

        Typical value        BTU- in/ft$^2$/hr./°F
        20°C                 1741.8
        100°C                1306.3
        400°C                580.6

2.1.2.3.5 WATER ABSORPTION: Impervious (0 - .02%)

2.1.2.4  ELECTRICAL PROPERTIES

SHEET 1

FORM NO 36-0147

NAME  GM FOSTER  DATE  16 APR 82

APPROVED

BERYLLIUM OXIDE ROD

RAYTHEON   LEXINGTON MASS. 02173

REV. LTR.  AA  2/1
SHEET NO.
REV. STATUS OF SHEETS

33-B-713D

CODE 49956   SH 1 OF 2

REVISIONS, "A" SCN 12642 16 APR 82

2.1.2.4.4  DIELECTRIC CONSTANT: Typical value 6.6 - 7.7 @ 10 GHz.

2.1.2.4.5  LOSS TANGENT: Typical value .0003 - .0013 @ 10 GHz.

2.1.2.4.10  DIELECTRIC STRENGTH: 485 volts/ mil @ .050 thickness.

2.1.3     PACKAGING

2.1.3.1   PACKING:  This material shall be supplied in the simplest commercial packaging which will prevent damage and contamination through shipping and handling.  This will be consistent with Section 6.1.  Glass containers and polyethylene or nylon bags (only if unplasticized) are acceptable.

2.1.3.2   MARKING: Each container shall be marked with quantity, Raytheon part nomenclature, material nomenclature, and marked to conform to appropriate safety requirements.

3.0       REFERENCES

3.2       PROPRIETARY NOMENCLATURE: Coors Porcelain Co. BD995, Brush Beryllium Co. Thermalox 995 or equivalent.

4.0       ORDER: Quantity, Raytheon material identification no. (e.g. B713D1) to conform to part 1.0 and 2.0 of this specification.

5.0       INSPECTION AND TESTING

5.1       SAMPLING

5.1.1     Sampling for Incoming Inspection

5.1.1.1   Check each shipment for category specified in Section 5.2.1.1.

5.1.2     Sampling for Chemical and Physical Laboratory Testing.

5.1.2.1   Send a sample from each shipment of parts made of B713D to the laboratory for physical testing.

5.2       TESTING

5.2.1     Testing and inspection by Incoming Inspection

5.2.1.1   Check shipment for dimensions against part specification.

5.2.1.2   Do not use lubricants and handle parts with gloves or tweezers only.

5.2.2     Chemical and Physical Laboratory

5.2.2.1   An X-Ray fluorescence spectrum is to be made of a random sample and this compared with a standard sample spectrum.

5.2.2.2   The specific gravity is to be determined by weighing the sample in air and in water and calculating the sample volume.  Specific gravity should be greater than 2.850.

6.0       PRECAUTIONS

6.1       Refer to Beryllium Safety Precautions S.N. 33-2-15A.

6.2       Do not use lubricants.  Handle parts with gloves or tweezers only.

REVISIONS: "A" SCN 12642  16 APR 82

FORM NO. 36-0747   SHEET 2

| NAME | DATE | | | |
|------|------|---|---|---|
| GM FOSTER | 16 APR 82 | | | |

| | | |
|---|---|---|
| RAYTHEON | LEXINGTON MASS. 02173 | |
| BERYLLIUM OXIDE ROD | 33-B-713D | |
| | CODE 49956 | SH 2 |

APPROVED

**Packing Information for Vendors**

**RAYTHEON**

79-9007 (7/67)

## PACKAGING INFORMATION FOR VENDORS

SHEET 1 OF 1

| NOMENCLATURE | PART NO. |
|---|---|
| BERYLLIUM WINDOW | PTV-1073 |

INSTRUCTIONS

I. Unit Container

Each item shall be heat sealed in a suitable size polyethylene bag. Each bag shall be marked so as to identify the item by name. The heat seal shall be air tight.

II. Shipping Container

A quantity of items shall be placed in a suitable shipping container in such a manner as to insure that the items can not touch each other. Sufficient dunnage should be used to prevent item shiftage.

Shipping container must insure physical protection of its contents as well as personnel handling container and the environment. The shipping container shall insure carrier acceptance and safe delivery.

ATTENTION: INCOMING STORES – The Beryllium Control supervisor must be contacted immediately upon delivery of this item. Do not open.

CAUTION: DO NOT OPEN POLYETHYLENE BAGS UNLESS BERYLLIUM CONTROL SUPERVISOR IS PRESENT AND SAFETY MEASURES APPLICABLE TO THIS ITEM HAVE BEEN TAKEN.

RECEIVED
FEB 5 1971
NATIONAL BERYLLIA CORP.

| ENGINEER | DATE | REVISION |
|---|---|---|
| | 2-2-71 | AEO 65580 |

**Raytheon Plan and Specification for Insulator, Window**



DIMENSIONS & TOLERANCES
PER ANSI Y14.5

DIMENSIONS IN INCHES
DO NOT SCALE PRINTS
CONTROL SR

TITLE
INSULATOR, WINDOW

RAYTHEON
POWER TUBE OPERATION
WALTHAM, MASS 02254

FSCM NO. 49956

C G221340 REV 0

STD. 6.7
IN ADDITION, SECTION 4,
OF THE TUBE OPERATIONS
SHOP MANUAL APPLIES

CADD DRAWING
NO MANUAL
REVISIONS ALLOWED
SR 47307
10 MAR 86          WJR

OKW783    NEXT ASSY    NYS GR
USED ON SIZE    NEXT ASSY    G221340

| ITEM | QTY | PART NO. | DESCRIPTION |
|------|-----|----------|-------------|
| 1 | | | BERYLLIA PURCH SPEC 655039 (EXCEPT PARAGRAPH 6.4.B) |

A—THESE DIMENSIONS APPLY TO PRIME CERAMIC
AND PLATING.

