Exhibit 14 to Statement of Undisputed Facts Filed in Support of Motion of American Beryllia, Inc. For Summary Judgment

BROADBENT DEPOSITION EXCERPTS

**FILED UNDER SEAL**