**Exhibit 17 to Statement of Undisputed Facts Filed in Support of Motion of American Beryllia, Inc. For Summary Judgment**

**FRANK BALINT DEPOSITION EXCERPTS**

**<u>FILED UNDER SEAL</u>**

Case 1:04-cv-12137-JLT   Document 111-20   Filed 10/30/2006   Page 1 of 1