UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04-CV-12137 JLT

SUZANNE GENEREUX and BARRY GENEREUX, Individually and as Parents and Natural Guardians of their minor children, ANGELA GENEREUX and KRISTA GENEREUX,
    Plaintiffs,

v.

AMERICAN BERYLLIA, CORP., BRUSH WELLMAN, INC., BRUSH WELLMAN CERAMICS, INC., BRUSH WELLMAN CERAMIC PRODUCTS, INC., HARDRIC LABORATORIES, INC., KYOCERA AMERICA, INC., KYOCERA INDUSTRIAL CERAMICS CORP., and RAYTHEON COMPANY,
    Defendants.

FILED UNDER SEAL
CONTAINS CONFIDENTIAL INFORMATION, SUBJECT TO PROTECTIVE ORDER

---

MEMORANDUM OF LAW IN SUPPORT OF MOTION OF DEFENDANT
AMERICAN BERYLLIA, INC. FOR SUMMARY JUDGMENT

---

**CLARK, HUNT & EMBRY**

William F. Ahern, Jr. (BBO #013365)
Mandi Jo Hanneke (BBO #657349)
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920