UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04-CV-12137 JLT

|  |  |
|---|---|
| SUZANNE GENEREUX and BARRY GENEREUX, Individually and as Parents And Natural Guardians of their minor children, ANGELA GENEREUX and KRISTA GENEREUX,<br>         Plaintiffs<br><br>v.<br><br>AMERICAN BERYLLIA CORP., BRUSH WELLMAN, INC., BRUSH WELLMAN CERAMICS, INC., BRUSH WELLMAN CERAMIC PRODUCTS, INC., HARDRIC LABORATORIES, INC., KYOCERA AMERICA, INC., KYOCERA INDUSTRIAL CERAMICS CORP., and RAYTHEON COMPANY,<br>         Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of October, 2006, a true and correct copy of the foregoing **MOTION OF DEFENDANT, AMERICAN BERYLLIA CORP., FOR SUMMARY JUDGMENT,** and **MEMORANDUM OF LAW IN SUPPORT OF MOTION OF DEFENDANT, AMERICAN BERYLLIA CORP., FOR SUMMARY JUDGMENT,** and **DEFENDANT, AMERICAN BERYLLIA CORP.'S, STATEMENT OF UNDISPUTED FACTS**, and **REFERENCED EXHIBITS IN THE STATEMENT OF UNDISPUTED FACTS** were served via electronic transmission and/or U.S. mail, first class postage prepaid, upon the following:

Timothy M. Hudson, Esq.
Jeffrey D. Ubersax, Esq.
Jones Day
North Point, 901 Lakeside Avenue
Cleveland, OH 44114-1190

Rubin Honik, Esq.
Stephan Matanovic, Esq.
Golomb & Honik
121 South Broad Street, 9th Floor
Philadelphia, PA 19107

Robert Nadeau, Esq.
Frances Lindemann, Esq.
Nadeau & Associates, Esq.
1332 Post Road, Suite 4A
Wells, Maine 04090

        Respectfully submitted.

        **CLARK, HUNT & EMBRY**

        /s/ Mandi Jo Hanneke
        _____
        Mandi Jo Hanneke (657349)
        55 Cambridge Parkway
        Cambridge, MA 02142
        (617) 494-1920

Date:  October 30, 2006