UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04-CV-12137 JLT

_____
                                    )
**SUZANNE GENEREUX and BARRY**      )
**GENEREUX, Individually and as Parents** )
**And Natural Guardians of their minor** )
**children, ANGELA GENEREUX and**   )
**KRISTA GENEREUX,**                )
    **Plaintiffs**                )
                                    )
**v.**                              )
                                    )
**AMERICAN BERYLLIA CORP., BRUSH**  )
**WELLMAN, INC., BRUSH WELLMAN**    )
**CERAMICS, INC., BRUSH WELLMAN**   )
**CERAMIC PRODUCTS, INC., HARDRIC** )
**LABORATORIES, INC., KYOCERA**     )
**AMERICA, INC., KYOCERA INDUSTRIAL** )
**CERAMICS CORP., and RAYTHEON**    )
**COMPANY,**                        )
    **Defendants**                )
_____ )

**DESIGNATION OF EXPERTS BY DEFENDANT, AMERICAN BERYLLIA, INC.**

American Beryllia, Inc. was not in existence during the time of Suzanne Genereux's alleged exposure to beryllium products. It is American Beryllia, Inc.'s contention that it is not a successor of General Ceramics, Inc., a beryllium manufacturer which was in existence during the period of the alleged exposure. On October 30, 2006, American Beryllia, Inc. filed and served its Motion for Summary Judgment. In an abundance of caution, the defendant, American Beryllia, Inc., hereby makes its expert disclosure as follows:

    1.    Lawrence Repsher, M.D.
            3555 Lutheran Parkway, #330
            Wheatridge, CO  80033

    2.    Jonathan Borack, M.D., DABT
            234 Church St., Suite 1100
            New Haven, CT  06510-1804

3.   Richard P. Garrison, Ph.D., CIH, CSP
     Garrison Industrial Health, LLC
     1645 Northbrook Dr.
     Ann Arbor, MI  48103

4.   Gerald M. Goldhaber, Ph.D.
     Goldhaber Research Associates, LLC
     1525 Amherst Manor Dr., #907
     Williamsville, NY  14221

The defendant, American Beryllia, Inc., hereby incorporates by reference the written reports and accompanying materials filed by the co-defendant, Brush Wellman, Inc., in connection with the above-listed witnesses.

American Beryllia, Inc. respectfully reserves the right to supplement its expert disclosure, if necessary, depending upon the Court's decision on the summary judgment motion.

Respectfully submitted,

**CLARK, HUNT & EMBRY**

*/s/ William F. Ahern, Jr.*
_____
William F. Ahern, Jr.
55 Cambridge Parkway
Cambridge, MA  02142
B.B.O. No. 013365
(617) 494-1920