UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Suzanne Genereux, et al., ) | |
| ) | |
| Plaintiff, ) | Case No.: 04-cv-12137 JLT |
| v. ) | |
| ) | **PORTIONS FILED UNDER SEAL** |
| America Beryllia Corp, et al., ) | |
| ) | **CONTAINS CONFIDENTIAL** |
| Defendants. ) | **INFORMATION, SUBJECT TO** |
| ) | **TO PROTECTIVE ORDER** |

**DEFENDANT BRUSH WELLMAN INC.'S DISCLOSURE OF EXPERT WITNESSES**

Pursuant to Federal Rules of Civil Procedure 26(a)(2), Defendant, Brush Wellman Inc. discloses its expert witnesses.

A. The following experts are expected to testify at trial and detailed reports disclosing their opinions are attached hereto:

 1. Gerald M. Goldhaber, Ph.D.
    President
    Goldhaber Research Associates, LLC
    1525 Amherst Manor Drive, #907
    Williamsville, New York 14221
    (Report and CV attached as Exs. A and B)

 2. Lawrence H. Repsher, M.D.
    3555 Lutheran Parkway
    Suite 330
    Wheat Ridge, Colorado 80033
    (Report, CV, and Rule 26 Disclosure attached as Exs. C, D and E)

Dr. Repsher's July 10, 2006 report regarding the IME, which has previously been produced, is also attached at Ex. F.

 3. Richard P. Garrison, Ph.D., CIH, CSP
    Garrison Industrial Health, LLC
    1645 Northbrook Drive
    Ann Arbor, MI 48103
    (Report and CV attached as Ex. G and H)

    4.      Jonathan Benjamin Borak, M.D.
            234 Church Street
            New Haven, Connecticut 06510
            (Report and CV attached as Ex. I and J)

B.    Marc Kolanz, CIH

Mr. Kolanz is the Vice President of Environmental Health and Safety at Brush Wellman and may be asked to give testimony pursuant to Fed. R. Evid. 702, 703 and 705. He is not "retained or specially employed to provide expert testimony in the case," his duties do not "regularly involve giving expert testimony," and therefore no report is required under Rule 26(a)(2). Mr. Kolanz, however, has substantial experience, technical knowledge and other information that will assist the trier of fact regarding Brush Wellman's warning label program, material safety data sheets, technical bulletins, other information provided to customers, and knowledge and understanding of the hazards of beryllium. Mr. Kolanz also has substantial experience and familiarity with beryllium's uses, its regulatory history, and the 2 $ug/m^3$ exposure standard, as set forth in greater detail in the enclosed article, "Introduction to Beryllium: Uses, Regulation, History and Disease." (Attached as Ex. K)

C.    All experts identified by Plaintiffs and Co-Defendants in this litigation.

Brush Wellman expressly reserves the right to supplement these expert disclosures.

Dated: November 1, 2006            Respectfully submitted,

                                            /s/ Robert S. Faxon
                                            Jeffery D. Ubersax
                                            Robert S. Faxon
                                            Jones Day
                                            901 Lakeside Ave.
                                            Cleveland, Ohio 44114-1190
                                            Tel:   (216) 586-3939
                                            Fax:   (216) 579-0212

                                            Alan M. Spiro (Fed. Bar No. 475650)
                                            Edwards Angell Palmer & Dodge LLP
                                            111 Huntington Avenue
                                            Boston, MA 02199-7613
                                            Tel:   (617) 239-0100
                                            Fax:   (617) 227-4420

                                            Attorneys for Defendant Brush Wellman Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of November, 2006, a true and correct copy of the foregoing DEFENDANT BRUSH WELLMAN INC.'S DISCLOSURE OF EXPERT WITNESSES was served via U.S. mail, first class postage prepaid, upon the following:

Leo V. Boyle, Esq.
Meehan, Boyle, Black & Fitzgerald, PC
Two Center Plaza
Suite 600
Boston, MA 02108
617-523-8300

Attorney for Plaintiffs

Ruben Honik, Esq.
Stephan Matanovic, Esq.
Golomb & Honik, PC
121 S. Broad St., 9th flines
Philadelphia, PA 19107

Attorney for Plaintiffs

William F. Ahern
Mandi Jo Hanneke
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142
617-494-1920

Attorney for Defendant American Beryllia

Robert Nadeau, Esq.
Frances Lindemann, Esq.
Nadeau & Associates
1332 Post Road, Suite 4A
Wells, Maine 04090
207-324-3500

Attorney for Defendant Hardric Laboratories, Inc.

Ronald M. Jacobs, Esq.
Conn, Kavanaugh, Rosenthal, Peisch & Ford, LLP
Ten Post Office Square, 4th Floor
Boston, MA 02109
617-482-8200

Attorneys for Defendant Raytheon

/s/ Robert S. Faxon
Attorney for Brush Wellman Inc.