## GERALD MARTIN GOLDHABER, Ph.D.

**OFFICES:**

Goldhaber Research Associates, LLC
1525 Amherst Manor Drive, #907
Williamsville, NY 14221
(716) 689-3311
(716) 689-3342 fax
e-mail:    geraldgoldhaber@yahoo.com
website:    www.goldhaber.com

Goldhaber Research Associates, LLC
Archstone Chelsea
800 6th Avenue, Suite 26G
New York, NY 10001
(212) 379-6661

**EDUCATION:**

Ph.D. (1970)
Purdue University
Major:        Organizational/Interpersonal Communication
Minors:      Industrial Psychology
                Statistics/Measurement
Dissertation:  Experimental Study of the Effect of Ego-Involvement
                (directed by W. Charles Redding)

M.A. (1967)
University of Maryland
Major:        Communication Theory
Minor:       Statistics/Measurement
Thesis:      Listener Comprehension of Compressed Speech
                (directed by Carl H. Weaver)

B.A. (1965)
University of Massachusetts
Major:        Speech
Minor:       Political Science

**EMPLOYMENT HISTORY:**

Director, Graduate Studies, Department of Communication
State University of New York at Buffalo (1999 – 2004)

Chairman, Department of Communication
State University of New York at Buffalo (1979 – 1988)

Associate Professor (1974 – 2004) and Associate Chairman
Department of Communication, State University of New York at Buffalo (1974 – 1975)

Assistant Professor Department of Speech Communication
University of New Mexico (1970 – 1974)

President, Goldhaber Research Associates, LLC (GRA)
1525 Amherst Manor Dr., Williamsville, NY 14221, a company that provides survey
and polling information to decision makers in corporations, political and campaign groups,
public organizations and the entertainment arts.  GRA designs and evaluates warnings for
clients in business, industry and government (1978 - present).

| | |
|---|---|
| SELECTED HONORS AND AWARDS: | Visiting lecturer, University of Montreal (April, 1978)<br>Visiting lecturer, Communication Institute, Hebrew University, Jerusalem (1984)<br>Visiting lecturer, National Chengchi University, Taiwan (1988)<br>Visiting lecturer, Tamkung University, Taiwan (1988)<br>Visiting lecturer, People's University of China, Beijing (October, 1998)<br>Visiting lecturer, Macquarie University, Sidney, Australia (November, 1998)<br>Visiting lecturer, Chinese University of Hong Kong (November, 1998)<br>Visiting lecturer, University of Barcelona (June, 1999)<br>Visiting lecturer, Universitat Pompeu Fabra, Barcelona, Spain (June, 1999)<br><br>New York Speech Communication Association, Scholar of the Year Award (1986)<br><br>Temple Beth El of Greater Buffalo, 1995 Volunteer Services Award (January, 1996)<br><br>Eastern Communication Association, Spotlight Award (April, 1996)<br><br>Mortar Board Society, State University of New York at Buffalo, Honorary Member (May, 1996)<br><br>National Society of Fund Raising Executives, Philanthropy Award (November, 1999) |
| MAJOR PROFESSIONAL MEMBERSHIPS: | American Psychological Association<br>Human Factors and Ergonomics Society<br>International Communication Association (Vice President 1974-1976)<br>Marketing Research Association |
| MAJOR UNIVERSITY AND COMMUNITY SERVICE: | Temple Beth El of Greater Buffalo<br>Vice President (1990-1992); President (1992-1994); Chairman of the Board (1994-1997)<br>Shea's Center for the Performing Arts, Buffalo, NY<br>Member, Board of Directors (1991-2002); Executive Committee Member (1994-2002); First Vice Chairman and CEO (1995-1997); Chairman of the Board of Directors (1997-2000)<br><br>WBEN-AM, Buffalo, NY – Political Analyst and Commentator (1980-Present)<br><br>WXXI-AM, Rochester, NY – Political Analyst and Commentator (1990-Present)<br><br>State University of New York at Buffalo – Human Subjects Review Committee (1996)<br><br>State University of New York at Fredonia – Member, Fredonia College Foundation Board of Directors (1997-2004); Vice Chairman of the Board (2001-2002); Chairman Elect (2003-2004)<br><br>Opera Niagara – Member, Board of Directors, (1998-Present) |

State University of New York at Buffalo, School of Informatics – Divisional Committee Chairman (2002-2004);  Personnel Committee (2002-2004)

State University of New York at Buffalo – Academic Adjudication Committee (2002-2004)

PRIMARY
EDITORIAL
ASSIGNMENTS:

Human Communication Research – Review Editor (1979)
Communication Yearbook – Contributing Editor (1979)
Organizational Communication Abstracts – Editorial Board (1974-1994)
Journal of Communication – Advertising Manger (1970-1973); Contributing Editor (1976-1978)

COMMUNICATION
CURRICULUM
CONSULTANT FOR:

University of Wisconsin - River Falls (1974)
University of South Florida (1975)
University of Texas - San Antonio (1976)

PUBLICATIONS:

BOOKS

Goldhaber, G.M., Organizational Communication (Dubuque, Iowa: W.C. Brown, 1974, 2nd Ed., 1979, 3rd Ed., 1983, 4th Ed, 1993, 1987, 5th Ed., 1990, 6th Ed., 1993, McGraw-Hill, New York, NY; 7th Ed., 2002, SUNY Press, Buffalo, NY; 8th Ed., 2003, Buffalo, NY).
Translated by O. Wiio into Finnish, Organisatio Viestinta (Helsinki: Weilin and Goos, 1981).  Translated by Jose Balaguer into Spanish, Communicacion Organizacional (Mexico City: Editorial Diana, 1984).

Burns, P., Shaner, S., Gartenberg, H., Mitchell, J., Eckert, M. and Goldhaber, G.M., Instructor's Manual for Organizational Communication (5th Ed.), (Dubuque, Iowa: W.C. Brown 1990).

Peterson, B., Goldhaber, G.M., and Pace, R.W. Editors), Communication Probes (Chicago:  SRA, 1974, 2nd Ed., 1977, 3rd Ed., 1982).

Rosenfeld, L., Goldhaber, G.M., and Smith, V., Experiments in Human Communication, (New York: Holt, Rinehart, Winston, 1975).

