# Curriculum Vitae
# Lawrence H. Repsher, M.D., F.C.C.P.

| | |
|---|---|
| **Office Address** | · 3555 Lutheran Parkway, Suite 330<br>Wheat Ridge, Colorado 80033 |
| **Phone** | (303) 467-5882 |
| **Fax #** | (303) 467-0234 |
| **Email** | repsher@qadas.com |
| **Billing Address** | · PMB 287, 7119 East Shea Blvd #109<br>Scottsdale, Arizona 85254 |
| **Present Position** | · Medical Director<br>Occupational & Environmental Lung Disease Program<br>Lutheran Medical Center, 3555 Lutheran Parkway #330<br>Wheat Ridge, Colorado 80033 |
| **Born** | · August 1939, Louisville, Kentucky, U.S.A. |
| **College** | · Harvard College<br>Cambridge, Massachusetts<br>B.A. June, 1961 |
| **Medical School** | · Rochester School of Medicine & Dentistry<br>Rochester, New York<br>M.D. June, 1965 |
| **Internship** | · Straight Medicine (12 months) June 1965–June 1966<br>University of Colorado Medical Center<br>Denver, Colorado 80220 |
| **Residency** | · Medicine (24 months)<br>July 1966–December 1967 & January 1970–June 1970<br>University of Colorado Medical Center |
| **Fellowship** | · Pulmonary and Critical Care Medicine (24 months)<br>July 1970–June 1972 |

University of Colorado Medical Center

CURRICULUM VITAE
LAWRENCE H. REPSHER, M.D.                                                                PAGE 2

| LICENSES | | | |
|---|---|---|---|
| | · Colorado | #15414 | October 1966 |
| | · Wyoming | #3197A | October 1981 |
| | · Nebraska | #16308 | March 1983 |
| | · New Mexico | #91-290 | November 1991 |
| | · Arizona | #20530 | January 1992 |
| | · Iowa | #29013 | December 1992 |
| | · Illinois | #036-086658 | July 1993 (inactive) |
| | · Ohio | #35-07-1754-R | December 1996 |
| | · Oklahoma | #20035 | December 1996 |
| | · Missouri | #MD 112079 | February 1997 |
| | · Indiana | #01056535A | May 2002 |
| | · Kentucky | #38315 | July 2003 |

**MILITARY**

· Major U.S.A.R. (24 months active duty)
  January 1968 - December 1969
· Chief of Professional Services
  6th Convalescent Center, Cam Ranh Bay, R.V.N. – 1968

**DIPLOMATE**

· National Board of Medical Examiners                                July 1966

· American Board of Internal Medicine                                October 1972

· Subspecialty Board of Pulmonary Disease                            October 1972

· Subspecialty Board of Critical Care                                November 1987-1997

· NIOSH - B Reader                                                   February 1981
      Recertified            1986, 1990, 1994, 1998, 2002 & 2006

· Colorado Department of Labor
      Level II Certification                                         September 1993
             Recertified                       1995, 1998, 2001 & 2004

      Medical Review Panel                                           January 1994

Utilization Review Panel

December 1995

**ACADEMIC**          · Associate Clinical Professor of Medicine
**APPOINTMENT**    Division of Pulmonary Sciences
                             University of Colorado, Denver, Colorado 80220

**HONORS**                · Elected – Fellow of the American College of Chest Physicians, June, 1973
                          · Elected – Delegate from Colorado to American Thoracic Society, 1975-1977
                          · Elected – President, Colorado Pulmonary Physicians Society, 1977-1985

CURRICULUM VITAE
LAWRENCE H. REPSHER, M.D.                                               PAGE 3

                               · Elected – Chief of Medicine, Lutheran Medical Center, 1979-1980
                               · Elected – President, American Medical Tennis Association, 1993

**JOURNAL**      1.    Effect of vigorous exercise on recovery from infectious
**ARTICLES**               hepatitis. NEJM 281:1393-1396, 1969.

