Exhibit G to Defendant Brush Wellman Inc.'s Disclosure of Expert Witnesses

**FILED UNDER SEAL**

(CONTAINS CONFIDENTIAL INFORMATION, SUBJECT TO PROTECTIVE ORDER.)