# BORAK, Jonathan Benjamin

**BUSINESS ADDRESS:**

Office:  Jonathan Borak & Company
234 Church Street, New Haven, Connecticut, 06510
(203) 777-6611   Fax: (203) 777-1411
Email: jborak@jborak.com
Website: http://www.jborak.com

Hospital:  Occupational and Environmental Medicine Program
Yale School of Medicine
135 College Street, New Haven, Connecticut 06510
Telephone:  (203) 785-5885

**CURRENT APPOINTMENTS:**

Associate Clinical Professor of Medicine and Epidemiology, Yale University
Member, Yale Program in Occupational and Environmental Medicine
Adjunct Associate Professor of Medicine, John Hopkins University
President, Jonathan Borak & Company

**EDUCATION:**

| | | |
|---|---|---|
| 1968 | BA  (Cum Laude) | Amherst College |
| 1972 | MD | New York University |
| 1974-76 | Graduate Studies in Economics | McGill University |

**PROFESSIONAL TRAINING:**

| | |
|---|---|
| 1972-73 | Internship, Department of Medicine, Royal Victoria Hospital, Montreal, Quebec |
| 1973-74 | Junior Assistant Resident, Department of Medicine, Royal Victoria Hospital, Montreal, Quebec |
| 1974-75 | Clinical and Research Fellow, Department of Medicine, Royal Victoria Hospital, Montreal, Quebec |
| 1975-76 | Senior Assistant Resident, Department of Medicine, Royal Victoria Hospital, Montreal, Quebec |
| 1976-77 | Resident, Department of Medicine, Royal Victoria Hospital, Montreal, Quebec |
| 1977-78 | Clinical Fellow, Section of Gastroenterology, Yale-New Haven Hospital, New Haven, Connecticut |

**COMPETITIVE FELLOWSHIPS and AWARDS:**

| | |
|---|---|
| 1974-76 | Clinical Scholar, Robert Wood Johnson Foundation. |
| 1977-78 | Research Fellowship, Conseil de la Recherche en Sante du Quebec |
| 1994 | President's Award, American College of Occupational and Environmental Medicine |
| 1996 | Meritorious Service Award, American College of Occupational and Environmental |

BORAK, Jonathan Benjamin                                    Page 2 of 21

|  | Medicine |
|---|---|
| 2002 | President's Award, American College of Occupational and Environmental Medicine |
| 2003 | Adolph G. Kammer Merit in Authorship Award, American College of Occupational and Environmental Medicine |
| 2004 | Robert A. Kehoe Award of Merit Recognition, American College of Occupational and Environmental Medicine |
| 2005 | George H. Gerchman Memorial Prize, American College of Occupational and Environmental Medicine |

## PROFESSIONAL CERTIFICATION:

Fellow, American College of Physicians
Fellow, American College of Occupational and Environmental Medicine
Fellow, Royal College of Physicians of Canada
Diplomate, American Board of Internal Medicine
Diplomate, American Board of Preventive Medicine
Diplomate, American Board of Toxicology
Diplomate, National Board of Medical Examiners
Licentiate, Medical Council of Canada

## PROFESSIONAL EXPERIENCE:

### CLINICAL and TEACHING ACTIVITIES

| 2003-Current | Adjunct Associate Professor of Medicine, Johns Hopkins University |
|---|---|
| 2000-Current | Director, Yale University Interdisciplinary Risk Assessment Forum |
| 1999-Current | Associate Clinical Professor of Epidemiology, Yale University |
| 1993-Current | Associate Clinical Professor of Medicine, Yale University. |
| 1983-1993 | Assistant Clinical Professor of Medicine, Yale University. |
| 1981-1983 | Clinical Instructor of Internal Medicine, Yale University. |
| 1988-2001 | Courtesy Attending Physician, Department of Emergency Medicine, Hospital of St. Raphael, New Haven, Connecticut. |
| 1988-1998 | Consulting Physician (Internal Medicine, Emergency Medicine, Toxicology), Hospital of St. Raphael, New Haven, Connecticut. |
| 1980-1988 | Director, Section of Emergency Medicine, Hospital of St. Raphael, New Haven, Connecticut. |
| 1979-1988 | Associate Attending Physician, Department of Ambulatory Services, Hospital of St. Raphael, New Haven, Connecticut. |
| 1986 | Visiting Professor, St. George's University School of Medicine, Kingstown Medical College, St. Vincent, W.I. |
| 1978-80 | Attending Physician, Department of Ambulatory Services, Mercy Hospital, |

Springfield, Massachusetts.

1978-79     Attending Physician, Emergency Physicians Incorporated, Chicopee, Massachusetts.

## YALE UNIVERSITY TEACHING ACTIVITIES

### Courses Taught: 1997-Current

1998-Current  EHS 511a. Applied Risk Assessment: Course Director
Graduate-level course listed in the School of Medicine, Department of Epidemiology and Public Health. This course is also listed as a graduate-level course in the School of Forestry and Environmental Studies (F&ES 90003a).

2000-Current  EHS 580a. Special Topics in Society and Risk Assessment: Course Director
Graduate-level course listed in the School of Medicine, Department of Epidemiology and Public Health.

2002-Current  EHS 503b. Introduction to Toxicology: Course Director
Graduate-level course listed in the School of Medicine, Department of Epidemiology and Public Health. This course is also listed as a graduate-level course in the School of Forestry and Environmental Studies (F&ES 96005b).

2005-Current  EHS 508a Assessing Exposures to Environmental Stressors:  Lecturer
Graduate-level course listed in the School of Medicine, Department of Epidemiology and Public Health.

2005-Current  EPH 500 Introduction to Epidemiology and Public Health: Lecturer
Graduate-level (second-year required) course in the School of Medicine.

2001-Current  EHS 551a and b. Seminar in Environmental Health: Lecturer
Graduate-level course listed in the School of Medicine, Department of Epidemiology and Public Health.

2002-Current  EHS 510b. Fundamental of Environmental Health and Risk Assessment: Lecturer Graduate-level course listed in the School of Medicine, Department of Epidemiology and Public Health.

1997-Current  EHS 575b/INT 151b. Introduction to Occupational and Environmental Medicine: Lecturer Graduate-level course listed in the School of Medicine, Department of Epidemiology and Public Health and the Department of Internal Medicine.

1999-2002     EHS 509a. Environmental Toxicology: Lecturer
Graduate-level course listed in the School of Medicine, Department of Epidemiology and Public Health, and cross-listed in the School of Forestry and Environmental Studies.

