Exhibit E to Defendant Brush Wellman Inc.'s Disclosure of Expert Witnesses

(Document size exceeds electronic filing allowable limit and is being filed manually)