Page 222

1   A. I believe it is -- it looks like the resume
2   that I had back then, in '82.
3   Q. Okay. Is it your best memory that that was
4   prepared in or around 1982?
5   A. It wouldn't have been prepared in '82, no,
6   because it mentions '82 to present, so it had to be
7   after the fact.
8   Q. You were working at Raytheon when you
9   prepared that resume?
10  A. I believe -- I may well have. This --
11  there's no real date on it. It may have been when
12  I was trying to transfer to Raytheon in
13  Northborough.
14  Q. Okay. Just -- it's not a trick question.
15  If you look at the work history on there, Raytheon
16  is listed, isn't it?
17  A. Yes, Raytheon Microwave and Power Tube.
18  Q. So that means you were working at Raytheon
19  when you prepared that resume?
20  A. Correct.
21  Q. And you think you might have done it in
22  order to get an internal transfer?
23  A. Transfer to Microwave Northborough, in
24  order to try to attempt to get closer to home.

Page 223

1   Q. Okay. In looking at that resume, is that
2   an accurate representation of your work history?
3   A. Yeah. Some of them I didn't recall until
4   seeing the names.
5   Q. Now that you're looking at it, you recall
6   working at all the places listed on your resume?
7   A. Yes.
8   Q. Are there any places that you worked for
9   more than a year that aren't on your resume?
10  A. No.
11  Q. Okay. Any of the -- at any of the jobs
12  listed on your resume, did they have MSDS sheets
13  available for you?
14  A. Not that I'm aware of.
15  Q. Do you know what an MSDS sheet is now?
16  A. Now, I do.
17  Q. Okay. At any of the jobs listed on your
18  resume, did you have any health or safety training?
19  A. Um, Hollingsworth Soderless Terminals,
20  mainly to keep your fingers out of the pieces that
21  went around. Um, other than that, Electronic
22  Molding was just keep your hands out of the places
23  that put the screws together.
24  Q. Was that on-the-job type training, or was

Page 224

1   that a formal training program?
2   A. Pretty much on-the-job. There wasn't any
3   job that I wasn't -- that I ever went to that
4   actually sat you down, except to teach you how to
5   solder.
6   Q. Mm-hmm.
7   A. Other than that, no, they just walked you
8   through it.
9   Q. Did you work with any hazardous materials
10  on any of the jobs before you came to Raytheon?
11  A. Not to the best of my knowledge, no.
12  Q. Did you ever tell any of your doctors that
13  you worked with asbestos at any time?
14  A. No.
15  Q. Do you know whether you've ever worked with
16  asbestos?
17  A. To the best of my knowledge, no.
18  Q. Okay. I'm going to ask you about the
19  assembly drawings. How many different drawings did
20  you use in the course of the time that you were
21  working at Raytheon?
22  A. Two drawings that I worked off of
23  continuously.
24  Q. Okay, and that's when you're working on the

Page 225

1   bench assembling?
2   A. Correct.
3   Q. And were those drawings modified over the
4   years that you were working there, or did they stay
5   the same?
6   A. The drawings themselves remained the same.
7   The flow sheets changed slightly.
8   Q. What's a flow sheet?
9   A. It's just a procedure like whether to mask
10  at point -- you know, the tenth thing to do is mask
11  and the 11th thing to do is sandblast, or -- but --
12  Q. Was that all posted right in your workbench
13  area?
14  A. No, you got like pieces of paper like this
15  that came with your -- your print stayed with you
16  at your bench, because those were the two I did,
17  and you just would flip through it verifying and
18  checking each step.
19  Q. Would you do it every time you assembled
20  any of those subparts?
21  A. After you do five, it's like doing dishes.
22  You do the same thing.
23  Q. Okay. Were the plans themselves about the
24  size of a piece of paper, eight by 11?

57 (Pages 222 to 225)

EXHIBIT A

Page 258

1   Q. Can you recall any other projects?
2   A. I'd be given small pieces and asked to
3   weld, take this little piece and weld it on to that
4   one, just spot weld it, you know. So you would go
5   and you might weld 25 of them, and you didn't have
6   anything to work with; you just welded them. It
7   could have been used for somebody else to continue
8   it on.
9   Q. Was that beryllium?
10  A. I don't know. I didn't get anything except
11  told exactly -- one person would show you how to do
12  it, and then you would repeat the process for as
13  many as there were.
14  Q. With the tall man and with the ARCO, was
15  your process the same of putting it together where
16  you would put -- do the brazing, put them in the
17  metal, and all the -- and put in the flanges? Were
18  they the same design except for different shapes?
19  A. I'm going --
20  Q. If you can describe?
21  A. If I can correct you on it --
22  Q. Yeah.
23  A. I believe it to be similar. You had
24  various materials being put together. You aligned

