# BRUSHWELLMAN
ENGINEERED MATERIALS

**INVOICE-FIELD SALES**

BRUSH WELLMAN INC./17876 ST.CLAIR AVE./CLEVELAND, OH 44110/PHONE 216/486-4200

| CUSTOMER'S ORDER NO. | ORDER DATE | CUSTOMER NO. | TERR | INVOICE NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | INVOICE DATE |
|---|---|---|---|---|---|---|
| 3169PN59770 | 01/08/85 | 755020 | 88 | EM8356-001 | | 03/11/85 |

| BILL TO | SHIP TO |
|---|---|
| RAYTHEON COMPANY<br>MICROWAVE & POWER TUBE OPER.<br>FOUNDRY AVENUE, BLDG 41<br>WALTHAM           MA 02254 | HARDRIC LABORATORIES<br>1490 MAIN ST<br>WALTHAM           MA 02154 |

| FREIGHT TERMS | PPD | COLL | PPD & CHG | WAYBILL NO. | PART | COMP |
|---|---|---|---|---|---|---|
| FOB: ELMORE, OH | | | X | EM8356 | | X |

| TERMS | DATE SHIPPED | NO. CONTAINERS | GROSS WGT. | SHIPPED VIA | |
|---|---|---|---|---|---|
| NET 30 DAYS | 03/08/85 | 1 CARTON | 14 LBS. | UPS $4.60 | 755020 |

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | QUANTITY BACK ORDERED | QUANTITY SHIPPED | AMOUNT |
|---|---|---|---|---|---|---|---|
| | 0175223-541<br>BERYLLIUM TUBE PER BRUSH<br>SPEC. S-200E, TYPE I<br><br>MP07609<br>02.8000 +0.03000 -0.00000"<br>OD<br>02.3750 +0.00000 -0.03000"<br>ID<br>X 1.625 (+.125,-0<br><br>TOTAL QUANTITY = 81.25 INCHES<br>UNIT PRICE ACKNOWLEDGED IS THE<br>PRICE PER INCH CONVERTED TO<br>MULTIPLE LENGTH PRICE.<br><br><br><br>X-RAYS AND CERTIFICATION OF<br>ANALYSIS REQUIRED WITH SHIPMENT.<br><br>NOTIFY SALES TWO DAYS BEFORE<br>SHIPMENT, SO WE CAN NOTIFY CUSTOMER | 50.0<br>13.8 | ML<br>LB | 299.03 | .0<br>.0 | 50.0<br>10.5 | 14,951.50 |
| | UPS CHARGES | | | | | | 4.60 |
| | INVOICE TOTAL | | | | | | $14,956.10 |

**DEPOSITION EXHIBIT**
CHARTIER (19)
MRW 5/2/06

BD 365467

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

PLEASE REMIT TO:  BRUSH WELLMAN INC.
P. O. BOX 5168
CLEVELAND, OH 44190

EXHIBIT B
Blumberg No. 5118

GEN-799

# BRUSH WELLMAN
ENGINEERED MATERIALS

ACKNOWLEDGMENT-FIELD SALES

BRUSH WELLMAN INC./ELMORE, OH 43416/PHONE 419/862-2745

| CUSTOMER'S ORDER NO. | ORDER DATE | DATE ENTERED | OUR ORDER NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | CHANGE NBR |
|---|---|---|---|---|---|
| 5308 | 10/10/83 | 10/10/83 | EMA229 | | 01 |

| | | | CUSTOMER NO. | TERR | TERMS | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 427000 | 88 | C.O.D. | | | |

