Page 162

1    A. Um, yes, I do, but I can't think of it
2 right now, because I used to go by his house on the
3 way to work. Dover. Dover, Massachusetts.
4    Q. Okay. That's all I have. Thanks.
5           CROSS-EXAMINATION
6    Q. (BY MS. LINDEMANN) Mr. Chartier, my name
7 is Frances Lindemann, and I represent Hardric
8 Laboratories, and I'm wondering if during the years
9 1928 and 1990 you purchased anything from Hardric
10 Laboratories.
11    A. I don't really recall that company name.
12 Were you in Massachusetts? Was Hardric Labs in
13 Massachusetts?
14    Q. Um, I don't think we need -- just answer my
15 questions yes or no. Sorry.
16    A. Oh, okay.
17    Q. If that name doesn't ring a bell to you --
18    A. No, it doesn't ring a bell.
19    Q. I'm going to reserve any other questions
20 until after the plaintiffs have finished theirs.
21 Thank you, sir.
22           CROSS-EXAMINATION
23    Q. (BY MR. MATANOVIC) Good afternoon, sir.
24 We met earlier this morning, but I will reintroduce

Page 163

1 myself for the record. My name is Stephan
2 Matanovic. I represent the Genereux family in this
3 action. Do you need a break for any reason at all
4 --
5    A. No.
6    Q. -- or are you ready to proceed? Okay. I
7 want to talk a little bit about the process by
8 which a supplier with whom you've not done business
9 in the past seeks your business. How does that
10 happen? Does a salesperson approach you? How did
11 that happen when you were a buyer for Raytheon in
12 the '80's and early '90's?
13    A. It happens several different ways. One is
14 a referral.
15    Q. From another vendor?
16    A. From -- not necessarily another vendor, but
17 from one of our technical types saying that they
18 went somewhere and they seen this particular vendor
19 and they liked what they seen.
20    Q. Sort of in a trade show kind of setting or
21 something like that?
22    A. Could be, yes.
23    Q. Okay.
24    A. And can you include them on your next bid

Page 164

1 or whatever. I would always do that.
2    Q. How else would you acquire new vendors?
3    A. Vendors would call on us.
4    Q. Cold call?
5    A. Cold call coming in, yeah, or I seen some
6 article in some trade magazine.
7    Q. We talked a little bit about the process of
8 your putting out bids for materials?
9    A. Mm-hmm.
10    Q. What materials specifically did you supply
11 to the vendors to whom you were issuing a request
12 for bids?
13    A. Um, always the specification drawing.
14    Q. The Raytheon drawing?
15    A. The Raytheon drawing, okay? And I tried to
16 make sure that I supplied all the items listed on
17 the drawing, all the documents listed on the
18 drawing. If there was a policy and procedure
19 there, I tried to give that to the vendor.
20 However, it was made very clear to the vendor that
21 if I forgot to give it to them, it's their
22 responsibility to come back to us and ask for it,
23 okay, and if they don't ask for it, the presumption
24 is that they have it.

Page 165

1    Q. Is that what you meant when you were
2 answering Mr. Ahern's question a little while ago
3 about the policy in the, uh, Exhibit 12, I believe
4 it was?
5    A. Yeah, mm-hmm.
6    Q. As a purchaser for Raytheon, did you only
7 purchase for the Waltham plant, or did you purchase
8 for other facilities as well?
9    A. I purchased for other facilities, yes.
10    Q. What other facilities did you purchase for?
11    A. The Northborough facility and the Quincy
12 facility.
13    Q. Did you do any purchasing for Sudbury?
14    A. I'm in Sudbury now, but not back then, no,
15 sir.
16    Q. When did you move to Sudbury?
17    A. 1996.
18    Q. Prior to that, you did not do any
19 purchasing for Sudbury; is that correct?
20    A. No, sir. They had their own buyers.
21        (Exhibit 17 marked for identification.)
22    Q. Please take a look at what the court
23 reporter's marked as Exhibit 17. Sir, have you had
24 the opportunity to look at and review --

