**Page 114**

1  metals during that time period of '83 to '86?
2  A. There was a small amount. Most of it was
3     carried out in the machine shop downstairs and
4     they knew how to handle it, and what they would
5     do is run coolant and there was machining and
6     that. They knew how to do it. But we didn't do
7     it.
8  Q. Okay. So Department 3670 did not work with
9     beryllium metal?
10 A. No; no, not machining or anything like that.
11    The only beryllium metal that we had were
12    beryllium tools because they're nonmagnetic, and
13    when you're working with big magnets, if you use
14    a magnetic tool, you go to tighten a nut or
15    something and the wrench would stick to a
16    magnet, so the nonmagnetic tools were used
17    because they're nonmagnetic. But other than
18    that, that's the only thing we used - beryllium.
19 Q. So just to clarify that, you might have used
20    some beryllium containing tools in your process,
21    but you didn't --
22 A. Wrenches.
23 Q. Okay, wrenches.

**Page 115**

1  A. Wrenches.
2  Q. In particular --
3  A. And things like that, but I couldn't think of
4     anything that Suzanne would possibly use them on
5     because she didn't work on that sort of stuff.
6     Most of that was too heavy for women anyway
7     because the magnets weighed a ton.
8  Q. Was your department during that time period or
9     any time in the '80's ever involved with the
10    Agis project?
11 A. Agis?
12 Q. Agis.
13 A. I don't know what the Agis project is.
14    MR. UBERSAX: Isn't it Egis?
15    MS. LINDEMANNN: Egis. Excuse me.
16    Thank you.
17 Q. Egis.
18 A. Egis? I still don't know what it is.
19 Q. Okay; good.
20 A. That was --
21 Q. Thank you. You seem to have a fairly distinct
22    recollection of Suzanne Genereux.
23 A. Yes.

**Page 116**

1  Q. And I was wondering if there was anything in
2     particular about her that makes her more
3     memorable to you than maybe some of your other
4     employees.
5  A. She's tough. When she was -- like when she
6     transferred to the inspection department, we
7     couldn't get nothing through inspection. She
8     nitpicked everything to death. She was a pain.
9     I had to go to her foreman and tell her, back
10    off. I mean, she just created problems and I
11    went to her foreman and had to tell her to back
12    off so we could get stuff through inspection,
13    stuff that had -- was next to perfect, you know,
14    and she was -- she was tough.
15 Q. Did you have similar problems with her when you
16    were her supervisor?
17    MR. HONIK: Objection to the form.
18 A. No. When she worked for me, the ARCO windows
19    was like her thing and she did a good job with
20    them and she worked, you know, but she's a very,
21    how do I say it, strong woman. She says to her
22    husband, "jump," he'll say, "how high." That's
23    all I can say.

**Page 117**

1     MS. LINDEMANN: Thank you, Mr.
2  Broadbent. No more questions.
3     MR. HONIK: Why don't we go off the
4  record just for a minute.
5     (Discussion held off the record.)
6     FURTHER EXAMINATION
7     BY MR. HONIK:
8  Q. Mr. Broadbent, good afternoon to you. I know
9     this has been a little bit of a long morning and
10    I appreciate --
11 A. That's all right. As long as I'm out of here.
12    I don't want to come back.
13 Q. You'll be out of here soon enough.
14 A. Okay.
15 Q. And I don't anticipate that you'll need to come
16    back, but before I ask you some questions of my
17    own, I want to remind you about a couple things.
18    First of all, I'm an attorney too.
19    My name is Rubin Honik and I represent the
20    Genereuxs.
21 A. Okay.
22 Q. And I'm very grateful for your appearance today,
23    I know the rest of the lawyers are, for taking

30 (Pages 114 to 117)

EXHIBIT H