UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE GENEREUX, et al.,            )<br>                                                              )<br>                    Plaintiffs,              )<br>v.                                                         )<br>                                                              )<br>AMERICAN BERYLLIA CORP., et al.  )<br>                                                              )<br>                    Defendants.            ) | Civil Action No.<br>04-CV-12137- JLT |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED
PAGE LIMIT FOR OPPOSITIONS TO PENDING SUMMARY
JUDGMENT MOTIONS AND PLAINTIFFS' L.R. 7.1 CERTIFICATE**

Plaintiffs move for leave to exceed the page limits set forth in Local Rule 7.1(b)(4) for their Oppositions to the two summary judgment motions separately filed by Defendants Brush Wellman, Inc. ("Brush") and American Beryllia Corp. ("ABC"). This motion is not opposed. As grounds for their motion, Plaintiffs state that the memoranda for both motions for summary judgment, with the Court's leave and without objection, exceeded the twenty (20) page limit. Plaintiffs' oppositions in response are expected to exceed the twenty pages by fewer than about ten pages each and, Plaintiffs submit, such additional pages are necessary to respond to the many factual issues and arguments raised and addressed in the summary judgment motions. No party is expected to be prejudiced by allowance of this motion.

**LOCAL RULE 7.1 CERTIFICATION**

I, Bradley M. Henry, counsel for the plaintiff, certify that on November 21, 2006, I contacted counsel for both Brush and ABC and both indicated that they did not oppose the Plaintiffs' motion for leave to exceed the page limitation in opposition to their respective motions.

WHEREFORE, Plaintiffs respectfully request leave to exceed the page limit of L.R. 7.1 for their Oppositions.

.

Respectfully submitted,

**MEEHAN, BOYLE, BLACK & FITZGERALD, P.C.**

/s/  Bradley M. Henry

_____
Leo V. Boyle, BBO No. 052700
Bradley M. Henry, BBO No. 559501
Two Center Plaza, Suite 600
Boston, Massachusetts 02108
617-523-8300

OF COUNSEL (admitted *pro hac vice*):

**GOLOMB & HONIK, P.C.**

Ruben Honik
Sherrie J. Cohen
Stephan Matanovic
121 S. Broad Street, Ninth Floor
Philadelphia, PA 19107

### CERTIFICATE OF SERVICE

I, Bradley M. Henry, certify that on November 21, 2006, I served the foregoing PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR OPPOSITIONS TO PENDING SUMMARY JUDGMENT MOTIONS AND PLAINTIFFS' L.R. 7.1 CERTIFICATE, by electronic filing and mailing an exact copy postage prepaid to all counsel of record.

/s/ Bradley M. Henry
_____
Bradley M. Henry