**Exhibit 1 to Statement of Undisputed Facts Filed in Support of Motion of Hardric Laboratories, Inc. For Summary Judgment**

**S. GENEREUX DEPOSITION EXCERPTS**

**The Original Declaration Was Filed With This Court by Defendant American Beryllia, Inc. as Part of Its Statement of Undisputed Facts in Support of Its Motion for Summary Judgment**