**Exhibit 2 to Statement of Undisputed Facts Filed in Support of Motion of Hardric Laboratories, Inc. For Summary Judgment**

**RICHARD DEPOSITION EXCERPTS**

**PART ONE**

**<u>FILED UNDER SEAL</u>**

13

1  Q. What is your relationship to Hardric Labs or
2     Laboratories?
3  A. May I ask a question?
4  Q. Sure.
5          MS. LINDEMANN: Clarification.
6          THE WITNESS: No, I just want to
7     know if we're discussing -- because this
8     business is between '84 and '93, as I
9     understand it.
10         MS. LINDEMANN: But he's going
11    to probably cover a broader background area, so
12    that's appropriate. So you may answer the
13    question about your relationship all the way
14    back.
15         THE WITNESS: Okay.
16         MS. LINDEMANN: Yes.
17 A. Currently I own 75 percent of Hardric
18    Laboratories.
19 Q. What is Hardric Laboratories?
20 A. We're a small machining and optics company.
21 Q. Where is it located?
22 A. In North Chelmsford, Massachusetts.
23 Q. What's the address there?
24 A. 70 Princeton Street.

14

1  Q. How long has Hardric done business there?
2  A. Approximately ten years.
3  Q. So since roughly '96?
4  A. Roughly.
5  Q. Has it from then until now maintained any other
6     places of business?
7  A. We had a plant in Waltham at 1490 Main Street.
8  Q. When was that?
9  A. From 1960 through -- and it was finally
10    abandoned about three years ago, so the shop
11    was active there for that period of time.
12 Q. So from roughly '96 to 2003 Hardric operated
13    two facilities?
14 A. Yes.
15 Q. Did it operate any other facilities between '96
16    and the present?
17 A. No.
18 Q. What did you do in -- is it Chelmsford or
19    Chelmsford?
20 A. Chelmsford.
21 Q. What did the company do at the Chelmsford
22    location versus the Waltham location when they
23    operated simultaneously?
24 A. We moved the majority of our shop to North

15

1     Chelmsford. There were two employees who had
2     been working for us for many years and could
3     not move or make that drive to North
4     Chelmsford. We kept the shop opened there so
5     that they would continue to have a job, and
6     finally when one of them died and the other
7     retired, we closed that plant.
8  Q. Would it be fair to say that the operations
9     that you did at Waltham were the same as those
10    that took place at Princeton?
11 A. Oh, yes.
12 Q. And how many employees altogether would you say
13    you had from '96 to the present?
14 A. Around 30.
15 Q. Three zero?
16 A. Three zero.
17 Q. And I asked the question poorly. How many did
18    you have at any one time? What was the maximum
19    during that period of time?
20 A. 30.
21 Q. Tell me what kinds of operations you maintained
22    at these locations.
23 A. Waltham evolved into an optics operation. We
24    did -- made mirrors at that operation, scan

16

1     mirrors.
2  Q. What kind of equipment did you use to do that?
3  A. Lapping machines.
4  Q. Anything else?
5  A. Not for that purpose, no.
6  Q. Was there any other equipment in use at the
7     Waltham location?
8  A. Yes.
9  Q. What was that?
10 A. There were milling machines and lathes.
11 Q. Any other equipment?
12 A. No -- inspection equipment, let me correct
13    that, all right.
14 Q. Were Beryllium-containing products made or
15    worked on at the Waltham location?
16 A. Yes.
17 Q. What types of Beryllium-containing products
18    were worked on there?
19 A. We made components from Beryllium metal.
20 Q. What kinds of metals, if you can identify it
21    further?
22 A. Beryllium metals.
23 Q. Did you work with Beryllium-containing alloys?
24 A. Yes.

**Page 17**

1 Q. Do you know which ones?
2 A. Beryllium aluminum composite.
3 Q. Did you work with Beryllium copper at the
4    Waltham location?
5 A. In perhaps 1960, '65 time frame, yes.
6 Q. Did you work with any other Beryllium alloys at
7    the Waltham facility?
8 A. No.
9 Q. Did you work with any Beryllia or Beryllium
10    Oxide ceramics at the Waltham facility?
11 A. No.
12 Q. Turning our attention to the Princeton Street
13    Chelmsford location --
14 A. Yes.
15 Q. -- I gather you worked with Beryllium metal
16    there, as well?
17 A. Yes.
18 Q. For the entire time that you had a facility on
19    Princeton Street?
20 A. Yes.
21 Q. How about Beryllium alloys, did you work with
22    that at Princeton Street?
23 A. Aluminum Beryllium composites.
24 Q. Any other Beryllium-containing products used or

**Page 18**

1    worked on at the Princeton Street location?
2 A. In what time frame?
3 Q. Well, you said that you operated Princeton
4    Street from 1996 forward; is that correct?
5 A. That is correct, yes.
6 Q. From that time frame to the present.
7 A. We machined some materials, which were a
8    Beryllium and Beryllium Oxide composite.
9 Q. I'm not sure I know what that is.
10 A. Neither do I because I wasn't there when they
11    did it.
12 Q. Well, where were you?
13 A. I was retired.
14 Q. When did you retire?
15 A. In 19 -- 2000.
16 Q. So sometime between 2000 and the present --
17 A. Yes.
18 Q. You've got to let me finish the question.
19 A. Yes.
20 Q. Sometime between your retirement in 2000 to the
21    present --
22 A. Yes.
23 Q. -- you came to learn that some form of
24    Beryllium Oxide or Beryllium ceramic was worked

**Page 19**

1    on or used at the Princeton location?
2 A. That is correct.
3 Q. How did you come to learn that?
4 A. I was told that.
5 Q. Who told you that?
6 A. The employees that work there now.
7 Q. Who told you specifically?
8 A. Rich Charbonnier. That's Richard.
9 Q. Spell the last name.
10 A. Charbonnier, C-H-A-R-B-O-N-N-I-E-R.
11 Q. Who owns the other 25 percent of the company?
12 A. Richard Charbonnier.
13 Q. Any other owners?
14 A. Currently?
15 Q. Yes, sir.
16 A. No.
17 Q. When did Mr. Charbonnier get an equity interest
18    in the operation?
19 A. About five years ago, six years ago.
20 Q. So right around your retirement?
21 A. Yes.
22 Q. Prior to your retirement were you 100 percent
23    owner of the company?
24 A. Yes.

