**Exhibit 7 to Statement of Undisputed Facts Filed in Support of Motion of Hardric Laboratories, Inc. For Summary Judgment**

**F. BALINT DEPOSITION EXCERPTS**

**<u>FILED UNDER SEAL</u>**

Case 1:04-cv-12137-JLT    Document 118-11    Filed 11/27/2006    Page 2 of 2

Genereux, et al. v. American Beryllia Corp., et al.
Deposition of Francis Balint - 4/6/06

Page 181

1  A.  I think I -- yes, I said that --
2  Q.  What changes did you recommend in Paragraph 4?
3  A.  I changed -- there was no change in 4. 5 was
4      where the changes were made, I believe.
5  Q.  Okay. Did you -- have you had any discussions
6      with Suzanne Genereux about the manufacturers
7      of any of the beryllium-based products that
8      you worked on?
9  A.  No, no.
10         MR. AHERN: That's all I have. Thank
11     you.
12         THE REPORTER: Is it just a couple
13     of questions?
14         MS. LINDEMANN: It actually is very
15     short, very short. I think everyone has
16     covered almost everything I could possibly
17     think of and a lot more.
18                   EXAMINATION
19     BY MS. LINDEMANN:
20  Q. I just wanted to clear up a couple things.
21     My name is Frances Lindemann and I represent
22     Hardric Industries.
23         The terms, "beryllic" --

Page 182

1  A.  You represent who?
2  Q.  I represent -- you haven't even heard of them --
3      Hardric Industries.
4  A.  No, I haven't heard of them.
5  Q.  The terms, "beryllium products" and "beryllium"
6      and "berryllium oxide", throughout the deposition
7      were used interchangeably. To your knowledge
8      are they the same thing?
9  A.  Beryllia and beryllium oxide are the same thing.
10 Q.  Beryllium metal would be something different
11     to your knowledge?
12 A.  Yes, yes.
13 Q.  In referring to the components that were used
14     in your projects, were you referring to
15     beryllium oxide?
16 A.  Yes.
17 Q.  Are you aware of any products that were being
18     created while you were working at Raytheon
19     that used beryllium -- hard beryllium metal?
20 A.  No, not to my knowledge.
21 Q.  You've talked about vacuum windows that include
22     beryllium oxide. Are you aware of any other
23     components that were being used at that time

Page 183

1      at Raytheon that included beryllium oxide?
2  A.  Restate that, please.
3  Q.  Okay. You had talked about these -- the vacuum
4      windows --
5  A.  Yes.
6  Q.  -- that had beryllium oxide. Do any other
7      products or components come to mind that also
8      included beryllium oxide?
9  A.  No.
10 Q.  Okay. The vacuum windows, these were used
11     actually as part of production in creating
12     the ultimate assembly; is that correct?
13 A.  Yes.
14 Q.  Roughly speaking, how many vacuum windows
15     might be used in a week's time?
16 A.  One time we shipped 100 tubes. That was the
17     most ever shipped. So you're talking 200
18     windows. Generally we're talking in terms of
19     20 to 30 tubes, which is --
20 Q.  In a week.
21 A.  Oh, in a week. I'm sorry.
22 Q.  Were you -- or what time frame were you talking?
23 A.  A month.

Page 184

1  Q.  Okay. So in a month it would be 20 to 30
2      generally, but on one occasion you did 200?
3  A.  Yes.
4  Q.  Okay. And I just wanted to confirm again,
5      you've never heard of Hardric Industries; is
6      that correct?
7  A.  That's correct.
8         MS. LINDEMANN: Thank you.
9         THE VIDEOGRAPHER: Okay. The time
10     is 1:36. We're now off record.
11         (Luncheon recess was taken at 1:36 p.m.)
12         (Resumed at 2:42 p.m.)
13         THE VIDEOGRAPHER: The time is 2:39.
14     We're now back on record.
15                   EXAMINATION
16     BY MR. WYMAN:
17 Q.  Mr. Balint, I have a few additional questions.
18         Mr. Ahern asked you about whether
19     you had observed the receiving function where
20     beryllium-containing ceramics were received
21     by Raytheon, and I believe your answer was that
22     you had not?
23 A.  Well, I'm not there when the packages are