**Exhibit 11 to Statement of Undisputed Facts Filed in Support of Motion of Hardric Laboratories, Inc. For Summary Judgment**

**BROADBENT DEPOSITION AND EXHIBITS**

**The Original Declaration Was Filed With This Court by Defendant American Beryllia, Inc. as Part of Its Statement of Undisputed Facts in Support of Its Motion for Summary Judgment**

**<u>FILED UNDER SEAL</u>**

Case 1:04-cv-12137-JLT    Document 118-15    Filed 11/27/2006    Page 1 of 1