**Exhibit 14 to Statement of Undisputed Facts Filed in Support of Motion of Hardric Laboratories, Inc. For Summary Judgment**

**CARUOLO DECLARATION AND EXHIBITS**

**The Original Declaration Was Filed With This Court by Defendant Brush Wellman, Inc. as Part of Its Statement of Undisputed Facts in Support of Its Motion for Summary Judgment**