**Exhibit 17 to Statement of Undisputed Facts Filed in Support of Motion of Hardric Laboratories, Inc. For Summary Judgment**

**EXHIBIT 19 TO CHARTIER DEPOSITION**

**PART TWO**

# BRUSH WELLMAN
ENGINEERED MATERIALS

INVOICE-FIELD SALES

BRUSH WELLMAN INC./17876 ST.CLAIR AVE./CLEVELAND, OH 44110/PHONE 216/486-4200

| CUSTOMER'S ORDER NO. | ORDER DATE | CUSTOMER NO. | TERR | INVOICE NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | INVOICE DATE |
|---|---|---|---|---|---|---|
| 3169PP-5071E | 04/24/84 | 755020 | BB | EMA687-001 | | 06/11/84 |

BILL TO:
RAYTHEON COMPANY
MICROWAVE & POWER TUBE OPER.
FOUNDRY AVENUE, BLDG 41
WALTHAM                    MA 02254

SHIP TO:
HARDRIC LABS
1490 MAIN ST.
WALTHAM                    MA 02154

| FREIGHT TERMS | PPD | COLL | PPD & CHG | WAYBILL NO. | | PART | COMP |
|---|---|---|---|---|---|---|---|
| FOB: ELMORE, OH | | | X | EMA687 | | | X |

| TERMS | DATE SHIPPED | NO. CONTAINERS | GROSS WGT. | SHIPPED VIA | |
|---|---|---|---|---|---|
| NET 30 DAYS | 06/08/84 | 1 CARTON | 10 LBS. | U.P.S. $3.43 | 755223 |

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | QUANTITY BACK ORDERED | QUANTITY SHIPPED | AMOUNT |
|---|---|---|---|---|---|---|---|
| 01 | 75223-550 BERYLLIUM TUBE PER BRUSH SPEC. S-200E, TYPE II  MP07549 02.7610" OD X 02.4010" ID X 1.450" MULTS  TOTAL QUANTITY = 60.9 INCHES UNIT PRICE ACKNOWLEDGED IS THE PRICE PER INCH CONVERTED TO MULTIPLE LENGTH PRICE.  X-RAYS AND CERTIFICATION OF ANALYSIS REQUIRED WITH SHIPMENT. | 42.0 5.8 | ML LB | 258.71 | .0 .0 | 42.0 6.3 | 10,865.82 |
| | UPS CHARGES | | | | | | 3.43 |
| | INVOICE TOTAL | | | | | | $10,869.25 |

WE CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR ... AS AMENDED AND OF REGULATIONS AND ORDERS OF THE ... DEPARTMENT OF LABOR ISSUED UNDER SECTION 13 THEREOF.

PLEASE REMIT TO: BRUSH WELLMAN INC.
P. O. BOX 5168
CLEVELAND, OH 44101

BD 365470

GEN-802

# BRUSHWELLMAN
ENGINEERED MATERIALS

**ACKNOWLEDGMENT-FIELD SALES**

BRUSH WELLMAN INC./ELMORE, OH 43416/PHONE 419/862-2745

| CUSTOMER'S ORDER NO. | ORDER DATE | DATE ENTERED | OUR ORDER NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | CHANGE NBR |
|---|---|---|---|---|---|
| 3169PP-50716 | 04/24/84 | 04/24/84 | EMA687 | | 01 |

| CUSTOMER NO. | TERR | TERMS |
|---|---|---|
| 755020 | 88 | NET 30 DAYS |

FREIGHT TERMS: FOB: ELMORE, OH — PPD. ☐  COL. ☐  PPD. & CHG. ☒

REQUESTED ROUTE: UPS

**ACK TO:**
RAYTHEON COMPANY
MICROWAVE & POWER TUBE OPER.
FOUNDRY AVENUE, BLDG 41
WALTHAM         MA 02254

**BILL TO:**
RAYTHEON COMPANY
MICROWAVE & POWER TUBE OPER.
FOUNDRY AVENUE, BLDG 41
WALTHAM         MA 02254

**SHIP TO:**
HARDRIC LABS
1490 MAIN ST.
WALTHAM         MA 02154

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | REQUESTED DATE WEEK OF | | PROMISE DATE WEEK OF | |
|---|---|---|---|---|---|---|---|---|
| | 5/8/84 - CHANGED CUSTOMER P.O | | | | | | | |
| 01 | 75223-550 BERYLLIUM TUBE PER BRUSH SPEC. S-200E, TYPE II MP07549 2.7610" OD X 2.4010" ID 1.450" MULTS | 42.0 APPROX 5.8 | ML LB | 258.71 | 06/08/84 | 42.0 | 06/08/84 | 42.0 |
| | TOTAL QUANTITY = 60.9 INCHES UNIT PRICE ACKNOWLEDGED IS THE PRICE PER INCH CONVERTED TO MULTIPLE LENGTH PRICE. | | | | | | | |
| | X-RAYS AND CERTIFICATION OF ANALYSIS REQUIRED WITH SHIPMENT. | | | | | | | |

SPECIAL INSTRUCTIONS:
P/L 84-557

BD 365471

**GEN-803**

# BRUSHWELLMAN
### ENGINEERED MATERIALS

ACKNOWLEDGMENT-FIELD SALES

BRUSH WELLMAN INC./ELMORE, OH 43416/PHONE 419/862-2745

| CUSTOMER'S ORDER NO. | ORDER DATE | DATE ENTERED | OUR ORDER NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES |
|---|---|---|---|---|
| 3169PM-50716 | 04/24/84 | 04/24/84 | EMA687 | |

| | | CUSTOMER NO. | TERR | TERMS |
|---|---|---|---|---|
| ACK TO | RAYTHEON COMPANY<br>MICROWAVE & POWER TUBE OPER.<br>FOUNDRY AVENUE, BLDG 41<br>WALTHAM        MA 02254 | 755020 | 88 | NET 30 DAYS |
| | | FREIGHT TERMS<br>FOB: ELMORE, OH | PPD. | COL. | PPD. & CHG.<br>X |
| | | REQUESTED ROUTE<br>UPS | | | |

| BILL TO | RAYTHEON COMPANY<br>MICROWAVE & POWER TUBE OPER.<br>FOUNDRY AVENUE, BLDG 41<br>WALTHAM        MA 02254 | SHIP TO | HARDRIC LABS<br>1490 MAIN ST.<br>WALTHAM         MA 02154 |
|---|---|---|---|

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | REQUESTED DATE WEEK OF | | PROMISE DATE WEEK OF | |
|---|---|---|---|---|---|---|---|---|
| 01 | 75223-550<br>BERYLLIUM TUBE PER BRUSH<br>SPEC. S-200E, TYPE II<br>02.7610" OD X<br>02.4010" ID<br>X 1.450" MULTS<br><br>TOTAL QUANTITY = 60.9 INCHES<br>UNIT PRICE ACKNOWLEDGED IS THE<br>PRICE PER INCH CONVERTED TO<br>MULTIPLE LENGTH PRICE.<br><br>X-RAYS AND CERTIFICATION OF<br>ANALYSIS REQUIRED WITH SHIPMENT. | 42.0 APPROX<br>5.8 | ML<br><br>LB | 258.71 | 06/08/84 | 42.0 | 06/08/84 | 42.0 |

SPECIAL INSTRUCTIONS:
P/L  84-557

BD 365472

**GEN-804**