**Exhibit 17 to Statement of Undisputed Facts Filed in Support of Motion of Hardric Laboratories, Inc. For Summary Judgment**

**EXHIBIT 19 TO CHARTIER DEPOSITION**

**PART THREE**

# BRUSHWELLMAN
ENGINEERED MATERIALS

**INVOICE-FIELD SALES**

BRUSH WELLMAN INC./17876 ST. CLAIR AVE./CLEVELAND, OH 44110/PHONE 216/486-4200

| CUSTOMER'S ORDER NO. | ORDER DATE | CUSTOMER NO. | TERR | INVOICE NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | INVOICE DATE |
|---|---|---|---|---|---|---|
| 3169P44BR37 | 03/07/84 | 755020 | 88 | FMA561-001-01 | | 04/02/84 |

**BILL TO:**
RAYTHEON COMPANY
MICROWAVE & POWER TUBE OPER.
FOUNDRY AVENUE, BLDG 41
WALTHAM           MA 02254

**SHIP TO:**
HARDRIC LABORATORIES, INC.
1490 MAIN STREET
WALTHAM           MA 02154

| FREIGHT TERMS | PPD | COLL | PPD & CHG | WAYBILL NO. | PART | COMP |
|---|---|---|---|---|---|---|
| FOB: ELMORE, OH | | | X | 227129593 | | X |

| TERMS | DATE SHIPPED | NO. CONTAINERS | GROSS WGT. | SHIPPED VIA | |
|---|---|---|---|---|---|
| NET 30 DAYS | 03/09/84 | 1 CARTON | 4 LBS. | FEDERAL EXPRESS P-1 | 755020 |

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | QUANTITY BACK ORDERED | QUANTITY SHIPPED | AMOUNT |
|---|---|---|---|---|---|---|---|
| | INVOICE ISSUED FOR FEDERAL EXPRESS CHARGES OMITTED ON INVOICE NO. FMA561-001, DATED 3-12-84. AIRBILL NO. 227129593. | | | | | | 28.75 |
| | | | | INVOICE TOTAL | | | $28.75 |

I HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

PLEASE REMIT TO: BRUSH WELLMAN INC.
P. O. BOX 5168
CLEVELAND, OH 44190

BD 365473

GEN-805

# BRUSH WELLMAN
### ENGINEERED MATERIALS

**INVOICE-FIELD SALES**

BRUSH WELLMAN INC./17876 ST. CLAIR AVE./CLEVELAND, OH 44110/PHONE 216/486-4200

| CUSTOMER'S ORDER NO. | ORDER DATE | CUSTOMER NO. | TERR | INVOICE NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | INVOICE DATE |
|---|---|---|---|---|---|---|
| 31K9DM48892 | 03/07/84 | 755020 | BB | FNA561-001 | | 03/12/84 |

**BILL TO:**
RAYTHEON COMPANY
MICROWAVE & POWER TUBE OPER.
FOUNDRY AVENUE, BLDG 4L
WALTHAM           MA 02254

**SHIP TO:**
HARDRIC LABORATORIES, INC.
1490 MAIN STREET
WALTHAM           MA 02154

| FREIGHT TERMS | PPD | COLL | PPD & CHG | WAYBILL NO. | | PART | COMP |
|---|---|---|---|---|---|---|---|
| FOB: ELMORE, OH | | | X | 227129593 | | | X |

| TERMS | DATE SHIPPED | NO. CONTAINERS | GROSS WGT. | SHIPPED VIA | |
|---|---|---|---|---|---|
| NET 90 DAYS | 03/09/84 | 1 CARTON | 4 LBS. | FEDERAL EXPRESS P-1 | 75522 |

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | QUANTITY BACK ORDERED | QUANTITY SHIPPED | AMOUNT |
|---|---|---|---|---|---|---|---|
| 0175223-550 | BERYLLIUM TUBE PER BRUSH SPEC. 5-200E, TYPE I | 13.0 / 1.8 | ML / LB | 279.14 | .0 / .0 | 13.0 / 2.5 | 3,628.82 |
| | MPN7514 02.7610" OD X 02.4010" ID X 1.453" MULTS | | | | | | |
| | TOTAL QUANTITY = 18.85 INCHES UNIT PRICE ACKNOWLEDGED IS THE PRICE PER INCH CONVERTED TO MULTIPLE LENGTH PRICE. | | | | | | |
| | X-RAYS AND CERTIFICATION OF ANALYSIS REQUIRED WITH SHIPMENT. | | | | INVOICE TOTAL | | $3,628.82 |
| | NOTE: DO NOT PRODUCE. MATERIAL WAS PRODUCED ON S.O. FMA-229 WHICH WAS CANCELLED (HARDRIC | | | | | | |

PLEASE REMIT TO: BRUSH WELLMAN INC.
P. O. BOX 5168
CLEVELAND, OH 44190

BD 365474

GEN-806

# BRUSHWELLMAN
ENGINEERED MATERIALS

**INVOICE-FIELD SALES**

BRUSH WELLMAN INC./17876 ST.CLAIR AVE./CLEVELAND, OH 44110/PHONE 216/486-4200

| CUSTOMER'S ORDER NO. | ORDER DATE | CUSTOMER NO. | TERR | INVOICE NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | INVOICE DATE |
|---|---|---|---|---|---|---|
| 31650948977 | 03/07/84 | 755021 | BR | FMA561-001 | | 7/12/84 |

**BILL TO:**
RAYTHEON COMPANY
MICROWAVE & POWER TUBE OPER.
FOUNDRY AVENUE, BLDG 41
WALTHAM    MA 02254

**SHIP TO:**
HARDRIC LABORATORIES, INC.
1400 MAIN STREET
WALTHAM    MA 02154

| FREIGHT TERMS | PPD | COLL | PPD & CHG | WAYBILL NO. | | PART | COMP |
|---|---|---|---|---|---|---|---|
| FOB: ELMORE, OH | | | X | 227129592 | | | Y |

| TERMS | DATE SHIPPED | NO. CONTAINERS | GROSS WGT. | SHIPPED VIA | | |
|---|---|---|---|---|---|---|
| NET 30 DAYS | 03/09/84 | 1 CARTON | 4 LBS. | FEDERAL EXPRESS P-1 | | 755 12 |

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | QUANTITY BACK ORDERED | QUANTITY SHIPPED | AMOUNT |
|---|---|---|---|---|---|---|---|
| 0175227-550 | BERYLLIUM TUBE PER BRUSH SPEC. S-200E, TYPE I | 13.0<br>1.8 | MI<br>LB | 279.14 | .0<br>.0 | 13.0<br>1.8 | 3,628.82 |
| | MP07514<br>2.7610" OD x<br>2.4010" ID<br>x 1.450" WALLS | | | | | | |
| | TOTAL QUANTITY = 18.85 INCHES<br>UNIT PRICE ACKNOWLEDGED IS THE<br>PRICE PER INCH CONVERTED TO<br>MULTIPLE LENGTH PRICE. | | | | | | |
| | X-RAYS AND CERTIFICATION OF<br>ANALYSIS REQUIRED WITH SHIPMENT. | | | | | | |
| | | | | INVOICE TOTAL | | | 3,628.82 |
| | NOTE: DO NOT PRODUCE. MATERIAL<br>HAS PRODUCED ON S.O. FMA-229<br>WHICH WAS CANCELLED (HARDRIC | | | | | | |

I HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

PLEASE REMIT TO:
BRUSH WELLMAN INC.
P. O. BOX 5168
CLEVELAND, OH 44101

BD 365475

GEN-807