**Exhibit 17 to Statement of Undisputed Facts Filed in Support of Motion of Hardric Laboratories, Inc. For Summary Judgment**

**EXHIBIT 19 TO CHARTIER DEPOSITION**

**PART FOUR**

# BRUSH WELLMAN
ENGINEERED MATERIALS

ACKNOWLEDGMENT-FIELD SALES

BRUSH WELLMAN INC./ELMORE, OH 43416/PHONE 419/862-2745

| CUSTOMER'S ORDER NO. | ORDER DATE | DATE ENTERED | OUR ORDER NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES |
|---|---|---|---|---|
| 3169PM48833 | 03/07/84 | 03/07/84 | EMA561 | |

| | CUSTOMER NO. | TERR | TERMS |
|---|---|---|---|
| A C K T O | RAYTHEON COMPANY MICROWAVE & POWER TUBE OPER. FOUNDRY AVENUE, BLDG 41 WALTHAM          MA 02254 | 755020 | 88 | NET 30 DAYS |

FREIGHT TERMS  FOB: ELMORE, OH    PPD.  COL.   PPD. & CHG.   X

REQUESTED ROUTE  FEDERAL EXPRESS - PRIORITY I

| B I L L T O | RAYTHEON COMPANY MICROWAVE & POWER TUBE OPER. FOUNDRY AVENUE, BLDG 41 WALTHAM          MA 02254 | S H I P T O | HARDRIC LABORATORIES, INC. 1490 MAIN STREET WALTHAM          MA 02154 |
|---|---|---|---|

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | REQUESTED DATE WEEK OF | PROMISE DATE WEEK OF |
|---|---|---|---|---|---|---|
| 0175223-550 | BERYLLIUM TUBE PER BRUSH SPEC. S-200E, TYPE I MP07514 Ø2.7610" OD X Ø2.4010"  ID X 1.450" MULTS | 13.0 APPROX 1.8 | ML LB | 279.14 | 03/05/84    13.0 | 03/05/84    13.0 |
| | TOTAL QUANTITY = 18.85 INCHES UNIT PRICE ACKNOWLEDGED IS THE PRICE PER INCH CONVERTED TO MULTIPLE LENGTH PRICE. | | | | | |
| | X-RAYS AND CERTIFICATION OF ANALYSIS REQUIRED WITH SHIPMENT. | | | | | |
| | NOTE:   DO NOT PRODUCE.  MATERIAL WAS PRODUCED ON S.O. EMA-229 WHICH WAS CANCELLED (HARDRIC | | | | | |

SPECIAL INSTRUCTIONS:
P/L  83-1281

BD 365476

GEN-808

# **BRUSH**WELLMAN
### ENGINEERED MATERIALS

ACKNOWLEDGMENT-FIELD SALES

BRUSH WELLMAN INC./ELMORE, OH 43416/PHONE 419/862-2745

| CUSTOMER'S ORDER NO. 5308 | ORDER DATE 10/10/83 | DATE ENTERED 10/10/83 | OUR ORDER NO. EMA229 | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | CHANGE NBR 01 |
|---|---|---|---|---|---|

| A C K T O | HARDRIC LABORATORIES, INC. 1490 MAIN STREET WALTHAM          MA 02154 | CUSTOMER NO. 427000 | TERR 88 | TERMS C.O.D. | | | |
|---|---|---|---|---|---|---|---|

FREIGHT TERMS
FOB: ELMORE, OH     PPD.     COL. X     PPD. & CHG.

REQUESTED ROUTE
UPS

| B I L L T O | HARDRIC LABORATORIES, INC. 1490 MAIN STREET WALTHAM          MA 02154 | S H I P T O | HARDRIC LABORATORIES, INC. 1490 MAIN STREET WALTHAM          MA 02154 |
|---|---|---|---|

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | REQUESTED DATE WEEK OF | PROMISE DATE WEEK OF |
|---|---|---|---|---|---|---|
| | 12/6/83 - CHANGED TO C.O.D. - CERTIFIED CHECK | | | | | |
| 01 | 75223-550 BERYLLIUM TUBE PER BRUSH SPEC. S-200E, TYPE I MP07514 2.7610" OD X 2.4010" ID 1.450" MULTS | 13.0 APPROX 1.8 | ML LB | 279.14 | 12/02/83     13.0 | 12/02/83     13.0 |
| | TOTAL QUANTITY = 18.85" UNIT PRICE ACKNOWLEDGED IS THE PRICE PER INCH CONVERTED TO MULTIPLE LENGTH PRICE. | | | | | |
| | X-RAYS AND CERTIFICATION OF ANALYSIS REQUIRED WITH SHIPMENT. | | | | | |
| | NOTE:   CERTIFIED BANK CHECK REQUIRED FOR PAYMENT. | | | | | |

SPECIAL INSTRUCTIONS:
P/L  83-1281
SHIP - C.O.D. - CERTIFIED CHECK

BD 365477

**GEN-809**

# BRUSHWELLMAN
### ENGINEERED MATERIALS

ACKNOWLEDGMENT-FIELD SALES

BRUSH WELLMAN INC./ELMORE, OH 43416/PHONE 419/862-2745

| CUSTOMER'S ORDER NO. | ORDER DATE | DATE ENTERED | OUR ORDER NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES |
|---|---|---|---|---|
| 5308 | 10/10/83 | 10/10/83 | EMA229 | |

| | | |
|---|---|---|
| A C K T O | HARDRIC LABORATORIES, INC. 1490 MAIN STREET WALTHAM           MA 02154 | |

| CUSTOMER NO. | TERR | TERMS |
|---|---|---|
| 427000 | 88 | NET 30 DAYS |

| FREIGHT TERMS | | PPD. | COL. | PPD. & CHG. |
|---|---|---|---|---|
| FOB: ELMORE, OH | | | | X |

REQUESTED ROUTE
UPS

| | |
|---|---|
| B I L L T O | HARDRIC LABORATORIES, INC. 1490 MAIN STREET WALTHAM           MA 02154 |
| S H I P T O | HARDRIC LABORATORIES, INC. 1490 MAIN STREET WALTHAM           MA 02154 |

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | REQUESTED DATE WEEK OF | | PROMISE DATE WEEK OF | |
|---|---|---|---|---|---|---|---|---|
| 01 | 75223-550 BERYLLIUM TUBE PER BRUSH SPEC. S-200E, TYPE I MP07514 02.7610" OD X 02.4010" ID X 1.450" MULTS | 13.0 APPROX 1.8 | ML LB | 279.14 | 12/02/83 | 13.0 | 12/02/83 | 13.0 |

TOTAL QUANTITY = 18.85"
UNIT PRICE ACKNOWLEDGED IS THE
PRICE PER INCH CONVERTED TO
MULTIPLE LENGTH PRICE.

X-RAYS AND CERTIFICATION OF
ANALYSIS REQUIRED WITH SHIPMENT.

SPECIAL INSTRUCTIONS:
P/L  83-1281

BD 365478

GEN-810