UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **Suzanne Genereux, et al.** | ) | Case No. 04-cv-12137 JLT |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **American Beryllia Corp., et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of November, 2006, a true and correct copy of the foregoing **MOTION OF DEFENDANT, HARDRIC LABORATORIES, INC., FOR SUMMARY JUDGMENT,** and **MEMORANDUM OF LAW IN SUPPORT OF MOTION OF DEFENDANT, HARDRIC LABORATORIES, INC., FOR SUMMARY JUDGMENT** and **DEFENDANT HARDRIC LABORATORIES, INC.'S, STATEMENT OF UNDISPUTED FACTS,** and **REFERENCED EXHIBITS IN THE STATEMENT OF UNDISPUTED FACTS** and **MOTION FOR LEAVE TO EXTEND PAGE LIMIT** were served via electronic transmission and/or U.S. mail, first class postage prepaid, upon the following:

Leo V. Boyle, Esq.  
Meehan, Boyle, Black & Fitzgerald, P.C.  
Two Center Plaza  
Suite 600  
Boston, MA 02108  

William F. Ahern  
Mandi Jo Hanneke  
Clark, Hunt & Embry  
55 Cambridge Parkway  
Cambridge, MA 02142  

Timothy M. Hudson, Esq.  
Jeffery D. Ubersax, Esq.  
Jones Day  
North Point, 901 Lakeside Avenue  
Cleveland, OH 44114-1190  

Ronald M. Jacobs, Esq.  
Conn, Kavanaugh, Rosenthal, Peisch & Ford, LLP  
Ten Post Office Square, 4th Floor  
Boston, MA 02109

Rubin Honik, Esq.
Stephan Matanovic, Esq.
Golomb & Honik
121 South Broad Street, 9th Floor
Philadelphia, PA 19107

                          Respectfully submitted,

                          /s/ Frances C. Lindemann, Esq.
                          Frances C. Lindemann, Esq.
                          Attorney for the Defendant
                          Pro Hac Vice
                          Maine Bar No. 7499
                          Nadeau & Associates, P.A.
                          1332 Post Road
                          Wells, ME 04090
                          (207) 646-4000

Date: November 27, 2006