UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Suzanne Genereux, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 04-cv-12137 JLT |
| ) | |
| **American Beryllia Corp., et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## MOTION OF DEFENDANT HARDRIC LABORATORIES, INC. FOR LEAVE TO EXCEED PAGE LIMIT FOR MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

NOW COMES Defendant, Hardric Laboratories, Inc., ("Hardric"), and moves for leave to exceed the page limits set forth in Local Rule 7.1(b)(4) for the Memorandum of Law in Support of Its Motion for Summary Judgment.

There is good cause for this Motion. The Rule ordinarily permits a twenty-page memorandum. Hardric's Memorandum runs to twenty-one pages because there are eight separate and independently sufficient grounds for summary judgment, and because each of these grounds is supported by substantial undisputed facts. Hardric believes that it is essential to present the facts and arguments fully so that the Court can make a properly informed and just decision on this very important Motion. No party will be prejudiced by a grant of this Motion.

WHEREFORE, Defendant, Hardric Laboratories, Inc., respectfully requests this Court grant it leave to exceed the page limits set forth in Local Rule 7.1(b)(4) for the Memorandum of Law in Support of its Motion for Summary Judgment.

        Respectfully Submitted,


        /s/ Frances C. Lindeman, Esq
        Frances C. Lindemann, Esq.
        Attorney for the Defendant
        Pro Hac Vice
        Maine Bar No. 7499
        Nadeau & Associates, P.A.
        1332 Post Road
        Wells, ME 04090
        (207) 646-4000

Date: November 27, 2006