

EXHIBIT

# BRUSHWELLMAN
### ENGINEERED MATERIALS

**INVOICE-FIELD SALES**

BRUSH WELLMAN INC./17876 ST.CLAIR AVE./CLEVELAND, OH 44110/PHONE 216/486-4200

| CUSTOMER'S ORDER NO. | ORDER DATE | CUSTOMER NO. | TERR | INVOICE NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | INVOICE DATE |
|---|---|---|---|---|---|---|
| 3169PN59770 | 01/08/89 | 755020 | 88 | EMB356-001 | | 03/11/65 |

| B I L L T O | RAYTHEON COMPANY<br>MICROWAVE & POWER TUBE OPER.<br>FOUNDRY AVENUE, BLDG 41<br>WALTHAM          MA 02254 | S H I P T O | HARDRIC LABORATORIES<br>1490 MAIN ST<br>WALTHAM          MA 02154 |
|---|---|---|---|

| FREIGHT TERMS | PPD | COLL | PPD & CHG | WAYBILL NO. | | PART | COMP |
|---|---|---|---|---|---|---|---|
| FOB: ELMORE, OH | | | X | EMB356 | | | X |

| TERMS | DATE SHIPPED | NO. CONTAINERS | GROSS WGT. | SHIPPED VIA | |
|---|---|---|---|---|---|
| NET 30 DAYS | 03/08/85 | 1 CARTON | 14 LBS. | UPS $4.60 | 755020 |

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | QUANTITY BACK ORDERED | QUANTITY SHIPPED | AMOUNT |
|---|---|---|---|---|---|---|---|
| 01 | 75223-541<br>BERYLLIUM TUBE PER BRUSH<br>SPEC. S-200E, TYPE I<br><br>NP07609<br>02.8000 +0.03000 -0.00000"<br>OD<br>02.3750 +0.00000 -0.03000"<br>ID<br>1.625 (+.125,-0 | 50.0<br>13.0 | NL<br>LB | 299.03 | .0<br>.0 | 50.0<br>10.5 | 14,951.50 |
| | TOTAL QUANTITY = 81.25 INCHES<br>UNIT PRICE ACKNOWLEDGED IS THE<br>PRICE PER INCH CONVERTED TO<br>MULTIPLE LENGTH PRICE. | | | | | | |
| | | | | UPS CHARGES | | | 4.60 |
| | | | | INVOICE TOTAL | | | $14,956.10 |
| | X-RAYS AND CERTIFICATION OF<br>ANALYSIS REQUIRED WITH SHIPMENT.<br><br>NOTIFY SALES TWO DAYS BEFORE<br>SHIPMENT, SO WE CAN NOTIFY CUSTOMER | | | | | | | |

DEPOSITION
EXHIBIT
CHARTIER (19)
MRW 5/2/06

BD 365467

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

PLEASE
REMIT
TO:
BRUSH WELLMAN INC.
P. O. BOX 5168
CLEVELAND, OH 44190

**GEN-799**

# BRUSHWELLMAN
### ENGINEERED MATERIALS

ACKNOWLEDGMENT-FIELD SALES

BRUSH WELLMAN INC./ELMORE, OH 43416/PHONE 419/862-2745

| CUSTOMER'S ORDER NO. | ORDER DATE | DATE ENTERED | OUR ORDER NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | | CHANGE NBR |
|---|---|---|---|---|---|---|
| 3149PN59770 | 01/08/85 | 01/08/85 | EMB356 | | | 01 |

| | | CUSTOMER NO. | TERR | TERMS | | |
|---|---|---|---|---|---|---|
| | | 755020 | 88 | NET 30 DAYS | | |

| FREIGHT TERMS | PPD. | COL. | PPD. & CHG. |
|---|---|---|---|
| FOB: ELMORE, OH | | | X |

| REQUESTED ROUTE |
|---|
| UPS |

| ACK TO | RAYTHEON COMPANY<br>MICROWAVE & POWER TUBE OPER.<br>FOUNDRY AVENUE, BLDG 41<br>WALTHAM          MA 02254 |
|---|---|

| BILL TO | RAYTHEON COMPANY<br>MICROWAVE & POWER TUBE OPER.<br>FOUNDRY AVENUE, BLDG 41<br>WALTHAM          MA 02254 | SHIP TO | HARDRIC LABORATORIES<br>1490 MAIN ST<br>WALTHAM          MA 02154 |
|---|---|---|---|

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | REQUESTED DATE WEEK OF | PROMISE DATE WEEK OF |
|---|---|---|---|---|---|---|
| | 1/14/85 - CHANGED O.D. TOLERANCES | | | | | |
| 01 | 75223-541<br>BERYLLIUM TUBE PER BRUSH<br>SPEC. S-200E, TYPE I<br>MP07609<br>2.8000 +0.03000 -0.00000"<br>OD<br>2.3750 +0.00000 -0.03000"<br>ID<br>X 1.625 (+.125,-0 | 50.0<br>APPROX<br>13.8 | ML<br>LB | 299.03 | 03/08/85     50.0 | 03/08/85     50.0<br>OR SOONER |
| | TOTAL QUANTITY = 81.25 INCHES<br>UNIT PRICE ACKNOWLEDGED IS THE<br>PRICE PER INCH CONVERTED TO<br>MULTIPLE LENGTH PRICE.<br><br>X-RAYS AND CERTIFICATION OF<br>ANALYSIS REQUIRED WITH SHIPMENT.<br><br>NOTIFY SALES TWO DAYS BEFORE<br>SHIPMENT, SO WE CAN NOTIFY CUSTOMER | | | | | |

CIAL INSTRUCTIONS:

/L 85-1642

BD 365468

GEN-800

# BRUSHWELLMAN
### ENGINEERED MATERIALS

ACKNOWLEDGMENT-FIELD SALES

BRUSH WELLMAN INC./ELMORE, OH 43416/PHONE 419/862-2745

| CUSTOMER'S ORDER NO. | ORDER DATE | DATE ENTERED | OUR ORDER NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES |
|---|---|---|---|---|
| 3169PN59770 | 01/08/85 | 01/08/85 | EMB356 | |

| | CUSTOMER NO. | YEAR | TERMS |
|---|---|---|---|
| | 755020 | 8B | NET 30 DAYS |

| FREIGHT TERMS | | PPD. | COL. | PPD. & CHG. |
|---|---|---|---|---|
| FOB: ELMORE, OH | | | | X |

REQUESTED ROUTE
UPS

**ACK TO**
RAYTHEON COMPANY
MICROWAVE & POWER TUBE OPER.
FOUNDRY AVENUE, BLDG 41
WALTHAM              MA 02254

**BILL TO**
RAYTHEON COMPANY
MICROWAVE & POWER TUBE OPER.
FOUNDRY AVENUE, BLDG 41
WALTHAM              MA 02254

**SHIP TO**
HARDRIC LABORATORIES
1490 MAIN ST
WALTHAM              MA 02154

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | REQUESTED DATE WEEK OF | PROMISE DATE WEEK OF |
|---|---|---|---|---|---|---|
| 01 | 75223-541 BERYLLIUM TUBE PER BRUSH SPEC. S-200E, TYPE I 02.8000 +0.00000 -0.03000' OD 02.3750 +0.00000 -0.03000' ID .625 (+.125,-0 | 50.0 APPROX 13.8 | ML LB | 299.03 | 03/08/85    50.0 | 03/08/85    50.0 OR SOONER |

TOTAL QUANTITY = 81.25 INCHES
UNIT PRICE ACKNOWLEDGED IS THE
PRICE PER INCH CONVERTED TO
MULTIPLE LENGTH PRICE.

