

Hardric Home Page

 Home

Precision Machining

Beryllium Optics

Diamond Turned Optics

Metal Optics

Feedback

## *Celebrating 51 years of Precision Machining and Optics*

Since its founding in 1954, Hardric Laboratories, Inc has been a pioneer in the field of ultra-close tolerance machining. We have made components from a wide range of unusual metals, glass and ceramics for commercial and military applications all over the world. These include aerospace, optics, guidance systems, night vision, medical technology, computers, electronics, laser welding and laser engraving.



The Metal Optics Group, founded in 1980, is a World Leader in Beryllium Optics and offers HardZapTM beryllium mirrors for scanning, night vision and other applications. In 1992 diamond-turning capability

was added allowing us to offer electroless-nickel coated beryllium optics as well as diamond-turned aluminum, brass, etc. mirrors.

Our small, elite staff of highly skilled experts will work closely with your designers and engineers to assure the highest quality, the most efficient manufacturing and on-time delivery.

**Hardric Laboratories, Inc.**

P.O. Box 129          Fax: 978-251-1724

N Chelmsford, MA 01863    Phone: 978-251-1702

E-Mail: Hardric@hardric.com

Copyright 1999 by Hardric Laboratories, Inc.   All rights reserved.

Should you have questions or problems concerning this web site, please e-mail the Webmaster at webmaster@hardric.com or submit the form at "Talk to Us."
Revised: 10/09/05