Volume 1, Pages 1-173

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

* * * * * * * * * *

SUZANNE GENEREUX, ET AL,         *
                                 *
        Plaintiffs,              *
                                 *
v.                               *   Case No: 04-CV-12137
                                 *           JLT
AMERICAN BERYLLIA                *   USDC District of
CORPORATION, ET ALS,             *       Massachusetts
                                 *
        Defendants.              *
* * * * * * * * * *

DEPOSITION OF ALFRED BROADBENT

Deposition taken at the law offices of Getman, Stacey, Schulthess & Steere, P.A., Three Executive Park Drive, Bedford, New Hampshire, on Wednesday, June 7, 2006, 10:00 a.m. to 2:08 p.m.

JONES REPORTING COMPANY
617-451-8900

Al Broadbent

46

| | | |
|---|---|---|
| 1 | | I can't see her not being on it. |
| 2 | Q. | Did anyone ever ask you to tell them who should |
| 3 | | be on the beryllium list? |
| 4 | A. | No. They had already premade it up. |
| 5 | Q. | In the classes that Mr. Hartford gave on |
| 6 | | beryllium oxide, what did he say about the |
| 7 | | dangers of working with beryllium oxide? |
| 8 | A. | The do's and don't's, "don't do this" and "don't |
| 9 | | do that" and -- you know. |
| 10 | Q. | What were the things he said not to do? |
| 11 | A. | Oh, I can't remember exactly. I know he went |
| 12 | | into the beryllium windows and he also went into |
| 13 | | the beryllium on metal, like machining it. You |
| 14 | | got to keep it cool all the time, fluids running |
| 15 | | over, no grinding it, things like that. |
| 16 | Q. | Did he explain that exposure to beryllium oxide |
| 17 | | can cause a lung disease? |
| 18 | A. | Oh, yeah. I do remember him saying that. |
| 19 | Q. | Did he hand out any written materials at these |
| 20 | | meetings? |
| 21 | A. | I can't -- I can't remember. |
| 22 | Q. | Did he show any slides or movies? |
| 23 | A. | I don't remember any slides or movies. |

Al Broadbent

113

| | | |
|---|---|---|
| 1 | A. | Not to my knowledge. |
| 2 | Q. | Where was this Spencer Laboratories located? |
| 3 | A. | Spencer's in Burlington. |
| 4 | Q. | Roughly what time period were the buildings |
| 5 | | renovated? |
| 6 | A. | Oh, boy. Gee, I'm terrible on time. Gee, I |
| 7 | | can't come up with a -- |
| 8 | Q. | I don't want you to guess. You can just say, I |
| 9 | | don't know, I don't remember. |
| 10 | A. | I don't really know the exact time. |
| 11 | Q. | You -- at some point during your deposition, |
| 12 | | you've used the terms beryllium and beryllium |
| 13 | | oxide interchangeably and beryllia. Are you |
| 14 | | familiar with the difference between solid |
| 15 | | beryllium metal and beryllium oxide? |
| 16 | A. | Yes, I am. |
| 17 | Q. | Okay. So when you said beryllium -- |
| 18 | A. | Beryllium, in this particular deposition, I'm |
| 19 | | talking windows. |
| 20 | Q. | So which would be beryllium oxide? |
| 21 | A. | Yes. |
| 22 | Q. | Okay. Were you familiar with any Raytheon |
| 23 | | Waltham facilities for working with beryllium |

Al Broadbent

114

| | | |
|---|---|---|
| 1 | | metals during that time period of '83 to '86? |
| 2 | A. | There was a small amount. Most of it was |
| 3 | | carried out in the machine shop downstairs and |
| 4 | | they knew how to handle it, and what they would |
| 5 | | do is run coolant and there was machining and |
| 6 | | that. They knew how to do it. But we didn't do |
| 7 | | it. |
| 8 | Q. | Okay. So Department 3670 did not work with |
| 9 | | beryllium metal? |
| 10 | A. | No; no, not machining or anything like that. |
| 11 | | The only beryllium metal that we had were |
| 12 | | beryllium tools because they're nonmagnetic, and |
| 13 | | when you're working with big magnets, if you use |
| 14 | | a magnetic tool, you go to tighten a nut or |
| 15 | | something and the wrench would stick to a |
| 16 | | magnet, so the nonmagnetic tools were used |
| 17 | | because they're nonmagnetic. But other than |
| 18 | | that, that's the only thing we used - beryllium. |
| 19 | Q. | So just to clarify that, you might have used |
| 20 | | some beryllium containing tools in your process, |
| 21 | | but you didn't -- |
| 22 | A. | Wrenches. |
| 23 | Q. | Okay, wrenches. |