UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE GENEREUX, et al. ) <br> ) <br> Plaintiffs, ) <br> ) Case No. 04-CV-12137 JLT <br> v. ) <br> ) **MOTION FOR LEAVE** <br> AMERICAN BERYLLIA CORP., et al., ) **TO FILE REPLY BRIEF** <br> ) <br> Defendants. ) | |

Pursuant to Local Rule 7.1(b), defendant Brush Wellman Inc. hereby moves for leave to file the attached Reply Memorandum in Support of Summary Judgment. Brush wishes to submit this reply to show that the issues of fact raised by plaintiffs are not genuinely disputed, and that plaintiffs have misrepresented parts of the record to create the appearance of disputes. Moreover, Brush wishes to bring to the Court's attention important errors and omissions in plaintiffs' discussion of the applicable law. Brush submits that its Reply will assist the Court in a just determination of the pending motion.

CERTIFICATION

Pursuant to Local Rule 7.1(a), undersigned counsel certifies that he conferred with plaintiffs' counsel, who stated that plaintiffs have no objection to the filing of a reply brief on the condition that Brush will not oppose a motion by plaintiffs for leave to file a sur-reply.

CLI-1473985v1

Dated: December 8, 2006

Respectfully submitted,

By: _____
Jeffery D. Ubersax
Robert S. Faxon
Jones Day
North Point
901 Lakeside Ave.
Cleveland, Ohio 44114-1190
Tel:    (216) 586-3939
Fax:    (216) 579-0212

Alan M. Spiro
Federal Bar No. 475650
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
Tel:    (617) 951-2204
Fax:    (617) 439-4170

Attorneys for Defendant Brush Wellman Inc.

CLI-1473985v1