UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Suzanne Genereux, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 04-CV-12137   JLT |
| | ) | |
| v. | ) | |
| | ) | |
| American Beryllia Corp., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**SUPPLEMENTAL DECLARATION OF MARC E. KOLANZ**

1.      I am Vice President of Environmental Health and Safety for Brush Wellman Inc. ("Brush"). I submit this declaration in connection with Brush's Motion for Summary Judgment in order to respond specifically to certain assertions in Plaintiffs' Opposition To Summary Judgment. This declaration is based on my personal knowledge and experience at Brush and my investigation and review of documents contained in the company's files.

2.      I have worked at Brush since 1981 and am familiar with Brush's beryllium products. Brush's beryllium products fall into three categories: pure beryllium (*i.e.*, beryllium metal), beryllium alloys (such as beryllium copper), and beryllium oxide (a ceramic).

3.      Pure beryllium is a metallic element, number 4 on the periodic table, and is sold as a metal for specialized applications, including aerospace and nuclear applications. It is silver-gray in appearance and extremely light.

4.      Beryllium metal is added to other metals in order to form alloys. These alloys have a completely different appearance, a different chemical structure and different physical properties than beryllium metal. For example, Brush manufactures a beryllium-copper alloy by adding a small amount of beryllium to copper. The addition of beryllium to copper forms an

alloy with high strength, hardness, and good electrical and thermal conductivity. These properties have made beryllium-copper alloys a popular engineering material. Beryllium-copper alloys contain only a small percentage (0.15% - 4.5%) of beryllium and retain a copper-colored appearance. I have reviewed the records of Brush's sales to Raytheon's Waltham plant (Ex. 25 to Kolanz Decl., Ex. 7 to Plaintiffs' Opposition To Brush Wellman's Mot. For Summary Judg.). Those records do not show any sales of beryllium-copper alloys to Raytheon.

5.      Ceramics can be made from a wide variety of materials. Beryllium oxide ceramics are made from high purity (*i.e.*, 99.5%) beryllium oxide powder, which is formed into shapes by dry pressing or extruding and subsequently fired to produce a ceramic with an exceptional combination of high thermal conductivity, high electrical resistance, and other properties. Other materials, such as aluminum oxide, are formed into ceramics the same way. While these other ceramics have different physical properties, they are (depending on the underlying materials used) typically identical to beryllium oxide ceramics in appearance.


I declare under penalty of perjury that the foregoing is true and correct.


_____
Marc E. Kolanz

Executed this __6__ th day of December, 2006, Cleveland, Ohio.

CLI-1473735v1