UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Suzanne Genereux, et al. | ) |
| | ) |
| Plaintiffs, | ) Case No. 04-cv-12137 JLT |
| | ) |
| v. | ) |
| | ) |
| American Beryllia Corp., et al. | ) |
| | ) |
| Defendants. | ) |

**SUPPLEMENTAL AFFIDAVIT OF JEFFERY D. UBERSAX**

Jeffery D. Ubersax, being first duly sworn, states as follows:

1. I am a partner in the Jones Day law firm, and counsel pro hac vice to defendant Brush Wellman Inc. ("Brush") in this case. I submit this affidavit in connection the Reply Memorandum of Defendant Brush Wellman Inc. In Support Of Summary Judgment.

2. Attached as Exhibit 1 is a true and correct of a document Bates-numbered BW-GEN 02132 retrieved from the files of Brush Wellman and produced to plaintiffs on December 23, 2005.

3. Attached as Exhibit 2 is a true and correct of a document Bates-numbered BW-GEN 02212 retrieved from the files of Brush Wellman and produced to plaintiffs on December 23, 2005.

4. Attached as Exhibit 3 is a true and correct copy of the Notice of Deposition of Raytheon Company Pursuant To Rule 30(b)(6), dated February 10, 2006.

5. Attached as Exhibit 4 is a true and correct copy of a March 20, 2006 letter sent from Raytheon counsel Ronald M. Jacobs to me designating James M. McCarthy as "Raytheon's first and primary Rule 30(b)(6) designee."

CLI-1474360v1

                                                                                       _____
Sworn to and subscribed                                                                     Jeffery D. Ubersax
before me this 7th day of December,
2006.

_____
Notary Public



AMY M. CAMARDA
NOTARY PUBLIC
FOR THE
STATE OF OHIO
My Comm. Exp. 6/4/11

CLI-1474360v1