**EXHIBIT 1** to Supplemental Affidavit of Jeffery D. Ubersax

# BRUSHWELLMAN
### ENGINEERED MATERIALS

**INVOICE - ORDER FILE**

BRUSH WELLMAN INC.
PHONE (216) 486-4200

| ORDER DATE | CUSTOMER'S ORDER NO. | CUSTOMER NO | TERR | GOV'T | PRIORITY | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|---|---|---|
| 06/15/89 | SAMPLES | 755020A | 51 | | | TUM120-002 | 05/24/90 |

**BILL TO:**
RAYTHEON COMPANY
MICROWAVE AND POWER TUBE DIV.
ATTN: INVOICE CLEARANCE DEPT.
190 WILLOW STREET
WALTHAM               MA 02254

**SHIP TO:**
RAYTHEON COMPANY
MICROWAVE AND POWER TUBE DIV.
FOUNDRY AVENUE, BLDG 41
WALTHAM               MA 02254

| FREIGHT TERMS | | | | WAYBILL | | | |
|---|---|---|---|---|---|---|---|
| FOB: TUCSON, AZ | | PPD&CHG | | | | | 002019 |
| TERMS | DATE SHIPPED | NO. CONTAINERS | | GROSS WGT. | | SHIPPED VIA | |
| NET 30 DAYS (X) | 05/23/90 | 1 BOX | | 1 LB | | UPS $2.28 | |

| ITEM | DESCRIPTION | QUANTITY ORDERED | U/M | UNIT PRICE | QUANTITY BACK ORDERED | QUANTITY SHIPPED | DOLLAR AMOUNT |
|---|---|---|---|---|---|---|---|
| 02 | BRUSH PART: AH00701 | 12.0 | PC | | .0 | 12.0 | $.00 |
| | (36223-020) | | | | | | |
| | THERMALOX 995 BE O | 5.0 | NC | .00 | .0 | .1 | |
| | WASHER | | | | | | |
| | DESC: W(M02) | | | | | | |
| | 0.27900" O.D. X 0.03100" I.D. | | | | | | |
| | X  0.06000" THICK | | | | | | |
| | CUST DWG: G211296    REV: 5 | | | | | | |
| | BRUSH SPEC: CODP-1G REV: C  LEVEL: II | | | | | | |
| | | | | | | | |
| | CLARIFICATIONS: | | | | | | |
| | 1) CUSTOMER REQ #31-65-LP46231 | | | | | | |
| | 2) PREPRODUCTION SAMPLES TO QUALIFY | | | | | | |
| | AS SUPPLIER. | | | | | | |
| | | | | | | | |
| | EXCEPTION: | | | | | | |
| | 1) NOTE H ON DRAWING FOR PREPRODUC- | | | | | | |
| | TION SAMPLES ONLY. FUTURE ORDERS | | | | | | |
| | WILL REQUIRE NEGOTIATION. | | | | | | |
| | | | | | | INVOICE TOTAL | $.00 |
| | CERTIFICATE OF COMPLIANCE REQUIRED | | | | | | |
| | WITH SHIPMENT. | | | | | | |
| | | | | | | | |
| | PRICING STATED ABOVE IS VALID FOR | | | | | | |
| | ALL PARTS RELEASED AND SHIPPED | | | | | | |
| | PRIOR TO 12/31/89. | | | | | | |
| | | | | | | | |
| | *SHIPPING NOTE: | | | | | | |
| | 1) ATTACH RAYTHEON LEO LABELS TO | | | | | | |

BW-GEN 02132

02 AH00711

**REMIT TO:**
BRUSH WELLMAN INC.
P. O. BOX 70768
CHICAGO, IL 60673-0768