**EXHIBIT 2** to Supplemental Affidavit of Jeffery D. Ubersax



BW-GEN 02212