**EXHIBIT 4** to Supplemental Affidavit of Jeffery D. Ubersax

Mar-20-2006 06:11pm  From-CONN KAVANAUGH          617-482-6444          T-460  P.002/003  F-249

# CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP

COUNSELORS AT LAW

Ten Post Office Square, Boston, Massachusetts 02109

Tel: (617) 482-8200

Fax: (617) 482-6444

THOMAS E. PEISCH
BOB B. ROSENTHAL
JAMES F. KAVANAUGH, JR.
RUSSELL F. CONN
GEORGE M. FORD
JAMES B. PELOQUIN
BARRY E. GOLD
THOMAS J. GALLITANO
NEIL R. SCHAUER
JAMES GRAY WAGNER
ERIN K. HIGGINS
STEVEN E. GURDIN
MICHAEL T. SULLIVAN
CONSTANCE M. MCGRANE
KURT B. FLIEGAUF

RONALD M. JACOBS
CAROL A. STARKEY
SARA L. GOODMAN
ELISE S. WALD
MICHAEL R. BERNARDO
JACOB A. LABOVITZ
CARA A. FAUCI
JOHANNA L. MATLOFF
AMY C. STEWART
BETH NUZZO NEWMARK
SARAH E. WEBER
VALERIE CHRISTOPHILOS
MAYA L. SETHI

WRITER'S DIRECT DIAL: 617-348-8212
E-MAIL: RJACOBS@CKRPF.COM

March 20, 2006

## VIA E-MAIL, FACSIMILE AND FIRST CLASS MAIL

Jeffrey D. Ubersax, Esq.
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

Re: <u>Suzanne Genereux, et al. v. American Beryllia Corp., et al.</u>

Dear Jeff:

As we have discussed, Mr. James McCarthy is Raytheon's first and primary Rule 30(b)(6) designee. With respect to the subject matters set forth in the Rule 30(b)(6) subpoena, Mr. McCarthy is Raytheon's designee as follows:

- Nos. 1 and 2: While Mr. McCarthy might have some limited general personal knowledge about these subject matters, he is not the designee.

- Nos. 3 and 4: Mr. McCarthy is the designee insofar as he has personal knowledge of these subject matters.

- Nos. 5 and 6: Mr. McCarthy is not the designee.

- No. 7: Mr. McCarthy is Raytheon's designee to the extent this subject matter includes OSHA specifications.

- No. 8: Mr. McCarthy is not the designee.

- No. 9: Mr. McCarthy is Raytheon's designee with respect to "Raytheon's industrial hygiene equipment and policies and practices at the Waltham Plant to protect workers against beryllium exposure, including but not limited to Standard #37-3066-130." Mr. McCarthy is not the designee with respect to "the glove box and any related ventilation equipment used by Suzanne Genereux."

- No. 10: Mr. McCarthy is the designee with respect to Raytheon's Northboro facility.

DEPOSITION EXHIBIT
McCarthy (2)
MRW  3/21/06

March 20, 2006
Page 2

- <u>No. 11</u>: Mr. McCarthy is Raytheon's designee with respect to "[m]easurements of airborne beryllium particulate at the Waltham Plant" in 1991.

- <u>Nos. 12 and 13</u>: Mr. McCarthy is the designee for the Waltham Plant.

- <u>No. 14</u>: Mr. McCarthy is the designee.

- <u>No. 15</u>: Mr. McCarthy is not the designee but might have some limited personal knowledge.

- <u>No. 16</u>: Mr. McCarthy is the designee.

- <u>No. 17</u>: Mr. McCarthy is not the designee but might have some limited personal knowledge.

- <u>Nos. 18 and 19</u>: Mr. McCarthy is the designee for the Waltham Plant from at least 1986 and for the Northboro facility from at least 1999.

- <u>Nos. 20 - 24</u>: Mr. McCarthy is not the designee but can testify as a fact witness as to communications, if any, during his employment between Raytheon's health and safety office and the entities specified in these subject matters.

- <u>Nos. 25 - 27</u>: Mr. McCarthy is not the designee.

- <u>No. 28</u>: Mr. McCarthy is the designee.

- <u>No. 29</u>: While Mr. McCarthy has personal knowledge of the job titles and responsibilities of some of the individuals listed, he is not the designee.

Sincerely,

Ronald M. Jacobs

RMJ/sf-6676-122

cc:   James F. Kavanaugh, Jr., Esq.
      Alan M. Spiro, Esq. (via e-mail, facsimile and first class mail)