## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of December, 2006, a true and correct copy of the foregoing Motion For Leave to File Reply Brief and Reply Memorandum of Defendant Brush Wellman Inc. In Support Of Summary Judgment was served via U.S. mail, first class postage prepaid, upon the following:

Leo V. Boyle, Esq.
Meehan, Boyle, Black & Fitzgerald, PC
Two Center Plaza
Suite 600
Boston, MA 02108
617-523-8300

Attorney for Plaintiffs

Ruben Honik, Esq.
Stephan Matanovic
Golomb & Honik, PC
121 S. Broad St., 9th fl.
Philadelphia, PA 19107

Attorney for Plaintiffs

William F. Ahern, Esq.
Mandi Jo Hanneke, Esq.
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142
617-494-1920

Attorney for Defendant American Beryllia
   Corp.

Robert Nadeau, Esq.
Frances Lindermann, Esq.
Nadeau & Associates
1332 Post Road, Suite 4A
Wells, Maine  04090
207-324-3500

Attorneys for Defendant Hardric Laboratories, Inc..

Ronald M. Jacobs, Esq.
Conn, Kavanaugh, Rosenthal, Peisch & Ford, LLP
Ten Post Office Square, 4th Floor
Boston, MA  02109
617-482-8200

Attorney for Defendant Raytheon

_____
Attorney for  Brush Wellman Inc.

CLI-1473985v1