# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE GENEREUX, et al.           ) | |
|                                                              ) | |
|         Plaintiffs,                                  ) | |
|                                                              ) | Case No. 04-CV-12137 JLT |
| v.                                                        ) | |
|                                                              ) | **MOTION FOR LEAVE** |
| AMERICAN BERYLLIA CORP., et al.,  ) | **TO FILE REPLY BRIEF** |
|                                                              ) | |
|         Defendants                                ) | |
|                                                              ) | |

Pursuant to Local Rule 7.1(b), defendant Hardric Laboratories, Inc. ("Hardric") hereby moves for leave to file the attached Reply Memorandum in Support of Rule 11 Sanctions. Hardric wishes to submit this reply in order to show that the Plaintiffs did not make a reasonable inquiry into whether Hardric was a proper party in this liability action. Moreover, Hardric wishes to bring to the Court's attention important errors and omissions in the Plaintiff's characterization of the facts and evidence. Hardric submits that its Reply will assist the Court in a just determination of the pending motion.

## CERTIFICATION

Pursuant to Local Rule 7.1(a), undersigned counsel certifies that she conferred with Plaintiffs' counsel, who stated that Plaintiffs have no objection to the filing of a reply brief on the condition that Hardric will not oppose a motion by Plaintiffs for leave to file a sur-reply.

Dated: December 18, 2006          Respectfully submitted,

                              By: /s/ Frances C. Lindemann
                              Frances C. Lindemann, Esq.
                              Attorney for the Defendant
                              Pro Hac Vice
                              Maine Bar No. 7499
                              Nadeau and Associates, P.A.

1

1332 Post Road
Wells, ME 04090
(207) 646-4000

Case 1:04-cv-12137-JLT     Document 134     Filed 12/18/2006     Page 2 of 2