Page 110

```
 1    them -- whatever.  They either retired or
 2    something.
 3  Q. But what hospital did they go to, do you
 4    remember?
 5  A. I believe it was the one in Waltham on -- I
 6    think it's on Main Street.  I'm not sure.  I
 7    don't know the name.
 8         MR. AHERN:  Okay.  Just one second.
 9    That's all I have.  Thank you, Mr. Broadbent.
10              FURTHER EXAMINATION
11         BY MS. LINDEMANN:
12  Q. Hi, Mr. Broadbent.  I'm Frances Lindemann and I
13    represent Hardric Laboratories and I hopefully
14    don't have too many questions.
15         I'm going to be focusing on the
16    period of time between 1983 and 1986, so sort of
17    the mid '80's.
18  A. '93 --
19  Q. '83 to '86, that time period roughly, so mid
20    '80's.
21  A. I don't believe Suzanne was there in '86, was
22    she?
23  Q. Well, I think you had testified that you thought
```

Page 111

```
 1    she moved to --
 2  A. Not '83.  Well, wait a minute.  '83 to --
 3  Q. I'm not talking '90's.  I'm talking '80's.  So
 4    she was there -- you said you thought she moved
 5    to quality control in '87.
 6  A. That's correct.
 7  Q. So the years right before that.
 8  A. I'm going to say that she was probably there
 9    from '83 --
10  Q. She might have been there earlier.
11  A. Yeah; yeah.  She'd be there then, yeah.
12         MR. HONIK:  Mr. Broadbent, may I
13    remind you the rule that Mr. Ubersax asked you
14    to follow which is to allow one person to speak
15    at a time so all this can get recorded in the
16    right way.
17         THE WITNESS:  Okay.
18  Q. You know, for my own purposes, I'm just focusing
19    on that brief period of time, 1983 to 1986, that
20    period of time.
21  A. Yeah, that would be fine.
22  Q. And were you her supervisor during that period
23    of time roughly?
```

Page 112

```
 1  A. I believe I was.
 2  Q. Did she work on any other projects during that
 3    time period than the ARCO project?
 4  A. I knew she worked extensively on ARCO.  It was
 5    number one.  And I believe she did like fill-in
 6    jobs or -- I can't remember the exact things
 7    that she did, but small fill-in jobs.  It took
 8    very little training, you know, that you could
 9    sit down with the girl and say, "hey, take this
10    and stick it there and weld it there" or
11    something like that, but nothing -- not a
12    specific tube type, I'll put it that way.
13  Q. Again, you testified earlier that 90 percent of
14    her time you thought was spent on the ARCO
15    project?
16  A. Yeah.  That was kind of her pet thing.
17  Q. So the other ten percent was on minor -- it
18    wasn't working on a particular project long-term
19    but on little jobs?
20  A. That's correct.
21  Q. Okay.  Did she work with any other beryllium
22    containing materials other than beryllium oxide
23    windows?
```

Page 113

```
 1  A. Not to my knowledge.
 2  Q. Where was this Spencer Laboratories located?
 3  A. Spencer's in Burlington.
 4  Q. Roughly what time period were the buildings
 5    renovated?
 6  A. Oh, boy.  Gee, I'm terrible on time.  Gee, I
 7    can't come up with a --
 8  Q. I don't want you to guess.  You can just say, I
 9    don't know, I don't remember.
10  A. I don't really know the exact time.
11  Q. You -- at some point during your deposition,
12    you've used the terms beryllium and beryllium
13    oxide interchangeably and beryllia.  Are you
14    familiar with the difference between solid
15    beryllium metal and beryllium oxide?
16  A. Yes, I am.
17  Q. Okay.  So when you said beryllium --
18  A. Beryllium, in this particular deposition, I'm
19    talking windows.
20  Q. So which would be beryllium oxide?
21  A. Yes.
22  Q. Okay.  Were you familiar with any Raytheon
23    Waltham facilities for working with beryllium
```

29 (Pages 110 to 113)