# BRUSHWELLMAN
ENGINEERED MATERIALS

ACKNOWLEDGMENT-FIELD SALES

BRUSH WELLMAN INC./ELMORE, OH 43416/PHONE 419/862-2745

| CUSTOMER'S ORDER NO. | ORDER DATE | DATE ENTERED | OUR ORDER NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | | CHANGE NBR |
|---|---|---|---|---|---|---|
| 5308 | 10/10/83 | 10/10/83 | EMA229 | | | 01 |

| | CUSTOMER NO. | TERR | TERMS |
|---|---|---|---|
| ACK TO: HARDRIC LABORATORIES, INC.<br>1490 MAIN STREET<br>WALTHAM  MA 02154 | 427000 | 88 | C.O.D. |

| FREIGHT TERMS | PPD. | COL. | PPD. & CHG. |
|---|---|---|---|
| FOB: ELMORE, OH | | X | |

REQUESTED ROUTE: UPS

BILL TO:
HARDRIC LABORATORIES, INC.
1490 MAIN STREET
WALTHAM  MA 02154

SHIP TO:
HARDRIC LABORATORIES, INC.
1490 MAIN STREET
WALTHAM  MA 02154

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | REQUESTED DATE WEEK OF | | PROMISE DATE WEEK OF | |
|---|---|---|---|---|---|---|---|---|
| | 12/6/83 - CHANGED TO C.O.D. - CERTIFIED CHECK | | | | | | | |
| 01 | 75223-550<br>BERYLLIUM TUBE PER BRUSH<br>SPEC. S-200E, TYPE I<br>MP07514<br>2.7610" OD X<br>2.4010" ID<br>1.450" MULTS<br><br>TOTAL QUANTITY = 18.85"<br>UNIT PRICE ACKNOWLEDGED IS THE<br>PRICE PER INCH CONVERTED TO<br>MULTIPLE LENGTH PRICE.<br><br>X-RAYS AND CERTIFICATION OF<br>ANALYSIS REQUIRED WITH SHIPMENT.<br><br>NOTE:  CERTIFIED BANK CHECK<br>       REQUIRED FOR PAYMENT. | 13.0 APPROX<br>1.8 | ML<br>LB | 279.14 | 12/02/83 | 13.0 | 12/02/83 | 13.0 |

SPECIAL INSTRUCTIONS:
P/L 83-1281
SHIP - C.O.D. - CERTIFIED CHECK

BD 365477

GEN-809

# BRUSHWELLMAN
ENGINEERED MATERIALS

ACKNOWLEDGMENT-FIELD SALES

BRUSH WELLMAN INC./ELMORE, OH 43416/PHONE 419/862-2745

| CUSTOMER'S ORDER NO. | ORDER DATE | DATE ENTERED | OUR ORDER NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | | |
|---|---|---|---|---|---|---|
| 5308 | 10/10/83 | 10/10/83 | EMA229 | | | |
| | | | CUSTOMER NO. | TERR | TERMS | |
| | | | 427000 | 88 | NET 30 DAYS | |
| | | | FREIGHT TERMS | | | PPD. / COL. / PPD. & CHG. |
| | | | FOB: ELMORE, OH | | | X |
| | | | REQUESTED ROUTE | | | |
| | | | UPS | | | |

ACK TO:
HARDRIC LABORATORIES, INC.
1490 MAIN STREET
WALTHAM        MA 02154

BILL TO:
HARDRIC LABORATORIES, INC.
1490 MAIN STREET
WALTHAM        MA 02154

SHIP TO:
HARDRIC LABORATORIES, INC.
1490 MAIN STREET
WALTHAM        MA 02154

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | REQUESTED DATE WEEK OF | | PROMISE DATE WEEK OF | |
|---|---|---|---|---|---|---|---|---|
| 01 | 75223-550<br>BERYLLIUM TUBE PER BRUSH<br>SPEC. S-200E, TYPE I<br>MP07514<br>02.7610" OD X<br>02.4010" ID<br>X 1.450" MULTS<br><br>TOTAL QUANTITY = 18.85"<br>UNIT PRICE ACKNOWLEDGED IS THE<br>PRICE PER INCH CONVERTED TO<br>MULTIPLE LENGTH PRICE.<br><br>X-RAYS AND CERTIFICATION OF<br>ANALYSIS REQUIRED WITH SHIPMENT. | 13.0<br>APPROX<br>1.8 | ML<br><br>LB | 279.14 | 12/02/83 | 13.0 | 12/02/83 | 13.0 |

SPECIAL INSTRUCTIONS:
P/L 83-1281

BD 365478

GEN-810