B—THESE DIMENSIONS APPLY AFTER METALIZING
AND PLATING.

C—CHIPS ON EDGES SHALL NOT EXCEED .005 IN
LENGTH, WIDTH AND DEPTH.

D—THESE SURFACES TO BE METALIZED AND
NICKEL PLATED.
METALLIZATION:           Mo/Mn
                MIN .00075
                MAX .00150
NICKEL PLATING:          MIN .0002
                MAX .0004

E—THIS DIA TO BE FREE OF METALIZING
OVERLAP

F—METALIZING & PLATING MUST NOT EXTEND
BEYOND SURFACE "X"

G—WINDOW INSULATORS TO BE INDIVIDUALLY
PACKAGED SO AS TO PREVENT CONTACT WITH
ONE ANOTHER

H—LOT ACCEPTANCE AT RAYTHEON TO BE BASED
ON THREE SAMPLE PIECES PER LOT WHICH
ARE TO BE CROSS-SECTIONED AND INSPECTED
FOR METALIZING THICKNESS, UNIFORMITY AND
CERAMIC INTEGRITY (FREE OF CRACKS AND
VOIDS)

J—CERAMIC BODY TO BE FORMED BY COMPRESSING
AND FIRING POWDER WITH A FINAL GRIND TO
SIZE. PART MUST NOT BE FABRICATED FROM
BERYLLIA BLOCKS

K—APPROVED SOURCE(S):
NATIONAL BERYLLIA CORP.
HASKELL, N.Y.

PROC SPEC

F — METALIZING
F — NICKEL PLATING
X

DETAIL B
TYP 2 PLACES

Ø .088
.082
⌖ 1.001 Z

R .010
.005

D

B

⌖ 1.001 Z
Ø .277
.275
-Z-

Ø .048
.046

NO METALIZING OVERLAP
PERMISSIBLE IN THIS AREA

R .010 OR
.005
.005 X 45° CHF
SEE DETAIL "B"

A
X          X

SEE DETAIL "A"

A
.028
.026

A
.041
.039

(.067)

E

A

.006 MAX

NICKEL
PLATING

.006
MAX

METALIZING

PRIME
CERAMIC

DETAIL A
(TYP ON O.D. & I.D.)

This document contains proprietary information of Raytheon Company and shall not be published, reproduced, copied, or used for any purpose, except as provided for in a contract, or if not, except which this document was supplied or as applied by Raytheon.

31-1993 (5-83)

**Raytheon Plan and Specification for Pin, Square – Plated**



**Raytheon Plan and Specification for Tab (Heat Spreader)**



| | APPLICATION | | | REVISIONS | | | |
|---|---|---|---|---|---|---|---|
| NEXT ASSY | USED ON | LTR | | DESCRIPTION | DATE | APPROVED |
| | | 1 | ADDED NOTE 6. POC 79 6304 RLB | | 4-18-79 | |
| | | 2 | POC 79-6457    JR  6379 | | 6-20-79 | |
| | | 3 | POC 85-6869 /5.31.85/G.K | | 6-3-85 | |

| PART NO. | "X" DIM. |
|---|---|
| -1 | .038-.041 |
| -3 | .028-.031 |

.155 / .145

.155 / .145

X (SEE NOTE 4)

CM5101000

1. SURFACES "A & B" BE COMPLETELY COVERED WITH CONDUCTING MAT'L.
2. SURFACES A & B SHALL BE PLATED WITH 75 µ INCHES MIN. GOLD. (100 µ IN Ni PLATE OVER MOLY)
3. METALIZED SURFACES TO BE FLAT WITHIN .002 T.I.R.
4. "X" DIMENSION INCLUDES PLATING THICKNESS.
5. SUBSTRATES SHALL BE ULTRASONICALLY CLEANED PRIOR TO DELIVERY AND PACKAGED TO PRECLUDE ABRASION DURING SHIPMENT. EXTERIOR OF PACKAGE SHALL CONTAIN A PRECAUTIONARY LABEL

| REV STATUS OF SHEETS | REV LTR | | | | | | | | SPECIFICATION CONTROL DRAWING |
|---|---|---|---|---|---|---|---|---|---|
| | SHEET NO. | | | | | | | | |

UNLESS OTHERWISE SPECIFIED DIMENSIONS ARE IN INCHES

TOLERANCES: ANGLES ±
FRACTIONS ±
3 PLACE DECIMALS ±
2 PLACE DECIMALS ±
1 PLACE DECIMALS ±

MATERIAL:
BeO

CONTR NO.

DR R.F. CROWE  3.27.75
CHK
APPD  V. Strain  3-27-75
APPD  G. Northwey  3/07/75
APPROVED

BY DIRECTION OF
ERS 7330

JUN 5 1985

**RAYTHEON**

RAYTHEON COMPANY
LEXINGTON, MASS. 02173

DRAWING TITLE
TAB (HEAT SPREADER)

| SIZE | CODE IDENT NO. | DRAWING NO. |
|---|---|---|
| A | 49956 | 30521 |

| SCALE | Rev. 3 | SHEET 1 OF 1 |

10-2786 (6-72) VELLUM    PRINTED IN U.S.A.