Goldhaber, G.M. and Goldhaber, M.B. (Editors), Transactional Analysis, (Boston: Allyn and Bacon, 1976).

Zannes, E. and Goldhaber, G.M., Stand Up and Speak Out (Reading, MA: Addison Wesley, 1978, 2nd Ed.,1983).

Goldhaber, G.M. (Editor) Improving Institutional Communication (San Francisco: Jossey-Bass, 1978).

Goldhaber, G.M., Dennis, H., Richetto, G., and Wiio, O., <u>Information Strategies: New Pathways    to Corporate Power</u> (Englewood Cliffs, NJ: Prentice Hall, 1979, 2nd Ed., 1984, Norwood, N.J.: Ablex  Publishing Co.).

Goldhaber, G.M. and Rogers, D., <u>Auditing Organizational Communication Systems: The ICA Audit</u> (Dubuque, Iowa: Kendall-Hunt, 1979).

Goldhaber, G.M. and Barnett, G., (Editors) <u>Handbook of Organizational Communication</u> (Norwood, NJ: Ablex Publishing Co. 1988).

## CHAPTERS IN BOOKS

Goldhaber, G.M. and Goldhaber, M.B., "Is Your Organization OK?" in <u>Everybody Wins: Transactional Analysis Applied to Organizations</u> by Dorothy Jongeward (Editor) (Reading, MA: Addison-Wesley Co., 1973) pp. 266-271.

Goldhaber, G.M., " Effects of Speech Compression Training on Comprehension of Native Speakers of English, Spanish, and Navajo," in <u>Time-Compressed Speech</u> by Sam Duker (Ed.),(Metuchen, NJ: Scarecrow Press, 1974), pp. 730-35.

Goldhaber, G.M., E. Baker and G. Richetto, "T.A. and O.D.: Research Needs," in <u>Transactional Analysis</u> by G.M. and M.B. Goldhaber (Eds.) (Boston: Allyn and Bacon, 1976) pp. 346-351.

Goldhaber, G.M., "Communication Variables in Organizations," in <u>Reader in Library Communication</u> by M. B. Cassata and R. C. Palmer (Eds.) (Englewood, CO: Information Handling Services, Library and Education Division, 1976) pp. 146-163.

Goldhaber, G.M., and Goldhaber, M.B., "A Model For Assessing the Effectiveness of T.A. Training for Airlines Personnel", in <u>Transactional Analysis</u> by G.M. and M.B. Goldhaber (Editors) (Boston: Allyn & Bacon, 1976) pp. 351-357.

Goldhaber, G.M., "Games Organizations Play", in <u>Transactional Analysis</u> by G.M. and M.B. Goldhaber (Eds.) (Boston: Allyn and Bacon, 1976), pp. 164-178.

Goldhaber, G.M., "Gay Talk", in <u>Urban Communication</u>, W. Arnold and J. Buley (Eds.) Winthrop Publishing Co., 1977, 82-115.

Goldhaber, G.M., "Evaluating Internal Communication: The ICA Communication Audit," in <u>Improving Institutional Communication</u>, G.M. Goldhaber (Ed.) (San Francisco: Jossey-Bass, 1978), pp. 37-54.

Rogers, D. and G.M. Goldhaber, "Conducting One's Own Communication Audit",in <u>Improving Institutional Communication</u>, G.M. Goldhaber (Ed.) (San Francisco: Jossey-Bass, 1978) pp. 55-70.

4

Goldhaber, G.M. and D. Rogers, "Reporting Results of Communication Audits", in Improving Institutional Communication, G.M. Goldhaber (Ed.) (San Francisco: Jossey-Bass, 1978) pp. 71-92.

Goldhaber, G.M. and W. Knoer, "Warm Flesh, Not Cold Plastic", in Communication Probes, B. Peterson, G. Goldhaber, R. Pace (Eds.)(Chicago: SRA, 1982, 3rd Ed.), pp. 97-103.

Goldhaber, G.M. and M.B. Goldhaber, "Transactional Analysis", in Communication Probes, B. Peterson,G. Goldhaber, R. Pace (Eds) (Chicago:SRA, 1982, 3rd Ed.), pp. 141-144.

Goldhaber, G.M., "Charisma," in Communication Probes by B. Peterson, G. Goldhaber, R. Pace (Eds.) (Chicago: SRA, 1982, 3rd Ed.), pp. 237-243.

Goldhaber, G.M. and D. Rogers, "Data Based Communication Consulting" in The Standard Handbook of Business Communication, D. Gootnick and M. Gootnick (Eds.) (New York: The Free Press 1984), pp. 321-349.

Goldhaber, G.M. and V. di Salvo, "The Communication Revolution" in Communicating Employee Responsibilities and Rights, C. Osigweh (Ed.) (New York: Quorum Books, 1987) pp. 119-132.

Goldhaber, G.M., "The Effectiveness of Warnings in Preventing Residential Pool Diving Accidents" in Accident Prevention and Safe Design of Residential Swimming Pools, L. Kowalsky and R. Weiner (Eds.) (New York: National Swimming Pool Foundation, 1996)

Goldhaber, G.M., "The Jury's Perspective in Products Liability Litigation: The Role of Communication Theory" in Products Liability in New York: Strategy and Practice, N. Goldberg (Ed.) (Albany, NY: New York State Bar Association, 1997) pp. 773-821.

Goldhaber, G.M., "Communication Variables in Organizations", in Readings in Communication, T. Jacobson and C. O'Donnell (Eds.) (Buffalo, NY: SUNY at Buffalo, 1997) pp. 55-73.

Goldhaber, G.M., "Organizational Communication in 1976: Present Domain and Future Directions", in Organizational Communication and Change, P. Salem (Ed.) (Cresskill, NJ: Hampton Press Inc., 1998).

Goldhaber, G.M., (The Jury's Perspective in Products Liability Litigation: The Role of Communication Theory" in Products Liability in New York: Strategy and Practice: N. Goldberg (Ed.) (Albany, NY: New York State Bar Association, Supplement 2002) pp. 299-301.

<u>ARTICLES</u>

Goldhaber, G.M. and C.H. Weaver, "Listener Comprehension of Compressed Speech When the Rate of Presentation, Difficulty of the Content and Sex of the Listener are Varied," <u>Speech Monographs</u>, 35: 20-25, March 1968.