                    2.    Diagnosis of pneumocystis carinii pneumonitis by means of endobronchial brush biopsy. NEJM 287:340-341, 1972.

                    3.    R T – a review and prognosis. Resp Ther 4 #6:37-38, 1972.

                    4.    Postoperative hypoxemia at altitude. Rky Mtn Med J 72:162-163, 1975.

                    5.    Transbronchial lung biopsy via the fiberoptic bronchoscope in the diagnosis of diffuse pulmonary infiltrates in the immunosuppressed host. Symposium on Pneumocystis Carinii Infection. J Natl Ca Inst Monograph 43:126-132, 1976.

                    6     Bronchial brush biopsy. In: PULMONARY DIAGNOSTIC TECHNIQUES, edited by Thomas L. Petty. Lea & Febiger, Philadelphia, 1975.

7. Prospective double-blind study of beclomethasone dipropionate aerosol in the treatment of steroid-dependent asthmatics. Presented at The Symposium on Recent Advances in the Treatment of Reversible Obstructive Airway Disease, Denver, Colorado, 1975. In: RECENT ADVANCES IN ASTHMA THERAPY. Edited by Richard S. Farr, Elliott Middleton, Jr., and Sheldon L. Spector. Symposia Specialists, Miami, 1976.

8. Respiratory protocol – an approach to in-hospital respiratory therapy. Resp Ther 26:430-436, May, 1981.

9. The lack of tachyphylaxis following prolonged therapy of asthma with inhaled albuterol aerosol. Annals of Allergy 47:405-409, 1981.

10. Evaluation of impairment/disability secondary to respiratory disease. Am Rev Respir Dis 126:945-951, 1982.

11. Evaluation of iodopropylidene glycerol as adjunctive therapy in stable chronic asthmatic patients on theophylline maintenance. Today's Therapeutic Trends 1(3):77-89, 1983.

12. Assessment of tachyphylaxis following prolonged therapy of asthma with inhaled albuterol aerosol. Chest 85:34-38, 1984.

13. Bitolterol compared to isoproterenol in advanced chronic obstructive lung disease. Chest 86:404-408, 1984.

14. Evaluation of impairment/disability secondary to respiratory disorders. Am Rev Respir Dis 133:1205-1209, 1986.

15. The effect of single doses of labetalol, metoprolol and placebo on ventilatory function in patients with bronchial asthma. Journal of Hypertension 4 (suppl 5):510-2, 1987.

16. A long-term study comparing albuterol nebulizer solution with isoproterenol nebulizer solution delivered by a compressed-air powered nebulizer in reversible bronchospasm. Immunology & Allergy Practice 9:178-85,

1987.

17. How to assess pulmonary impairment. Diagnosis 9:39-51, 1987.

18. Multicenter study of bitolterol and isoproterenol nebulizer solutions in non-steroid using patients. J Allergy Clin Immunol 79:768-775, 1987.

19. Comparison of the bronchodilator effects of nebulized bitolterol mesylate and isoproterenol hydrochloride in steroid-dependent asthma. J Allergy Clin Immunol 79:822-829, 1987.

20. A long-term study comparing albuterol nebulizer solution with isoproterenol nebulizer solution delivered by a compressed air-powered nebulizer in reversible bronchospasm. Immunology & Allergy Practice 9:25-32, 1987.

21. Storefront pulmonary rehabilitation. AARC Times 14:42-45, 1990.

22. Evaluation of the safety and efficacy of multiple doses of azelastine to adult patients with bronchial asthma over time. Am Rev Respir Dis 141:569-574, 1990.

23. Transdermal nicotine for smoking cessation. JAMA 266:3133-8, 1991.

24. Treatment of stable chronic bronchitis with iodinated glycerol: a double-blind placebo-controlled trial. J Clin Pharm 33:856-60, 1993.

25. Nicotine replacement therapy for patients with coronary artery disease. Arch Intern Med. 154:989-95, 1994.

26. Smoking cessation by women and older persons: results from the transdermal nicotine study group. Modern Medicine 126:34-38, 1994.

27. In chronic obstructive pulmonary disease: a combination of

ipratropium and albuterol is more effective than either agent alone: an 85-day multicenter trial. Chest 105:1411-19, 1994.