### Thesis and Dissertation Committees

2005   H. Dean Hosgood: "Silica and Lung Cancer: Industrial Hygiene Methods and Mathematical Modeling Revisited. Masters Thesis for MPH in Environmental Health Sciences, Yale School of Medicine

2002   Primary Advisor: Susan Chemerynski: "Methodological Uncertainties in the Exposure Assessment of Diesel Particulate Matter: Implications for Risk Assessment".  Masters Thesis for MPH in Environmental Health Sciences, Yale School of Medicine

BORAK, Jonathan Benjamin                              Page 4 of 21

2002    Committee Member: Montira Pongisiri: "Institutional Capacity to Assess and Manage Risk-Tradeoffs: The DDT/Malaria Dilemma". Dissertation for PhD in Environmental Policy, Yale School of Forestry and Environmental Studies

2003    Committee Member: Carlos Gonzalez: "The Beef Hormone Ban in the European Union and the Role of the WTO in Resolving Scientific Barriers to Trade". Dissertation for PhD in Environmental Policy, Yale School of Forestry and Environmental Studies

### ORGANIZATIONAL ACTIVITIES

**United States Environmental Protection Agency**
1996-2006    National Advisory Committee to Develop Acute Exposure Guideline Levels for Hazardous Substances (NAC/AEGL)

**National Research Council (National Academy of Sciences)**
2001-2005    Subcommittee on Toxicologic Assessment of Low-Level Exposures to Chemical Warfare Agents

**American College of Occupational and Environmental Medicine**
1999-2002    Board of Directors
1999-2002    Board Finance Committee
1993-Current  Council on Scientific Affairs (Chair 1999-Current)
2003-2004    Planning Committee, 2005 American Occupational Health Conference
1997-2002    Council on Conferences (Associate Chair 1998-2002)
1993-1999    Course Director, Core Curriculum in Environmental Medicine.
1992-Current  Committee on Environmental Medicine (Chair 1993-96)
1993-2000    Committee on Medical Surveillance (Chair 1998-2000)
1996-1998    Seminar Chair, 1998 American Occupational Health Conference
1992-1993    Scientific Chair, 1993 State-of-the-Arts Conference
1997-2002    Committee on Conferences (Associate Chair 1997-2002)
1995-Current  Committee on Government Affairs
1992-1997    Committee for Liaison with Government Agencies
1995-1997    Committee on Distance Learning (Associate Chair 1996-1997)
1993-1996    Occupational Medicine Self-Assessment Program
1993-1997    House of Delegates

**International Hormesis Society**
2005-Current  Executive Committee

**Cyanide Poisoning Treatment Coalition**
2006-Current  Board of Directors

**American Industrial Hygiene Association**
1990-2000    Committee on Emergency Response Planning

**Connecticut State Medical Society**
1994-1996    Section of Preventive Medicine (Chairman 1994-96)
1983-1994    Committee on Emergency Medical Services (Chairman 1985-1988)
1987-1992    Committee on Organ and Tissue Transfer

**Occupational and Environmental Medical Association of Connecticut**
1992-1998    Board of Directors
1994-1995    President
1993-1994    President-Elect

BORAK, Jonathan Benjamin                                    Page 5 of 21

1992-1993    Secretary-Treasurer

## American College of Emergency Physicians
1992-1994    Liaison to ATSDR <u>Case Studies in Environmental Medicine</u>
1991-1994    Section of Disaster Medicine (<u>Chair</u>, Hazardous Materials Subsection 1991-1994)
1988-1990    National Councilor (Alternate)
1987-1988    National Committee on Chapter Grants
1984-1986    National Committee on Bio-Ethics

## Connecticut Poison Control Center
1993-1999    Medical Advisory Committee

## American College of Surgeons
1984-1988    Associate Member, Connecticut Committee on Trauma

## American Heart Association
1981-2000    Instructor, Advanced and Basic Cardiac Life Support
1985-1987    National Faculty for Advanced Cardiac Life Support
1980-1984    State Chairman, Advanced Cardiac Life Support
1980-1984    State Emergency Cardiac Care Task Force

## Connecticut College of Emergency Physicians
1986-1987    President
1980-1990    Board of Directors

## Connecticut Red Cross
1987-1992    Medical Advisory Committee on Blood Programs

## Connecticut Dept of Health Services, Office of Emergency Medical Services
1985-1988    Helicopter Over-site Committee (Chairman, Patient Care Review)
1987-1988    Trauma Network Committee

## Emergency Medical Systems Council of South Central Connecticut
1980-1988    Medical Advisory Committee (<u>Chairman</u> 1987-1988)

## New Haven County Medical Association
1984         Committee on Consumer Protection

## Town of North Haven, Connecticut
1987-1995    Local Emergency Planning Committee (<u>Chairman</u> 1988-1990)

## Town of Branford, Connecticut
1982-84      Ambulance Commissioner

## Shirley Frank Foundation, New Haven, Connecticut
1983-1989    Board of Directors
1983-1989    Chairman, Medical Treatment/Quality Assurance Committee
1985-1989    Executive Committee

## Alcohol Services Organization of South Central Connecticut
1981-1984    Board of Directors

## Columbus House Shelter, New Haven, Connecticut
1981-83      Founding Member, Board of Directors

## World Figure Skating Championships

BORAK, Jonathan Benjamin

1980-81     Medical Director

**Canadian Association of Interns and Residents**
1973-75     Board of Directors

**Federation des Medicins Residents du Quebec**
1973-75     Treasurer

**Canadian National Committee on Physician Manpower**
1973-74     Committee Member

**PROFESSIONAL LICENSURE**:

      State of Connecticut     #19428
      State of New York        #117-092

**PROFESSIONAL ORGANIZATIONS and SOCIETIES**:

      American College of Physicians
      American College of Emergency Physicians
      American College of Occupational and Environmental Medicine
      American College of Preventive Medicine
      Royal College of Physicians of Canada
      Society for Toxicology
      Society for Risk Analysis
      Society of Occupational Medicine (London)
      American Industrial Hygiene Association
      Association of Occupational and Environmental Clinics
      Medichem
      International Hormesis Society
      Ramazzini Society
      Connecticut State Medical Society
      Occupational and Environmental Medical Association of Connecticut
      New Haven County Medical Society
      New Haven Medical Association

**PUBLICATIONS and EDITORIAL ACTIVITIES**:

    **Editorial Activities**

2004- Current  Editorial Board, Journal of Occupational and Environmental Medicine

2003-Current   Editorial Board, Journal of Occupational and Environmental Hygiene

1999-2004      Editorial Board, American Industrial Hygiene Association Journal

1997-2004      Associate Editor, OEM: Occupational and Environmental Medicine Report

1992-Current   Editorial Reviewer: Annals of Emergency Medicine; Southern Medical Journal; Toxicology and Applied Pharmacology; Toxicology & Industrial Health; Inhalation Toxicology; Critical Reviews in Toxicology; Human and Ecological Risk Assessment: Journal of the Air & Waste Management Association; Nonlinearity in Biology, Toxicology and Medicine; Psychological Reports

1991-2004      Editorial Board, OEM: Occupational and Environmental Medicine Report

BORAK, Jonathan Benjamin                                    Page 7 of 21

1988-92        Peer Reviewer, Case Studies in Environmental Medicine, US Agency for Toxic
               Substances and Disease Registry, Atlanta, Georgia

1991-92        Peer Reviewer, Toxicology Profiles, US Agency for Toxic Substances and
               Disease Registry, Atlanta, Georgia

1979-81        Consulting Editor, Update Publications, Ltd., London

### Books and Monographs

Borak J, Callan M, Abbott W:  Hazardous Materials Exposure: Emergency Response and
       Patient Care.  Englewood Cliffs, NJ: Prentice Hall, 1991.