Page 259

1   them. Some pieces -- like the bosses had to be
2   welded on first. You know, you would clean that
3   and then you would put the Eutectic or whatever
4   brazing compound they needed. You would load it
5   into a stainless steel grained fixture. This
6   fixture would go on to brazing. A day or two
7   later, you would get the fixture back. And another
8   person would check for leaks or holes in the
9   soldering or the brazing. And when it passed that
10  person, you would get it back and it would need to
11  be cleaned up, brushed, looked for defects on it
12  and then it went on.
13  Q. And that was true with regard to both ARCO
14  and tall man?
15  A. Right, just different fixtures, different
16  sizes.
17  Q. In a week, what would be the average number
18  of units you would make? Or work on; excuse me.
19  A. Every week was so different. It really
20  varied depending on how difficult it was. If you
21  had pieces that you really had to work and file to
22  fit to get them in that specification, you would
23  spend more time with it.
24  Q. But would it be, say, one one week and ten

Page 260

1   another week --
2   A. Oh, no.
3   Q. -- sometimes or would it be --
4   A. You would -- I'm going to say you could
5   easily probably average ten ARCO's to completion
6   every week, and by the end of the week, you would
7   do a massive final sandblasting for shipping.
8   Q. Okay. How many years of that time period
9   did you work on the ARCO project, do you think?
10  A. From beginning until I left to QC.
11  Q. Okay. And how many years did you work on
12  the tall man?
13  A. Oh, that didn't come into play until maybe
14  after a year or so after I was in the lab, when
15  they were sure I wasn't going to screw up on it.
16  Q. So was tall man more complex?
17  A. Yes.
18  Q. And how many, an average, would you guess
19  that you made of those a week when you worked on
20  them?
21  A. My best, probably four or five.
22  Q. What would you say your average was?
23  A. Three.
24  Q. Did either of these projects incorporate

Page 261

1   tubing -- you know, circular tubes -- in any way?
2   A. No.
3   Q. Only one more.
4   A. Mm-hmm.
5   Q. As you sit here and you think about all the
6   dust, the dust I've heard in the -- in the bench
7   area and sandblasting and at home, was it similar
8   dust? Would you recall it as being the same kind
9   of dust?
10  A. Somewhat similar. I mean, what I had at
11  home would be in my smock pockets. Back then, we
12  wore pants with cuffs; in your cuffs of your pants,
13  you know, and it definitely was the stuff that I
14  was sandblasting with or sandblasting.
15  Q. So it was the same color in all three
16  places?
17  A. Oh, yeah.
18  Q. And it was white?
19  A. Right. White.
20  Q. Okay. No more questions. Thank you.
21      REDIRECT EXAMINATION
22  Q. (BY MR. UBERSAX) I just have a couple,
23  then we'll get out of here. Did either the tall
24  man or the ARCO include helical rods?

66 (Pages 258 to 261)

Page 254

1  a civil lawsuit in Rhode Island?
2      A. No, I don't.
3      Q. Do you know what court had jurisdiction
4  over that part of Rhode Island?
5      A. No, I don't.
6      Q. Okay. Any other claims or lawsuits other
7  than what we've mentioned so far?
8      A. Not to my knowledge.
9      Q. Was the Workers Compensation claim that you
10 recently resolved the only Workers Compensation
11 claim you've ever filed?
12     A. Yes.
13     Q. And the disability claim for long term
14 disability, is that the only long term disability
15 claim you ever filed?
16     A. I believe so, yes.
17     Q. And in terms of SSDI benefits, you've only
18 applied for those one time; is that right?
19     A. Yes.
20     Q. Do you remember who recommended that you
21 treat with Dr. Walters?
22     A. I believe it -- to the best of my
23 knowledge, it was Dr. Yearwood.
24         MR. AHERN: That's all I have. Thanks.

Page 255

1          MR. HONIK: Any more from anyone else?
2          MS. LINDEMANN: Yeah, I'm going to ask
3  some questions. Do you want me to wait?
4          MR. HONIK: Go right ahead.
5          CROSS-EXAMINATION
6      Q. (BY MS. LINDEMANN) Hi, Mrs. Genereux. I'm
7  Frances Lindemann, and I'm the lawyer for Hardric
8  Industries. And I'm sorry to be last and having to
9  ask you questions, but I'm really interested in the
10 period of time from 1982 to 1990 and your work at
11 Raytheon.
12     A. Mm-hmm.
13     Q. So if we can go back there a little bit. I
14 understood you saying that you only worked with
15 basically two assembly drawings, the ARCO and the
16 tall man?
17     A. Right.
18     Q. Does that mean that you were on two
19 projects during that eight years?
20     A. Those were the two main things that I had
21 to do.
22     Q. And so basically, it was sort of an
23 assembly line process where you had a particular
24 part or component that you would put together, and