| FREIGHT TERMS | PPD. | COL. | PPD. & CHG. |
|---|---|---|---|
| FOB: ELMORE, OH | | X | |

REQUESTED ROUTE: UPS

ACK TO:
HARDRIC LABORATORIES, INC.
1490 MAIN STREET
WALTHAM           MA 02154

BILL TO:
HARDRIC LABORATORIES, INC.
1490 MAIN STREET
WALTHAM           MA 02154

SHIP TO:
HARDRIC LABORATORIES, INC.
1490 MAIN STREET
WALTHAM           MA 02154

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | REQUESTED DATE WEEK OF | PROMISE DATE WEEK OF |
|---|---|---|---|---|---|---|
| | 12/6/83 - CHANGED TO C.O.D. - CERTIFIED CHECK | | | | | |
| 01 | 75223-550 BERYLLIUM TUBE PER BRUSH SPEC. S-200E, TYPE I MF07514 02.7610" OD X 02.4010" ID X 1.450" MULTS | 13.0 APPROX 1.8 | ML LB | 279.14 | 12/02/83   13.0 | 12/02/83   13.0 |
| | TOTAL QUANTITY = 18.85" UNIT PRICE ACKNOWLEDGED IS THE PRICE PER INCH CONVERTED TO MULTIPLE LENGTH PRICE. | | | | | |
| | X-RAYS AND CERTIFICATION OF ANALYSIS REQUIRED WITH SHIPMENT. | | | | | |
| | NOTE: CERTIFIED BANK CHECK REQUIRED FOR PAYMENT. | | | | | |

SPECIAL INSTRUCTIONS:
P/L  83-1281
SHIP - C.O.D. - CERTIFIED CHECK

BD 365477

GEN-809

# BRUSHWELLMAN
ENGINEERED MATERIALS

ACKNOWLEDGMENT-FIELD SALES

BRUSH WELLMAN INC./ELMORE, OH 43416/PHONE 419/862-2745

| CUSTOMER'S ORDER NO. | ORDER DATE | DATE ENTERED | OUR ORDER NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES |
|---|---|---|---|---|
| 3169PM48833 | 03/07/84 | 03/07/84 | EMA561 | |

| | CUSTOMER NO. | TERR | TERMS | | | |
|---|---|---|---|---|---|---|
| | 755020 | 88 | NET 30 DAYS | | | |
| | FREIGHT TERMS | | | PPD. | COL. | PPD. & CHG. |
| | FOB: ELMORE, OH | | | | | X |
| | REQUESTED ROUTE | | | | | |
| | FEDERAL EXPRESS - PRIORITY I | | | | | |

ACK TO:
RAYTHEON COMPANY
MICROWAVE & POWER TUBE OPER.
FOUNDRY AVENUE, BLDG 41
WALTHAM           MA 02254

BILL TO:
RAYTHEON COMPANY
MICROWAVE & POWER TUBE OPER.
FOUNDRY AVENUE, BLDG 41
WALTHAM           MA 02254

SHIP TO:
HARDRIC LABORATORIES, INC.
1490 MAIN STREET
WALTHAM           MA 02154

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | REQUESTED DATE WEEK OF | PROMISE DATE WEEK OF |
|---|---|---|---|---|---|---|
| 01 | 75223-550 BERYLLIUM TUBE PER BRUSH SPEC. S-200E, TYPE I MP07514 2.7610" OD X 2.4010" ID X 1.450" MULTS TOTAL QUANTITY = 18.85 INCHES UNIT PRICE ACKNOWLEDGED IS THE PRICE PER INCH CONVERTED TO MULTIPLE LENGTH PRICE. X-RAYS AND CERTIFICATION OF ANALYSIS REQUIRED WITH SHIPMENT. NOTE: DO NOT PRODUCE. MATERIAL WAS PRODUCED ON S.O. EMA-229 WHICH WAS CANCELLED (HARDRIC | 13.0 APPROX 1.8 | ML LB | 279.14 | 03/05/84    13.0 | 03/05/84    13.0 |

SPECIAL INSTRUCTIONS
P/L 83-1281

BD 365476

**GEN-808**

# BRUSHWELLMAN
ENGINEERED MATERIALS

INVOICE-FIELD SALES

BRUSH WELLMAN INC./17876 ST.CLAIR AVE./CLEVELAND, OH 44110/PHONE 216/486-????