JONES REPORTING COMPANY
617-451-8900

EXHIBIT
C
Blumberg No. 5118

Page 186

1 for speculation.
2   A. With -- again, if that were the scenario,
3 the buyer would have to get concurrent approval
4 from engineering and quality. It would not be our
5 choice to say we want to try to requalify somebody.
6 It's not us.
7   Q. (BY MR. MATANOVIC) Was there any
8 prohibition on seeking such a requalification, a
9 stated company policy that prohibited you from
10 trying that?
11   A. No, unless it was a contractual thing.
12   Q. Sure. Do you yourself ever do any
13 purchasing of beryllium metal? Not beryllium
14 ceramic, in other words; soft beryllium metal in
15 its various forms?
16   A. No, sir.
17   Q. Do you know who at Raytheon's Waltham plant
18 in the early '80's was in charge of that
19 purchasing?
20   A. We had a raw material buyer who sat in back
21 of me who would place nothing but orders for
22 metals, any and all kinds of metals used in our
23 process.
24   Q. Did you have any oversight over that

Page 187

1 person's job duties?
2   A. Not when I first came there, no.
3   Q. You did at some point come to have
4 oversight over him?
5   A. Well, he -- I believe he became ill and
6 either passed away or he left, and then there was
7 another buyer that took over his responsibilities
8 for that commodity.
9   Q. And when you became purchasing manager, you
10 had oversight over that person?
11   A. Yes.
12   Q. Do you remember that person's name?
13   A. Bruce Boulter.
14   Q. Bolter, B-O-L-T-E-R?
15   A. B-O-U-L-T-E-R.
16   Q. How long did Bruce Boulter serve in the
17 capacity of a purchaser for raw materials at
18 Raytheon?
19   A. Probably four or five years.
20   Q. Until sometime in the late 1980's?
21   A. When they broke it apart, when they --
22   Q. Oh, so he stopped doing that when the
23 corporate structure was dissolved?
24   A. Yeah, right. Mm-hmm.

Page 188

1   Q. Sitting here today, do you recall the names
2 of any vendors from whom beryllium metal was
3 purchased?
4   A. No, I don't.
5       (Exhibit 18 marked for identification.)
6   Q. Sir, I've put in front of you what has been
7 marked as Exhibit 18. I assume you've probably
8 never seen that before; is that correct?
9   A. I don't recall this, no, even though it's
10 got my name on it.
11   Q. I represent to you this is a Brush Wellman
12 document, and as you notice, your name is on there;
13 is that correct?
14   A. Yes, it is.
15   Q. Do you know what this document pertains to?
16   A. No, I don't. I see the name Hardric and --
17   Q. You see the name Hardric in relation to
18 beryllium rings, correct?
19   A. I see the name Hardric, yes.
20   Q. And the first sentence of this document
21 reads this Raytheon division uses beryllium rings
22 machined by Hardric for electron emitter rings in
23 power tubes. Isn't that what it says?
24   A. That's what it says. I don't know what it

Page 189

1 means, but that's what it says. I don't know what
2 an emitter ring is.
3   Q. Do you ever recall having a meeting with a
4 representative from Brush Wellman regarding emitter
5 rings manufactured from beryllium machined by
6 Hardric?
7   A. No, sir.
8   Q. Does this document refresh your
9 recollection as to whether or not Raytheon
10 purchased beryllium materials from Hardric?
11   A. No.
12   Q. Does this document refresh your
13 recollection as to whether Raytheon purchased raw
14 materials, raw beryllium materials, from Hardric,
15 or any other vendor, for that matter?
16   A. Raw beryllium?
17   Q. Yes, beryllium metal.
18   A. No, it does not.
19   Q. Drawing your attention to the second
20 paragraph of this document, it refers to Hardric's
21 financial problems. Do you know what that's
22 referring to?
23   A. Frankly, I don't remember the name Hardric.
24 It just does not ring a bell. Maybe when I leave

48 (Pages 186 to 189)