**Page 20**

1 Q. And that would be true from its inception?
2 A. No.
3 Q. When did the company first begin?
4 A. The company was founded in 1954.
5 Q. And who was the owner then?
6 A. My father, Henry Joseph Richard.
7 Q. Where was the company located in '54?
8 A. In '54, Littleton, Massachusetts.
9 Q. And where did it move from there?
10 A. To Lincoln, Massachusetts.
11 Q. And from there where did it go?
12 A. Waltham, Massachusetts.
13 Q. And that was in '60?
14 A. Yes.
15 Q. 1960?
16 A. Yes.
17 Q. When did you first have any equity interest or
18    ownership interest in the business?
19 A. 1975.
20 Q. Prior to that did your dad own the company?
21 A. Yes, he did.
22 Q. And in '75 did you become the 100 percent owner
23    of the company?
24 A. Yes, I did.

21

1 Q. And you continued to own it in its entirety
2      until you gave a quarter of it to Mr.
3      Charbonnier?
4 A. No.
5 Q. Okay. Tell me what other ownership interests
6      existed prior to Mr. Charbonnier acquiring a 25
7      percent interest.
8 A. During 1995, I sold a one-third interest to a
9      man named Jerry Marino.
10 Q. And for how long did Mr. Marino have a
11      one-third interest in the business?
12 A. For about two years.
13 Q. And what happened to his share then?
14 A. It's a long, complicated story. Would you like
15      to hear it?
16 Q. No, I really don't.
17 A. I don't either. I don't want to tell it
18      either, but basically what happened was the
19      gentleman did something -- some illegal things
20      having to do with drugs, okay, and we had to
21      fire him, and then we -- our lawyer, you know,
22      managed to make a deal where we bought him out,
23      you know, for the balance of what he -- you
24      know, of his share of it.

22

1 Q. So sometime around '97 --
2 A. Yes.
3 Q. -- or so? You have to let me finish the
4      question.
5 A. I'm sorry. Go ahead.
6 Q. Sometime around '97 or so --
7 A. Yes.
8 Q. -- you reacquired his interest so that you now
9      had 100 percent ownership again?
10 A. Yes.
11 Q. And you maintained that until giving a 25
12      percent interest to Mr. Charbonnier?
13 A. Yes.
14 Q. Did you sell the 25 percent interest to Mr.
15      Charbonnier?
16 A. Yes.
17 Q. And when you -- up until your retirement in
18      2000, were you in charge of Hardric Labs
19      operationally?
20 A. No.
21 Q. Can you tell me who was, if not you?
22 A. Yes. We've had several people who are -- have
23      been foremen over the years or managers. How
24      many of these people would you like?

23

1 Q. I don't want any of them.
2 A. All right.
3 Q. What did you do at the company prior to your
4      retirement?
5 A. Primarily I was involved with the production of
6      optics.
7 Q. And who did you leave or place in charge of the
8      remaining production of the company?
9 A. That would be Roger Johnson and David Hood.
10 Q. What did each of them do?
11 A. Manage production.
12 Q. Did they have different portfolios in terms of
13      what products they managed production of?
14 A. Yes.
15 Q. Tell me what they were.
16 A. One gentleman manages the prototype machining
17      operations.
18 Q. Which one is that?
19 A. And that would be Roger Johnson.
20 Q. Right.
21 A. And the other manages CNC operations. That's
22      computer numeric control machines.
23 Q. What kinds of machines are those?
24 A. Lathes and milling machines.

24

1 Q. And what kinds of machines are involved with
2      the prototypes?
3 A. Lathes and milling machines.
4 Q. When you use the term "prototype" in
5      contradistinction to CNC, what's the real
6      difference? What's one doing versus the other?
7 A. No real difference. One is where things are
8      machined by hand, in other words, by turning
9      handles, and the other is, you know, the same
10      thing, but it's run by computers. So one of
11      the gentlemen understands computer and is able
12      to program the machine, and the other does the
13      other.
14 Q. Is Hardric or was Hardric Labs characterized as
15      a specialty machine shop?
16 A. Oh, yes.
17 Q. Is there some other very general way to
18      describe what the company does or did?
19 A. No.
20 Q. What other kinds of materials -- we've talked
21      about some of the Beryllium-containing
22      materials you worked with. What other kinds of
23      materials has Hardric historically worked with?
24 A. Refractory metals.

**Page 25**

1  Q. What would that include?
2  A. Tantalum, Tungsten, Niobium.
3  Q. Okay.
4  A. Titanium
5  Q. Right.
6  A. Aluminum.
7  Q. Right.
8  A. That's about it.
9  Q. Did the company ever maintain a health and
10    safety officer or someone principally in charge
11    of --
12 A. Yes.
13 Q. -- industrial hygiene?
14 A. Yes.
15 Q. Who was that?
16 A. Over 40 years? Who is that?
17 Q. Well, I gather it's more than one person.
18 A. Yes, indeed.
19 Q. What was the title that was created at the
20    company for that role?
21 A. Safety Officer.
22 Q. And did the job duties and functions of the
23    safety officer at Hardric change over time or
24    was it primarily the same?