X-RAYS AND CERTIFICATION OF
ANALYSIS REQUIRED WITH SHIPMENT.

NOTIFY SALES TWO DAYS BEFORE
SHIPMENT, SO WE CAN NOTIFY CUSTOMER

AL INSTRUCTIONS:
/L 85-1642

BD 365469

GEN-801

# **BRUSH**WELLMAN
### ENGINEERED MATERIALS

INVOICE-FIELD SALES

BRUSH WELLMAN INC./17876 ST.CLAIR AVE./CLEVELAND, OH 44110/PHONE 216/486-4200

| CUSTOMER'S ORDER NO. | ORDER DATE | CUSTOMER NO. | TERR | INVOICE NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | INVOICE DATE |
|---|---|---|---|---|---|---|
| 3169PP-5071E | 04/24/84 | 755020 | 88 | EMA687-001 | | 06/11/84 |

| | | | |
|---|---|---|---|
| B I L L T O | RAYTHEON COMPANY<br>MICROWAVE & POWER TUBE OPER.<br>FOUNDRY AVENUE, BLDG 41<br>WALTHAM          MA 02254 | S H I P T O | HARDRIC LABS<br>1490 MAIN ST.<br>WALTHAM          MA 02154 |

| FREIGHT TERMS | | PPD | COLL | PPD & CHG | WAYBILL NO. | | PART | COMP |
|---|---|---|---|---|---|---|---|---|
| FOB: ELMORE, OH | | | | X | EMA687 | | | X |

| TERMS | DATE SHIPPED | NO. CONTAINERS | GROSS WGT. | SHIPPED VIA | |
|---|---|---|---|---|---|
| NEY 30 DAYS | 06/08/84 | 1 CARTON | 10 LBS. | U.P.S. $3.43 | 755120 |

| B/N | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | QUANTITY BACK ORDERED | QUANTITY SHIPPED | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 75223-550<br>BERYLLIUM TUBE PER BRUSH<br>SPEC. S-200E, TYPE II<br><br>MP07549<br>02.7610" OD X<br>P2.4010" ID<br>X 1.450" MULTS | 42.0<br>5.8 | ML<br>LB | 258.71 | .0<br>.0 | 42.0<br>6.9 | 10,865.82 |

( TOTAL QUANTITY = 60.9 INCHES<br>UNIT PRICE ACKNOWLEDGED IS THE<br>PRICE PER INCH CONVERTED TO<br>MULTIPLE LENGTH PRICE.

UPS CHARGES                               3.43

INVOICE TOTAL                        $10,869.25

X-RAYS AND CERTIFICATION OF
ANALYSIS REQUIRED WITH SHIPMENT.

BD 365470

WE CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH
ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND OF REGULATIONS AND ORDERS OF THE
DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

PLEASE **BRUSH WELLMAN INC.**
REMIT P. O. BOX 5168
TO CLEVELAND, OH 44190

GEN-802

# BRUSHWELLMAN
### ENGINEERED MATERIALS

ACKNOWLEDGMENT-FIELD SALES

BRUSH WELLMAN INC./ELMORE, OH 43416/PHONE 419/862-2745

| CUSTOMER'S ORDER NO.<br>3169PP-50716 | ORDER DATE<br>04/24/84 | DATE ENTERED<br>04/24/84 | OUR ORDER NO.<br>EMA687 | REFER TO THIS NUMBER<br>IN ALL CORRESPONDENCE<br>AND INQUIRIES | | CHANGE<br>NBR<br>01 |
|---|---|---|---|---|---|---|

| A C T O | RAYTHEON COMPANY<br>MICROWAVE & POWER TUBE OPER.<br>FOUNDRY AVENUE, BLDG 41<br>WALTHAM          MA 02254 |
|---|---|

| CUSTOMER NO.<br>755020 | TERR<br>88 | TERMS<br>NET 30 DAYS | | |
|---|---|---|---|---|

| FREIGHT TERMS<br>FOB: ELMORE, OH | | PPD. | COL. | PPD. & CHG.<br>X |
|---|---|---|---|---|

| REQUESTED ROUTE<br>UPS |
|---|

| B I L T O | RAYTHEON COMPANY<br>MICROWAVE & POWER TUBE OPER.<br>FOUNDRY AVENUE, BLDG 41<br>WALTHAM          MA 02254 | S H I P T O | HARDRIC LABS<br>1490 MAIN ST.<br>WALTHAM          MA 02154 |
|---|---|---|---|

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | REQUESTED DATE WEEK OF | PROMISE DATE WEEK OF |
|---|---|---|---|---|---|---|
| | 5/8/84 - CHANGED CUSTOMER P.O | | | | | |
| 01 | 75223-550<br>BERYLLIUM TUBE PER BRUSH<br>SPEC. S-200E, TYPE II<br>MP07549<br>2.7610" OD X<br>2.4010" ID<br>1.450" MULTS<br><br>TOTAL QUANTITY = 60.9 INCHES<br>UNIT PRICE ACKNOWLEDGED IS THE<br>PRICE PER INCH CONVERTED TO<br>MULTIPLE LENGTH PRICE.<br><br>X-RAYS AND CERTIFICATION OF<br>ANALYSIS REQUIRED WITH SHIPMENT. | 42.0 ML<br>APPROX<br>5.8 LB | | 258.71 | 06/08/84    42.0 | 06/08/84    42.0 |

SPECIAL INSTRUCTIONS:
P/L 84-557

BD 365471

# BRUSHWELLMAN
### ENGINEERED MATERIALS

ACKNOWLEDGMENT-FIELD SALES

BRUSH WELLMAN INC./ELMORE, OH 43416/PHONE 419/862-2745

| CUSTOMER'S ORDER NO. | ORDER DATE | DATE ENTERED | OUR ORDER NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES |
|---|---|---|---|---|
| 3169PM-50716 | 04/24/84 | 04/24/84 | EMA687 | |

| | | CUSTOMER NO. | TERM | TERMS |
|---|---|---|---|---|
| A C K T O | RAYTHEON COMPANY MICROWAVE & POWER TUBE OPER. FOUNDRY AVENUE, BLDG 41 WALTHAM    MA 02254 | 755020 | 88 | NET 30 DAYS |

| FREIGHT TERMS | | PPD. | COL. | PPD. & CHG. |
|---|---|---|---|---|
| FOB: ELMORE, OH | | | | X |
| REQUESTED ROUTE | | | | |
| UPS | | | | |

| B I L L T O | RAYTHEON COMPANY MICROWAVE & POWER TUBE OPER. FOUNDRY AVENUE, BLDG 41 WALTHAM    MA 02254 | S H I P T O | HARDRIC LABS 1490 MAIN ST. WALTHAM    MA 02154 |
|---|---|---|---|

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | REQUESTED DATE WEEK OF | PROMISE DATE WEEK OF |
|---|---|---|---|---|---|---|
| 01 | 75223-550 BERYLLIUM TUBE PER BRUSH SPEC. S-200E, TYPE II Ø2.7610" OD X Ø2.4010" ID X 1.450" MULTS | 42.0 APPROX 5.8 | ML LB | 258.71 | 06/08/84    42.0 | 06/08/84    42.0 |
| | TOTAL QUANTITY = 60.9 INCHES UNIT PRICE ACKNOWLEDGED IS THE PRICE PER INCH CONVERTED TO MULTIPLE LENGTH PRICE. | | | | | |
| | X-RAYS AND CERTIFICATION OF ANALYSIS REQUIRED WITH SHIPMENT. | | | | | |