Goldhaber, G.M., "Listener Comprehension of Compressed Speech as a Function of Academic Level of Subject," <u>Journal of Communication</u>, 20: 167-73, June, 1970.

Goldhaber, G.M., "A Content Analysis of Two Employment Manuals with Implications for Theory X-Y Management Assumptions," <u>EPS</u> 11: 426-31, April, 1971.

Goldhaber, G.M. and J. Kline, "Effects of Videotape on Attendance and Attitude in the Fundamentals of Speech Communication Course", <u>Speech Teacher</u>, 21: 93-98, March, 1972.

Goldhaber, G.M., D. Fossum, and S. Black, "College Student and State Police Attitudes and Attitude Perceptions of Each Other," <u>Law and Order</u>, 20: 101-6, April, 1972.

Goldhaber G.M., "Communication at the University," <u>Western Speech</u>, 36: 169-80, Summer, 1972.

Goldhaber, G.M., "PAUSAL: A Computer Program to Identify and Measure Pauses," <u>Western Speech</u>, 7: 23-6, Winter, 1973.

Goldhaber, G.M., "Communication is More Than Just Talking," <u>College and University Business</u>, January 1973, 36-41.

Goldhaber, G.M., "Communication at the University - Part II," <u>Western Speech</u>, 38: 157 61, Summer, 1974.

Goldhaber, G.M., "The Status of Organizational Communication Research," <u>Journal of Applied Communication Research</u>, 3: 114-116, November, 1975.

Goldhaber, G.M., "Managing The Impossible: So You Want to be a Department Chairperson?" <u>Association for Communication Administration Bulletin</u>, 15: 28-30, January 1976.

Goldhaber, G.M., "Organizational Communication-State of the Art," <u>Vital Speeches of the Day</u>, 42:268-73, February 15, 1976.

Goldhaber, G.M., "Data Gathering and Theory Building," <u>Association for Communication Administration Bulletin, 18:</u> 27-30, October 1976.

Goldhaber, G.M., and P. Krivonos, "The ICA Communication Audit:  Process, Status, Critique," The Journal of Business Communication, 15: 41-56, Fall, 1977.

Goldhaber, G.M., H. Jain, I. Meadows, N. Agarwal, "Process Training," The Canadian Personnel and Industrial Relations Journal, 25: 18-29, March 1978.

Goldhaber, G.M., M. Yates, D. Porter, and R. Lesniak,"Organizational Communication Research– State of the Art: 1978", Human Communication Research, 5: 76-96, 1978.

Lesniak, R., M. Yates, G.M. Goldhaber, W. Richards, "NEGOPY and NETPLOT," Connections:  Bulletin of the International Network for Social Network Analysis, 1: 26-29, Winter, 1978.

Dennis,H., G.M. Goldhaber, M. Yates, "Organizational Communication Theory and Research: An Overview of Research Methods," Communication Yearbook, 2: 243-269, 1978.

Goldhaber, G.M., "Warm Flesh Beats Cold Plastic," Vital Speeches of the Day, 45: 683-688, September 1, 1979.

Jain, H., R. Kanungo,  and G.M. Goldhaber, "Attitudes Towards A Communication System: A Comparison of Anglophone and Francophone Hospital Employees,"Human Communication Research, 6: 178-84, Winter, 1980.

Wiio, O., G.M. Goldhaber, M. Yates, "Organizational Communication Research:  Time for Reflection?", Communication Yearbook 4: 83-97, 1980.

Goldhaber, G.M., "The Charisma Factor--Using it To Win Elections," Campaigns and Elections Journal, 2: 4-17, Spring, 1981.

Goldhaber, G.M., "A Pollster's Sampler:  An Analysis of Presidential Polling Techniques," Public Opinion, 7: 47-50, 53,  June-July 1984.

Goldhaber, G.M. and M.A. deTurck, "Effects of Consumers' Familiarity with a Product on Attention to and Compliance with Warnings," Journal of Products Liability, 11:1, 29-37, March 1988.

Goldhaber, G.M. and M.A. deTurck, "A Dimensional Analysis of Signal Words," Forensic Reports, 1: 193-206, 1988.

Goldhaber, G.M. and M.A. deTurck, "Effectiveness of Warning Signs: Gender and Familiarity Effects," Journal of Products Liability, 11: 271-284, 1988.

Goldhaber, G.M., and M.A. deTurck, "Effectiveness of Warning Signs: "Familiarity Effects". Forensic Reports, 1:281-301, 1988.

deTurck, M.A. and G.M. Goldhaber, "Perjury and Deceptive Judgments: How Timing and Modality of Witness Deception Affect Jurors' Deceptive Judgments". Communication Quarterly, 36: 4, 276-289, Fall 1988.

Goldhaber, G.M. and M. A. deTurck, "Effects of Product Warnings on Adolescents in an Educational Setting," Product Safety and Liability Reporter, 11: 949-955, September 1988.

deTurck, M.A. and G.M. Goldhaber, "Effectiveness of Product Warning Labels: Effects of Consumers' Information Processing Objectives". Journal of Consumer Affairs, 23: 1, 111-126, Summer 1989.

deTurck, M.A., G.M. Goldhaber, G.M. Richetto, "Effectiveness of Product Warnings: Effects of Language Valence, Redundancy and Color" Journal of Products Liability. 12: 93-102, 1989.

deTurck, M.A. and G.M. Goldhaber, "Effectiveness of Signal Words in Product Warnings: Effects of Familiarity and Gender," Journal of Products Liability. 12: 103-113, 1989.

deTurck, M.A. and G. M. Goldhaber, "A Developmental Analysis of Warning Signs: The Case of Familiarity and Gender," Journal of Products Liability. 13:1, 65-78, March, 1991.

deTurck, M.A. and G.M. Goldhaber, "Reward, Affect, and Attitude Change," Speech Communication Annual,5, 23-35. Geneseo, NY: The New York State Speech Communication Association, 1991.

deTurck, M.A., G. M. Goldhaber, and G. M. Richetto, "Uncertainty Reduction in Product Warnings: Effects of Fear and Color," Journal of Products Liability. 13: 339-346, 1991.