28. The combination of ipratropium and albuterol is more effective than either agent alone. Chest 107:183S-186S, 1995.

29. Fluticasone proprionate reduces oral prednisone use while it improves asthma control and quality of life. Am J Respir Crit Care Med 152:1467-1473, 1995.

30. Atrovent (ipratropium bromide) inhalant solution delivered by small volume nebulizer persistently augments the extent and duration of $FEV_1$ increases achieved by albuterol alone when compared over an 85-day period. Am J Med 1996.

31. A comparative study of the clinical efficacy of nedocromil sodium and placebo: how does cromolyn sodium compare as an active control treatment? Chest 109:945-952, 1996.

32. Respiratory Protection Guidelines. Am J Respir Crit Care Med 154:1153-1165, 1996.

33. Improved bronchodilation with levalbuterol compared with racemic albuterol in patients with asthma. J Allergy Clin Immunol 102:1-9, 1998.

34. The smoking cessation efficacy of varying doses of nicotine patch delivery systems 4 to 5 years post-quit day. Preventive Medicine 28:113-118, 1999.

35. Dose ranging study of a new steroid for asthma: mometasone furoate dry powder inhaler. Respiratory Medicine In press, 1999.

**PAPERS PRESENTED**

1. Transbronchial lung biopsy in the community hospital – an analysis of 249 consecutive cases. Presented at The World Conference on Bronchoscopy, San Francisco, California, 24 February 1977.

2. Absence of disabling pneumoconiosis in Colorado coal

miners. Presented at The International Conference on Occupational Lung Disease, San Francisco, California, February 1979.

3. Concerns about the ACGIH, OSHA and the PEL for grain dust. Presented at the Informal Public Hearing regarding the Proposed Rule on Grain Dust, US Department of Labor, Washington DC, August 1988.

4. Health effects of low dose asbestos exposure. Presented before the Colorado Air Quality Control Commission, Denver, Colorado, 16 February 1989.

5. Efficacy of nicotine transdermal patches in smoking cessation. Presented before the Medicaid Program – Cost Containment, State of New Mexico, Santa Fe, New Mexico, April 1992.

6. Coal workers pneumoconiosis. Presented before a joint session of the Labor Committee of the Kentucky State Legislature, Frankfort, Kentucky, 20 August 1998.

7. Diagnosis of Chronic Beryllium Disease. Presented before the Ohio Workmen's Compensation Board, Ohio, 24 July 2002.

8. Mold Conference. Wayne State University, Detroit, Michigan, 6 December 2002.

9. RADS/RUDS: Fact or Fiction. Presented before the Toxicology Department, Good Samaritan Hospital, Phoenix, Arizona, 2 May 2003.

10. Pros and cons of screening workers with a positive BeLPT. Meeting with Gary Fisher, Deputy Director of OSHA, Washington D.C., 7 January 2004.

**BOOK CHAPTERS**

1. Recent technical improvements in the diagnosis of pulmonary disease. (Chapter 3)

2. Infectious pneumonias, excluding tuberculosis and fungi. (Chapter 5) Both In: SYNOPSIS OF CLINICAL

PULMONARY DISEASE. Edited by Mitchell RS. C.V. Mosby Co., St. Louis, 1974.

3. Respiratory impairment/disability evaluation. In: SYNOPSIS OF CLINICAL PULMONARY DISEASE, 3rd ed. Edited by Mitchell RS, Petty TL. C.V. Mosby Co., St. Louis, 1982.

4. Treatment and prognosis. In: BERYLLIUM – BIOMEDICAL and ENVIRONMENTAL ASPECTS. Edited by Rossman MD, Preuss OP, Powers MB. Williams and Wilkins, Baltimore, 1991.

**ABSTRACTS**

1. A multicenter 90-day study comparing the safety and efficacy of albuterol and isoproterenol nebulizer solutions. Chest 86:328, 1984.

2. An albuterol-controlled multicenter study of procaterol in asthmatic patients. Presented at Annual Meeting, The American Academy of Allergy and Immunology, New York City, NY, March 1985.

3. The effect of single doses of labetalol, metoprolol and placebo on ventilatory function in patients with bronchial asthma. Presented at Annual Meeting, The American Society of Hypertension, New York City, NY, May 1986.