Borak J, Callan M, Abbott W:  Hazardous Materials Exposure: Emergency Response and
       Patient Care - Instructor's Manual. Englewood Cliffs: Prentice Hall, 1991.

Levy B,. McCunney RM, Adamowski SE, Borak J, Halperin W, McDiarmid MA, Orris P:
       Occupational Medicine Self-Assessment Program (3rd Ed). Arlington Heights:
       American College of Occupational and Environmental Medicine, 1993.

Medical Management Guidelines for Acute Chemical Exposures. (Principal Authors: Borak J,
       Olsen K, Sublet V).  Atlanta: Agency for Toxic Substances and Disease Registry, U.S.
       Department of Health and Human Services, 1994.

Borak J (ed):   Core Curriculum in Environmental Medicine. Arlington Heights, IL: American
       College of Occupational and Environmental Medicine, 1994.

Russi M, Borak J:  The OSHA Asbestos Standard: A Medical Compliance System. New
       Haven, CT: AEGIS Healthcare Systems, 1995.

Borak J (Guest Editor): Amler R, Amler S, Balk SJ, McLellan RM (Guest Contributors): Pediatric
       Environmental Health (ATSDR-HE-CS-2002-0002).  Case Studies in Environmental
       Medicine, US Agency for Toxic Substances and Disease Registry, Atlanta, 2002.

Ducatman AM, Borak J, Kaye W, Peipens L (Guest Contributors): Investigating Disease Clusters
       (ATSDR-HE-CS-2002-0006).  Case Studies in Environmental Medicine. Atlanta: Agency
       for Toxic Substances and Disease Registry, 2002.

.McCunney RJ, Rountree P, Barbanel C, Borak J, Bunn W, Levin J, Harber P (ed): A Practical
       Approach to Occupational and Environmental Medicine (3rd Edition). Philadelphia,
       Lippincott Williams & Wilkins, 2003.

### Book Chapters

Borak J:  Training and Education of Workers and Managers. In: Levy B (ed): Air Pollution in
       Central and Eastern Europe. Boston: Management Sciences for Health, 1991.

Borak J, Callan M, Abbott W:  Protection of the Health Care System.  In: Tokle G (ed):
       Hazardous Materials Response Handbook (Second Edition). Quincy, MA: National
       Fire Protection Association, 1993.

Borak J:  Anion and Osmolar Gaps. In: Viccellio P (ed): Handbook of Medical Toxicology
       (1st edition). Boston: Little, Brown, 1993.

Borak J:  Worksite and Environmental Emergencies: Planning Requirements.  In: McCunney
       RJ (ed):  A Practical Approach to Occupational and Environmental Medicine. Boston:
       Little, Brown, 1994.

Borak J: Les nouvelles normes de qualité de l'air aux Etats-Unis: bases épidémiologiques et bénéfices attendus.  In: Pollution Atmospherique Urbaine et Santé Humaine.  Paris: la Société de Pneumologie de Langue Française, 1997.

Borak J:  Anion and Osmolar Gaps. In: Viccellio P (ed): Handbook of Medical Toxicology (2nd edition). Boston: Lippincott-Raven, 1998.

McKay CA, Borak J:  Chlorine. In: Haddad LM, Winchester JF, Shannon M (ed): Clinical Management of Poisoning and Drug Overdose (3rd edition).  Philadelphia: Saunders, 1998.

Borak J: Four Organic Pollutants in the Quinnipiac River: Effects on Human Health.  In: Tyrrell ML (ed):  Quinnipiac River Point Source Pollution: Is it Still a Problem?  New Haven: Center for Coastal and Watershed Systems, Yale School of Forestry and Environmental Studies, 2000.

Russi M, Borak J: Chemical Hazards in Health Care Workers.  In: Orford R (ed): Clinics in Occupational and Environmental Medicine: Occupational Health in the Healthcare Industry.  Philadelphia: W.A. Saunders, 2001; 1(2):369-395.

Borak J: Surveillance and Monitoring for Occupational Carcinogens.  In: Whysner J, Shields PG (eds): Clinics in Occupational and Environmental Medicine: Cancer in the Workplace: Agents, Mechanisms, Detection, Diagnosis, Management and Prevention: Philadelphia:
W.A. Saunders, 2002; 2(4): 737-752.

Borak J:  Medical Aspects of Environmental Emergencies.  In: McCunney RJ, Rountree P, Barbanel C, Borak J, Bunn W, Levin J, Harber P (eds):  A Practical Approach to Occupational and Environmental Medicine (3rd Edition). Philadelphia: Lippincott Williams & Wilkins, 2003; 768-773.

Borak J, Pleus R:  Toxicology.  In: McCunney RJ, Rountree P, Barbanel C, Borak J, Bunn W, Levin J, Harber P (eds):  A Practical Approach to Occupational and Environmental Medicine (3rd Edition). Philadelphia: Lippincott Williams & Wilkins, 2003; 554-570.

Moore JS, Rose S, Borak J: Ergonomics.  In: McCunney RJ, Rountree P, Barbanel C, Borak J, Bunn W, Levin J, Harber P (eds):  A Practical Approach to Occupational and Environmental Medicine (3rd Edition). Philadelphia: Lippincott Williams & Wilkins, 2003; 607-623.

### Journal Articles

Borak J:  Clinical decisions analysis [letter].  Journal of the American Medical Association, 1977; 237:641.

Borak J:  *Hypertension: A Policy Perspective* by MC Weinstein and W Stason [book review]. Annals of Internal Medicine, 1977; 87:135.

Borak J:  Data requirements for clinical decisions on renovascular hypertension. Clinical and Investigative Medicine, 1979; 2:105.

Meyer C, McBride WJ, Goldblatt RS, Borak J, Marignani P, Contino C, McCallum R:  Flexible fiberoptic sigmoidoscopy in asymptomatic and symptomatic patients: a comparative study.  Gastrointestinal Endoscopy, 1979; 25:43.

Borak J, Vasey F, Lauter S, Dorval G, Osterland CK:  Immunofluorescence assay for

antinuclear factor: a nonspecific test in hospitalized patients. Canadian Medical Association Journal, 1979; 121:1372.

Abstracted in: Twenty-Fifth Rheumatism Review. Atlanta: Arthritis Foundation, 1981.

Borak J, Vasey F, Lauter S, Dorval G, Osterland CK: Immunofluorescence assay for antinuclear factor: the meaning of specificity [letter]. Canadian Medical Association Journal, 1980; 123:474.

Meyer C, McBride WJ, Goldblatt RS, Borak J, Marignani P, Black HR, McCallum RW: Clinical experience with flexible sigmoidoscopy in asymptomatic and symptomatic patients. Yale Journal of Biology and Medicine, 1980; 53:345.

Borak J, Veilleux S: Does statistical training improve physician logic? Clinical Research, 1981; 29:316A.