Page 256

1  then you'd hand it on to someone else?
2      A. Right. Then it would go off somewhere
3  else.
4      Q. Okay. And I've read a description in -- I
5  think it was probably in Colorado -- of you working
6  with windows?
7      A. That's what they called beryllium. The
8  ceramic was called the window, you know.
9      Q. Okay. And was that ARCO or tall man?
10     A. They were both called windows.
11     Q. Okay. So they were both windows?
12     A. Yeah, that's just the name that they used
13 to call them.
14     Q. Okay. Were there different windows in the
15 ARCO and in the tall man? I mean, the windows was
16 the piece, the beryllium oxide piece?
17     A. Right.
18     Q. Okay. And what size were they, roughly,
19 the ones that you worked with?
20     A. ARCO was a diameter rather large and thick,
21 where the tall man was a rectangle, and it was
22 thick, but it was rectangle and -- you know, off
23 the top of my head, to remember exactly how big, I
24 would say like this and probably this wide.

Page 257

1      Q. Okay. And when you say thick, can you show
2  me with your fingers?
3      A. Well, ARCO was your thicker, so I'm going
4  to estimate it to be approximately like this.
5      Q. Okay.
6      A. And the other one was a little thicker,
7  because you know, it -- you had like different
8  steps, you know?
9      Q. Now, the only time that you actually
10 created dust with those beryllium oxide pieces, was
11 that when you were sandblasting?
12     A. Right.
13     Q. And the description that you made of
14 working on a window and putting it in copper or
15 some other metal and brazing it --
16     A. Right.
17     Q. -- was that both tall man and ARCO?
18     A. Right.
19     Q. Do you know what they were used for
20 ultimately?
21     A. No.
22     Q. You said that those two projects were what
23 you worked on primarily?
24     A. Right.

Page 242

1  Q. Okay.
2  A. I mean, could I pinpoint where it is right
3  now? No.
4  Q. Okay. Now, getting back again to your work
5  at Raytheon, where would the parts come from?
6  Where would you get them?
7  A. Clarify for me. The parts in the lab?
8  Q. When you were working at -- at the
9  workbench --
10 A. Yes.
11 Q. -- how would you get your parts?
12 A. Some days they'd be kitted.
13 Q. When you say kitted, what do you mean?
14 A. Hypothetically, they want five units. In
15 that five units, there is -- several boxes come to
16 you. One has five ceramic windows, another will
17 have five top flange, five bottom flange, so many
18 bosses, whatever is needed to make the assembly.
19 Q. Do you know who put together the kits?
20 A. No, I don't.
21 Q. Was it someone at Raytheon?
22 A. I'm assuming it may have been. I mean, we
23 just would get them there and you would be told
24 that's what you do for today.

Page 243

1  Q. Okay. When you got the kits, were they
2  sealed up?
3  A. No, they're just like clear black -- clear
4  boxes.
5  Q. Okay. Little boxes with pieces of the
6  components in them?
7  A. Yeah.
8  Q. Okay. When you didn't get what you called
9  kits, how did you get the parts?
10 A. They had a cabinet and you would go to the
11 cabinet and if it -- they would have parts there
12 and you would see if you make up your own kit for
13 what you needed.
14 Q. How were the ceramic parts stored? Were
15 they in individual envelopes?
16 A. No.
17 Q. How were they stored?
18 A. Clear plastic boxes.
19 Q. Okay. So they were just all piled in a
20 clear plastic box?
21 A. No. They were heavy, so you would only
22 have like five to a box.
23 Q. Did you ever see anyone stocking the boxes?
24 A. No.

Page 244

1  Q. Do you know who was responsible for doing
2  that?
3  A. No.
4  Q. How many shifts did they run when you were
5  at Raytheon?
6  A. Three.
7  Q. Which shift did you work?
8  A. First.
9  Q. So that started at what time and ended at
10 what time?
11 A. 7:00 to 3:30.
12 Q. Okay. And then there were two more shifts
13 after you?
14 A. Not necessarily in the lab; in the plant.
15 Q. Okay. Okay. I'm sorry.
16 A. Okay.
17 Q. Just talking about the BWO lab.
18 A. Okay.
19 Q. How many shifts did they run in the BWO lab
20 when you were working there?
21 A. I believe we only had the one shift that
22 did assembly.
23 Q. Just the first shift?
24 A. Right. A lot of them work hours extra.