| CUSTOMER'S ORDER NO. | ORDER DATE | CUSTOMER NO. | TERR | INVOICE NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | INVOICE DATE |
|---|---|---|---|---|---|---|
| 3165042833 | 03/07/84 | 755325 | 22 | FMA561-001 | | 3/12/84 |

| BILL TO | SHIP TO |
|---|---|
| RAYTHEON COMPANY<br>MICROWAVE & POWER TUBE OPER.<br>FOUNDRY AVENUE, BLDG 41<br>WALTHAM                MA 02254 | HARDRIC LABORATORIES, INC.<br>1405 MAIN STREET<br>WALTHAM              MA 02154 |

| FREIGHT TERMS | PPD | COLL | PPD & CHG | WAYBILL NO. | | PART | COMP |
|---|---|---|---|---|---|---|---|
| FOB: ELMORE, OH | | | X | 027129597 | | | Y |

| TERMS | DATE SHIPPED | NO. CONTAINERS | GROSS WGT. | SHIPPED VIA | |
|---|---|---|---|---|---|
| NET 30 DAYS | 03/09/84 | 1 CARTON | 4 LBS. | FEDERAL EXPRESS P-1 | 755?? |

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | QUANTITY BACK ORDERED | QUANTITY SHIPPED | AMOUNT |
|---|---|---|---|---|---|---|---|
| 0175227-550 | BERYLLIUM TUBE PER BRUSH SPEC. S-200F, TYPE I<br><br>HP 7514<br>2.761" OD X<br>2.451" ID<br>X 1.45" UNITS<br><br>TOTAL QUANTITY = 18.85 INCHES<br>UNIT PRICE ACKNOWLEDGED IS THE PRICE PER INCH CONVERTED TO MULTIPLE LENGTH PRICE.<br><br>X-RAYS AND CERTIFICATION OF ANALYSIS REQUIRED WITH SHIPMENT.<br><br><br>NOTE: DO NOT REPRODUCE. MATERIAL WAS PRODUCED ON S.O. FMA-229 WHICH WAS CANCELLED (HARDRIC | 12.0<br>1.8 | MI<br>LB | 279.14 | .0<br>.0 | 12.0<br>1.8 | 3,012.80 |
| | INVOICE TOTAL | | | | | | 3,012.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

PLEASE REMIT TO: BRUSH WELLMAN INC.
P. O. BOX 5168
CLEVELAND, OH 44101

BD 365475

GEN-807

# BRUSH WELLMAN
## ENGINEERED MATERIALS

INVOICE-FIELD SALES

BRUSH WELLMAN INC./17876 ST.CLAIR AVE./CLEVELAND, OH 44110/PHONE 216/486-4200

| CUSTOMER'S ORDER NO. | ORDER DATE | CUSTOMER NO. | TERR | INVOICE NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | INVOICE DATE |
|---|---|---|---|---|---|---|
| 31K9DM4882? | 03/07/84 | 755020 | BB | FMA561-001 | | 03/12/84 |

BILL TO:
RAYTHEON COMPANY
MICROWAVE & POWER TUBE OPER.
FOUNDRY AVENUE, BLDG 41
WALTHAM                MA 02254

SHIP TO:
HARDRIC LABORATORIES, INC.
1490 MAIN STREET
WALTHAM                MA 02154

| FREIGHT TERMS | PPD | COLL | PPD & CHG | WAYBILL NO. | PART | COMP |
|---|---|---|---|---|---|---|
| FOB: ELMORE, OH | | | X | 227129593 | | X |

| TERMS | DATE SHIPPED | NO. CONTAINERS | GROSS WGT. | SHIPPED VIA | |
|---|---|---|---|---|---|
| NET 30 DAYS | 03/09/84 | 1 CARTON | 4 LBS. | FEDERAL EXPRESS P-1 | 75502 |

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | QUANTITY BACK ORDERED | QUANTITY SHIPPED | AMOUNT |
|---|---|---|---|---|---|---|---|
| 0175223-550 | BERYLLIUM TUBE PER BRUSH SPEC. S-200E, TYPE I | 13.0 / 1.8 | ML / LB | 279.14 | .0 / .0 | 13.0 / 2.5 | 3,628.82 |
| | MPO7514 2.7610" OD X 2.4010" ID X 1.453" MULTS | | | | | | |
| | TOTAL QUANTITY = 18.85 INCHES UNIT PRICE ACKNOWLEDGED IS THE PRICE PER INCH CONVERTED TO MULTIPLE LENGTH PRICE. | | | | | | |
| | X-RAYS AND CERTIFICATION OF ANALYSIS REQUIRED WITH SHIPMENT. | | | | | | |
| | | | | INVOICE TOTAL | | | $3,628.82 |
| | NOTE: DO NOT PRODUCE. MATERIAL WAS PRODUCED ON S.O. FMA-229 WHICH WAS CANCELLED (HARDRIC | | | | | | |