Page 74

1  window that was approximately three inches in
2  diameter?
3      A. In the truest sense of your question, I
4  don't remember, but I would probably say yes.
5      Q. What do you mean by that, sir? What --
6      A. You had such a product -- Brush Wellman had
7  such a product mix, and we had such a product line,
8  it wasn't limited to -- if you're talking BWO's,
9  like I buy a three-inch window for a BWO, that
10 would be used on all BWO's. That's not the case.
11 We had many, many different types of BWO's, okay?
12 We also had many different types of traveling wave
13 tubes or Klystrons.
14     Q. Well, that's fine, but I asked you a
15 specific question, and that is -- I've asked you
16 already what you bought from Brush Wellman.
17     A. Right.
18     Q. And you told me toothpicks or rods and
19 cylinders?
20     A. Yes.
21     Q. Also called collectors, I guess?
22     A. Mm-hmm.
23     Q. And you've not identified any -- any
24 windows or disks that Raytheon bought from Brush

Page 75

1  Wellman.
2      A. Okay.
3      Q. Correct?
4      A. Yeah.
5      Q. And so I want to be very clear, as we sit
6  here today, do you remember specifically whether
7  you remember Raytheon purchasing any beryllium
8  oxide windows from Brush Wellman?
9          MR. MATANOVIC: Objection. Asked and
10 answered.
11     A. Beryllium oxide window from Brush? I would
12 say yes.
13     Q. (BY MR. UBERSAX) Well, tell me what size
14 and shape they were.
15     A. I can't remember that, sir.
16     Q. Tell me what they were used for.
17     A. Could have been used in BWO's; could have
18 been used in --
19     Q. Again, I don't want your speculation.
20     A. No, I understand what you're saying, okay?
21 I just don't recall that kind of detail.
22     Q. Do you recall whether any of -- whether
23 Raytheon ever purchased a window from Brush Wellman
24 that was three inches in diameter, approximately?

Page 76

1      A. Answering your question, no.
2      Q. Do you recall purchasing a three-inch
3  diameter beryllium oxide window from any other
4  vendor?
5      A. Yes.
6      Q. Which other vendor?
7      A. Ceradyne.
8      Q. Do you recall how that -- what that
9  three-inch diameter window was used for?
10     A. Not specifically, no.
11     Q. Do you recall whether the Klystron
12 amplifier included a three-inch diameter window?
13     A. Klystrons, yes. Big tubes.
14     Q. And they did? They had a three-inch
15 window?
16     A. Well, are you asking me a specific
17 three-inch plus or minus ten?
18     Q. Yes, approximately.
19     A. I don't know, sir. I can't answer that. I
20 might have ordered two and three quarter inch or I
21 might have ordered three and a quarter inch, but
22 specifically three? No, I can't answer that.
23     Q. Well, I'm not asking -- do you recall that
24 there was a beryllium oxide window of roughly three

Page 77

1  inches in diameter that was used in the Klystron
2  amplifier?
3      A. Yes.
4      Q. And is it true that the source, Raytheon's
5  source for that particular window was Ceradyne?
6      A. They were one of the sources, yes.
7      Q. Were there other sources for that
8  particular window?
9      A. Probably, but I can't remember specifically
10 who.
11     Q. Did Brush Wellman ever fail to qualify as a
12 vendor of three-inch -- approximate three-inch
13 diameter beryllium oxide windows?
14     A. I don't know how to answer that question.
15     Q. Why not?
16     A. Because of what I did, I would try to
17 qualify you in everything that I bought.
18     Q. Okay. Well --
19     A. I don't remember the specific sizes. I
20 just know how I operated. You're a BEO supplier.
21 I want you to supply everything.
22     Q. But did it sometimes happen that with
23 respect to particular parts, Brush Wellman would
24 fail to qualify?