**Page 26**

1  A. It's been primarily the same --
2  Q. Tell me what those job duties --
3  A. -- since '65.
4  Q. Sure. Tell me what that would include.
5  A. Well, you have to take air samples on a regular
6     basis.
7  Q. Right.
8  A. You have to see to the cleanliness of the
9     facility.
10 Q. Right.
11 A. You have to make sure that if there's any
12    emergencies, a spill or anything like that,
13    that it's cleaned up properly, that air samples
14    are taken so that you know if there was any
15    Beryllium in the air at that time, and that's
16    essentially what it is.
17 Q. I gather that you had ventilation at the point
18    of operation for --
19 A. Oh, yes.
20 Q. You have to let me finish the question.
21 A. I'm sorry. Please.
22 Q. I gather you had ventilation at the point of
23    operation of all machining of Beryllium-
24    containing parts; is that correct?

**Page 27**

1  A. Yes.
2  Q. Can you just very generally describe the kind
3     of ventilatory and engineering controls you had
4     for that process?
5  A. Yes. We used Spencer vacuum systems.
6  Q. Spencer?
7  A. Spencer.
8  Q. Right.
9  A. Vacuum systems, which are essentially big
10    vacuum cleaners.
11 Q. Right.
12 A. With bag collectors and HEPA filters, and we
13    have several of them, and each has a network of
14    hoses, which reach out to the machines where
15    you are going to machine, where you machine
16    Beryllium, and, of course, you have to keep a
17    vacuum right at the point of machining. That's
18    essentially it.
19 Q. Did Hardric run a union shop?
20 A. No.
21 Q. At any time?
22 A. No.
23 Q. Did someone assist you in designing the
24    ventilatory system?

**Page 28**

1  A. Oh, yes.
2  Q. Who was that?
3  A. Draper Lab -- Charles Stark Draper Lab. We got
4     into this business because they needed an
5     outside source for machining of Beryllium.
6  Q. Well -- I'm sorry, I didn't mean to cut you off
7     if you hadn't completed.
8  A. No. There were several people, indeed, who
9     helped us with that.
10 Q. What was the source of the Beryllium that
11    Hardric worked with? Where did you get it?
12 A. Oh, initially we worked with a company called
13    Berylco -- Kawecki-Berylco Industries. They
14    were the first people to come by to sell us
15    Beryllium, and they were also very helpful in
16    setting up that system, and they went out of
17    business in 1980-ish and left us with a big
18    contract for which we had no Beryllium, and at
19    that time we bought Beryllium from Brush
20    Wellman.
21 Q. So, prior to Kawecki-Berylco, as you say going
22    out of business in or around 1980, you hadn't
23    sourced Beryllium material from anybody, but
24    them?

## Page 29

1  A. I believe from time to time we might have
2     bought something from Brush Wellman. Our --
3     well, that answers your question.
4  Q. It does.
5  A. Yes.
6  Q. What kinds of products did you start to buy
7     from Brush in or around 1980?
8  A. Beryllium metal.
9  Q. Anything else?
10 A. No.
11 Q. How about from 1980 going forward to the
12    present, have you bought -- has Hardric bought
13    any other Beryllium-containing product from
14    Brush?
15 A. No.
16 Q. From 1980 to the present has Hardric bought any
17    Beryllium-containing products from any other
18    sources or places?
19 A. Yes.
20 Q. What other places or sources?
21 A. We had bought a good deal of the material,
22    which we still currently use, because it's
23    inventories, from scrap material that came from
24    the ex-Soviet Union plant in Kazakhstan.

## Page 30

1  Q. How did you acquire that?
2  A. That was imported here as scrap material, and
3     we bought a bunch of it.
4  Q. But from whom?
5  A. We bought it from an importer.
6  Q. Do you know the name of that importer?
7  A. No -- I do, but I don't remember.
8  Q. Was that for some defined period of time that
9     you made those purchases?
10 A. No, that was one purchase.
11 Q. A single purchase?
12 A. Yes.
13 Q. Apart from the single purchase of scrap
14    Beryllium metal, did you acquire any other
15    Beryllium-containing material from any other
16    source from 1980 to the present, apart from
17    Brush Wellman?
18 A. Can I correct something that you said?
19 Q. Absolutely. You can do that at any time.
20 A. Let me back up, then. Okay. We did not buy
21    scrap material. We bought material that was
22    imported as scrap, but it was very high-quality
23    material.
24 Q. Apart from that, did you acquire anything,

## Page 31

1     other than from Brush Wellman, from 1980 to the
2     present?
3  A. Yes.
4  Q. And from whom?
5  A. I cannot remember.
6  Q. Do you know, for example, that Kawecki-Berylco
7     had a successor in its operations that sold
8     Beryllium?
9  A. I believe they did not.
10 Q. Okay.
11 A. Because, otherwise, they wouldn't have canceled
12    the contract they had with me.
13 Q. Did you ever buy Beryllium product from a
14    company called Cabot Corporation?
15 A. Cabot Corporation are the people who bought
16    Kawecki-Berylco Industries.
17 Q. But my question, sir, is simply: Did Hardric
18    Labs ever buy Beryllium-containing product from
19    Cabot Corporation?
20 A. No.
21 Q. Did Hardric Labs ever buy Beryllium-containing
22    product from NGK Metals?
23 A. No.
24 Q. Do you know of any other source or place from

## Page 32

1     which Hardric Labs bought any Beryllium-
2     containing material between 1980 and the
3     present?
4  A. No.
5  Q. Can you tell me generally -- and I'll ask more
6     specifically as we go through -- what Hardric
7     did with the Beryllium metal that it sourced
8     from Brush Wellman?
9  A. We sold it on the scrap market.
10 Q. And give me some flavor of the kinds of
11    customers that you had in that market. Who did
12    you sell to?
13 A. Brush Wellman primarily.
14 Q. And when you say or tell me that you sold in
15    the -- you referred to it as the scrap market?
16 A. Yes.
17 Q. What do you mean by that exactly?
18 A. Beryllium is used -- Beryllium metal is used as
19    an alloying material for copper, to make
20    Beryllium copper, and I believe that some of
21    the people we sell it to used it for that
22    purpose. I don't remember who they are. The
23    last person I had contact with in terms of
24    selling scrap Beryllium material was to Brush