SPECIAL INSTRUCTIONS:
P/L 84-557

BD 365472

GEN-804

# BRUSH WELLMAN
## ENGINEERED MATERIALS

INVOICE-FIELD SALES

BRUSH WELLMAN INC./17876 ST.CLAIR AVE./CLEVELAND, OH 44110/PHONE 216/486-4200

| CUSTOMER'S ORDER NO. | ORDER DATE | CUSTOMER NO. | TERR | INVOICE NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | INVOICE DATE |
|---|---|---|---|---|---|---|
| 3160P44BA3* | 03/07/84 | 755020 | 88 | FMA561-001-01 | | 04/02/84 |

| B I L L T O | RAYTHEON COMPANY<br>MICROWAVE & POWER TUBE OPER.<br>FOUNDRY AVENUE, BLDG 41<br>WALTHAM                    MA 02254 | S H I P T O | HARDRIC LABORATORIES, INC.<br>1690 MAIN STREET<br>WALTHAM                    MA 02154 |
|---|---|---|---|

| FREIGHT TERMS | | PPD | COLL | PPD & CHG | WAYBILL NO. | | PART | COMP |
|---|---|---|---|---|---|---|---|---|
| FOB: ELMORE, OH | | | | X | 227129593 | | | X |

| TERMS | DATE SHIPPED | NO. CONTAINERS | GROSS WGT. | SHIPPED VIA | |
|---|---|---|---|---|---|
| NET 30 DAYS | 03/09/84 | 1 CARTON | 4 LBS. | FEDERAL EXPRESS P-1 | 755020 |

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | QUANTITY BACK ORDERED | QUANTITY SHIPPED | AMOUNT |
|---|---|---|---|---|---|---|---|
| | INVOICE ISSUED FOR FEDERAL EXPRESS CHARGES OMITTED ON INVOICE NO. FMA561-001, DATED 3-12-84.<br><br>AIRBILL NO. 227129593. | | | | | | |
| | | | | | | 28.75 | |
| | INVOICE TOTAL | | | | | | $28.75 |

BD 365473

I HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH FAIR LABOR REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND OF REGULATIONS AND ORDERS OF THE DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF

PLEASE REMIT TO: **BRUSH WELLMAN INC.**
P. O. BOX 5168
CLEVELAND, OH 44190

# BRUSHWELLMAN
### ENGINEERED MATERIALS

INVOICE-FIELD SALES

BRUSH WELLMAN INC./17876 ST.CLAIR AVE./CLEVELAND, OH 44110/PHONE 216/486-4200

| CUSTOMER'S ORDER NO. | ORDER DATE | CUSTOMER NO. | TERR | INVOICE NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | INVOICE DATE |
|---|---|---|---|---|---|---|
| 91A9DM68892 | 03/07/84 | 75502D | BB | NA561-001 | | 3/12/84 |

BILL TO:
RAYTHEON COMPANY
MICROWAVE & POWER TUBE OPER.
FOUNDRY AVENUE, BLDG 41
WALTHAM          MA 02254

SHIP TO:
HARDRIC LABORATORIES, INC.
1490 MAIN STREET
WALTHAM          MA 02154

| FREIGHT TERMS | | PPD | COLL | PPD & CHG | WAYBILL NO. | | PART | COMP |
|---|---|---|---|---|---|---|---|---|
| FOB: ELMORE, OH | | | | X | 227129593 | | | X |

| TERMS | DATE SHIPPED | NO. CONTAINERS | GROSS WGT. | SHIPPED VIA | |
|---|---|---|---|---|---|
| NET 30 DAYS | 03/09/84 | 1 CARTON | 6 LBS. | FEDERAL EXPRESS P-1 | 75502 |

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | QUANTITY BACK ORDERED | QUANTITY SHIPPED | AMOUNT |
|---|---|---|---|---|---|---|---|
| 01 | 75223-550 | 13.0 | ML | 279.14 | .0 | 13.0 | 3,628.82 |
| | BERYLLIUM TUBE PER BRUSH | 1.8 | LB | | .0 | 2.5 | |
| | SPEC. S-200E, TYPE I | | | | | | |
| | | | | | | | |
| | MP07514 | | | | | | |
| | 02.7610" OD K | | | | | | |
| | 02.4010" ID | | | | | | |
| | K 1.4530 MULTS | | | | | | |
| | | | | | | | |
| | TOTAL QUANTITY = 18.85 INCHES | | | | | | |
| | UNIT PRICE ACKNOWLEDGED IS THE | | | | | | |
| | PRICE PER INCH CONVERTED TO | | | | | | |
| | MULTIPLE LENGTH PRICE. | | | | | | |
| | | | | | | | |
| | X-RAYS AND CERTIFICATION OF | | | | | | |
| | ANALYSIS REQUIRED WITH SHIPMENT. | | | | | | |
| | | | | INVOICE TOTAL | | | 3,628.82 |
| | | | | | | | |
| | NOTE: DO NOT PRODUCE.  MATERIAL | | | | | | |
| | WAS PRODUCED ON S.O. FNA-229 | | | | | | |
| | WHICH WAS CANCELLED (HARDRIC | | | | | | |

BD 365474

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ...

PLEASE REMIT TO:
BRUSH WELLMAN INC.
P. O. BOX 5168
CLEVELAND, OH 44190

GEN-806

# BRUSHWELLMAN
### ENGINEERED MATERIALS

INVOICE-FIELD SALES

BRUSH WELLMAN INC./17876 ST.CLAIR AVE./CLEVELAND, OH 44110/PHONE 216/486-4200

| CUSTOMER'S ORDER NO. | ORDER DATE | CUSTOMER NO. | TERR | INVOICE NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | INVOICE DATE |
|---|---|---|---|---|---|---|
| 316500488?? | 03/07/84 | 765221. | 88 | M0561-0051 | | 7/12/84 |

B
I   RAYTHEON COMPANY
L   MICROWAVE & POWER TUBE OPER.
L   FOUNDRY AVENUE, BLDG 41
    WALTHAM          MA 02854
T
O

S   HARDRIC LABORATORIES, INC.
H   1400 MAIN STREET
I   WALTHAM           MA 02154
P
T
O

| FREIGHT TERMS | | PPD | COLL | PPD & CHG | WAYBILL NO. | | PART | COMP |
|---|---|---|---|---|---|---|---|---|
| FOB: ELMORE, OH | | | X | | 227129592 | | | Y |

| TERMS | DATE SHIPPED | NO. CONTAINERS | GROSS WGT. | SHIPPED VIA | |
|---|---|---|---|---|---|
| NET 30 DAYS | 03/09/84 | CARTON 1 LBS. | | FEDERAL EXPRESS P-1 | 765 13 |