deTurck, M.A., G. M. Goldhaber, and G. M. Richetto, "Uncertainty Reduction in Product Warnings: Effects of Fear in Signal Word and Hazard Statement," Journal of Products Liability. 13: 329-338, 1991.

deTurck, M.A., G. M. Goldhaber, G. M. Richetto, M.J.Young, "Effects of Fear-Arousing Warning Messages," Journal of Products Liability. 14: 3/4, 217-223, 1992.

deTurck, M.A., G. M. Goldhaber, G. M. Richetto, "Effectiveness of Warnings on Alcoholic Beverages: Consumers' Information Processing Objectives and Level of Fear," Journal of Products Liability. 14: 3/4, 329-339, 1992.

deTurck, M.A., G. M. Goldhaber, G. M. Richetto, "Familiarity and Awareness: Effects of Conscious Versus Nonconscious Safety Information," Journal of Products Liability. 14: 3/4, 341-350, 1992.

deTurck, M.A. and G. M. Goldhaber, "Effects of Information Processing Objectives on Persuasion," Speech Communication Annual, 6, 79-106. Geneseo, NY: The New York State Speech Communication Association, 1992.

Goldhaber, G. M., "A National Survey About Parent Awareness of the Risk of Severe Brain Injury From Playing Football." Journal of Athletic Training, 28:4, 306-311, Winter, 1993.

deTurck, M.A. and G. M. Goldhaber, "A Developmental Analysis of Warning Signs: The Case of Familiarity and Gender," in Human Factors Perspectives on Warnings: Selections from Human Factors and Ergonomics Society Annual Meeting Proceedings, 1980-1993. Santa Monica, CA: Human Factors and Ergonomics Society, 72-76, 1994.

deTurck, M.A., G. M. Goldhaber, and G. M. Richetto, "Effectiveness of Alcohol Beverage Warning Labels: Effects of Consumer Information Processing Objectives and Color of Signal Word," Journal of Products and Toxics Liability. 17:3,187-195, 1995.

Goldhaber, G. M., "E-mail: Tool or Torment?", Communication World, 24-26, August-September, 2001.

Goldhaber, G.M., "Communication Audits in the Age of the Internet." Management Communication Quarterly, 15:3, 447-453, February, 2002.

Vishwanath, A. and G. M. Goldhaber,"An examination of the factors contributing to adoption decisions among late diffused technology products", New Media & Society, 5 (4), 547-572, 2003.

## CONFERENCE PROCEEDINGS

deTurck, M.A. and G.M. Goldhaber, "Consumers' Information Processing Objectives and Effects of Product Warnings," Proceedings of the Human Factors Society, 32: 445-449, October, 1988.

Goldhaber, G.M. and M.A. deTurck, "A Developmental Analysis of Product Warning Effects: The Case of Gender and Familiarity", Proceedings of the Human Factors Society. 33: 1019-1023, October, 1989.

Goldhaber, G.M., "The Design and Evaluation of An On-Product Warning: Applying a Theoretical Model", <u>Proceedings of the International Ergonomics Association, Triennial Congress, August, 2003.</u> (Peer Reviewed)

<u>CONGRESSIONAL TESTIMONY</u>

Statement of G. M. Goldhaber before the Subcommittee on Transportation, Tourism and Hazardous Materials of the Committee on Energy and Commerce, U.S. House of Representatives on <u>H. R. 4543, The Cigarette Testing and Liability Act of 1988.</u>" June 8, 1988.

Statement of G. M. Goldhaber before the Committee on Labor and Human Resources, U.S. Senate on <u>S1883, The Tobacco Product Education and Health Protection Act of 1990."</u> February 20, 1990.

Statement of G. M. Goldhaber before the Subcommittee on Health and the Environment of the Committee on Energy and Commerce, U.S. House of Representatives on <u>H. R. 5041, The Tobacco Control and Health Protection Act."</u> July 12, 1990.

Statement of G. M. Goldhaber before the Subcommittee on Health and the Environment of the Committee on Energy and Commerce, U.S. House of Representatives on <u>H. R. 2147, The Fairness in Tobacco and Nicotine Regulation Act of 1993</u>." March 25, 1994.

<u>INTERVIEWS AND BIBLIOGRAPHIES</u>

Goldhaber, G.M. and V.R. Smith, "Time-Compressed Speech: An Annotated Bibliography: <u>ERIC, Speech Communication Module</u>, July, 1973.

Goldhaber, G.M., "In Industry, Failure to Communicate," <u>Newsday</u>, 29: October 20, 1975 (interview).

Goldhaber, G.M., "Public Opinion Polling," <u>PR Reporter</u>, 20:3, May 23 1977; 20: 3, May 30, 1977; 20: 3, June 6, 1977; 20: 4, June 13, 1977, (A 4-part series of interviews on public opinion polling).

Goldhaber, G.M., "Image Making is Part of Scientific Approach in Campaigning," <u>Campaign Insights</u>, 8: 1-4, October 1977, (Interview).

Goldhaber, G.M., "McLuhan's Disputed Effect on Advertising," <u>Ad Week</u>, 22: 20-22, February 23, 1981 (Interview).

Goldhaber, G.M., "Charisma Factor: Secret to Rating Rubes on the Tube," <u>Washington Star</u>, C-2, July 10, 1981 (Interview)

Goldhaber, G.M., "Information is Lost in Electronic Meetings," <u>Meeting News</u>, 6:1 1,18, February 1982 (Interview).

Goldhaber, G.M., "How Gus Blythe Smelled Opportunity," <u>Forbes</u>, October 3, 1988 (Interview).

Goldhaber, G.M., "Silly Warnings", <u>CBS Morning News</u>, February 20, 1991 (Appearance/ Interview).

Goldhaber, G.M., "Human Factors Design: In Search of Effective Warnings," <u>Medical Device & Diagnostic Industry</u>, 60-66, November 1991 (Interview).

Goldhaber, G.M., "Product Paranoia," <u>U.S. News and World Report</u>, February 24, 1992 (Interview).

Goldhaber, G.M., "Buffalo: Operation Fizzle,", <u>Time</u>, 33, May 4, 1992 (Interview).