4. Improved control in COPD by once daily theophylline in 54 patients. Annals of Allergy 58:308, 1987.

5. Evaluation of the safety and efficacy of long-term use of multiple doses of azelastine in asthmatics. Presented at Annual Meeting of The American Academy of Allergy & Immunology, Anaheim, CA, March 1988.

6. The long-term use of azelastine (az) in asthmatics. Presented at the XIII International Congress of Allergology and Clinical Immunology, Montreux, Switzerland, October 1988.

7. A comparison of the efficacy and safety of procaterol and albuterol aerosol in reversible obstructive airways disease. Presented at Annual Meeting of The American College of Chest Physicians, Toronto, Canada, October 1990.

8. Procaterol: longer duration of action than albuterol (salbutamol) in a 3-month study. Presented at Annual Meeting of The American College of Chest Physicians, Toronto, Canada, October 1990.

9. A double-blind study of iodinated glycerol (organidin) in stable, chronic asthmatic patients receiving theophylline. Annals of Allergy 68(1): 107, 1992.

10. A double-blind multicenter group comparative study of the efficacy and safety of 0.5% nedocromil solution (qid) vs. placebo in the management of adults with reversible airway obstruction. Am Rev Resp Dis 143:A656, 1991.

11. Anginal and antiarrhythmic consequences of smoking cessation in patients with coronary artery disease. Presented at Annual Meeting of The American Heart Association, Anaheim, CA, November 1991.

12. The effect of SCH 37370 (SCH), a dual platelet activating factor (PAF) and histamine antagonist in patients with mild chronic asthma.

13. Clinical efficacy and safety of Nicoderm® (nicotine transdermal system; NTS) for smoking cessation, 8th World Congress on Tobacco & Health, March 1992.

14. A multi-center phase 3 trial of lobeline sulfate for smoking cessation. Presented at society for research on nicotine and tobacco. New Orleans, LA, March 1998.

**EXHIBITS**

1. Lack of tachyphylaxis following prolonged therapy of asthma with inhaled albuterol aerosol. Presented at Annual Meeting, The American Academy of Allergy and Immunology, San Francisco, CA, March 1981, and at The American College of Allergists, Washington, DC, April 1981.

CURRICULUM VITAE
LAWRENCE H. REPSHER, M.D.                                                                             PAGE 9

    2.    Albuterol solution for inhalation: long-term use of compared with isoproterenol solution for inhalation in reversible bronchospasm. Presented at Annual Meeting, The American College of Chest Physicians, Dallas, TX, October 1984; The American Academy of Allergy and Immunology, New York City, NY, March 1985; The American College of Allergists, Phoenix, AZ, January 1986; and at The American Thoracic Society, Kansas City, MO, May 1986.

    3.    The relative safety of labetalol vs. atenolol in asthmatics. Presented at Annual Meeting of The American Academy of Family Physicians, San Francisco, CA, September 1987.

    4.    Albuterol solution for inhalation in acute asthma. Presented at Annual Meeting, The American College of Allergists, Las Vegas, NV, January 1988 and Annual Meeting, The American Academy of Allergy and Immunology, Los Angeles, CA, March 1988.

    5.    The national mucolytic study – results of a randomized, double-blind, placebo-controlled study of iodinated glycerol in COPD. Presented at Annual Meeting, The American Academy of Allergy and Immunology, Baltimore, MD, March 1990; Annual Meeting of The American Academy of Family Physicians, Dallas, TX, October 1990; and the 83rd Annual Meeting, S.M.A., Nashville, TN, October 1990.

**LETTER TO THE EDITOR**

· Patches & Counseling. Arch Intern Med 1994.
    The DIA Illness Probably Was the Flu! Am Jrnl Ind Med 31:3, 1996.

**VISITING PROFESSOR**

· University of Louisville School of Medicine, Louisville, KY, December 1994.

**SYMPOSIA**

    1.    Occupational Immunologic Lung Disease – Washington, DC, February 1982.

    2.    Chronic Beryllium Disease – A Diagnostic Workshop –

Cleveland, OH, May 1986.