Borak J, Veilleux S: Prophylactic lidocaine: Uncertain benefits in emergency settings. Annals of Emergency Medicine, 1982; 11:493.

Borak J, Veilleux S: Errors of intuitive logic among physicians. Social Science and Medicine, 1982; 16:1939.

Bell C, Borak J, Loeffler JR: Pneumothorax in drug abusers: A complication of internal jugular venous injections. Annals of Emergency Medicine, 1983; 12:167.

Borak J, Veilleux S: Informed consent in emergency settings. Annals of Emergency Medicine, 1984; 13:731.

Reprinted in Connecticut Medicine, 1984; 48:235.

Granata AV, Halickman JF, Borak J: Utility of military anti-shock trousers (MAST) in anaphylactic shock. Journal of Emergency Medicine, 1985; 2:349.

Starr LM, Borak J, Waymaster S: Responding to industrial accidents requires development of disaster plan. Occupational Health and Safety, 1985; 55:19.

Borak J: A Primer on EMS for Connecticut physicians. Connecticut Medicine, 1985; 49:657.

Starr LM, Bush DF, Borak J, Waymaster S, Somerfield M: Emergency teams and industry have different perceptions of each other. Occupational Health and Safety, 1986; 55(June):20.

Borak J, Bush DF, Starr L, Waymaster S: The hazards of ignorance: the EMS/Industry interface. Journal of Emergency Medical Services, 1986; 11(September):6.

Starr LM, Bush DF, Borak J, Waymaster S: Workplace medical emergencies. The Health Psychologist, 1986; 8(2):2.

Borak J, Starr LM: On emergency medical preparedness for industrial accidents. ECO, 1987; (March):3.

Starr LM, Leach T, Borak J: Occupational emergencies and EMS. Journal Emergency Care and Transport, 1988; 17:46.

Herbener D, Borak J: Cutaneous larva migrans in Northern climates. American Journal of Emergency Medicine, 1988; 6:462.

Borak J: The Superfund Amendments and Reauthorization Act of 1986: Implications for

prehospital services.  Emergency Care Quarterly, 1990; 6(3):29.

Borak J:  HazMat training.  Journal of Emergency Care and Transport, 1991; 20(4):44.

Borak J:  Predicting HazMat effects through exposure routes and injury mechanisms.
Rescue, 1991; 4(3):62.

Borak J:  Phosgene toxicity: Review and update.  Occupational and Environmental Medicine
Report, 1991; 5:19.

Borak J:  Welding-related illness: New thoughts on an old malady.  Occupational and
Environmental Medicine Report, 1991; 5:89.

Borak J, Sidell FC:  Agents of chemical warfare. I. Sulfur mustard.  Annals of Emergency
Medicine, 1992; 21:303.

Sidell FC, Borak J:  Agents of chemical warfare. II. Nerve agents.  Annals of Emergency
Medicine, 1992; 21:865.

Borak J:  Acute acrylonitrile toxicity: Reconsideration of mechanisms and antidotes.
Occupational and Environmental Medicine Report, 1992; 6:19.

Borak J:  Cadmium nephropathy: Review and update.  Occupational and Environmental
Medicine Report, 1992; 10:75.

Borak J:  Toxicology of glycol ethers: a quick review.  Occupational and Environmental
Medicine Report, 1993; 7:43.

Borak J, Jaffe D:  Aluminum and Alzheimer's disease.  Occupational and Environmental
Medicine Report, 1994; 8:3.

Borak J:  Environmental Surveillance: understanding of exposure limits needed for proper
job application.  Occupational Health and Safety , 1994; 63(5):30.

Borak J, Russi M, Jaffe D:  Criteria for significant threshold shift in occupational hearing
programs: a re-evaluation.  Occupational and Environmental Medicine Report, 1994; 8:49.

Borak J: Environmental Surveillance: ACGIH's Threshold Limit Values. Occupational Health
and Safety, 1994; 63 (8):26.

Borak J:  Environmental Surveillance: OSHA's outdated Air Contaminants system.
Occupational Health and Safety , 1994; 63(12):41.

Russi M, Borak J: Special Report: Medical surveillance under the new Asbestos Standards.
Occupational and Environmental Medicine Report, 1995; 9:6.

Borak J:  Workplace monitoring and environmental surveillance: What's the difference?
Occupational Health and Safety, 1995; 649:(4):30.

Borak J: Pharmacologic mechanism of antidotes in cyanide and nitrile poisoning (letter).
Journal of Occupational and Environmental Medicine, 1995; 37:793.

Flaten TP, Pollack ES, Hill G, Borak J, Bonham GH: Aluminum and Alzheimer's disease:
concluding remarks.  EnvironMetrics 1995; 6:319.

Borak J:  Dioxins and Health, edited by A Schecter [book review].  Journal of Occupational
and Environmental Medicine 1995:38:305.

Borak J, Israel L: Does in utero exposure to PCBs cause developmental toxicity? Occupational

and Environmental Report, 1997; 11:13.

Borak J, Wise JP:  DNA-Protein crosslinks as biomarkers of formaldehyde exposure. International Journal of Occupational and Environmental Health, 1997; 3:307.

Borak J: Chromium valence and chromium species: A carcinogenicity dilemma (editorial). Occupational and Environmental Medicine Report, 1997; 11:93.

Borak J, Pastides H, Van Ert M, Russi M, Herzstein J: Exposure to MTBE and acute human health effects: a critical literature review.  Human and Ecological Risk Assessment 1998: 4:177.

Borak J, Wise JP: Does aluminum exposure of pregnant animals lead to accumulation in mothers or their offspring?  Teratology 1998; 57:127.

Borak J, Silverstein BD: Emergency response plans: the benefits of integration.  Occupational Hazards, 1999: 61(9): 44.

Borak J, Cohen HJ, Hethmon TA: Copper exposure and metal fume fever: Lack of evidence for a causal relationship.  American Industrial Hygiene Association Journal 2000: 61:832.

Borak J, Russi M, Puglisi JP: Meta-analyses [letter].  Environmental Health Perspectives, 2000: 108:A542.

Borak J, Diller WF: Phosgene exposure: Mechanisms of injury and treatment strategies. Journal of Occupational and Environmental Medicine, 2001; 43:110.

Borak J:  Why diesel and why now? [editorial]. Occupational and Environmental Report, 2001; 15:65.

Borak J, Sirianni G, Cohen H, Chemerynski S, Jongeneelen F: Biological vs. ambient exposure monitoring of creosote facility workers. Journal of Occupational and Environmental Medicine, 2002; 44:310.

    Reprinted in: Journal of the Institution for Social and Policy Studies. 2003; 4:7.

    Recipient of the 2003 Adolph G. Kammer Merit in Authorship Award of the American College of Occupational and Environmental Medicine

Cohen HJ, Borak J, Hall T, Sirianni G, Chemerynski S:  Exposure of miners to diesel particulate matter in underground non-metal mines. American Industrial Hygiene Association Journal, 2002; 63:651.