Page 245

1  Q. Did you ever run out of material for your
2  assembly?
3  A. When I was done with whatever -- how many
4  he wanted me to do.
5  Q. Okay. Did you ever run out of material
6  when you went to the storage box and there wasn't
7  enough things in there for you?
8  A. Yeah.
9  Q. So what would you do then?
10 A. Tell the supervisor that there wasn't
11 enough parts.
12 Q. I'm sorry. Who was your supervisor?
13 A. I don't recall the name other than Al, but
14 you know, you'd go to their desk and simply say I
15 can't complete it. There's not enough top flange,
16 bottom flange, whatever. And he would just move
17 you to another thing to do and he'd order the
18 parts.
19 Q. Okay. And would the parts arrive the same
20 shift that you were working?
21 A. Sometime.
22 Q. Was Al ever sick and you had to go to
23 anyone else to get parts?
24 A. No.

62 (Pages 242 to 245)

Page 258

1  Q. Can you recall any other projects?
2  A. I'd be given small pieces and asked to
3  weld, take this little piece and weld it on to that
4  one, just spot weld it, you know. So you would go
5  and you might weld 25 of them, and you didn't have
6  anything to work with; you just welded them. It
7  could have been used for somebody else to continue
8  it on.
9  Q. Was that beryllium?
10  A. I don't know. I didn't get anything except
11  told exactly -- one person would show you how to do
12  it, and then you would repeat the process for as
13  many as there were.
14  Q. With the tall man and with the ARCO, was
15  your process the same of putting it together where
16  you would put -- do the brazing, put them in the
17  metal, and all the -- and put in the flanges? Were
18  they the same design except for different shapes?
19  A. I'm going --
20  Q. If you can describe?
21  A. If I can correct you on it --
22  Q. Yeah.
23  A. I believe it to be similar. You had
24  various materials being put together. You aligned

Page 259

1  them. Some pieces -- like the bosses had to be
2  welded on first. You know, you would clean that
3  and then you would put the Eutectic or whatever
4  brazing compound they needed. You would load it
5  into a stainless steel grained fixture. This
6  fixture would go on to brazing. A day or two
7  later, you would get the fixture back. And another
8  person would check for leaks or holes in the
9  soldering or the brazing. And when it passed that
10  person, you would get it back and it would need to
11  be cleaned up, brushed, looked for defects on it
12  and then it went on.
13  Q. And that was true with regard to both ARCO
14  and tall man?
15  A. Right, just different fixtures, different
16  sizes.
17  Q. In a week, what would be the average number
18  of units you would make? Or work on; excuse me.
19  A. Every week was so different. It really
20  varied depending on how difficult it was. If you
21  had pieces that you really had to work and file to
22  fit to get them in that specification, you would
23  spend more time with it.
24  Q. But would it be, say, one one week and ten

Page 260

1  another week --
2  A. Oh, no.
3  Q. -- sometimes or would it be --
4  A. You would -- I'm going to say you could
5  easily probably average ten ARCO's to completion
6  every week, and by the end of the week, you would
7  do a massive final sandblasting for shipping.
8  Q. Okay. How many years of that time period
9  did you work on the ARCO project, do you think?
10  A. From beginning until I left to QC.
11  Q. Okay. And how many years did you work on
12  the tall man?
13  A. Oh, that didn't come into play until maybe
14  after a year or so after I was in the lab, when
15  they were sure I wasn't going to screw up on it.
16  Q. So was tall man more complex?
17  A. Yes.
18  Q. And how many, an average, would you guess
19  that you made of those a week when you worked on
20  them?
21  A. My best, probably four or five.
22  Q. What would you say your average was?
23  A. Three.
24  Q. Did either of these projects incorporate

Page 261

1  tubing -- you know, circular tubes -- in any way?
2  A. No.
3  Q. Only one more.
4  A. Mm-hmm.
5  Q. As you sit here and you think about all the
6  dust, the dust I've heard in the -- in the bench
7  area and sandblasting and at home, was it similar
8  dust? Would you recall it as being the same kind
9  of dust?
10  A. Somewhat similar. I mean, what I had at
11  home would be in my smock pockets. Back then, we
12  wore pants with cuffs; in your cuffs of your pants,
13  you know, and it definitely was the stuff that I
14  was sandblasting with or sandblasting.
15  Q. So it was the same color in all three
16  places?
17  A. Oh, yeah.
18  Q. And it was white?
19  A. Right. White.
20  Q. Okay. No more questions. Thank you.
21  REDIRECT EXAMINATION
22  Q. (BY MR. UBERSAX) I just have a couple,
23  then we'll get out of here. Did either the tall
24  man or the ARCO include helical rods?