BD 365474

PLEASE REMIT TO:
BRUSH WELLMAN INC.
P. O. BOX 5168
CLEVELAND, OH 44190

I HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH [illegible] REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR [illegible] AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE [illegible] OF LABOR ISSUED UNDER SECTION 14 THEREOF

GEN-806

# BRUSH WELLMAN
### ENGINEERED MATERIALS

INVOICE-FIELD SALES

BRUSH WELLMAN INC./17876 ST.CLAIR AVE./CLEVELAND, OH 44110/PHONE 216/486-4200

| CUSTOMER'S ORDER NO. | ORDER DATE | CUSTOMER NO. | TERR | INVOICE NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | INVOICE DATE |
|---|---|---|---|---|---|---|
| 3169P48R37 | 03/07/84 | 755020 | BB | FMA561-001-01 | | 04/02/84 |

| BILL TO | SHIP TO |
|---|---|
| RAYTHEON COMPANY<br>MICROWAVE & POWER TUBE OPER.<br>FOUNDRY AVENUE, BLDG 41<br>WALTHAM          MA 02254 | HARDRIC LABORATORIES, INC.<br>1490 MAIN STREET<br>WALTHAM          MA 02154 |

| FREIGHT TERMS | PPD | COLL | PPD & CHG | WAYBILL NO. | PART | COMP |
|---|---|---|---|---|---|---|
| FOB: ELMORE, OH | | | X | 227129593 | | X |

| TERMS | DATE SHIPPED | NO. CONTAINERS | GROSS WGT. | SHIPPED VIA | |
|---|---|---|---|---|---|
| NET 30 DAYS | 03/09/84 | 1 CARTON | 4 LBS. | FEDERAL EXPRESS P-1 | 755130 |

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | QUANTITY BACK ORDERED | QUANTITY SHIPPED | AMOUNT |
|---|---|---|---|---|---|---|---|
| | INVOICE ISSUED FOR FEDERAL EXPRESS CHARGES OMITTED ON INVOICE NO. FMA561-001, DATED 3-12-84.<br><br>AIRBILL NO. 227129593. | | | | | | 28.75 |
| | INVOICE TOTAL | | | | | | $28.75 |

BD 365473

I HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH THE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT...

PLEASE REMIT TO: BRUSH WELLMAN INC.
P. O. BOX 5168
CLEVELAND, OH 44190

GEN-805

# BRUSHWELLMAN
ENGINEERED MATERIALS

ACKNOWLEDGMENT-FIELD SALES

BRUSH WELLMAN INC./ELMORE, OH 43416/PHONE 419/862-2745

| CUSTOMER'S ORDER NO. | ORDER DATE | DATE ENTERED | OUR ORDER NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES |
|---|---|---|---|---|
| 3169FM-50716 | 04/24/84 | 04/24/84 | EMA687 | |

| | CUSTOMER NO. | TERR | TERMS | | | |
|---|---|---|---|---|---|---|
| ACK TO: RAYTHEON COMPANY MICROWAVE & POWER TUBE OPER. FOUNDRY AVENUE, BLDG 41 WALTHAM    MA 02254 | 755020 | 88 | NET 30 DAYS | | | |
| | FREIGHT TERMS FOB: ELMORE, OH | | | PPD. | COL. | PPD. & CHG. X |
| | REQUESTED ROUTE UPS | | | | | |

BILL TO:
RAYTHEON COMPANY
MICROWAVE & POWER TUBE OPER.
FOUNDRY AVENUE, BLDG 41
WALTHAM    MA 02254

SHIP TO:
HARDRIC LABS
1490 MAIN ST.
WALTHAM    MA 02154

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | REQUESTED DATE WEEK OF | PROMISE DATE WEEK OF |
|---|---|---|---|---|---|---|
| 01 | 75223-550 BERYLLIUM TUBE PER BRUSH SPEC. S-200E, TYPE II 02.7610" OD X 02.4010" ID X 1.450" MULTS  TOTAL QUANTITY = 60.9 INCHES UNIT PRICE ACKNOWLEDGED IS THE PRICE PER INCH CONVERTED TO MULTIPLE LENGTH PRICE.  X-RAYS AND CERTIFICATION OF ANALYSIS REQUIRED WITH SHIPMENT. | 42.0 APPROX 5.8 | ML LB | 258.71 | 06/08/84    42.0 | 06/08/84    42.0 |