20 (Pages 74 to 77)

Page 70

1   A. Yeah, it's dimensioned -- it's one and one
2  -- almost one and one half inches in diameter with
3  a plus or minus 5,000 tolerance on it, and the --
4  no, this is a disk. This is a -- it's not a
5  cylinder. It is a disk. It's a half-inch thick by
6  approximately inch and a half in diameter.
7   Q. Okay. What vendors were -- did receive --
8  vendor or vendors did receive the contract to sell
9  beryllium oxide disks for use in the backward wave
10 oscillator to Raytheon?
11   A. I couldn't answer that, sir; not today,
12 anyway.
13   Q. Is there some way that you could answer
14 that question by looking at Raytheon documents of
15 any kind?
16   A. Well, back in those days, I -- there's very
17 little that I forgot. I just -- I just don't
18 remember who they were, but --
19      MR. UBERSAX: Mark this as the next
20 exhibit.
21      (Exhibit 4 marked for identification.)
22   Q. (BY MR. UBERSAX) I know you haven't -- you
23 haven't seen Exhibit 4 before, have you, sir?
24   A. I don't -- no, sir. I don't recall seeing

Page 71

1  it.
2   Q. All right. This is a document from Brush
3  Wellman's files, and I just wondered whether it
4  might refresh your recollection about quotation
5  SA902, which we marked as Exhibit 3. So when
6  you're done looking at that, just let me know and
7  I'll ask you some questions.
8   A. Are you asking me --
9   Q. All set?
10  A. -- if your Exhibit 3 is in relation to
11 this, this document? Was that your question?
12  Q. I haven't asked a question yet, sir.
13  A. Okay. I'm sorry.
14  Q. Does -- have you had a chance to read
15 Exhibit 4 now?
16  A. Pretty much, yes.
17  Q. Does that refresh your recollection about
18 whether Brush Wellman submitted a bid for beryllium
19 oxide parts to be used in the backward wave
20 oscillator?
21  A. I can't tell from this.
22  Q. All right. Let me -- let me just read to
23 you from the eighth paragraph in Exhibit 4.
24 Mr. Chesmar wrote, reviewed some quotations with

Page 72

1  Chartier. Our quotation SA902, copy attached, for
2  a D dash MOSCP dash 1400 dash 500 was a little
3  high. It is for a backward wave oscillator they
4  quoted on and we will know if they were awarded the
5  contract about the first week of March. Our price
6  was close to the lowest but not the lowest, but
7  over 16-week delivery was unacceptable.
8   A. Mm-hmm.
9   Q. Now, does any of that refresh your
10 recollection about whether Brush Wellman bid for a
11 part to be used in the backward wave oscillator?
12   A. Yes.
13   Q. Does it?
14   A. Yes.
15   Q. What do you remember now?
16   A. No. It's too FAR back. You know, I can
17 read the memo, but that's all I really remember.
18 Again, it was probably part of my quest to secure
19 your company for supplying us beryllia, okay? And
20 although what I said, Chartier is getting very
21 upset, I've always felt that Brush Wellman was a
22 first class company, all right, and very, variable
23 -- a very valuable asset to Raytheon, so I don't
24 quite know what the context of this memo was way

Page 73

1  back then other than me probably trying to get you
2  guys to reduce your price, and that's some of the
3  strategy that I would use.
4   Q. Who ended up being the successful bidder
5  for the backward wave oscillator parts?
6   A. I couldn't answer that, sir.
7   Q. Was it Ceradyne?
8   A. Um, don't forget now, this is only one
9  configuration, okay? The BWO's, they were -- you
10 know, there was everything in the BWO -- there was
11 a lot of different products made by BWO's. My
12 guesstimate is that you probably were qualified on
13 some of them for me to be able to go out and try to
14 call you on another one of the configurations for
15 another product line. That's just the way I did
16 things.
17   Q. Well, sir, I mean, that's with respect,
18 we're not asking for your guesses, and really, the
19 question is do you have a specific recollection of
20 purchasing from Brush Wellman any beryllium oxide
21 part that was used in a backward wave oscillator.
22   A. No, sir.
23   Q. Do you have a specific recollection of ever
24 purchasing from Brush Wellman a beryllium oxide

19 (Pages 70 to 73)