33

1　　　　Wellman.
2　Q.　Okay. But just bear with me, if you don't
3　　　　mind. You've been in this business for a long
4　　　　time, and obviously --
5　A.　Yes.
6　Q.　-- I don't know very much about it, but I'm
7　　　　interested to learn more about it.
8　A.　Uh-huh.
9　Q.　You would get Beryllium metal sourced to you or
10　　　 purchased by you from Brush Wellman, correct?
11　A.　(Nods head).
12　Q.　That's yes?
13　A.　Yes.
14　Q.　Okay. And what forms of metal did you purchase
15　　　 over the years from Brush?
16　A.　Would you clarify that?
17　Q.　Sure. What was the product that you bought
18　　　 from Brush?
19　A.　Beryllium metal.
20　Q.　And what shapes, forms, sizes, types of
21　　　 Beryllium metal products did you buy?
22　A.　Many different types.
23　Q.　Can you enumerate some of them for me?
24　A.　Well, bars.

34

1　Q.　Okay.
2　A.　Blocks.
3　Q.　And you would get Beryllium metal in bars, and
4　　　　blocks, and perhaps other things, and what
5　　　　would you do with it?
6　A.　We would cut it up to make mechanical parts.
7　Q.　And would you do it because you had purchase
8　　　　orders from different customers for such parts?
9　A.　Oh, yes.
10　Q.　Okay. And the kinds of customers who ordered
11　　　 this material from you were what kinds of
12　　　 customers?
13　A.　They were military contractors.
14　Q.　Such as whom?
15　A.　Lockheed.
16　Q.　Okay.
17　A.　Hughes Aircraft.
18　Q.　Right.
19　A.　Texas Instruments, Israel Aircraft, Japan
20　　　 Aviation Electronics. That's all.
21　Q.　In instances where you would do work for these
22　　　 aviation aeronautics-type companies and you got
23　　　 Beryllium metal in some form or fashion from
24　　　 Brush Wellman, was it always the case or just

35

1　　　　sometimes the case that you would do the
2　　　　machining -- the specialty machining and then
3　　　　send it directly back to the aviation company
4　　　　or were there instances where it went somewhere
5　　　　else before going back to those companies?
6　A.　I'm not sure I understand.
7　Q.　That's fine. I'll ask it again. The orders
8　　　　that you took from these companies --
9　A.　Yes.
10　Q.　-- I gather you machined the Beryllium metal?
11　A.　Yes.
12　Q.　And then you sent the finished product per the
13　　　 specs to you back to the company?
14　A.　That is correct.
15　Q.　Did you ever get jobs from Brush in which metal
16　　　 was sent to you, it was machined or finished in
17　　　 some way, and then sent back to Brush?
18　A.　No.
19　Q.　Correct me if I'm wrong, but I thought you had
20　　　 expressed to me that among the customers you
21　　　 had when you machined this Beryllium metal was
22　　　 Brush itself. I did not hear you correctly?
23　A.　You heard me incorrectly.
24　Q.　So that literally Hardric's relationship with

36

1　　　　Brush at least from 1980 forward was simply one
2　　　　of supplier of Beryllium metal to you as a
3　　　　specialty machine shop?
4　A.　That's correct.
5　Q.　In order for Hardric to meet its purchase
6　　　　orders, specifications from its own customers,
7　　　　correct?
8　A.　Correct.
9　Q.　Take a customer or former customer like
10　　　 Lockheed, what kinds of Beryllium-containing
11　　　 products would you make for it?
12　A.　Optics.
13　Q.　Okay.
14　A.　Or components relating to optics.
15　Q.　As to some of the other customers or clients
16　　　 that you identified, did you make for them
17　　　 anything other than optics?
18　A.　No.
19　Q.　Did you ever obtain Beryllium metal or
20　　　 Beryllium material of any kind from any company
21　　　 and make products other than Beryllium-
22　　　 containing optics?
23　A.　I'm sorry, could you repeat that for me?
24　Q.　Sure. You've told me to this point --

37
1   A. Yes.
2   Q. -- that Hardric made Beryllium-containing
3       optics, correct?
4   A. Yes, that's correct.
5   Q. And you cited in response to one of my
6       questions optics that you had made for Lockheed
7       as a specific example.
8   A. Yes.
9   Q. Did Hardric Labs ever obtain Beryllium metal,
10      which it then fabricated into a product other
11      than for optical or optics use?
12  A. Oh, yes.
13  Q. What other uses did you make or put to the
14      Beryllium metal that you sourced from Brush and
15      other companies?
16  A. You are going to have to forgive my ignorance
17      in this business because, of course, most of
18      the time they didn't tell us what the stuff was
19      for.
20  Q. Well, I didn't ask you what use was made of the
21      stuff. I only asked you what you made. And
22      that may not be --
23  A. Oh, I see, I see. Are you finished?
24  Q. What else did you make other than Beryllium-

38
1       containing optics?
2   A. We made gimbals.
3   Q. What else?
4   A. We made components for holding optics.
5   Q. What else?
6   A. That's about it.
7   Q. Were the gimbals products that contained
8       Beryllium in them?
9   A. Yes, they were Beryllium gimbals.
10  Q. And were the components for holding optics made
11      of Beryllium metal?
12  A. Yes.
13  Q. Can you think of any other products or product
14      lines that Hardric ever made --
15  A. Ever made?
16  Q. Ever made for anyone, apart from the three that
17      you have told me about?
18  A. Yes.
19  Q. What other products did it make?
20  A. All right. From say 1965 through the early
21      '70's we manufactured gyro parts for Draper Lab
22      and for Northrop Nortronics.
23  Q. Did the gyro parts contain Beryllium?
24  A. They were made out of Beryllium.