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | QUANTITY BACK ORDERED | QUANTITY SHIPPED | AMOUNT |
|---|---|---|---|---|---|---|---|
| 01 | 75227-560 | 13.1 | MI | 279.14 | .0 | 13.1 | 3,658.81 |
| | BERYLLIUM TUBE PER BRUSH | 1.8 | LB | | .0 | 2.9 | |
| | SPEC. S-200E, TYPE I | | | | | | |
| | MP07514 | | | | | | |
| | 2.7610M OD X | | | | | | |
| | 2.4010M ID | | | | | | |
| | X 1.4510 WULTS | | | | | | |
| | TOTAL QUANTITY = 18.85 INCHES | | | | | | |
| | UNIT PRICE ACKNOWLEDGED IS THE | | | | | | |
| | PRICE PER INCH CONVERTED TO | | | | | | |
| | MULTIPLE LENGTH PRICE. | | | | | | |
| | X-RAYS AND CERTIFICATION OF | | | | | | |
| | ANALYSIS REQUIRED WITH SHIPMENT. | | | | | | |
| | | | | INVOICE TOTAL | | | 42,677.82 |
| | NOTE: DO NOT PRODUCE. MATERIAL | | | | | | |
| | WAS PRODUCED ON S.O. FHA-229 | | | | | | |
| | WHICH WAS CANCELLED (HARDRIC | | | | | | |

BD 365475

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

PLEASE   BRUSH WELLMAN INC.
REMIT    P. O. BOX 5169
TO:      CLEVELAND, OH 44193

**GEN-807**

# BRUSHWELLMAN
### ENGINEERED MATERIALS

ACKNOWLEDGMENT-FIELD SALES

BRUSH WELLMAN INC./ELMORE, OH 43416/PHONE 419/862-2745

| CUSTOMER'S ORDER NO. | ORDER DATE | DATE ENTERED | OUR ORDER NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES |
|---|---|---|---|---|
| 3169PM48833 | 03/07/84 | 03/07/84 | EMA561 | |

| CUSTOMER NO. | TERR | TERMS | | |
|---|---|---|---|---|
| 755020 | 88 | NET 30 DAYS | | |

| | | | PPD. | COL. | PPD. & CHG. |
|---|---|---|---|---|---|
| FREIGHT TERMS FOB: ELMORE, OH | | | | | X |
| REQUESTED ROUTE FEDERAL EXPRESS - PRIORITY I | | | | | |

**ACK TO:**
RAYTHEON COMPANY
MICROWAVE & POWER TUBE OPER.
FOUNDRY AVENUE, BLDG 41
WALTHAM                MA 02254

**BILL TO:**
RAYTHEON COMPANY
MICROWAVE & POWER TUBE OPER.
FOUNDRY AVENUE, BLDG 41
WALTHAM                MA 02254

**SHIP TO:**
HARDRIC LABORATORIES, INC.
1490 MAIN STREET
WALTHAM                MA 02154

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | REQUESTED DATE WEEK OF | PROMISE DATE WEEK OF |
|---|---|---|---|---|---|---|
| 01 | 75223-550 BERYLLIUM TUBE PER BRUSH SPEC. S-200E, TYPE I MP07514 2.7610" OD X 2.4010" ID 1.450" MULTS | 13.0 APPROX 1.8 | ML LB | 279.14 | 03/05/84    13.0 | 03/05/84    13.0 |

TOTAL QUANTITY = 18.85 INCHES
UNIT PRICE ACKNOWLEDGED IS THE
PRICE PER INCH CONVERTED TO
MULTIPLE LENGTH PRICE.

X-RAYS AND CERTIFICATION OF
ANALYSIS REQUIRED WITH SHIPMENT.

NOTE:   DO NOT PRODUCE.  MATERIAL
        WAS PRODUCED ON S.O. EMA-229
        WHICH WAS CANCELLED (HARDRIC

SPECIAL INSTRUCTIONS:
P/L 83-1281

BD 365476

GEN-808

# **BRUSH**WELLMAN
### ENGINEERED MATERIALS

ACKNOWLEDGMENT-FIELD SALES

BRUSH WELLMAN INC./ELMORE, OH 43416/PHONE 419/862-2745

| CUSTOMER'S ORDER NO. | ORDER DATE | DATE ENTERED | OUR ORDER NO. | | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | | CHANGE NBR |
|---|---|---|---|---|---|---|---|
| 5308 | 10/10/83 | 10/10/83 | EMA229 | | | | 01 |

| | | | |
|---|---|---|---|
| CUSTOMER NO. | TERR | TERMS | |
| 427000 | 88 | C.O.D. | |

| FREIGHT TERMS | | PPD. | COL. | PPD. & CHG. |
|---|---|---|---|---|
| FOB: ELMORE, OH | | | X | |

REQUESTED ROUTE
UPS

| A C K T O | HARDRIC LABORATORIES, INC.<br>1490 MAIN STREET<br>WALTHAM        MA 02154 |
|---|---|

| B I L L T O | HARDRIC LABORATORIES, INC.<br>1490 MAIN STREET<br>WALTHAM        MA 02154 | S H I P T O | HARDRIC LABORATORIES, INC.<br>1490 MAIN STREET<br>WALTHAM        MA 02154 |
|---|---|---|---|

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | REQUESTED DATE WEEK OF | | PROMISE DATE WEEK OF | |
|---|---|---|---|---|---|---|---|---|
| | 12/6/83 - CHANGED TO C.O.D. -<br>CERTIFIED CHECK | | | | | | | |
| 01 | 75223-550<br>BERYLLIUM TUBE PER BRUSH<br>SPEC. S-200E, TYPE I<br>.07514<br>.7610" OD X<br>.2.4010" ID<br>X 1.450" MULTS | 13.0<br>APPROX<br>1.8 | ML<br>LB | 279.14 | 12/02/83 | 13.0 | 12/02/83 | 13.0 |
| | TOTAL QUANTITY = 18.85"<br>UNIT PRICE ACKNOWLEDGED IS THE<br>PRICE PER INCH CONVERTED TO<br>MULTIPLE LENGTH PRICE. | | | | | | | |
| | X-RAYS AND CERTIFICATION OF<br>ANALYSIS REQUIRED WITH SHIPMENT. | | | | | | | |
| | NOTE:   CERTIFIED BANK CHECK<br>        REQUIRED FOR PAYMENT. | | | | | | | |

SPECIAL INSTRUCTIONS:
P/L  83-1281
TP - C.O.D. - CERTIFIED CHECK

BD 365477

GEN-809

# BRUSHWELLMAN
### ENGINEERED MATERIALS

ACKNOWLEDGMENT-FIELD SALES

BRUSH WELLMAN INC./ELMORE, OH 43416/PHONE 419/862-2745

| CUSTOMER'S ORDER NO. | ORDER DATE | DATE ENTERED | OUR ORDER NO. | | |
|---|---|---|---|---|---|
| 5308 | 10/10/83 | 10/10/83 | EMA229 | | |

| | | | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | | |
|---|---|---|---|---|---|
| CUSTOMER NO. | TERR | TERMS | | | |
| 427000 | 8B | NET 30 DAYS | | | |

| FREIGHT TERMS | | | PPD. | COL. | PPD. & CHG. |
|---|---|---|---|---|---|
| FOB: ELMORE, OH | | | | | X |
| REQUESTED ROUTE | | | | | |
| UPS | | | | | |

ACK TO
HARDRIC LABORATORIES, INC.
1490 MAIN STREET
WALTHAM          MA 02154

BILL TO
HARDRIC LABORATORIES, INC.
1490 MAIN STREET
WALTHAM          MA 02154

SHIP TO
HARDRIC LABORATORIES, INC.
1490 MAIN STREET
WALTHAM          MA 02154

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | REQUESTED DATE WEEK OF | | PROMISE DATE WEEK OF | |
|---|---|---|---|---|---|---|---|---|
| 01 | 75223-550 BERYLLIUM TUBE PER BRUSH SPEC. S-200E, TYPE I MP07514 02.7610" OD X 02.4010" ID 1.450" MULTS | 13.0 APPROX 1.8 | ML LB | 279.14 | 12/02/83 | 13.0 | 12/02/83 | 13.0 |
| | TOTAL QUANTITY = 18.85" UNIT PRICE ACKNOWLEDGED IS THE PRICE PER INCH CONVERTED TO MULTIPLE LENGTH PRICE. | | | | | | | |
| | X-RAYS AND CERTIFICATION OF ANALYSIS REQUIRED WITH SHIPMENT. | | | | | | | |