Goldhaber, G.M., "Does "No Fear" Really Promote No Restraint," <u>San Jose Mercury News</u>, 11C, November 6, 1993 (Interview).

Goldhaber, G.M., "The Science of Crying Wolf," <u>Boston Globe</u>, April 21, 1996 (Interview).

Goldhaber, G.M., "To Warn or Not to Warn, That is the Safety Question," <u>Business First</u>, April 22, 1996 (Column).

Goldhaber, G.M., "Danger: Warning Labels May Backfire", <u>Wall Street Journal</u>, April 28, 1997 (Interview).

Goldhaber, G.M., "Weird Warnings", <u>Buffalo News</u>, January 28, 2000 (Interview).


## NATIONAL AND INTERNATIONAL LECTURES AND PAPERS

Monterrey, Mexico: International Symposium on Communication, October 1975. Delivered keynote address on organizational communication and conducted a workshop on communication audits.

Kobe, Japan: Communication Association of the Pacific, Distinguished Scholars Program, June, 1976. Delivered paper on communication audits.

Manila, Philippines: Philippine-American Communication Conference, July 1976. Presented paper on communication audits.

London, England: Communication Studies Group, May 1977. Presented paper on communication audits.

Berlin, Germany: International Communication Association, June 1977. Presented three papers and conducted a workshop on communication audits.

Brussels, Belgium: European Institute for Advanced Studies in Management, March, 1979. Presented paper on communication audits to Symposium on Organizational Communication.

Jerusalem, Israel: Visiting Lecturer, Hebrew University Communication Institute, March 1984.

Tokyo, Japan: World Media Conference, November, 1984. Presented paper on media and election projections.

Madrid, Spain: Symposium on the Informatic Revolution in the Mass Media, Association of European Journalists, October, 1985. Presented paper on communication technologies.

Mexico City, Mexico: Congress of the Mexican Association of Business Communicators, September 1987. Presented paper on communication technologies.

Taipei, Taiwan: Meeting of the Asia and World Institute, October 1988. Presented paper on 1988 Presidential Election.

Taipei, Taiwan: Congress of the Chinese Institute of Public Opinion, November 1988. Presented paper on effects of public opinion polling.

Taipei, Taiwan: Visiting lecturer, National Chengchi University, 1988.

Taipei, Taiwan: Visiting lecturer, Tamkung University, 1988.

Taipei, Taiwan: Member International Observation/Inspection Team to oversee National Taiwanese elections, December 1989.

Orlando, Florida: Trial Strategies Program sponsored by The Travelers, December 1989. Featured speaker on "The Problem of the Human Factors Engineer."

Orlando, Florida: Human Factors Society, 34th Annual Meeting, October 1990. Conducted workshop on "The Design and Development of Product Warning Systems."

Atlanta, Georgia: Human Factors Society, 36th Annual Meeting, October 1992. Conducted workshop on "The Design and Development of Product Warning Systems."

Chicago, Illinois: Defense Research Institute, Mid-Year Meeting, September 1993. Featured speaker on "Product Design and Warnings, The Impact of ANSI Z535."

Washington, DC:  U.S. Consumer Product Safety Commission, February 1997. Participant in Chairman Ann Brown's Roundtable on "How to Motivate Young Teens to Use Safety Gear."

Beijing, China: Visiting lecturer, People's University of China, International Political Science and Journalism Departments, October 1998.

Sidney, Australia: Visiting lecturer, Macquarie University, Department of Media and Communication Studies, November 1998.

Hong Kong, China: Visiting lecturer, Chinese University of Hong Kong, Department of Journalism and Communication, November 1998.

Barcelona, Spain: Visiting lecturer, University of Barcelona, Institute of Social Sciences, June 1999.

Barcelona, Spain: Visiting lecturer, Universitat Pompeu Fabra, Political Science and Communication Studies Departments, June 1999.

Atlanta, Georgia: American Law Firm Association, Product Liability Practice Group Seminar, May 2000.  Featured speaker on "The Design and Development of Product Warning Systems."

Atlanta, Georgia:  National Communication Association, Annual Convention, November 2001.  Featured speaker on "Communication Audits in the Age of the Internet."

Chicago, Illinois:  International Association of Business Communicators, International Conference, June 2002.  Featured speaker on: "E-mail vs. Face-to-Face Communication."

Further, I have received several academic honors and awards, research grants and completed many university and community service assignments as well as published several monographs and additional articles in non-refereed journals and delivered papers and speeches or conducted workshops at over 200 meetings of professional and local organizations.

August 2006

 GOLDHABER RESEARCH ASSOCIATES, LLC

RECENT TRIAL & DEPOSITION TESTIMONY
GERALD M. GOLDHABER, Ph.D.

TRIAL TESTIMONY
Roach v. Para-Chem (2002 OH)
Robinson Knife v. Smart Inventions (2002 NY)
Rourke-Nichols v. Baxter Healthcare (2002 CA)
Batten v. Wattyl (2002 FL)
Colyer v. Brush Wellman (2002 CA)
Anderson/Oliver v. Coleman (2003 UT)
Jone v. Coleman (2004 MO)
Covas v. Coleman (2005 FL)

DEPOSITIONS
Kennedy v. Baxter Healthcare (2002 MN)
Young v. Rheem (2002 MI)
Batten v. Wattyl (2002 FL)
Smith v. DaimlerChrysler (2002 DE)
Leos v. Fun Marina (2002 AL)
Roach/Falkner v. Para-Chem (2002 OH)
Bleier v. Makita (2002 NY)
Holliday v. Super Stores (2002 NV)
Colyer v. Brush Wellman (2002 CA)
Odom v. Yokohama (2002 SC)
York v. Klockner (2002 MO)
CPSC v. Daisy Mfg. (2003 DC)
PPA Litigation (2003 TX)
Mull v. Brush Wellman (2003 CA)
Rutledge v. Bell Sports (2003 CA)
Jordan v. Suzuki (2003 NY)
Cardenas/Morales v. Bayer (2003 TX)
Kemp v. Metabolife (2003 LA)
Bush v. Coleman (2003 TX)
Torres v. Pacific Industries (2004 KY)
Knight v. Metabolife (2004 CA)
Jone v. Coleman (2004 MO)
Reed v. Aearo (2005 TX)
Malo v. Martin Industries (2006 NY)
Garner v. Fellowes (2006 MO)
Braswell v. Agri-Fab (2006 LA)

GOLDHABER RESEARCH ASSOCIATES, LLC

**LEGAL CONSULTING
FEE SCHEDULE**

**GERALD M. GOLDHABER, PH.D.**

1. $10,000 retainer fee prior to start of case work

2. $575/hour for review of depositions, materials, phone calls, travel and meeting time, etc.