3. Dilevalol – Heidelberg, West Germany, August 1986.

4. Labetalol – N.Y.C., NY, 12 December 1986.

5. Bitolterol – Maui, HA, January 1987.

6. Dilevalol – Scottsdale, AZ, February 1987.

7. Salbutamol OROS – Lausanne, Switzerland, June 1987.

8. Disability Evaluation in Pulmonary Disease – Chairman – American College of Chest Physicians – 53rd Annual Scientific Assembly – Atlanta, GA, October 1987.

9. DOE Headquarters Conference on Chronic Beryllium Disease – Update – Rocky Flats, CO, January 1988.

10. VIIth International Pneumoconiosis Conference – Pittsburgh, PA, August 1988.

11. Mechanisms and Management of Asthma – Ft. Lauderdale, FL, February 1989.

12. Diagnosis and Treatment of alpha$_1$-Antitrypsin Deficiency Related Emphysema – Coronado, CA, April 1989.

13. New Trends in the Management of COPD – S.M.A., 83rd Annual Scientific Assembly – Washington, DC, November 1989.

14. Joint Meeting SEP-SEPCR(ERS) – London, UK, September 1990.

15. Smoking as a Cardiovascular Risk Factor – New Strategies for Smoking Cessation – Gothenburg, Sweden, September 1990.

16. Focus on Mucus in COPD – Southern Medical Association, 84th Annual Meeting – Nashville, TN, October 1990.

17. Intervention in Progressive Lung Disease: Toward Improved Recognition and Treatment – Coronado, CA, December 1990.

18. Lymphocyte Transformation Testing (LTT) of Beryllium Workers – Washington, DC, February 1992.

19. Atrovent Solution Investigators Meeting – Tempe, AZ, April 1993.

CURRICULUM VITAE
LAWRENCE H. REPSHER, M.D.                                                      PAGE 11

20. Combivent Investigators Conference – Boston, MA, May 1994.

21. Azelastine National Investigators Meeting – Key Largo, FL, May 1994.

22. Topical Steroids in Treatment of Asthma – Rancho Bernardo, CA, June 1995.

23. Asthma: Theory to Treatment – Chicago, IL, July 1995.

24. Problems in the diagnosis of occupational asthma - Arles-Camargue, France, September 1995.

25. Glaxo Wellcome Serevent Investigators Meeting - Scottsdale, AZ, April 1996.

26. Comparison of Inhaled Corticosteroids - Scottsdale, AZ, April 1996.

27. Rhone-Poulenc Rorer (RPR) Asthma Investigators Meeting San Francisco, CA June 1996.

28. Sepracor Pharmaceuticals Product Development & Investigators Meeting - Chicago, IL, June 1996.

29. Macrolide Venture Advisory Meeting, Abbott Park, IL, August 1996.

30. NIOSH Alert and SPI Guidelines, ISO Safety Workshop - Louisville, CO, August 1996.

31. Combivent Speakers Meeting, San Francisco, CA, October

        1996.

32. Specialty Medical Update - Hilton Head, SC, October 1996.

33. Impairment & Disability in Chronic Beryllium Disease Workers (CBD), Brush Wellman, Inc., Elmore, OH, October 1996.

34. Glaxo Wellcome Flovent Investigators Meeting - Tucson, AZ, November 1996.

**CURRICULUM VITAE**
**LAWRENCE H. REPSHER, M.D.**                                                                                                          **PAGE 12**

35. Boehringer Ingelheim Tiotropium Investigators Meeting - Tempe, AZ, November 1996.

36. FDA Advisory Committee Hearing on Lobeline and NicCheck® - Washington, D.C., February 1997.

37. Pfizer Pharmaceuticals Group: Spiriva Speaker Training Program, San Diego, CA, June 2004.

**TAPED LECTURE/ SLIDES**
· Clinical Management of Status Asthma. Distributed by Current Views in Allergy and Immunology for the Medical College of Georgia, Augusta, GA, January 1985.

**FILM**
· Decisions in Critical Care – The Cardiopulmonary Crisis. American College of Chest Physicians, June 1972.

**REVISED: AUGUST 2006**