Cohen, HJ, Sirianni G, Chemerynski S, Wheeler R, Borak J: Observations on the suitability of the Aethalometer for vehicular and workplace monitoring. J Air Waste Manage Assoc, 2002; 52:1258.

BORAK, Jonathan Benjamin                          Page 12 of 21

Borak J, Sirianni G, Cohen HJ, Chemerynski S, Wheeler R: Comparison of NIOSH 5040 method vs. Aethalometer to monitor diesel particulate in school buses and work sites. American Industrial Hygiene Association Journal, 2003; 64:260.

Sirianni G, Chemerynski S, Cohen HJ, Wheeler R, Borak J: Sources of Interferences in field studies of diesel exhaust emission. Applied Occupational and Environmental Hygiene, 2003; 18:591.

Fiellin M, Chemerynski S, Borak J: Editorial: Race, ethnicity and the SEER Database.  Medical and Pediatric Oncology 2003; 40:413.

Borak J, Fiellin M, Chemerynski S: Who is Hispanic? Implications for epidemiological research in the United States. Epidemiology 2004; 15:240-244.

Borak J: Adequacy of iodine nutrition in the United States. Connecticut Medicine, 2005; 69:73-77.

Borak J, Slade MD, Russi M: Risks of brain tumors in rubber workers: a meta-analysis.  Journal of Occupational and Environmental Medicine 2005; 47:294-298.

Fields C, Dourson M, Borak J: Iodine-Deficient Vegetarians: A hypothetical perchlorate-susceptible population?  Regulatory Toxicology and Pharmacology, 2005; 42:37-46.

Borak J: Soy protein and hypothyroidism. Journal of Pediatric Endocrinology and Metabolism, 2005; 18:621.

Fields C, Borak J: Toxicology of the Kidney by JB Tarloff and LH Lash [book review]. Journal of Occupational and Environmental Medicine 2005; 47:1317-1318.

Borak J: The Beryllium Occupational Exposure Limit: Historical perspectives and current inadequacy. Journal of Occupational and Environmental Medicine 2006; 48:109-116.

Borak J, Sirianni G: Hormesis: Implications for cancer risk assessment. Dose Response 2006; 3:443-451.

Borak J, Woolf SH, Fields CA: Use of BeLPT for screening of asymptomatic individuals: An evidence-based assessment.  Journal of Occupational and Environmental Medicine 2006; 48:937-948.

Borak J, Hosgood HD: Seafood Arsenic: Implications for Human Risk Assessment.  Regulatory Toxicology and Pharmacology 2006; (in press).

**Committee and Group Publications**

Bioethics Committee, American College of Emergency Physicians: Medical, moral, legal, and ethical aspects of resuscitation for patients who have minimal ability to function or ultimately survive. Annals of Emergency Medicine, 1985; 14:919.

American Hospitals in Transition: Business Implications and Strategic Considerations for Medical Suppliers. New York: Channing, Weinberg & Co., 1984.

Committee on Organ and Tissue Transfers, Connecticut State Medical Society.   HIV testing of transfusion recipients.  Connecticut Medicine, 1990; 54:217.

Badon SJ, Cable RG and Committee on Organ and Tissue Transfers, Connecticut State Medical Society.  Yersinia enterocolitica contamination of blood. Connecticut Medicine, 1992; 56:287.

BORAK, Jonathan Benjamin                                Page 13 of 21

Emergency Response Planning Committee, American Industrial Hygiene Association: The AIHA 1996 Emergency Response Planning Guidelines and Workplace Environmental Exposure Level Guides Handbook. Fairfax: AIHA, 1996.

World Health Organization. Environmental Health Criteria 194: Aluminium. Geneva: World Health Organization, International Program on Chemical Safety, 1997.

Environmental Medicine Committee, American College of Occupational and Environmental Medicine: Multiple Chemical Sensitivities: Idiopathic Environmental Intolerance. Journal of Occupational and Environmental Medicine 41:940, 1999.

National Advisory Committee to Develop Acute Exposure Guideline Levels for Hazardous Substances: Acute Exposure Guideline Levels for Selected Airborne Chemicals: Volume #1. Washington, DC: National Academy Press, 2000.

National Advisory Committee to Develop Acute Exposure Guideline Levels for Hazardous Substances: Standing Operating Procedures for Developing Acute Exposure Guideline Levels for Hazardous Chemicals. Washington, DC: National Academy Press, 2001.

National Advisory Committee to Develop Acute Exposure Guideline Levels for Hazardous Substances: Acute Exposure Guideline Levels for Selected Airborne Chemicals: Volume 2. Washington, DC: National Academy Press, 2002.

National Advisory Committee to Develop Acute Exposure Guideline Levels for Hazardous Substances: Acute Exposure Guideline Levels for Selected Airborne Chemicals: Volume 3. Washington, DC: National Academy Press, 2003.

National Advisory Committee to Develop Acute Exposure Guideline Levels for Hazardous Substances: Acute Exposure Guideline Levels for Selected Airborne Chemicals: Volume 4. Washington, DC: National Academy Press, 2004.

National Research Council Subcommittee on Toxicologic Assessment of Low-Level Exposures to Chemical Warfare Agents: Review of the Department of Defense Research Program on Low-Level Exposures to Chemical Warfare Agents. Washington, DC: National Academy Press, 2005.

## PRESENTATIONS:

Borak J: "Medical decision making: The case of renovascular hypertension". Annual Meeting, Robert Wood Johnson Clinical Scholar Program; Asheville, N.C., 1976.

Borak J: "An evaluation of the adequacy of methods used in clinical investigations of renovascular hypertension". American Federation for Clinical Research, Sydenham Society; Atlantic City, 1976.

Meyer C, McBride WJ, Goldblatt RS, Borak J, Marignani P, Contino C, McCallum R: "Flexible fiberoptic sigmoidoscopy in asymptomatic and symptomatic patients". American Society of Gastrointestinal Endoscopy; New Orleans, 1979.

Borak J, Veilleux S: "Errors of intuitive logic among physicians". Annual Meeting, Robert Wood Johnson Clinical Scholar Program; Scottsdale, 1981.

Borak J: "The epidemiology of cardiac arrest". Annual Scientific Session, Connecticut State Medical Society; New Haven, 1985.

Borak J: "Emergency medicine: What is it and where is it going?". Tenth Annual Symposium,

BORAK, Jonathan Benjamin

The Wilkerson Group; New York, 1985.

Bush DF, Starr LM, Borak J, Waymaster S: "Communication about medical emergencies: The different perceptions of plant safety directors and EMTs". International Communication Association; Evanston, 1985.

Borak J: "Communication -- The key to the comprehensive emergency response system". International Communication Association; Chicago, 1986.

Bush DF, Starr LM, Borak J, Rachlis V: "The role of the primary care physician in preparation for industrial disasters". International Communication Association; Oxford, England, 1986.

Borak J: "Acute medical aspects of SARA Title III". Summer National Meeting, American Institute of Chemical Engineers; Denver, 1988.