SPECIAL INSTRUCTIONS
P/L 84-557

BD 365472

GEN-804

# BRUSH WELLMAN
ENGINEERED MATERIALS

ACKNOWLEDGMENT-FIELD SALES

BRUSH WELLMAN INC./ELMORE, OH 43416/PHONE 419/862-2745

| CUSTOMER'S ORDER NO. | ORDER DATE | DATE ENTERED | OUR ORDER NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | CHANGE NBR |
|---|---|---|---|---|---|
| 3169PP-50716 | 04/24/84 | 04/24/84 | EMA687 | | 01 |

| | CUSTOMER NO. | TERR | TERMS |
|---|---|---|---|
| | 755020 | 88 | NET 30 DAYS |

ACK TO:
RAYTHEON COMPANY
MICROWAVE & POWER TUBE OPER.
FOUNDRY AVENUE, BLDG 41
WALTHAM          MA 02254

FREIGHT TERMS: FOB: ELMORE, OH    PPD. [ ]  COL. [ ]  PPD. & CHG. [X]

REQUESTED ROUTE: UPS

BILL TO:
RAYTHEON COMPANY
MICROWAVE & POWER TUBE OPER.
FOUNDRY AVENUE, BLDG 41
WALTHAM          MA 02254

SHIP TO:
HARDRIC LABS
1490 MAIN ST.
WALTHAM          MA 02154

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | REQUESTED DATE WEEK OF | PROMISE DATE WEEK OF |
|---|---|---|---|---|---|---|
| | 5/8/84 - CHANGED CUSTOMER P.O | | | | | |
| 01 | 75223-550 BERYLLIUM TUBE PER BRUSH SPEC. S-200E, TYPE II MP07549 02.7610" OD X 02.4010" ID X 1.450" MULTS | 42.0 APPROX 5.8 | ML LB | 258.71 | 06/08/84  42.0 | 06/08/84  42.0 |
| | TOTAL QUANTITY = 60.9 INCHES UNIT PRICE ACKNOWLEDGED IS THE PRICE PER INCH CONVERTED TO MULTIPLE LENGTH PRICE. | | | | | |
| | X-RAYS AND CERTIFICATION OF ANALYSIS REQUIRED WITH SHIPMENT. | | | | | |

SPECIAL INSTRUCTIONS:
P/L 84-557

BD 365471

GEN-803

# BRUSH WELLMAN
## ENGINEERED MATERIALS

INVOICE-FIELD SALES

BRUSH WELLMAN INC./17876 ST.CLAIR AVE./CLEVELAND, OH 44110/PHONE 216/486-4200

| CUSTOMER'S ORDER NO. | ORDER DATE | CUSTOMER NO. | TERR | INVOICE NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | INVOICE DATE |
|---|---|---|---|---|---|---|
| 3169PP-5071E | 04/24/84 | 755020 | BB | EMA687-001 | | 06/11/84 |

| BILL TO | SHIP TO |
|---|---|
| RAYTHEON COMPANY<br>MICROWAVE & POWER TUBE OPER.<br>FOUNDRY AVENUE, BLDG 41<br>WALTHAM                 MA 02254 | HARDRIC LABS<br>1490 MAIN ST.<br>WALTHAM            MA 02154 |

| FREIGHT TERMS | PPD | COLL | PPD & CHG | WAYBILL NO. | | PART | COMP |
|---|---|---|---|---|---|---|---|
| FOB: ELMORE, OH | | | X | EMA687 | | | X |

| TERMS | DATE SHIPPED | NO. CONTAINERS | GROSS WGT. | SHIPPED VIA | |
|---|---|---|---|---|---|
| NET 30 DAYS | 06/08/84 | 1 CARTON | 10 LBS. | U.P.S. $3.43 | 755223 |