Page 190

```
 1  here, tomorrow morning it will pop into my mind,
 2  but right now I just --
 3      Q.  Certainly, if that's the case, I hope you
 4  will advise your lawyer and then he will let us
 5  know.  So it's safe to say you have no recollection
 6  of Raytheon trying to find other sources for parts
 7  other than Hardric?
 8      A.  No.
 9          (Exhibit 19 marked for identification.)
10      Q.  Sir, have you seen these documents before?
11      A.  No.  I don't recall seeing those before,
12  no.
13      Q.  Do you know what they are?
14      A.  It looks like it's an invoice from Brush
15  Wellman to Raytheon for drop shipped materials to
16  this Hardric Labs in Waltham, Mass., beryllium
17  tube.
18      Q.  In your experience as a purchaser and later
19  purchasing manager for Raytheon, did -- do you know
20  of any instance in which Raytheon purchased
21  materials for drop shipment to a secondary
22  processor or alternative finisher such as Hardric
23  in this case?
24          MS. LINDEMANN:  Objection.
```

Page 191

```
 1      A.  Yes.
 2      Q.  (BY MR. MATANOVIC)  What instances do you
 3  have knowledge of?
 4      A.  The Ferro Ceramic Grinding that I mentioned
 5  this morning, we would buy the match sticks, okay,
 6  from Brush, and then we in turn would look at them
 7  and then ship them to Ferro Ceramic Grinding to use
 8  that very, very specialized piece of
 9  government-furnished equipment that they had in
10  their site to finish these sticks for Raytheon.
11      Q.  Sir, Exhibit 19 is -- appears to be --
12  appears to be 12 purchase orders billed to Raytheon
13  in Waltham and shipped to Hardric.  Does this
14  document or do these documents refresh your
15  recollection as to whether Raytheon purchased
16  materials or products from Hardric or used Hardric
17  as an intermediate?
18      A.  They must have done something, okay, but I
19  don't recall what it was.  I have no idea.
20  Beryllium?  I just don't know beryllium under that
21  definition.  This is a metal?
22      Q.  It's a metal that is the component of
23  beryllium ceramic.
24      A.  I don't know what that is.
```

Page 192

```
 1          MR. WYMAN:  Objection to the
 2  characterization.
 3      Q.  (BY MR. MATANOVIC)  Who at Waltham would
 4  know or who at Raytheon at this point would know --
 5  would have knowledge of the purchases by Raytheon
 6  of materials finished or machined at Hardric?
 7      A.  I don't know that there's anybody left that
 8  would know.
 9      Q.  Do you know if records exist at Raytheon
10  with regard to these purchases?
11      A.  No.  Those are gone.
12      Q.  Are these the materials that you were
13  talking about that were -- that get destroyed on a
14  periodic basis?
15      A.  Well, there's a record retention policy
16  that we had that every seven years, everything is
17  discarded, but over and above that, the businesses
18  themself were sold off and all documents that were
19  -- were available were -- went with the business.
20      Q.  So we would have to follow the chain of
21  those documents to find more information --
22      A.  Yeah.
23      Q.  -- other than those purchase orders?
24      A.  Yeah.  I wish I could help you on this.  I
```

Page 193

```
 1  don't recall this at all.  I have no idea what that
 2  is.
 3      Q.  Do you have any reason to believe that
 4  Raytheon didn't buy materials from Hardric?
 5          MS. LINDEMANN:  Objection.
 6      A.  I don't know how to answer that.  Let me
 7  answer it the way I think.  Just looking at this,
 8  is it possible, and I'm just guessing now, that we
 9  purchased material, whatever this stuff is, from
10  Brush Wellman --
11          MR. JACOBS:  I don't think anyone wants
12  you to guess.
13      A.  Okay.  All right.
14      Q.  (BY MR. MATANOVIC)  I don't think you
15  answered my last question, sir.  Is there any
16  reason that you have to believe that you didn't --
17  Raytheon didn't purchase the materials from Brush
18  Wellman for finishing at Hardric and use at
19  Raytheon?
20          MS. LINDEMANN:  Objection.  Assuming,
21  foundation.
22      Q.  (BY MR. MATANOVIC)  You may answer your
23  question.
24      A.  I don't know what this is.
```