39
1   Q. Any other products that Hardric made?
2   A. Probably.
3   Q. Can you think of any, apart from the four that
4       you've told me?
5   A. No. You must understand that often we didn't
6       know what we were making. People send us
7       drawings. It's a gizmo. You manufacture it,
8       and you send it to them. I don't know what it
9       is.
10  Q. Right.
11  A. Yeah.
12  Q. But you call it something even if it's just --
13  A. It has a title, yes, but the titles are
14      meaningless.
15  Q. Mr. Richard, you're going to have to let me
16      place the question on the record.
17  A. Go right ahead. I apologize.
18  Q. That's okay.
19  A. Go ahead.
20  Q. But, regardless of what the companies who hired
21      you to make them --
22  A. Yes.
23  Q. -- called the parts --
24  A. Yes.

40
1   Q. -- or regardless of what you state they put the
2       parts to --
3   A. Yes.
4   Q. -- you had a way to identify them, correct?
5   A. By part number.
6   Q. Okay. And at least internally Hardric could
7       distinguish the kinds of parts you were being
8       asked to make; in other words, some were
9       gimbals, some were optics, some were components
10      for holding optics. You could at least
11      categorize the part in some way; could you not?
12  A. Some of them.
13  Q. And have we identified, as best as you can,
14      recognizing the uncertainty because you don't
15      know what the parts were used for, the
16      different categories of parts that Hardric
17      manufactured?
18  A. You are going to have to repeat this one.
19  Q. Well, let me ask you this: Do you know what a
20      bushing is?
21  A. Yes, I do.
22  Q. Did you ever make bushings at Hardric?
23  A. No one ever made a bushing out of Beryllium.
24  Q. Let me assure you they have, but --

## Page 41

1  A. All right. Well, I can't see how they would,
2     but, indeed, if you know better, go ahead.
3  Q. At any rate, you didn't make bushings.
4  A. No.
5  Q. Did you make any other aviation or aeronautical
6     parts, to your knowledge, that contained
7     Beryllium or Beryllium alloy?
8  A. Other than guidance system parts, gimbals, and
9     that sort of thing? No, no.
10         MR. HONIK: Why don't we take
11     about a four-minute break.
12         (Short break was taken.)
13 Q. Mr. Richard, are you ready to proceed?
14 A. Yes.
15 Q. You mentioned earlier to me that apart from
16    perhaps some involvement with Beryllium ceramic
17    after your retirement, that Hardric Labs did
18    not work with Beryllium Oxide; is that correct?
19 A. That's correct.
20 Q. Is there a reason it didn't?
21 A. Yes.
22 Q. What is that reason?
23 A. That reason goes back to 1965.
24 Q. Okay.

## Page 42

1  A. We were a company of about six people, and I
2     was one of the people that, indeed, worked on
3     the floor and made things. I only had a
4     secretary in the office and, you know, those of
5     us who worked.
6         Draper Lab sent some people over
7     to our plant. We did experimental machining
8     is -- that's what we did. They said they
9     needed somebody to help them or take overloads
10    from their Beryllium machining facilities, and
11    would we be interested in doing that? And
12    since we are already familiar with what
13    Beryllium was and the fact that it was a toxic
14    material, you know, we were a little reluctant,
15    and they gave us an option to do two things:
16    First, we could do Beryllium Oxide ceramic or
17    we could do Beryllium metal.
18        The feeling at the time was that
19    Beryllium Oxide was incredibly more dangerous
20    than Beryllium metal, and nobody in our
21    facility wanted to machine it. So we decided
22    at a very, very early time that we would not
23    machine Beryllium Oxide.
24 Q. Who had the belief or understanding that

## Page 43

1     Beryllium Oxide was more dangerous than
2     Beryllium metal, the people at Draper Lab?
3  A. The people at the Beryllium Registry here in
4     Boston.
5  Q. Well, what did you and the folks at Hardric
6     come to learn about the dangers associated with
7     Beryllium Oxide when you declined to work with
8     it?
9  A. Well, evidently the only contaminant found in
10    people's lungs who had Beryllium disease was
11    the oxide of Beryllium. Metallic Beryllium was
12    never found in anybody's lungs.
13 Q. Did you have a belief that was formed then or
14    subsequently that Beryllium metal somehow was
15    not dangerous?
16 A. Oh, no. Oh, no. We thought Beryllium metal
17    was dangerous, and we were very careful how we
18    machined it, and we were told to keep it out of
19    the air, to make measurements to make sure that
20    any new operations we were doing were clean,
21    and that's what we did.
22 Q. So I gather presented with the choice by
23    Draper, you never, in fact, machined, not even
24    a single day, Beryllium Oxide; is that correct?

## Page 44

1  A. That is correct.
2  Q. Did Draper tell you at that time that some
3     special controls would need to be put into
4     place in order to machine Beryllium Oxide?
5  A. They told us that special vacuum systems,
6     whatnot, safety systems would have to be put in
7     place to machine Beryllium metal.
8  Q. And those are the systems you put into place?
9  A. Yes.
10 Q. The Spencer vacuums you told me about?
11 A. Yes.
12 Q. Do you know whether or not either from Draper
13    or from some other source you learned whether
14    any special or additional precautions were
15    required to machine Beryllium Oxide?
16 A. No.
17 Q. Is that no, you didn't learn of any?
18 A. I don't know anything about Beryllium Oxide,
19    very frankly.
20 Q. Fair enough. Did there come a time that
21    Hardric Labs sold Beryllium-containing product
22    to Raytheon?
23 A. Evidently because the data shows that
24    (Indicating).