SPECIAL INSTRUCTIONS:

P/L  83-1281

BD 365478

GEN-810

# BRUSH WELLMAN
### ENGINEERED MATERIALS

BRUSH WELLMAN INC.    ELMORE, OH 43416   PHONE: (419) 862-2745

| CUSTOMER'S ORDER NO. | ORDER DATE | DATE ENTERED | GOV'T AGY. | PRIORITY | | OUR ORDER NUMBER | |
|---|---|---|---|---|---|---|---|
| 53-7936XD09326 | 04/23/92 | 04/23/92 | | | ▶ | EMA630 | ◀ |

| CUSTOMER NO. | TERR. | TERMS |
|---|---|---|
| 755015 A | 88 | NET 30 DAYS |

FREIGHT TERMS

FOB: ELMORE, OH                                          PPD &CHI

REQUESTED ROUTE

UPS

```
A        RAYTHEON CO.
C        P.O. BOX 297
K        SUDBURY          MA 01766
T
O
```

```
B        RAYTHEON CO.                    S  HARDRIC LAB
I        P.O. BOX 297                    H  1490 MAIN ST.
L        SUDBURY          MA 01766       P  WALTHAM          MA 02154
L                                        T
T                                        O
O
```

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS | UNIT PRICE | REQUESTED DATE WEEK OF | PROMISED DATE WEEK OF |
|---|---|---|---|---|---|---|
| 01 | BRUSH PART: MP22332 (75819-352) BERYLLIUM BAR | 1.0 APPROX 1.5 | PC LB | 1098.00 | 05/22/92 | 05/22/92 OR SOONER |
| | PER SPEC: S-200-F REV:A  TYPE:I 1.00000" THICK X  3.65000" WIDTH X  6.10000" LONG | | | | | |
| 02 | BRUSH PART: MP22332 (75819-362) BERYLLIUM BAR | 1.0 APPROX 2.5 | PC LB | 1520.00 | 05/22/92 | 05/22/92 OR SOONER |
| | PER SPEC: S-200-F REV:A  TYPE:I 1.00000" THICK X  5.30000" WIDTH X  7.05000" LONG | | | | | |
| | X-RAYS AND CERTS REQUIRED | | | | | |

SPECIAL INSTRUCTIONS:

92-218R1

PROGRAM:  T.F.O.A.

BD 365576

# BRUSHWELLMAN
### ENGINEERED MATERIALS

INVOICE - FIELD SALES

BRUSH WELLMAN INC.　　FED.ID.# 34/0119320　　PHONE(216)486-4200

| ORDER DATE | CUSTOMER'S ORDER NO. | CUSTOMER NO. | TERR | GOV'T | PRIORITY | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|---|---|---|
| 04/23/92 | 53-7936X009326 | 755015A | 88 | | | EMA630-001 | 05/18/92 |

| BILL TO | SHIP TO |
|---|---|
| RAYTHEON CO. P.J. BOX 297 SUDBURY　MA 01766 *Dick Seavey* | HARDRIC LAB 1430 MAIN ST. WALTHAM　MA 02154 |

| FREIGHT TERMS | | WAYBILL | |
|---|---|---|---|
| FOB: ELMORE, OH | PPD&CHG EMA630 | | 755015 |

| TERMS | DATE SHIPPED | NO. CONTAINERS | GROSS WGT. | SHIPPED VIA |
|---|---|---|---|---|
| NET 30 DAYS | 05/15/92 | 1 CTN. | 5 LBS. | UPS/3.21 |

| ITEM | DESCRIPTION | QUANTITY ORDERED | U/M | UNIT PRICE | QUANTITY BACK ORDERED | QUANTITY SHIPPED | DOLLAR AMOUNT |
|---|---|---|---|---|---|---|---|
| 01 | BRUSH PART: MP22332 (75819-352) BERYLLIUM BAR | 1.0 1.5 | PC LB | 1098.00 | .0 .0 | 1.0 1.5 | $1,098.00 |
| | PER SPEC: S-200-F REV:A  TYPE:I 1.00000" THICK X  3.65000"  WIDTH X    6.10000"  LONG | | | | | | |
| | BRUSH PART: MP22332 (75819-362) BERYLLIUM BAR | 1.0 2.5 | PC LB | 1520.00 | .0 .0 | 1.0 2.6 | $1,520.00 |
| | PER SPEC: S-200-F REV:A  TYPE:I 1.00000"  THICK X  5.30000"  WIDTH X    7.05000"  LONG | | | | | | |
| | | | | U.P.S. CHARGES | | | 3.21 |
| | | | | INVOICE TOTAL | | | $2,621.21 |
| | X-RAYS AND CERTS REQUIRED | | | | ORDER IS COMPLETE | | |

1 MP22332
2 MP22332

| REMIT TO: |
|---|
| BRUSH WELLMAN INC. P. O. BOX 70768 CHICAGO, IL 60673-0768 |

BD 365575

# BRUSH WELLMAN
### ENGINEERED MATERIALS

PACKING LIST-SALES

BRUSH WELLMAN INC./ELMORE, OH 43416/PHONE 419/862-2745

| TOMER'S ORDER NO. | ORDER DATE | CUSTOMER NO. | TERR | PACKING LIST NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES |
|---|---|---|---|---|---|
| 3169PP-50716 | 04/24/84 | 755020 | 88 | EMA687-001 | |

| | |
|---|---|
| HARDRIC LABS 1490 MAIN ST. WALTHAM    MA  02154 | B I L T O | RAYTHEON COMPANY MICROWAVE & POWER TUBE OPER. FOUNDRY AVENUE, BLDG 41 WALTHAM          MA  02254 |

| GHT TERMS | | PPD. | COLL. | PPD & CHG. | WAYBILL NO. | | PART | COMP |
|---|---|---|---|---|---|---|---|---|
| FOB: ELMORE, OH | | | | X | EMA687 | | | X |

| E SHIPPED | NO. CONTAINERS | GROSS WGT. | SHIPPED VIA |
|---|---|---|---|
| 06/08/84 | 1 CARTON | 10 LBS. | U.P.S. $3.43 |

| U | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | QUANTITY SHIPPED | QUANTITY BACK ORDERED | |
|---|---|---|---|---|---|---|
| 9175223-550 | BERYLLIUM TUBE PER BRUSH SPEC. S-200E, TYPE II MP07549 02.7610" OD X 02.4010" ID X 1.450" MULTS | 42.0 5.8 | ML LB | 42.0 6.3 | .0 .0 | |

TAL QUANTITY = 60.9 INCHES
IT PRICE ACKNOWLEDGED IS THE
PRICE PER INCH CONVERTED TO
MULTIPLE LENGTH PRICE.

X-RAYS AND CERTIFICATION OF
ANALYSIS REQUIRED WITH SHIPMENT.