3. $5,500/day for deposition (plus expenses: travel and travel time, hotel, meals, etc.)

4. $6,000/day for trial testimony (plus expenses: travel and travel time, hotel, meals, etc.)

5. Any direct costs related to the pending case.

**DIRECTOR OF LIBRARY RESEARCH
PAUL C. LEINER, MLS**

1. $295/hour for research and reference services

October 5, 2006

# COMMUNICATION MODEL

SOURCE→ MESSAGE→ CHANNEL→ RECEIVER

FEEDBACK



### The Role of the Immediate Supervisor in Informing Subordinates

Anderson, L.R.; Tolson, J.; Fields, M.W. & Thacker, J.W. "Job autonomy as a moderator of the Pelz Effect," The Journal of Social Psychology, 130, 5, 707-708, 1990.

Athnassiades, J. "The distortion of upward communication in hierarchical organizations," Academy of Management Journal, 16, 207-226, 1973.

Coch, L. & French, J. "Overcoming resistance to change," Human Relations, 1, 512-532, 1948.

Daly, J.; McCroskey, J. & Falcione, R. "Homophily-heterophily and the prediction of supervisor satisfaction." Paper presented at a meeting of the International Communication Association, Portland, Oregon, 1976.

Dennis, H. "The construction of a managerial 'communication climate' inventory for use in complex organizations." Paper presented at a meeting of the International Communication Association, Chicago, 1975.

Falcione, R. "The factor structure of source credibility scales for immediate superiors in the organizational context," Central States Speech Journal, 25, 63-66, 1974.

Goldhaber, Gerald M.; Porter, D. & Yates, M. "The ICA Communication Survey Instrument: 1977 Organizational Norms." Paper presented at a meeting of the International Communication Association, Berlin, Germany, 1977.

Goldhaber, Gerald M. Organizational Communication, 6th ed. Dubuque, IA: WCB Brown Benchmark, 1993.

Heron, A. Sharing Information with Employees. Palo Alto: Stanford University Press, 1942.

Huseman, R.; Hatfield, J. & Gatewood, R. "A Conceptual Framework for Analyzing the Communication-Productivity Relationship." Paper presented at the Academy of Management meeting, San Francisco, 1978.

Jablin, Fred. "Message-response and 'openness' in superior-subordinate communication." In Communication Yearbook II, edited by B. Rubin. New Brunswick, NJ: Transaction-International Communication Association, 293-309, 1978.

Jablin, Fred. "Formal Structural Characteristics of Organizations and Superior-Subordinate Communication: An Exploratory Study." Paper presented to the International Communication Association, Minneapolis, 1981.

Kelly, Lynne. "A Critical Review of the Literature on Superior-Subordinate Communicative Relationships." Paper presented to the International Communication Association, Boston, 1982.

1

Kerrick, Jean S.  "The effect of relevant and non-relevant sources on attitude change," The Journal of Social Psychology, 47, 15-20, 1958.

Krivonos, P.  "Distortion of Subordinate to Superior Communication."  Paper presented at a meeting of the International Communication Association, Portland, Oregon, 1976.

Maier, N.; Hoffman, L. & Read, W.  "Superior-subordinate communication:  The relative effectiveness of managers who held their subordinates' positions," Personnel Psychology, 26, 1-11, 1963.

Read, W.  "Upward communication in industrial hierarchies," Human Relations, 15, 3-15, 1962.

Redding, W.C.  Communication within the Organization.  New York: Industrial Communication Council; and Lafayette, IN: Purdue Research Foundation, 1972.

Richetto, G.  "Source Credibility and Personal Influence in Three Contexts:  A Study of Dyadic Communication in a Complex Aerospace Organization."  Ph.D. dissertation, Purdue University, 1969.

Roberts, K. & O'Reilly, C.  "Failures in Upward Communication."  Manuscript, University of California, Berkley, 1973.

Roberts, K. & O'Reilly, C.  "Measuring organizational communication," Journal of Applied Psychology, 59, 321-326, 1974.

Tamayo, Michele & Lustig, Myron.  "The Relationship of Employee Job Satisfaction to Supervisor Message Type."  Paper presented at the meeting of the International Communication Association, San Francisco, 1984.

2

# ORGANIZATIONAL COMMUNICATION

*Sixth Edition*



## Gerald M. Goldhaber
*State University of New York
at Buffalo*



Madison, Wisconsin • Dubuque, Iowa • Indianapolis, Indiana
Melbourne, Australia • Oxford, England



Awareness/Belief vs. Behavior

■ Awareness
■ Behavior

Percentage of People



## INEFFECTIVENESS OF WARNINGS

Andrews, J. Craig; Netemeyer, Richard G. & Durvasula, Srinivas.   "The role of cognitive responses as mediators of alcohol warning label effects," Journal of Public Policy & Marketing, 12, 1, 57-68, Spring 1993. (0146)

Ayers, Thomas J.; Gross, Madeleine M.; Wood, Christine T.; Horst, Donald P.; Beyer, Roman R. & Robinson, J. Neil. "What is a warning and when will it work?" Proceedings of the Human Factors Society, 426-430, 1989. (0766)

Barbera, Christine & Gill, Richard.   "Human factors and warning label design," Proceedings of Interface 87, 91-94, 1987. (0482)

Brubaker, Robert G. & Mitby, Suzanne K.  "Health-risk warning labels on smokeless tobacco products:  Are they effective?" Addictive Behaviors, 15, 115-118, 1990. (1303)

Christensen, Julien M. "Human factors in hazard/risk evaluation."  In, Proceedings of the Symposium:  Human Factors and Industrial Design in Consumer Products, Poydar, A.R. (ed.), Medford: Tufts University, 442-477, 1980. (1140)