Starr LM, Rachlis V, Borak J: "How to structure the communication process of primary care physicians when discussing occupational health hazards". International Conference on Doctor-Patient Communication; London, Ontario, 1986.

Borak J: "SARA Title III for physicians: Navigating the muddy water of community Right-to-Know". Postgraduate Seminar, American Occupational Health Conference, American College of Occupational Medicine; Boston, 1989.

Borak J: "EMS and hazardous materials". SARA Title III: Progress and Prospects, Department of Environmental Protection, State of Connecticut; Cromwell, 1989.

Borak J: "The implications of SARA Title III for EMS services". SARA Title III State Planning Conference, Department of State Police, State of Michigan; Lansing, MI, 1989.

Borak J, Flynn D: "The management of hazardous materials accidents in the emergency department". Scientific Assembly, Emergency Nurses Association; Washington, D.C., 1989.

Borak J, Leonard RB: "Hazardous materials: Approach and management". Scientific Assembly, American College of Emergency Physicians; Washington, D.C., 1989.

Borak J: "A Guide to SARA Title III for physicians: Disaster planning and community Right-to-Know". Disaster '90: The International Disaster Management Conference; Orlando, 1990.

Borak J: "Emergency medical response to industrial accidents: The U.S. perspective". Medische Rampenplanning en de Gentse Industrie, (Medical Disaster Planning in the Ghent Industries), Rijksuniversiteit; Ghent, Belgium, 1990.

Borak J: "Acute toxic inhalation injuries". Annual Meeting, Connecticut Lung Association; New Haven, 1990.

Borak J: "Environmental toxins: The emergency medicine response". National Medical Association; Las Vegas, 1990.

Borak J: "Disasters and trauma: Managing the aftermath". National Society for Patient Representation, American Hospital Association; Washington, D.C., 1990.

Borak J: "HazMat and the EMS responders". Connecticut HazMat Week, Commission on Fire Prevention and Control; New Haven, 1990.

Borak J: "Medical monitoring". Connecticut HazMat Week, Connecticut Commission on Fire Prevention and Control; New Haven, 1990.

Borak J, Callan M: "Mitigation and response to chemical warfare and terrorism". Disaster '91:

The International Disaster Management Conference; Orlando, 1991.

Borak J: "The contaminated victim". SARA Title III Workshops, State Emergency Response Commission, State of Connecticut; Cromwell, CT, 1991.

Connor S, Borak J: "Hazard emergencies: Recognition and management for nurses". (Full-Day Course), American Occupational Health Conference, American Association of Occupational Health Nurses; San Francisco, 1991.

Borak J, Callan M, Abbott W: "Hazardous materials emergency response for EMS personnel". (24-hour OSHA certification program). Emergency Response Conference; Rosemont, 1991.

Borak J: "What physicians need to know about environmental regulations". Environmental Medicine Seminar, New Hampshire Medical Society; Portsmouth, NH, 1991.

Borak J: "Toxic reproductive hazards". Annual Meeting, Philadelphia Occupational Health Nurses Association; West Point, PA, 1991.

Borak J, White S: "Hazardous materials update". Annual Educational Conference, National Association of Emergency Medical Technicians; Kansas City, 1991.

Borak J, Bouvier KJ: "HazMat: The essentials of training EMS". Annual Educational Conference, National Association of Emergency Medical Technicians; Kansas City, 1991.

Borak J: "Training and education of workers and managers". Air Pollution in Central and Eastern Europe: Health and Public Policy; Frydek-Mistek, Czechoslovakia, 1991.

Borak J: "EMS first responders at Hazmats incidents". Connecticut Hazardous Materials Week, Connecticut Commission on Fire Prevention and Control; New Haven, 1991.

Borak J: "The pathophysiology of inhalation injury". Recognition and Treatment of Toxic Inhalation Emergencies; Norwalk Hospital, Norwalk, CT, 1991.

Borak J, Moss M: "HazMat exposure: Health effects and medical monitoring". Connecticut Hazardous Materials Week, Connecticut Commission on Fire Prevention and Control; New Haven, 1991.

Borak J: "Hazmats recognition and identification". Pre-Conference Workshop, EMS Today Conference; Albuquerque, 1992.

Borak J: "Health effects of Hazmats exposure". Pre-Conference Workshop, EMS Today Conference; Albuquerque, 1992.

Borak J: "Personal protection from Hazmats exposure". Pre-Conference Workshop, EMS Today Conference; Albuquerque, 1992.

Borak J: "Hazmats incident procedures". Pre-Conference Workshop, EMS Today Conference; Albuquerque, 1992.

Pendergrass JA, Forster F, Borak J, Vance L: "What you need to know to talk to an Industrial Hygienist". Postgraduate Seminar, American Occupational Health Conference, American College of Occupational and Environmental Medicine; Washington, 1992.

Klein HM, Borak J: "Resource allocation for environmental health training". Fifth National Environmental Health Conference; Centers for Disease Control; Atlanta, 1992.

Borak J, Falk H, Elliott D, Goldstein BD, Melius J, Cullen MR, Rusch G: "The what, why and how of environmental emergencies: A guide for occupational physicians". American

Occupational Health Conference, American College of Occupational and Environmental Medicine; Washington, 1992.

Borak J: "The emergency planning elements of EPA and OSHA regulations". American Occupational Health Conference, American College of Occupational and Environmental Medicine; Washington, 1992.

Borak J: "Environmental regulations: What the occupational health professional should know. Annual Conference, New England Occupational Medicine Association; Boston, 1992.

Borak J, Polsky SS: "Medical control of hazardous materials incidents". Clinical Forum: Current Concepts, Emerging Trends; American College of Emergency Physicians; Kansas City, 1993.

Borak J: "Hazardous materials injury: Prehospital and hospital care". Clinical Forum: Current Concepts, Emerging Trends; American College of Emergency Physicians; Kansas City, 1993.

Borak J: "Hazardous materials incidents: Hospital based decontamination procedures". Clinical Forum: Current Concepts, Emerging Trends; American College of Emergency Physicians; Kansas City, 1993.

Borak J: "Medical emergencies in the workplace". Harvard School of Public Health Education Resource Center, Boston, 1993.

Borak J: "Toxicology of hazardous materials". Medical Grand Rounds, Department of Emergency Medicine, Rhode Island Hospital, Providence, 1993.

Borak J: "Hazardous materials emergencies". 3rd Annual Occupational Health Nursing Institute, Environmental and Occupational Health Sciences Institute, University of Medicine and Dentistry of New Jersey, 1993.

Olson, KR, Borak J, George E, Lum M, Tominack R: "Clinical Management of Hazardous Materials Emergencies: Mini-Symposium for Poison Center Professionals". International Congress of Clinical Toxicology, New York, 1993.

Borak J: "Basics of HazMat Toxicology". Annual Meeting, International Congress of Clinical Toxicology, New York, 1993.

Borak J: "ED Management of HazMat incidents". Scientific Assembly, Emergency Nurses Association, Seattle, 1993.

Borak J: "Hazmats: Emergency response and patient care". Scientific Assembly, American College of Emergency Physicians, Chicago, 1993.