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | QUANTITY BACK ORDERED | QUANTITY SHIPPED | AMOUNT |
|---|---|---|---|---|---|---|---|
| 01 | 75223-550<br>BERYLLIUM TUBE PER BRUSH<br>SPEC. S-200E, TYPE II<br><br>MP07549<br>02.7610" OD X<br>02.4010" ID<br>X 1.450" MULTS<br><br>TOTAL QUANTITY = 60.9 INCHES<br>UNIT PRICE ACKNOWLEDGED IS THE<br>PRICE PER INCH CONVERTED TO<br>MULTIPLE LENGTH PRICE.<br><br><br><br>X-RAYS AND CERTIFICATION OF<br>ANALYSIS REQUIRED WITH SHIPMENT. | 42.0<br>5.8 | ML<br>LB | 258.71 | .0<br>.0 | 42.0<br>6.3 | 10,865.82 |
| | UPS CHARGES | | | | | | 3.43 |
| | INVOICE TOTAL | | | | | | $10,869.25 |

I CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR ACT AS AMENDED AND OF REGULATIONS AND ORDERS OF THE DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

PLEASE REMIT TO: BRUSH WELLMAN INC.
P. O. BOX 5168
CLEVELAND, OH 44190

BD 365470

GEN-802

# BRUSHWELLMAN
ENGINEERED MATERIALS

ACKNOWLEDGMENT-FIELD SALES

BRUSH WELLMAN INC./ELMORE, OH 43416/PHONE 419/862-2745

| CUSTOMER'S ORDER NO. | ORDER DATE | DATE ENTERED | OUR ORDER NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | | |
|---|---|---|---|---|---|---|
| 3169PN59770 | 01/08/85 | 01/08/85 | EMB356 | | | |
| | | | CUSTOMER NO. | TERR | TERMS | |
| | | | 755020 | 88 | NET 30 DAYS | |
| | | | FREIGHT TERMS | | PPD. | COL. | PPD. & CHG. |
| | | | FOB: ELMORE, OH | | | | X |
| | | | REQUESTED ROUTE | | | | |
| | | | UPS | | | | |

ACK TO:
RAYTHEON COMPANY
MICROWAVE & POWER TUBE OPER.
FOUNDRY AVENUE, BLDG 41
WALTHAM          MA 02254

BILL TO:
RAYTHEON COMPANY
MICROWAVE & POWER TUBE OPER.
FOUNDRY AVENUE, BLDG 41
WALTHAM          MA 02254

SHIP TO:
HARDRIC LABORATORIES
1490 MAIN ST
WALTHAM          MA 02154

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | REQUESTED DATE WEEK OF | | PROMISE DATE WEEK OF | |
|---|---|---|---|---|---|---|---|---|
| 01 | 75223-541<br>BERYLLIUM TUBE PER BRUSH<br>SPEC. S-200E, TYPE I<br>02.8000 +0.00000 -0.03000"<br>OD<br>02.3750 +0.00000 -0.03000"<br>ID<br>X 1.625 (+.125,-0<br><br>TOTAL QUANTITY = 81.25 INCHES<br>UNIT PRICE ACKNOWLEDGED IS THE<br>PRICE PER INCH CONVERTED TO<br>MULTIPLE LENGTH PRICE.<br><br>X-RAYS AND CERTIFICATION OF<br>ANALYSIS REQUIRED WITH SHIPMENT.<br><br>NOTIFY SALES TWO DAYS BEFORE<br>SHIPMENT, SO WE CAN NOTIFY CUSTOMER | 50.0 APPROX 13.8 | ML LB | 299.03 | 03/08/85 | 50.0 | 03/08/85 OR SOONER | 50.0 |