Page 45

```
1   Q.  Okay.
2   A.  But I don't remember it.
3   Q.  I understand, and we're going back certainly a
4       long ways.
5   A.  Yes. In fact, I was astounded when they showed
6       me that.
7   Q.  Let me give you another instruction. This is
8       as good a time as any. I'm going to ask you
9       questions about events and things and documents
10      that took place a long time ago.
11  A.  Uh-huh.
12  Q.  And certainly you don't have to provide
13      responses to me based solely on your present
14      recollection. You can tell me that you know
15      something because you looked at a document.
16      Just tell me that's how you know.
17  A.  Uh-huh.
18  Q.  Or if you don't remember something perfectly or
19      with definite, you can just tell me that you
20      are giving me your best recollection.
21  A.  Uh-huh.
22  Q.  Or an estimate or an approximation. As long as
23      you're not guessing, it's okay to respond to my
24      questions. Do you understand that instruction?
```

Page 46

```
1   A.  Yes.
2   Q.  What documents did you see, Mr. Richard, that
3       causes you to now believe that Hardric Labs had
4       sold some Beryllium-containing products to
5       Raytheon?
6   A.  I'm sorry, repeat that.
7   Q.  What did you look at --
8   A.  Yes.
9   Q.  -- that allows you to know today --
10  A.  Yes.
11  Q.  -- that Hardric Labs sold some Beryllium-
12      containing products to Raytheon?
13  A.  I saw a letter from I believe it was Tom
14      Parsonage talking about the fact that we -- he
15      didn't think we could afford to machine this
16      product I think because they had to supply the
17      product to us. In other words, we couldn't
18      afford to buy it, so they supplied it to us.
19      They wanted somebody else to make it who could
20      buy it from them, see.
21          So, I believe Raytheon bought
22      it, and I think we saw some purchase orders
23      from Raytheon to Brush Wellman, okay, saying
24      that they would drop ship some material that --
```

Page 47

```
1       you know, Brush Wellman material at our plant
2       for us to process and then sell to Raytheon.
3   Q.  So it was some constellation of documents that
4       you saw that caused you to believe that?
5   A.  Yes.
6   Q.  Using the categories of products that you have
7       told me that Hardric has made over the years --
8   A.  Uh-huh.
9   Q.  -- and based on your review of these documents
10      and any other research or investigation you may
11      have done --
12  A.  Uh-huh.
13  Q.  -- into which category of those products would
14      you place the products that were sold to
15      Raytheon by Hardric?
16  A.  I would have placed them in the category of --
17          MS. LINDEMANN: Objection.
18  A.  -- I had no idea what the heck they were.
19  Q.  Okay. Well, based on your review of the
20      documents and whatever research you may have
21      done --
22  A.  Yes.
23  Q.  -- what -- how would you describe the products
24      that Hardric apparently sold to Raytheon?
```

Page 48

```
1   A.  Okay.
2           THE WITNESS: Is hearsay okay
3       here?
4           MS. LINDEMANN: Hearsay is okay
5       here, yeah, go ahead.
6   A.  I heard tell that these products were for a
7       project called the Aegis Missile System, okay,
8       which was something that was developed for the
9       Navy.
10  Q.  Okay. That's your response?
11  A.  That's my response.
12  Q.  Who told you that?
13  A.  A gentleman who worked for Phoenix Machine, who
14      are the successor to manufacturing those parts,
15      and who worked for them for many, many years
16      and who now works for us.
17  Q.  Phoenix Machine succeeded whom?
18  A.  Well, they are the people who subsequently
19      manufactured all those whatever they are.
20  Q.  The whatever they are being products that for
21      at least some period of time Hardric made for
22      Raytheon, correct?
23  A.  Evidently.
24          MS. LINDEMANN: Yeah, objection.
```

Page 89

```
1      the way. So, indeed, if you saw a Beryllium
2      bearing, it probably had nickel on it.
3      Anodize, nickel. That's about it. Erudite.
4   Q. Now, the four processes that are described or
5      written here, are they processes that would be
6      done to the rings at the point that they are
7      fabricated, whether at Hardric or somewhere
8      else or once they go to the customer?
9   A. Which process?
10  Q. Rough machining, stress relieving, Indium
11     plating, and finish machining.
12  A. Okay. That, indeed, except for the indium
13     plating, is the process that you would follow
14     to manufacture anything from Beryllium.
15  Q. Correct. So that -- those are not steps or
16     processes that would be done by the customer
17     getting, in this case, the rings, correct?
18  A. That is correct.
19  Q. Okay. When you have at Hardric --
20  A. Yes.
21  Q. -- manufactured or machined tubular or
22     cylindrical or similar shape parts in the
23     complicated machining way that you've described
24     to me --
```

Page 90

```
1   A. Uh-huh.
2   Q. -- are they typically, if not always, made a
3      part -- a component part of some other product?
4   A. Yes.
5   Q. And in your experience in order to make that
6      component part fit with the larger assembly or
7      whatever part is being put together, does there
8      sometimes, all the times, have to be further
9      machining of the product or handling or filing
10     or some process to make it fit?
11  A. Anything is possible.
12  Q. Okay.
13  A. What generally happens if we make something to
14     a specification --
15  Q. Right.
16  A. -- an inspector comes from the plant -- it's
17     called source inspection, comes from the
18     customer's plant and inspects the stuff on our
19     floor and then approves it from our plant. It
20     would then go to the customer's plant, say
21     Hughes Aircraft in this instance, a big
22     cylinder part. They would then inspect it in
23     their plant. If it was found wanting, they
24     would either send it back or repair it in their
```

Page 91

```
1      plant, but Hughes Aircraft machined more
2      Beryllium than we did. So they knew how to do
3      it. So they would, indeed, do it.
4             Normally if anything were wrong,
5      they would return it because it's Beryllium.
6      Nobody wants to do that in their plant, you
7      know. It's dangerous stuff, so it's returned
8      to us, and if there is any corrections or any
9      changes in designs because this happens a lot
10     where engineers originally designing something,
11     you know, make mistakes, and there are
12     engineering changes and whole varieties of
13     things like that that a company like Hughes
14     Aircraft, which they make these things all the
15     time, you know, this is nothing new to them,
16     and so that process is very well-defined for
17     them, and if it's an engineering kind of a
18     thing, you know, it's -- well, I don't know. I
19     think that's as much an answer as I think I can
20     give you.
21  Q. Well, Mr. Richard, do you know whether or not
22     emitter rings, such as those that are the
23     subject of this exhibit that we're looking at
24     together, when they are fitted into power
```