BD 364672

**NO RETURN GOODS WILL BE ACCEPTED WITHOUT WRITTEN CONSENT.
ALL CLAIMS FOR SHORTAGES MUST BE MADE WITHIN 30 DAYS.**

# BRUSH WELLMAN
## ENGINEERED MATERIALS
### MATERIAL CERTIFICATION

Customer: Raytheon Company
Microwave & Power Tube Oper.
Foundry Avenue, Bldg. 41
Waltham, MA 02254

Date: June 8, 1984
S.O.#: BWA 687
P.O.#: N69PP-50716
Specification: S-200E, Type II

Material Description:
Lot No. 3066, Six (6) pcs. Beryllium Tube 2.761" od x 2.401" id x 1.15" mults (60.9" total, 42 mults total), S/N 1-6, Item 1.

| CHEMICAL COMPOSITION: (WT. %) | | | | MECHANICAL PROPERTIES | | | |
|---|---|---|---|---|---|---|---|
| ELEMENT | 3066 | | | DIR. | FTU XP(M)ksi | FTY (000)ksi | % EL |
| Be | 99.5 | | | Long. | 51.1 | 37.3 | 1.6 |
| BeO | .9 | | | Trans. | 58.3 | 46.9 | 3.5 |
| Fe | .06 | | | | | | |
| C | .10 | | | | | | |
| Al | .03 | | | | | | |
| Mg | .02 | | | | | | |
| Si | .03 | | | | | | |

DENSITY XXXX: Theoretical
99.9%

AVG GRAIN SIZE: (Microns)
8.7

RADIOGRAPHIC INSP. PER
MIL-STD-453

PENETRANT INSP. PER
MIL-I-68661B

ADDITIONAL INFORMATION:
X-ray No. G-3260

BATCH NO.
OTHER ELEM. EA. (Metallic) -.04
OTHERS TOTAL

BD 364674

This is to certify that the above material satisfies the requirements of Specification ___see above___
Drawing_____ Purchase Order___see above___ and was removed from Pressing No. __3066__

cc:
Shipping (3)   Sales (1)   File (1)

BRUSH WELLMAN INC. R. P. Garner
QUALITY CONTROL

QUALITY ASSURED PRODUCT

To: **BRUSH WELLMAN**

RAYTHEON COMPANY
MICROWAVE & P.T. DIV.
PURCHASING DEPT. 3250
Foundry Avenue
Waltham, MA. 02154

subject: **3169-PP-50716**

date: **5/2/84**

MESSAGE

Please send written quotation
all orders over $500.00 require by Government Regulation
a written quotation

Thank You

**D. Sinclair**

signed _Grady_

BD 364675



**RAYTHEON COMPANY**
MICROWAVE AND POWER TUBE OPERATION
FOUNDRY AVENUE
WALTHAM, MASSACHUSETTS 02254
TELEPHONE:(617)899-8400

31-2472 (12-80)

**PURCHASE ORDER**

| THIS NUMBER MUST APPEAR ON ALL PACKAGES AND DOCUMENTS |
|---|
| PURCHASE ORDER NUMBER |
| 31-69-PP-50716 |

755020

AX
TON
-1760395

| CABLE NO | CASH TERMS | | BUSINESS | MINORITY | BUYER | EXTENSION | CROSS REFERENCE | DOCUMENT DATE | REQUISITION NO. |
|---|---|---|---|---|---|---|---|---|---|
| X | NET 30 | | S | N | JOHN CHARTIER | 3623 | | 04 25 84 | 47315 |

| NT | | SHIP VIA | | TRANSPORTATION TERMS | | | | COMPANY WIDE AGREEMENT NO. | CERT.FOR NAT'L DEF. USE DMS/DPS REG.II | CONTRACT NUMBER | | PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PUROLATOR | | P & C | COL | FA | PPD | | | | | |
| | | | | | | X | | | | | | |

BRUSH WELLMAN                107383   BILL IN TRIPLICATE TO THE ABOVE ADDRESS
SOUTH RIVER ROAD                      ATTENTION: ACCOUNTS PAYABLE
ELMORE OH 43416                       SHIP MATERIAL TO BLD 41 ACCOUNT 1730-9

INDICATES CONFIRMING ORDER

DO NOT DUPLICATE          YOUR  JIM ZYLA      DATE  04 24 84      TEL: 419-862-2745

| QUANTITY | UNIT OF MEASURE | PART NO./DESCRIPTION/DELIVERY SCHEDULE | CATEGORY | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 42.0 | EACH | BERYLLIUM 98%MIN S-200E | LAB/MAT | 258.71 | 10,865.82 |
| | | 42.0  DUE: 05 28 84 | | | |

S-200E TYPE I-ROUGH OVERSIZE TO FINISH, 2.761" OD X 2.401"ID
X1.450 MULT

VENDOR TO NOTIFY RAYTHEON BEFORE ABOVE MATERIAL IS
DROPPED SHIPPED TO HARDRIC LABS.
B E R Y L L I A - C O N T R O L
---------------------------------------

THE ENCLOSED B.E.O.LABELS ARE TO BE ATTACHED TO THE
OUTSIDE OF EACH PACKAGE WHEN SHIPPING.


THE FOLLOWING DOCUMENTS ARE APPLICABLE:
1.  NON-SEGREGATED FACILITIES
2.  EQUAL OPPORTUNITY EMPLOYMENT


***** DROP SHIP THIS MATERIAL TO: *****
HARDRIC LAB INC
1490 MAIN STREET
J.F.READING             MA 02154
WALTHAM

                                    PURCHASE ORDER AMOUNT    10,865.82


                                                BD 364676

       ***** END OF PURCHASE ORDER *****
       AUTHORIZED SIGNATURE  _John J. Snook_   DATE 4/27/84

S ORDER IS SUBJECT TO THE TERMS AND CONDITIONS ON THE FACE AND BACK HEREOF.
  EXCEPTIONS MUST BE ACKNOWLEDGED IN WRITING.

COST OF INSURANCE IN VIOLATION OF PARAGRAPH 2 OF TERMS AND CONDITION OF PURCHASES WILL NOT BE ACCEPTED.   **VENDOR COPY**
H DISCOUNT PERIOD WILL BE MEASURED FROM DATE OF RECEIPT OF INVOICE OR MATERIAL WHICHEVER IS LATER.

# BRUSHWELLMAN
### ENGINEERED MATERIALS

INVOICE ORDER FILE

BRUSH WELLMAN INC./17876 ST.CLAIR AVE./CLEVELAND, OH 44110/PHONE 216/486-4200

| CUSTOMER'S ORDER NO. | ORDER DATE | CUSTOMER NO. | TERR | INVOICE NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | INVOICE DATE |
|---|---|---|---|---|---|---|
| 316003-53716 | 04/24/84 | 755023 | RE | EMA687-001 | | 06/11/84 |

| | |
|---|---|
| **B**<br>**I**<br>**L**<br>**L**<br>**T**<br>**O** | RAYTHEON COMPANY<br>MICROWAVE & POWER TUBE OPER.<br>FOUNDRY AVENUE, BLDG 41<br>WALTHAM            MA 02254 |
| **S**<br>**H**<br>**I**<br>**P**<br>**T**<br>**O** | HARDRIC LABS<br>1490 MAIN ST.<br>WALTHAM            MA 02154 |

| FREIGHT TERMS | PPD | COLL | PPD & CHG | WAYBILL NO. | | PART | COMP |
|---|---|---|---|---|---|---|---|
| FOB: ELMORE, OH | | | X | EMA687 | | | X |

| TERMS | DATE SHIPPED | NO. CONTAINERS | GROSS WGT. | SHIPPED VIA | |
|---|---|---|---|---|---|
| NET 30 DAYS | 06/08/84 | 1 CARTON | 1 LBS. | U.P.S. $3.43 | 75512 |