Cunitz, Robert Jesse.  "Psychologically effective warnings," Hazard Prevention, 17, 3, 1-3,. May/June 1981. (0289)

deTurck, Mark A. & Goldhaber, Gerald M.  "A developmental analysis of warning signs: The case of familiarity and gender," Journal of Products Liability, 13, 65-78, 1991. (1010)

deTurck, Mark A.; Rachlin, Robert A. & Young, Melissa J.  "Effects of a role model and fear in warning label on perceptions of safety and safety behavior," Advances in Consumer Research, 21, 208-212, 1994. (1289)

Donner, Kimberly A.  "Prediction of safety behaviors from locus of control statements," Interface '91, 94-98, 1991. (1121)

Dorris, Alan L.  "Product warnings in theory and practice:  Some questions answered and some answers questioned," Proceedings of the Human Factors Society, 1073-1077, 1991. (1075)

Dorris, Alan L. & Purswell, Jerry L.  "Warnings and human behavior:  Implications for the design of product warnings," Journal of Products Liability, 1, 4, 255-263, 1977. (0007)

Dorris, Alan L. & Purswell, Jerry L.  "Human factors in the design of effective product warnings," Proceedings of the Human Factors Society, 343-346, 1978. (0049)

1

Driver, Russell W. "A communication model for determining the appropriateness of on-product warnings," IEEE Transactions of Professional Communication, PC-30, 3, 157-163, September 1987. (0904)

Elder, Jacqueline. "Hair dryer electrocutions -- Can they be prevented?" Proceedings of the Human Factors Society, 908-901, 1986. (1229)

Engs, Ruth C. "Do warning labels on alcoholic beverages deter alcohol abuse?" Journal of School Health, 59, 3, 116-118, March 1989. (1304)

Gardener-Bonneau, Daryle Jean; Kabbara, Fawzi; Hwang, Minjohn; Bean, Hans; Gantt, Marilyn; Hartshorn, Kevin; Howell, Jennifer & Spence, Rahim. "Cigarette warnings: Recall of content as a function of gender, message context, smoking habits and time," Proceedings of the Human Factors Society, 928-930, 1989. (0847)

Geller, E. Scott. "Using television to promote safety belt use." In, Public Communication Campaigns, 2d ed., Rice, R.E. & Atkin, E.K. (eds.). Newberry Park, CA: Sage Publications, 201-203, 1989. (HN90 .M3P8)

Gill, Richard T.; Barbera, Christine & Precht, Terrence. "A comparative evaluation of warning label designs," Proceedings of the Human Factors Society, 476-478, 1987. (0011)

Godfrey, Sandra S. & Allender, Laurel. "Warning messages: Will the consumer bother to look?" Proceedings of the Human Factors Society, 950-954, 1983. (0014)

Goldhaber, Gerald M. & deTurck, Mark A. "Effects of consumers' familiarity with a product on attention and compliance with warnings," Journal of Products Liability, 11, 29-37, 1988. (0547)

Goldhaber, Gerald M. & deTurck, Mark A. "Effectiveness of warning signs: Gender and familiarity effects," Journal of Products Liability, 11, 271-284, 1988. (0548)

Goldhaber, Gerald M. & deTurck, Mark A. "A developmental analysis of warning signs: The case of familiarity and gender," Proceedings of the Human Factors Society, 1019-1023, 1989. (0814)

Goldhaber, Gerald M. & deTurck, Mark A. "Effects of product warnings on adolescents in an education context," Product Safety & Liability Reporter, 949-955, September 30, 1988. (0558)

Goldhaber, Gerald M. & deTurck, Mark A. "Information processing and signal words in warnings: Effects of consumers' gender and familiarity with a product," manuscript. (0639)

2

Gomer, Frank E.  "Evaluating the effectiveness of warnings under prevailing working conditions," Proceedings of the Human Factors Society, 712-715, 1986. (0017)

Hardie, William H.  "A critical analysis of on-product warning theory," Product Safety & Liability Reporter, 145-163, February 11, 1994. (0175)

Horowitz, Avraham D. & Dingus, Thomas A.  "Warning signal design:  A key human factors issue in an in-vehicle front-to-rear-end collision warning system," Proceedings of the Human Factors Society, 1011-1013, 1992. (1167)

Horst, D.P.; McCarthy, G.E.; Robinson, J.N.; McCarthy, R.L. & Krumm-Scott, S.  "Safety information presentation:   Factors influencing the potential for changing behavior," Proceedings of the Human Factors Society, 111-117, 1986. (0021)

Hyland, Michael & Birrell, James.  "Government health warnings and the 'boomerang' effect," Psychological Reports, 44, 643-647, 1979. (0435)

Jaffe, Mark.  "Scope and severity of long, dry season in Northeast stun experts," The Buffalo News, Sunday, October 22, 1995, A-11.

Karnes, Edward W.; Leonard, S. David & Rachwal, Glen.  "Effects of benign experiences on the perception of risk," Proceedings of the Human Factors Society, 121-125, 1986. (0020)

Kreifeldt, John G.  "Guarding snowthrowers," Proceedings of Interface 87, 295-304, 1987. (1282)

Lehto, Mark & Foley, James.   "The influence of regulation, training, and product information on use of helmets by ATV operators:  A field study," Proceedings of Interface 89, 107-113, 1989. (0046)

Lehto, Mark R. & Miller, James M.  "The effectiveness of warning labels," Journal of Products Liability, 11, 225-270, 1988. (0231)

Lehto, Mark R. & Miller, James M.  Warnings. Volume 1. Fundamentals. Design. and Evaluation Methodologies.  Ann Arbor, MI: Fuller Technical Publications, 59-68, 1986. (Z7914 .R6L44  1986)

Lehto, Mark R. & Foley, James P.   "Risk-taking, warning labels, training, and regulation:  Are they associated with the use of helmets by all-terrain vehicle riders?" Journal of Safety Research, 22, 191-200, 1991. (0132)

Leonard, S. David; Creel, Elisabeth & Karnes, Edward W.  "Commonly used hazard descriptors are not well understood."  In Advances in Industrial Ergonomics and Safety. III.  London: Taylor and Francis, 731-738, 1991. (1011)

Leonard, S. David & Karnes, Edward W. "A case study of using human factors analyses on warnings," Proceedings of the Human Factors Society, 525-527, 1996. (1346)