McLellan RM, Borak J: "Treatment, Prevention and Control of Environmental Exposures". State-of-the-Art Conference, American College of Occupational and Environmental Medicine, Dallas, 1993.

McCunney RJ, Borak J: "Occupational Medicine Self-Assessment Program III". State-of-the-Art Conference, American College of Occupational and Environmental Medicine, Dallas, 1993.

McLellan RK, Borak J: "Sources of Environmental Exposure". State-of-the-Art Conference, American College of Occupational and Environmental Medicine, Dallas, 1993.

Borak J: "Environmental Disaster Issues". State-of-the-Art Conference, American College of Occupational and Environmental Medicine, Dallas, 1993.

Borak J, Mitchell FL, Sublet VH: "Environmental Medicine Case Studies". State-of-the-Art

Conference, American College of Occupational and Environmental Medicine, Dallas, 1993.

Borak J: "Occupational Health Hazards of Hospital Workers". Grand Rounds in Internal Medicine, Thomas Jefferson Medical College, Philadelphia, 1993.

Borak J: "Environmental Disaster Issues". State-of-the-Art Conference, American College of Occupational and Environmental Medicine, Dallas, 1993.

Borak J: "Prepare for Industrial Emergencies and Disasters". American Occupational Health Conference, American College of Occupational and Environmental Medicine, Chicago, 1994.

Borak J: "Monitoring Exposure to Heavy Metals". Medical Surveillance in the Workplace. American Occupational Health Conference, American College of Occupational and Environmental Medicine, Chicago, 1994.

Borak J: "Hazardous Materials Emergencies". Grand Rounds in Emergency Medicine, Hartford Hospital, Hartford, 1994.

Borak J: "Health Effects of Hazardous Materials" . Post Graduate Seminar. State-of-the-Art Conference, American College of Occupational and Environmental Medicine, Denver, 1994.

Borak J, Mitchell FL, Lewis-Younger C, Middleton D, Lum MR: "Cases in Environmental Medicine : The Physician's Perspective". American Occupational Health Conference, American College of Occupational and Environmental Medicine, Chicago, 1994.

Borak J: "Incident Procedures for Hazardous Materials Emergencies" . Post Graduate Seminar. State-of-the-Art Conference, American College of Occupational and Environmental Medicine, Denver, 1994.

Borak J: "Emergency Planning for Governmental Agencies and Contractors". New Environmental Issues & Liabilities of Governmental Agencies & Contractors, Federal Publications, Washington, DC and San Diego, 1995.

Borak J, McCunney RJ, Dunn W, Dhara R: "Emergency Response Planning for Toxic Air Releases". American Occupational Health Conference, American College of Occupational and Environmental Medicine, Las Vegas, 1995.

Levy B, McCunney RJ, Borak J, Orris P: "Occupational Medicine Self-Assessment Program". American Occupational Health Conference, American College of Occupational and Environmental Medicine, Las Vegas, 1995.

Pope A, Kipen HM, Lum M, Borak J, Roberts M: "Integrating Environmental Health into Medical School Curricula". American Occupational Health Conference, American College of Occupational and Environmental Medicine, Las Vegas, 1995.

Borak J: "Controversies in Environmental Medicine: Reformulated Gasoline, Methyl tert-Butyl Ether and Human Health". New England College of Occupational and Environmental Medicine, Boston, 1995.

Borak J: "Toxic Terrorism and Inhaled Poisons". Third Annual Advances in Toxicology, University of Connecticut School of Medicine, Farmington, 1995.

Borak J: "Inhalation Toxicology of Hazardous Materials". Grand Rounds in Emergency Medicine, Rhode Island Hospital, Providence, 1996.

Borak J: "Health Effects of Acute Hazardous Materials Exposure". Post Graduate Seminar. American Occupational Health Conference. American College of Occupational and

BORAK, Jonathan Benjamin                                    Page 18 of 21

Environmental Medicine, San Antonio, 1996.

McCunney RJ, Borak J, Orris P: "Occupational Medicine Self-Assessment Program". Post Graduate Seminar. American Occupational Health Conference. American College of Occupational and Environmental Medicine, San Antonio, 1996.

Kess SL, Hryhorczuk DO, Falk H, Mitchell FL, Hall AH, Borak J: "Career Opportunities in Environmental Medicine". American Occupational Health Conference, San Antonio, 1996.

Borak J: "Les Novelles Normes de Qualité de L'air Aux États-Unis: Bases Épidémiologiques et Bénifices Attendus". Pollution Atmospherique Urbaine et Santé Humaine. Faculté de Médecine Xavier Bichat, Paris, 1997.

Borak J, Goldstein BM, Kavlock R, Lipshultz LI, Wolff MS: "Endocrine Disrupter Chemicals, Environmental Exposures and Human Health". American Occupational Health Conference. American College of Occupational and Environmental Medicine, Orlando, 1997.

Borak J: "Determination of Work-relatedness of Disease - Evidence of Disease: What Is Necessary?" American Occupational Health Conference. American College of Occupational and Environmental Medicine, Orlando, 1997.

Borak J: "Fluoride and Drinking Water: Historical Perspective and Current Toxicology". American Occupational Health Conference. American College of Occupational and Environmental Medicine, Orlando, 1997.

Borak J: "Health Effects of Acute Hazardous Materials Exposure". Post Graduate Seminar. State of the Art Conference. American College of Occupational and Environmental Medicine, Nashville, 1997.

Borak J: "Risk Assessment: Survival Guide for Physicians". State of the Art Conference. American College of Occupational and Environmental Medicine, Phoenix, 1998.

Borak J: "Pollutants in the Quinnipiac River: Effects on Human Health". Point Source Pollution Conference. Yale School of Forestry and Environmental Studies, New Haven, 1999.

Borak J, Upfal M: "Occupational Health Services Course for General Practitioners: Clinical Occupational Health: Train-the-Trainer". (3-day educational program for Slovak physicians, sponsored by Harvard Institute for International Development and US Agency for Industrial Development). Bratislava, Slovakia, 1999.

Borak J: Plausible Conservatism and Maximal Use of Scientific Information: A Risk Assessment Paradigm. Yale University Interdisciplinary Bioethics Conference, New Haven, CT, 2000

Borak J: Toxicology, Risk Assessment, and the "New, New" Science. Annual Meeting, Kentucky Medical Association, Louisville, KY, 2000.

Bunn, W, Borak J, Cohen JT, Mauderly J, Modarres M: Health Effects of Diesel and Other Combustion Technologies. Society of Automotive Engineers, International Truck & Bus Meeting. Chicago, 2001

Chemerynski S, Borak J: Diesel Exhaust: A Risk Assessment Conundrum. Yale University Interdisciplinary Risk Assessment Forum, New Haven, CT, 2000

Borak J, Brandt-Rauf, P, Cooper W, Diaz J, McLellan R, Pendergast J: Environmental Medicine Series: Water, Water Everywhere – But is it Safe to Drink? Millennium Series, American Occupational Health Conference, Chicago, 2002.