SPECIAL INSTRUCTIONS:
P/L 85-1642

BD 365469

GEN-801

# BRUSHWELLMAN
ENGINEERED MATERIALS

ACKNOWLEDGMENT-FIELD SALES

BRUSH WELLMAN INC./ELMORE, OH 43416/PHONE 419/862-2745

| CUSTOMER'S ORDER NO. | ORDER DATE | DATE ENTERED | OUR ORDER NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | CHANGE NBR |
|---|---|---|---|---|---|
| 3169PN59770 | 01/08/85 | 01/08/85 | EMB356 | | 01 |
| | | | CUSTOMER NO. | TERR | TERMS | | |
| | | | 755020 | 88 | NET 30 DAYS | | |

| ACK TO | RAYTHEON COMPANY<br>MICROWAVE & POWER TUBE OPER.<br>FOUNDRY AVENUE, BLDG 41<br>WALTHAM     MA 02254 | FREIGHT TERMS: FOB: ELMORE, OH   PPD. COL. PPD. & CHG. X<br>REQUESTED ROUTE: UPS |
|---|---|---|
| BILL TO | RAYTHEON COMPANY<br>MICROWAVE & POWER TUBE OPER.<br>FOUNDRY AVENUE, BLDG 41<br>WALTHAM     MA 02254 | SHIP TO: HARDRIC LABORATORIES<br>1490 MAIN ST<br>WALTHAM     MA 02154 |

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | REQUESTED DATE WEEK OF | PROMISE DATE WEEK OF |
|---|---|---|---|---|---|---|
| | 1/14/85 - CHANGED O.D. TOLERANCES | | | | | |
| 01 | 75223-541<br>BERYLLIUM TUBE PER BRUSH<br>SPEC. S-200E, TYPE I<br>MP07609<br>02.8000 +0.03000 -0.00000"<br>OD<br>02.3750 +0.00000 -0.03000"<br>ID<br>X 1.625 (+.125,-0<br><br>TOTAL QUANTITY = 81.25 INCHES<br>UNIT PRICE ACKNOWLEDGED IS THE<br>PRICE PER INCH CONVERTED TO<br>MULTIPLE LENGTH PRICE.<br><br>X-RAYS AND CERTIFICATION OF<br>ANALYSIS REQUIRED WITH SHIPMENT.<br><br>NOTIFY SALES TWO DAYS BEFORE<br>SHIPMENT, SO WE CAN NOTIFY CUSTOMER | 50.0<br>APPROX<br>13.8 | ML<br><br>LB | 299.03 | 03/08/85   50.0 | 03/08/85   50.0<br>OR SOONER |

SPECIAL INSTRUCTIONS:
P/L 85-1642

BD 365468

GEN-800

# BRUSH WELLMAN
ENGINEERED MATERIALS

ACKNOWLEDGMENT-FIELD SALES

BRUSH WELLMAN INC./ELMORE, OH 43416/PHONE 419/862-2745

| CUSTOMER'S ORDER NO. | ORDER DATE | DATE ENTERED | OUR ORDER NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | | |
|---|---|---|---|---|---|---|
| 5308 | 10/10/83 | 10/10/83 | EMA229 | | | |
| | | | CUSTOMER NO. | TERR | TERMS | |
| | | | 427000 | 88 | NET 30 DAYS | |

ACK TO:
HARDRIC LABORATORIES, INC.
1490 MAIN STREET
WALTHAM          MA 02154

FREIGHT TERMS: FOB: ELMORE, OH     PPD.  COL.  PPD. & CHG. X
REQUESTED ROUTE: UPS

BILL TO:
HARDRIC LABORATORIES, INC.
1490 MAIN STREET
WALTHAM          MA 02154

SHIP TO:
HARDRIC LABORATORIES, INC.
1490 MAIN STREET
WALTHAM          MA 02154

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | REQUESTED DATE WEEK OF | PROMISE DATE WEEK OF |
|---|---|---|---|---|---|---|
| 01 | 75223-550<br>BERYLLIUM TUBE PER BRUSH<br>SPEC. S-200E, TYPE I<br>MP07514<br>02.7610" OD X<br>02.4010" ID<br>X 1.450" MULTS<br><br>TOTAL QUANTITY = 18.85"<br>UNIT PRICE ACKNOWLEDGED IS THE<br>PRICE PER INCH CONVERTED TO<br>MULTIPLE LENGTH PRICE.<br><br>X-RAYS AND CERTIFICATION OF<br>ANALYSIS REQUIRED WITH SHIPMENT. | 13.0 APPROX 1.8 | ML<br>LB | 279.14 | 12/02/83  13.0 | 12/02/83  13.0 |

SPECIAL INSTRUCTIONS:
P/L 83-1281

BD 365478

GEN-810