Page 92

```
1      tubes, if they have to be processed in any
2      further way to be made to fit?
3   A. I don't know.
4   Q. Have you worked on projects where shapes that
5      you have machined, whatever the shapes may be,
6      indeed, undergo further processing, machining,
7      hand grinding, filing, whatever, in order to
8      fit within some larger component part?
9   A. Do I know?
10  Q. Has that ever happened in your experience at
11     Hardric where you made such a part that you
12     knew would undergo further processing?
13  A. No.
14  Q. You don't know of any instance in which that
15     happened?
16  A. No.
17  Q. When you would perform machining operations --
18  A. Yes.
19  Q. -- at the request of customers on shapes of
20     whatever size or type, would you send that part
21     out with warnings?
22  A. Yes.
23  Q. And did you do that in every instance where the
24     part contained Beryllium?
```

**Page 93**

1  A. Yes.
2  Q. And why did you do that?
3  A. Because Beryllium is dangerous, and we don't
4     want our customers filing it or grinding it or
5     doing anything to it.
6  Q. Well, do you know of any instance where by
7     design, by intent products that you would
8     manufacture or machine would go to customers
9     where they had to file or grind or machine the
10    product further?
11 A. No.
12 Q. You don't know of a single instance where that
13    occurred?
14 A. No, no.
15 Q. And how would you come to design and employ
16    warnings labels on your products? Where did
17    you get them from?
18 A. Get them printed.
19 Q. Where would you get the content or language for
20    them to copy?
21 A. That copy came from very early government
22    regulations for shipping Beryllium.
23 Q. And did you continue to use those labels
24    containing that language throughout the

**Page 94**

1     duration of time that you were at Hardric?
2  A. Yes.
3  Q. Did the content of the labels, the copy change
4     at all over time?
5  A. No.
6  Q. It was always the same?
7  A. Yes.
8  Q. So what you used in the '80's you used in the
9     '60's, is that right, the language?
10 A. Yes.
11 Q. And what you used in 2000 you used in the
12    '80's, as well?
13 A. Yes.
14 Q. And I'll ask you some more questions
15    specifically when we look at the labels that
16    have been provided to us, but would you affix
17    the label to the product or some wrapping or
18    packaging of the product?
19 A. A label goes inside the product with the
20    product --
21 Q. Right.
22 A. -- and on the packaging outside, and then
23    normally, I would say most of the time, our
24    customer sends us label instructions, which

**Page 95**

1     include the words "warning," you know,
2     "Beryllium," and then they have, you know,
3     their own numbers and whatever so that it gets
4     routed to a special place in a plant like
5     Hughes.
6  Q. In this instance you don't know of any specific
7     warnings or labels that were sent to Hardric by
8     Raytheon to be used for any products to be sent
9     to them, do you?
10 A. In this period of time? (Indicating)
11 Q. At any time.
12 A. Yes.
13 Q. What kinds of label or label instructions did
14    you receive from Raytheon?
15 A. Currently they have a process by which you have
16    to provide the information that they provide on
17    their purchase order and other papers, which
18    they send, that require a label, and the label
19    has to have specific information on it, okay,
20    and one of those is the fact that it's
21    Beryllium.
22 Q. Okay.
23 A. Now, they are specified. We can't do anything
24    else, but put that label on it. We also stick

**Page 96**

1     one of those on them (Indicating).
2  Q. Referring to your own labels, Hardric labels?
3  A. Yes.
4  Q. The ones you have always used?
5  A. Yes.
6  Q. When Raytheon has these labeling requirements
7     for their own material, do they supply the
8     labels or --
9  A. Sometimes. Sometimes.
10 Q. Are there other times that you have to make or
11    design labels for Raytheon?
12 A. Well, we don't have to design them, but we have
13    to put the information on a label (Indicating).
14 Q. Do you have any knowledge or recollection today
15    of the kind of labeling or cautions that may
16    have accompanied the tubes which are the
17    subject of this exhibit?
18 A. I have no direct knowledge because I don't
19    remember the parts.
20 Q. Turning to the next page, Genereux 800, in
21    Exhibit 1, it's another similar purchase order,
22    this one dated 1/8/85, again, for Beryllium
23    tubes per Brush, quantity being 50; do you see
24    that?

**Page 137**

1  Q. What did you do for them?
2  A. Essentially the same thing. Our involvement
3      with Israel Aircraft was, you know, a good deal
4      less than it was for the Chinese. We didn't
5      actually design anything for them, but they
6      came to our shop and, you know, looked at what
7      we did, and we -- you know, we explained how to
8      keep Beryllium out of the air, you know, the
9      same kinds of things, how you take care of the
10     gray water used from washing, you know, how all
11     these things are done.
12 Q. How to protect your workers?
13 A. Yes.
14 Q. Did you ever go to their facility?
15 A. No, I never did. I have never been to Israel.
16 Q. Did you consult with any other companies,
17     besides --
18 A. No, that's it.
19 Q. Just those two?
20 A. Yeah.
21 Q. Have you ever sought to do any Beryllium health
22     and safety consulting work since your work for
23     the Israeli company?
24 A. No. I don't advertise, you know, as somebody

**Page 138**

1      who is a real expert in this. I don't have the
2      medication for it, just practical experience.
3  Q. What education do you have?
4  A. Well, I have a degree in business, but I spent
5      my life as an engineer.
6  Q. Is that a college degree?
7  A. Yeah.
8  Q. Where did you go to college?
9  A. Merrimack College.
10 Q. What year did you graduate?
11 A. '66.
12         MR. UBERSAX: Those are all the
13 questions I have.
14         MS. BRYANT: I have no
15 questions.
16         MS. LINDEMANN: I have a couple
17 of questions just to clarify.
18         THE WITNESS: Go ahead, yes.
19     CROSS-EXAMINATION BY MS. LINDEMANN
20 Q. A couple of times Mr. Honik had asked you about
21     what happened to the parts after they left your
22     plant and whether they were -- and any changes
23     were made to them or they were installed, and
24     your -- my understanding of your answer was not