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | QUANTITY BACK ORDERED | QUANTITY SHIPPED | AMOUNT |
|---|---|---|---|---|---|---|---|
| 01 | 75223-550<br>BERYLLIUM TUBE PER BRUSH<br>SPEC. S-2005, TYPE II<br><br>WD-7549<br>2.761 " OD X<br>2.401 " ID<br>1.450" MULTS<br><br>TOTAL QUANTITY = 6.9 INCHES<br>UNIT PRICE ACKNOWLEDGED IS THE<br>PRICE PER INCH CONVERTED TO<br>MULTIPLE LENGTH PRICE.<br><br><br><br>X-RAYS AND CERTIFICATION OF<br>ANALYSIS REQUIRED WITH SHIPMENT. | 42.0<br>5.8 | MI<br>LB | 258.71 | .3<br>.5 | 42.0<br>6.9 | 10,865.82 |
| | UPS CHARGES | | | | | | 3.43 |
| | INVOICE TOTAL | | | | | | $10,869.25 |

BD 364677

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

PLEASE BRUSH WELLMAN INC.
REMIT P. O. BOX 5168
TO: CLEVELAND, OH 44193

# BRUSHWELLMAN
ENGINEERED MATERIALS

ACKNOWLEDGMENT-ORDER FILE

BRUSH WELLMAN INC./ELMORE, OH 43416/PHONE 419/862-2745

| CUSTOMER'S ORDER NO. 3169PP-50716 | ORDER DATE 04/24/84 | DATE ENTERED 04/24/84 | OUR ORDER NO. EMA687 | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | CHANGE NBR. 01 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| **A C K T O** | RAYTHEON COMPANY<br>MICROWAVE & POWER TUBE OPER.<br>FOUNDRY AVENUE, BLDG 41<br>WALTHAM          MA 02254 | CUSTOMER NO. 755020  TERM 88  TERMS NET 30 DAYS<br>FREIGHT TERMS FOB: ELMORE, OH    PPD. COL. PPD. & CHG. X<br>REQUESTED ROUTE UPS |
| **B I L L T O** | RAYTHEON COMPANY<br>MICROWAVE & POWER TUBE OPER.<br>FOUNDRY AVENUE, BLDG 41<br>WALTHAM          MA 02254 | **S H I P T O** HARDRIC LABS<br>1490 MAIN ST.<br>WALTHAM          MA 02154 |

| DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | REQUESTED DATE WEEK OF | PROMISE DATE WEEK OF |
|---|---|---|---|---|---|
| 5/8/84 - CHANGED CUSTOMER P.O | | | | | |
| 75223-550<br>BERYLLIUM TUBE PER BRUSH<br>SPEC. S-200E, TYPE II<br>MP 7549<br>0. 7610" OD X<br>02.4010" ID<br>X 1.450" MULTS | 42.0<br>APPROX<br>5.8 | ML<br><br>LB | 258.71 | 06/08/84    42.0 | 06/08/84    42. |
| TOTAL QUANTITY = 60.9 INCHES<br>UNIT PRICE ACKNOWLEDGED IS THE<br>PRICE PER INCH CONVERTED TO<br>MULTIPLE LENGTH PRICE. | | | | | |
| X-RAYS AND CERTIFICATION OF<br>ANALYSIS REQUIRED WITH SHIPMENT. | | | | | |

INSTRUCTIONS:
P.  84-557

BD 364678

# BRUSHWELLMAN
## ENGINEERED MATERIALS

ACKNOWLEDGMENT-ORDER FILE

RUSH WELLMAN INC./ELMORE, OH 43416/PHONE 419/862-2745

| OMER'S ORDER NO. | ORDER DATE | DATE ENTERED | OUR ORDER NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | |
|---|---|---|---|---|---|
| 169PM-50716 | 04/24/84 | 04/24/84 | EMA687 | | |

| CUSTOMER NO. | TERR | TERMS |
|---|---|---|
| 755020 | 88 | NET 30 DAYS |

| | FREIGHT TERMS | PPD. | COL. | PPD. & CHG. |
|---|---|---|---|---|
| | FOB: ELMORE, OH | | | X |

RAYTHEON COMPANY
MICROWAVE & POWER TUBE OPER.
FOUNDRY AVENUE, BLDG 41
WALTHAM              MA 02254

REQUESTED ROUTE
UPS

RAYTHEON COMPANY
MICROWAVE & POWER TUBE OPER.
FOUNDRY AVENUE, BLDG 41
WALTHAM              MA 02254

SHIP TO
HARDRIC LABS
1490 MAIN ST.
WALTHAM              MA 02154

| DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | REQUESTED DATE WEEK OF | | PROMISE DATE WEEK OF | |
|---|---|---|---|---|---|---|---|
| 75223-550 | 42.0 | ML | 258.71 | 06/08/84 | 42.0 | 06/08/84 | 42. |
| BERYLLIUM TUBE PER BRUSH | APPROX | | | | | | |
| SPEC. S-200E, TYPE II | 5.8 | LB | | | | | |
| 02.7610" OD X | | | | | | | |
| 02.4010" ID | | | | | | | |
| X .450" MULTS | | | | | | | |
| | | | | | | | |
| TOTAL QUANTITY = 60.9 INCHES | | | | | | | |
| UNIT PRICE ACKNOWLEDGED IS THE | | | | | | | |
| PRICE PER INCH CONVERTED TO | | | | | | | |
| MULTIPLE LENGTH PRICE. | | | | | | | |
| | | | | | | | |
| X-RAYS AND CERTIFICATION OF | | | | | | | |
| ANALYSIS REQUIRED WITH SHIPMENT. | | | | | | | |

INSTRUCTIONS:
P . 84-557

BD 364679

2687

**ORDER WRITE-UP**

| | Change No | | | | | | |
|---|---|---|---|---|---|---|---|

| Customer No | Cr | P.O. No | D: Entered | P.O. Date | Terr No | Referral cc |
|---|---|---|---|---|---|---|
| 2550-20 | | 3169 PM 50716 | 4/24 | 4/24 | | |

Ship To:
HARDRIC LABS
1490 Main St
Waltham, MA 02154

Bill To:
RAYTHEON COMPANY
MICROWAVE & POWER TUBE OPERATION
FOUNDRY AVE Bldg 41
WALTHAM, MA 02254

| Pay Terms | Freight Terms | Requested Route | PPD | Coll | P/C | Govt | Cfd |
|---|---|---|---|---|---|---|---|
| NET 30 DAYS | FOB ELMORE | UPS | | | ✓ | | |

| It | Prod Code | Description | Part No | Qty | Price | Requested Del Week | Qty | Promised Del Week | Qty |
|---|---|---|---|---|---|---|---|---|---|
| 1) | | 75223 -550 | | | | 6/8/84 | | 10,865 8 | |
| | | BE TUBE | | | 258.71/ | | | | |
| | | 2.761"OD x 2.401"ID x 1.450"ML | | 42 ML | NL | | | | |
| | | TOTAL INCHES = 60.9" | | 5.8# | | | | | |
| | | Spec S-200-E Type II | | | | | | | |
| | | X-RAY + CERTS REQUIRED | | | | | | | |

Special Instructions:
P/2
84-557

BD 364680

# BRUSHWELLMAN

ENGINEERED MATERIALS

Brush Wellman Inc./Elmore Ohio 43416
Phone 419/862-2745    TWX 810/490-2300

# QUOTATION

Raytheon Company
Microwave & Power Tube Operation
Foundry Ave., Bldg 41
Waltham, MA  02254