McCarthy, Gail E.; Horst, D.P.; Beyer, R.R.; Robinson, J. Neil & McCarthy, Roger L. "Measured impact of a mandated warning on user behavior," Proceedings of the Human Factors Society, 479-483. (0029)

McCarthy, Roger L.; Finnegan, James P.; Krumm-Scott, Susan & McCarthy, Gail E. "Product information presentation, user behavior, and safety," Proceedings of the Human Factors Society, 81-85, 1984. (0031)

McCarthy, Roger L.; Robinson, J. Neil; Finnegan, James P. & Taylor, Robert K. "Warnings on consumer products: Objective criteria for their use," Proceedings of the Human Factors Society, 98-102, 1984. (0030)

McCarthy, Roger L.; Ayres, Thomas J.; Wood, Catherine T. & Robinson, J. Neil. "Risk and effectiveness criteria for using on-product warnings," Ergonomics, 38, 11, 2164-2175, 1995. (1315)

McGrath, John M. "Perceptions and responses to warning labels: Implications for products liability litigation," Journal of Products & Toxics Liability, 16, 1, 19-32, 1994. (0361)

McGrath, John W. & Downs, Cal W. "The effectiveness of on-product warning labels: A communication perspective," For the Defense, 19-24, October 1992. (0605)

MacKinnon, David P. & Fenaughty, Andrea M. "Substance use and memory for health warning labels," Health Psychology, 12, 2, 147-150, 1993. (1291)

MacKinnon, David P.; Pentz, Mary Ann & Stacy, Alan W. "The alcohol warning label and adolescents: The first year," American Journal of Public Health, 83, 4, 585-587, April 1993. (1106)

Mayer, Robert N.; Smith, Ken R. & Scammon, Debra L. "Evaluating the impact of alcohol warning labels," Advances in Consumer Research, 18, 706-714, 1991. (1299)

Miller, James M. & Lehto, Mark R. Predicting Warnings-Induced Behavior Changes, prepared for the 31st Annual Human Factors Society Meeting, New York City, October 19-23, 1987. (0039)

Moore, Michael Garth & Rennell, Gerald C. "Kickback hazard: Do manufacturer warnings and instructions help saw users understand the risks?" Professional Safety, 31-33, April 1991. (0107)

4

O'Neal, Nancy; Purdue, Gary & Hunt, John.  "Burns caused by automobile radiators:  A continuing problem," Journal of Burn Care and Rehabilitation, 13, 4, 422-425, July/August 1992.  (1357)

Parker, Robert Nash; Saltz, Robert F. & Hennessy, Michael.  "The impact of alcohol-impaired drivers, drinking drivers and the general population in Northern California," Addiction, 89, 1631-1651, 1994.  (1311)

Patterson, Larry, T.; Hunnicut, Garland G. & Stutts, Mary Ann.  "Young adults' perceptions of warnings and risks associated with alcohol consumption," Journal of Public Policy & Marketing, 11, 1, 96-103, Spring 1992.  (0760)

Pittle, David.  "Product safety:  There's no substitute for safer design," CP NEWS, Consumer Products Technical Group, Human Factors Society, 16, 4, 1-3, 12-13, December 1991.  (0481)

Purswell, Jerry L.; Krenek, Richard F. & Dorris, Alan.  "Warning effectiveness:  What do we need to know," Proceedings of the Human Factors Society, 1116-1120, 1987. (0038)

Robinson, Thomas N. & Killen, Joel D.  "Do cigarette warning labels reduce smoking?" Archives of Pediatrics and Adolescent Medicine, 151, 267-272, March 1997.

Rodriguez, Michael A.  "What makes a warning label salient?" Proceedings of the Human Factors Society, 1029-1033, 1991.  (1068)

Rooney, Andy.  "Those painfully obvious warnings we hear are a pain in the neck," The Buffalo News, C-3, Friday, February 17, 1995.

Sales, James B.  "The duty to warn and instruct for safe use in strict tort liability," St. Mary's Law Journal, 13, 521-586, 1982.  (0247)

Schneider, Kenneth C.  "Prevention of accidental poisoning through package and label design," Journal of Consumer Research, 4, 67-74, September 1977.  (0036)

Schwartz, Victor E. & Driver, Russell W.  "Warnings in the workplace: The need for a synthesis of law and communication theory," University of Cincinnati Law Review, 52, 1, 38-83, 1983.  (0053)

Snyder, Leslie B. & Blood, Deborah J.  "Caution:  Alcohol advertising and the Surgeon General's alcohol warnings may have adverse effects on young adults," Journal of Applied Communication Research, 20, 1, 37-53, February 1992.  (0611)

Viscusi, W. Kip.  "Predicting the effects of food cancer risk warnings on consumers," Food Drug Cosmetic Law Journal, 43, 283-307, 1988.  (0319)

Weiner, Robert I. "Study to determine the effectiveness of warning signs in and around residential swimming pools," study prepared by Weiner & Associates, 1983. (0131)

Wiklund, Michael E. "In search of effective warnings," Medical Devices & Diagnostic Industry, 13, 11, 60-66, November 1991. (0763)

Witte, Kim & Morrison, Kelly. "Using scare tactics to promote safer sex among juvenile detention and high school youth," Journal of Appled Communication Research, 23, 128-142, 1995. (1209)

Wogalter, Michael S.; McKenna, Nancy A & Allison, Scott T. "Warning compliance: Behavioral effects of cost and consensus," 901-904, 1988. (0226)

Wogalter, Michael S.; Allison, Scott T. & McKenna, Nancy A. "Effects of cost and social influence on warning compliance," Human Factors, 31, 2, 133-140, 1989. (0562)

Wogalter, Michael S.; Desaulniers, David R. & Brelsford, John W. "Perceptions of consumer products: Hazardousness and warning expectations," Proceedings of the Human Factors Society, 1197-1201, 1986. (0062)

Work, David. "More prescription drugs sell over the counter now," The Buffalo News, Tuesday, B-3, August 9, 1994.

Zeitlin, Lawrence R. "Failure to follow safety instructions: Faulty communication or risky decisions?" Human Factors, 36, 1, 172-181, 1994. (1097)

6