Sirianni G, Cohen H, Borak J, Chemerynski S, Wheeler R, Gunter B, Jongeneelen F: Assessment of Creosote Exposure among Wood Preservation Workers: A Pilot Study. American Industrial Hygiene Conference and Exposition, San Diego, 2002.

Chemerynski S, Borak J, Sirianni G, Cohen H: Pseudo Hormesis: An Explanation in Search of a Manifestation. Non-Linear Dose-Response Relationships in Biology, Toxicology and Medicine, International Conference, Amherst, MA, 2002.

Chemerynski S, Borak J, Sirianni G, Cohen H: Uncertainties Surrounding the Risk Assessment of Diesel Particulate Matter. Annual Meeting, American Public Health Association, Philadelphia, 2002.

Sirianni G, Chemerynski S, Cohen H, Borak J, Jongeneelen F: Assessment of Creosote Exposure in Wood Preservation Workers at Two Locations. American Public Health Association, Philadelphia, 2002.

Borak J: The Toxicology of Chemical Warfare Agents. Yale University Interdisciplinary Risk Assessment Forum, New Haven, CT, 2000.

Borak J, Warnock DW, Woodward S, Hardin B, Redd SC, McLellan RM: Overview of the Issues of Indoor Mold. American Occupational Health Conference, American College of Occupational and Environmental Medicine, Atlanta, 2003.

Borak J, Dalton P, Kipen HM, Morata TC, Rabinowitz PM: Adverse Effects of Toxic Exposures on Sensory Perception. American Occupational Health Conference, American College of Occupational and Environmental Medicine, Atlanta, 2003.

Borak J: Evidence, Risk Assessment and Causality: State of the Art Conference. American College of Occupational and Environmental Medicine, Toronto, 2003.

Borak J, Brandt-Rauf P, Maier L, Talaska G: Molecular Epidemiology: Studying the Interactions of Exposures, Genetics and Health. American Occupational Health Conference, American College of Occupational and Environmental Medicine, Kansas City, 2004.

Borak J: Implications of Hormesis for Risk Assessment. 3rd International Conference on Non-linear Dose-response Relationships in Biology, Toxicology and Medicine, University of Massachusetts, Amherst, 2004.

Borak J: What is a 'Susceptible Sub-Population'? Yale University Interdisciplinary Risk Assessment Forum, New Haven, CT, 2004.

Borak J: Uncertainty, Variability and Susceptible Sub-Populations. Occupational Medicine Colloquium, University of Connecticut Health Center, Farmington, 2005.

Borak J: An Introduction to Risk Assessment as an Issue of Ethics. Summer Ethics Program, Yale Center for Bioethics, Institute for Social and Policy Studies, New Haven, 2005.

Borak J: Scientific Risk Assessment and the Future of Occupational and Environmental Medicine. George H. Gehrman Memorial Lecture. State of the Art Conference. American College of Occupational and Environmental Medicine, Chicago, 2005

Hosgood D, Borak J, Slade M: Silica and Lung Cancer: a Monte Carlo Analysis. Annual Meeting, American Public Health Association, Philadelphia, 2005.

Borak J, Sirianni G: Methodological Limitations in Studies Evaluating Diesel Emissions inside School Bus Cabins. Annual Conference, Air & Waste Management Association, New Orleans,

2006.

Borak J: "Risk Assessment: A Practical Introduction for Physicians". (Half-day continuing education program).

> Post Graduate Seminar.  State of the Art Conference. American College of Occupational and Environmental Medicine, San Antonio, 1999.

> Post Graduate Seminar.  State of the Art Conference. American College of Occupational and Environmental Medicine, Nashville, 2000.

Borak J, Becker C, Ducatman AM, Kipen HM, McKinnon HW, McLellan RM, Mitchell FL, Russi M: "Core Curriculum in Environmental Medicine".  (Continuing Education Program, accredited for 14 CME credits by American College of Occupational and Environmental Medicine and included as a component of the "Essentials of Occupational and Environmental Medicine").

> State-of-the-Art Conference, American College of Occupational and Environmental Medicine, Dallas, 1993

> American Occupational Health Conference, American College of Occupational and Environmental Medicine, Chicago, 1994

> American Occupational Health Conference, American College of Occupational and Environmental Medicine, Las Vegas, 1995

> American Occupational Health Conference, American College of Occupational and Environmental Medicine, San Antonio, 1996

> American Occupational Health Conference, American College of Occupational and Environmental Medicine, Orlando, 1997

> American Occupational Health Conference, American College of Occupational and Environmental Medicine, Boston, 1998

Borak J:  "Hazardous Materials Training for Hospital Emergency Personnel"  (16-Hour Continuing Education Program).

> Occupational Safety & Health Spring Academy, Concord, NH. (Sponsored by Harvard School of Public Health), 1992.

> Exeter, NH (Sponsored by Exeter Hospital), 1992.

> Bentley College, Waltham, MA. (Sponsored by Harvard School of Public Health), 1992

> Pittsburgh, PA (Sponsored by Allegheny County Health Department), 1994.

> Bombay, India (Sponsored by US Agency for Industrial Development, World Environment Center and the National Safety Council of India), 1996

> Vadadora, India (Sponsored by US Agency for Industrial Development and World Environment Center and the National Safety Council of India), 1996

> Cochin, India (Sponsored by US Agency for Industrial Development, World Environment Center and the National Safety Council of India), 1996

Borak J:  "An Introduction to Industrial Hazards for Physicians".  (Continuing Education

BORAK, Jonathan Benjamin                          Page 21 of 21

Program,
accredited for 7 Category CME credits by American College of Emergency Physicians, 1988-
92).

     Wallingford, CT (Sponsored by Connecticut ACEP), 1988.

     Bristol, PA (Sponsored by Rohm and Haas Company), 1988.

     Pasadena Medical Center, Pasadena, TX (Sponsored by ARCO Chemical) 1988.

     Newtown Square, PA (Sponsored by ARCO Chemical Company), 1989.

     Hospital of St. Raphael, New Haven (Sponsored by Connecticut ACEP), 1989.

     Rhode Island Hospital, Providence (Sponsored by Rhode Island ACEP), 1990.

     Pre-Conference Seminar, Disaster '91: The International Disaster Management
Conference; Orlando, 1991.

     Seattle (Sponsored by Washington ACEP), 1991

     Concord, MA (Sponsored by Emerson Hospital), 1991.

     Concord, NH (Sponsored by Harvard School of Public Health), 1992.

     Boston, MA, (Sponsored by Conference of Boston Teaching Hospitals), 1992

     Pittsburgh, PA (Sponsored by Allegheny County Health Department), 1994.

     Map Ta Phut, Thailand (Sponsored by US Agency for Industrial Development and World
Environment Center), 1995

     Bangpoo, Thailand (Sponsored by US Agency for Industrial Development and World
Environment Center), 1995

     Serang, Indonesia (Sponsored by US Agency for Industrial Development and World
Environment Center), 1995

     Boston, MA (Sponsored by Metropolitan Boston EMS Council), 1996.

                                                   (7/06)