**Page 139**

1      to your knowledge, but you weren't denying that
2      that may have happened, were you?
3  A. No, that may have happened. I have no way to
4      know, Frances, what they did with stuff we made
5      and sent to them.
6  Q. So it is possible --
7  A. We think we're manufacturing finished goods
8      because that's what we're in the business of
9      doing once it leaves our plant, you know. If
10     Hughes Aircraft decided they wanted to put a
11     hole someplace, they were perfectly capable of
12     doing it. They had the facilities to do
13     anything they wanted, and what we got was the
14     stuff that they couldn't process themselves.
15     It was either that or a speed ring, which was
16     the other, you know --
17 Q. So you're not denying that they may have been
18     changed once they went to --
19 A. No.
20 Q. -- the buyer?
21 A. No. Anything is possible, Frances.
22 Q. When you were explaining how you didn't have
23     salesmen really, you did have -- that was more
24     of a structure of how the company is run, isn't

**Page 140**

1      it? I mean, there were people who were
2      procuring orders?
3  A. Well, there were people writing orders. We had
4      a reputation for the kind of work we do, very
5      good reputation, you know, for doing fine
6      experimental machining, and, you know, people
7      all over the country because we did a lot of it
8      for MIT and Draper Labs, and those engineers
9      went everywhere.
10         And so we had a good reputation,
11     and so we didn't have to have somebody -- a
12     salesman on the road. I did some of that when
13     I was in college, but that was so my dad could
14     keep me eating, you know.
15         We had a rep on the West Coast.
16     Today we have reps, but in those days we were
17     too small to even, you know -- we stayed busy,
18     and who needed to pay a salesman?
19 Q. To your knowledge, was Hardric ever an approved
20     vendor for Raytheon Waltham?
21 A. No, no. They thought we were a joke.
22 Q. But you don't deny -- you have seen the
23     documents. You don't deny that there was some
24     job done where the Beryllium was paid for by

141

1    Raytheon Waltham?
2 A. Right. We were machining Raytheon's material.
3 Q. Right. It was described as emitter rings?
4 A. Yeah. The evidence is there.
5         MS. LINDEMANN: No more
6    questions.
7         REDIRECT EXAMINATION BY MR. HONIK
8 Q. Mr. Richard, your Hardric's warning label says
9    that hazardous dust can be produced when it's
10    machined, filed or ground.
11 A. Yes.
12 Q. Is that a belief that you've always held?
13 A. Oh, yes.
14 Q. And certainly you held that belief in the
15    1980's, correct?
16 A. Yes, I did.
17 Q. You've already told your own lawyer that you
18    can't deny, because you don't know, what may
19    become of a product that you send out as a
20    finished component part once it gets to the
21    customer, correct?
22 A. That's correct.
23 Q. You don't know if it can undergo further
24    machining or filing or grinding, correct?

142

1 A. I don't know.
2 Q. But you know that such processes are possible
3    at some, if not all, of the customers that you
4    have shipped to historically, correct?
5 A. Yes. I will qualify that, though. Most of the
6    people to whom we send Beryllium parts,
7    Beryllium products, okay, have their own
8    Beryllium facilities for machining. We take
9    their overload. The things they can't produce,
10    too busy to produce, that's what we get.
11         Now, if it's a company like
12    Hughes Aircraft or Lockheed Martin, they -- you
13    know, I don't know what they do with the stuff
14    after it gets there, but they are eminently
15    qualified to machine this stuff.
16 Q. Right. And would that be true for Raytheon, as
17    well?
18 A. I would assume so, but I don't know that.
19 Q. And the reason products left Hardric's hands
20    with a warning label was to warn the receiver
21    that machining, filing or grinding the product
22    could produce dangerous dust?
23 A. Yes.
24 Q. And did you understand -- "you" meaning

143

1    Hardric -- that in affixing a warning label to
2    your product that you were informing -- doing
3    an important job of informing your customer of
4    that hazard?
5 A. We were hoping that that was the case.
6 Q. Right. And did Hardric know that you had to
7    give adequate warnings when accompanying
8    products sent by your lab?
9 A. Yes.
10 Q. And you knew that you had to spell out with
11    sufficient clarity what those risks were,
12    correct?
13 A. Yes.
14 Q. And what the nature and extent of those risks
15    were, correct?
16 A. Well, we don't know what the extent of the
17    risks are, so that would be -- we know it's
18    hazardous to get the dust in the air, and our
19    label is designed to tell people that.
20 Q. So far as you know, did Brush Wellman supply to
21    Hardric any labels or cautions or warnings that
22    accompanied the tubes and other material that
23    you obviously forward on to Raytheon?
24 A. Everything that I ever saw come in my plant

144

1    from Brush Wellman was accompanied by their
2    safety sheet.
3 Q. Material Safety Data Sheet?
4 A. Yeah.
5 Q. Did the material received by Hardric from Brush
6    also contain separate warning labels on them or
7    cautions?
8 A. Just a warning label that's in every package.
9    You had a picture of it here someplace. Every
10    package just like we do, they affix a label.
11 Q. And did you incorporate any of Brush's material
12    when you --
13 A. Often we send that along with the material
14    (Indicating). We send a safety data sheet,
15    too. It says the same thing. It's a copy of
16    this (Indicating).
17 Q. Do you know if you did in the instance of the
18    Beryllium tube?
19 A. Particularly and specifically? No.
20 Q. Were you paid for any of the consulting work
21    that you did either --
22 A. Yes. I'm sorry, go ahead.
23 Q. -- either for the Chinese or the Israelis?
24 A. Yes.