Attention:
Mr. John Chartier

Thank you for your inquiry and the opportunity to submit the following quotation.

| | |
|---|---|
| YOUR INQUIRY NO. | Verbal |
| DATE OF INQUIRY | 4-18-84 |
| BRUSH QUOTATION NO. | 84-557 |
| DATE OF QUOTE | 4-18-84 |

CONFIRMING: PHONE ☒
TWX ☐
OTHER (Specify) _____

| ITEM | DESCRIPTION | QUANTITY | PRICE | EST. TOTAL WEIGHT | EST. SHIPMENT (WKS. ARO) |
|---|---|---|---|---|---|
| 1 | Beryllium Tube per Brush Spec. S-200E Type II 2.761" O.D. x 2.401" I.D. x 1.450" Mult | 42 mults | $258.71 per mult | | 6 Weeks |
| | 2.777" O.D. x 2.310" I.D. x 1.593" Mult | 42 mults | $277.85 per mult | | 6 Weeks |
| 2 | Beryllium Rod per Brush Spec. S-200E Type II 2.777" Diameter x 1.533" Long | 42 pcs. | $313.59 each | | 6 Weeks |

P/O 3169 PM50716

HARDRIC LABS

BD 364681

The material will be delivered as shown above if your order is received on or before ___May 18, 1984___
Prices apply to quantities which you order for manufacture and shipment at one time.

F.O.B.  Elmore, Ohio

TERMS: NET 30 DAYS

PLEASE REFER ALL INQUIRIES CONCERNING THIS QUOTATION TO:
Brush Wellman Inc.

SALES ENGINEER    J.W. Chomich

PREPARED BY    Jim Zyla

Jim Zyla, Sales Coordinator

IMPORTANT NOTICE. THIS QUOTATION IS SUBJECT TO THE PROVISIONS OF BRUSH'S TERMS AND CONDITIONS OF SALE SET FORTH ON THE BACK HEREOF - WHICH INCLUDE LIMITATIONS ON WARRANTIES AND REMEDIES. PLEASE READ THEM CAREFULLY SINCE THEY WILL GOVERN ANY SALE OF OUR GOODS.

53642 - 510  11/71

# **BRUSH**WELLMAN
### ENGINEERED MATERIALS

Brush Wellman Inc./Elmore Ohio 43416
Phone 419/862-2745    TWX 810/490-2300

# QUOTATION

Raytheon Co
Microwave + Power Tube Operation
Foundry Ave, Bldg 41
Waltham, MA 02254

Attention: John Chartier

Thank you for your inquiry and the opportunity to submit the following quotation.

YOUR INQUIRY NO. _____
DATE OF INQUIRY  4/18
BRUSH QUOTATION NO.  84-557
DATE OF QUOTE  4/18
CONFIRMING: PHONE ☑
           TWX ☐
           OTHER (Specify) _____

| ITEM | DESCRIPTION | QUANTITY | PRICE | EST. TOTAL WEIGHT | EST. SHIPMENT (WKS. ARO) |
|------|-------------|----------|-------|-------------------|--------------------------|
| 1) | BE TUBE<br>2.761" OD X 2.401" ID X 1.450" ML | 42 ML | 258.71/ML | | 6 |
| | 2.777" OD X 2.310" ID X 1.593" ML | 42 ML | 277.85/ML | | 6 |
| | BE ROD<br>2.777" Φ X 1.533" Long | 42 pcs | 313.59 EA | | 6 |
| | S-200-E Type II | | | | |
| | | | | BD 364682 | |

The material will be delivered as shown above if your order is received on or before _____
Prices apply to quantities which you order for manufacture and shipment at one time.

F.O.B. _____
TERMS: NET 30 DAYS

PLEASE REFER ALL INQUIRIES CONCERNING THIS QUOTATION TO:
Brush Wellman Inc. _____

SALES ENGINEER _____    PREPARED BY _____

IMPORTANT NOTICE: THIS QUOTATION IS SUBJECT TO THE PROVISIONS OF BRUSH'S TERMS AND CONDITIONS OF SALE SET FORTH ON THE BACK HEREOF - WHICH INCLUDE LIMITATIONS ON WARRANTIES AND REMEDIES. PLEASE READ THEM CAREFULLY SINCE THEY WILL GOVERN ANY SALE OF OUR GOODS.

53642 - 510  11/71

Raytheon Co
John Charlis
617-899-8400 X-3623

S-200-E TYPE II

42ML   2.761"OD x 2.401"ID x 1.450"ML          220.95                    '87R
60.9"                                           X.95              5-6
                                               209.90             weeks
                                               x 85
                                               178.42
                                               x1.450
                                               258.71/ML

42ML   2.777"OD x 2.310"ID x 1.593"ML          216.00                    '83R
66.906                                          X.95             (6weeks)
                                               205.20
                                               x85
                                               174.42
                                               x1.593
                                               277.85/ML

42pcs   2.777"∅ x 1.533"long                   230.30            (C) Weeks
                                               x1.533
                                               353.95
                                               35.30
                                               388.35
                                               x.95
                                               368.93
                                               x85
                                               313.59EA

BD 364683

**BRUSH** WELLMAN
ENGINEERED MATERIALS

ACKNOWLEDGEMENT - FIELD SALES

SH WELLMAN INC.    ELMORE, OH 43416   PHONE: (419) 862-2745

| CUSTOMER'S ORDER NO. | ORDER DATE | DATE ENTERED | GOV'T AGY. | PRIORITY | | OUR ORDER NUMBER |
|---|---|---|---|---|---|---|
| 53-7936XD09326 | 04/23/92 | 04/23/92 | | | | EMA630 |

| CUSTOMER NO. | TERR. | TERMS |
|---|---|---|
| 755015 A | 88 | NET 30 DAYS |

FREIGHT TERMS

FOB: ELMORE, OH                     PPD &CH(

REQUESTED ROUTE

UPS

ACK TO:
RAYTHEON CO.
P.O. BOX 297
SUDBURY          MA 01766

BILL TO:
RAYTHEON CO.
P.O. BOX 297
SUDBURY          MA 01766

SHIP TO:
SHARDRIC LAB
1490 MAIN ST.
WALTHAM          MA 02154

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS | UNIT PRICE | REQUESTED DATE WEEK OF | PROMISED DATE WEEK OF |
|---|---|---|---|---|---|---|
| 01 | BRUSH PART: MP22332 (75819-352) BERYLLIUM BAR | 1.0 | PC | 1098.00 | 05/22/92 1 | 05/22/92 1 |
| | | APPROX 1.5 | LB | | | OR SOONER |
| | PER SPEC: S-200-F REV:A  TYPE:I 1.00000" THICK X  3.65000" WIDTH X  6.10000" LONG | | | | | |
| | BRUSH PART: MP22332 (75819-362) BERYLLIUM BAR | 1.0 | PC | 1520.00 | 05/22/92 1 | 05/22/92 1 |
| | | APPROX 2.5 | LB | | | OR SOONER |
| | PER SPEC: S-200-F REV:A   TYPE:I 1.00000"  THICK X  5.30000" WIDTH X   7.05000"  LONG | | | | | |
| | X-RAYS AND CERTS REQUIRED | | | | | |

EXHIBIT
Richard 3
5.85.28

SPECIAL INSTRUCTIONS:

PROGRAM:  T.F.O.A.

92-218R1

BD 365576