# BRUSH WELLMAN
ENGINEERED MATERIALS

**INVOICE-FIELD SALES**

BRUSH WELLMAN INC./17876 ST. CLAIR AVE./CLEVELAND, OH 44110/PHONE 216/486-4200

| CUSTOMER'S ORDER NO. | ORDER DATE | CUSTOMER NO. | TERR | INVOICE NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | INVOICE DATE |
|---|---|---|---|---|---|---|
| 3169P48R37 | 03/07/84 | 755020 | 88 | FMA561-001-01 | | 04/02/84 |

**BILL TO:**
RAYTHEON COMPANY
MICROWAVE & POWER TUBE OPER.
FOUNDRY AVENUE, BLDG 41
WALTHAM        MA 02254

**SHIP TO:**
HARDRIC LABORATORIES, INC.
1490 MAIN STREET
WALTHAM        MA 02154

| FREIGHT TERMS | PPD | COLL | PPD & CHG | WAYBILL NO. | | PART | COMP |
|---|---|---|---|---|---|---|---|
| FOB: ELMORE, OH | | | X | 227129593 | | | X |

| TERMS | DATE SHIPPED | NO. CONTAINERS | GROSS WGT. | SHIPPED VIA | |
|---|---|---|---|---|---|
| NET 30 DAYS | 03/09/84 | 1 CARTON | 4 LBS. | FEDERAL EXPRESS P-1 | 755020 |

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | QUANTITY BACK ORDERED | QUANTITY SHIPPED | AMOUNT |
|---|---|---|---|---|---|---|---|
| | INVOICE ISSUED FOR FEDERAL EXPRESS CHARGES OMITTED ON INVOICE NO. FMA561-001, DATED 3-12-84. | | | | | | |
| | AIRBILL NO. 227129593. | | | | | | |
| | | | | | | | 28.75 |
| | INVOICE TOTAL | | | | | | $28.75 |

PLEASE REMIT TO:
BRUSH WELLMAN INC.
P. O. BOX 5168
CLEVELAND, OH 44190

BD 365473

GEN-805

# BRUSH WELLMAN
ENGINEERED MATERIALS

**INVOICE-FIELD SALES**

BRUSH WELLMAN INC./17876 ST. CLAIR AVE./CLEVELAND, OH 44110/PHONE 216/486-4200

| CUSTOMER'S ORDER NO. | ORDER DATE | CUSTOMER NO. | TERR | INVOICE NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | INVOICE DATE |
|---|---|---|---|---|---|---|
| 31K9DM48893 | 03/07/84 | 755020 | BB | FNA561-001 | | 03/12/84 |

**BILL TO:**
RAYTHEON COMPANY
MICROWAVE & POWER TUBE OPER.
FOUNDRY AVENUE, BLDG 41
WALTHAM            MA 02254

**SHIP TO:**
HARDRIC LABORATORIES, INC.
1490 MAIN STREET
WALTHAM            MA 02154

| FREIGHT TERMS | PPD | COLL | PPD & CHG | WAYBILL NO. | | PART | COMP |
|---|---|---|---|---|---|---|---|
| FOB: ELMORE, OH | | | X | 227129593 | | | X |

| TERMS | DATE SHIPPED | NO. CONTAINERS | GROSS WGT. | SHIPPED VIA | |
|---|---|---|---|---|---|
| NET 90 DAYS | 03/09/84 | 1 CARTON | 4 LBS. | FEDERAL EXPRESS P-1 | 75502 |

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | QUANTITY BACK ORDERED | QUANTITY SHIPPED | AMOUNT |
|---|---|---|---|---|---|---|---|
| 0175223-550 | BERYLLIUM TUBE PER BRUSH SPEC. 5-200E, TYPE I | 13.0 1.8 | ML LB | 279.14 | .0 .0 | 13.0 2.5 | 3,628.82 |
| | MPF7514 2.7610" OD X 2.4010" ID X 1.453" MULTS | | | | | | |
| | TOTAL QUANTITY = 18.85 INCHES UNIT PRICE ACKNOWLEDGED IS THE PRICE PER INCH CONVERTED TO MULTIPLE LENGTH PRICE. | | | | | | |
| | X-RAYS AND CERTIFICATION OF ANALYSIS REQUIRED WITH SHIPMENT. | | | | | | |
| | | | | INVOICE TOTAL | | | $3,628.82 |
| | NOTE: DO NOT PRODUCE. MATERIAL WAS PRODUCED ON S.O. FMA-229 WHICH WAS CANCELLED (HARDRIC | | | | | | |

BD 365474

I HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH... [illegible certification stamp]

PLEASE REMIT TO:
BRUSH WELLMAN INC.
P. O. BOX 5168
CLEVELAND, OH 44190

**GEN-806**

# BRUSH WELLMAN
ENGINEERED MATERIALS

**INVOICE-FIELD SALES**

BRUSH WELLMAN INC./17876 ST.CLAIR AVE./CLEVELAND, OH 44110/PHONE 216/496-4700

| CUSTOMER'S ORDER NO. | ORDER DATE | CUSTOMER NO. | TERR | INVOICE NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | INVOICE DATE |
|---|---|---|---|---|---|---|
| 3165048873 | 03/07/84 | 755021 | BR | FMA561-051 | | 7/12/84 |

**BILL TO:**
RAYTHEON COMPANY
MICROWAVE & POWER TUBE OPER.
FOUNDRY AVENUE, BLDG 41
WALTHAM          MA 02254

**SHIP TO:**
HARDRIC LABORATORIES, INC.
1400 MAIN STREET
WALTHAM          MA 02154

| FREIGHT TERMS | PPD | COLL | PPD & CHG | WAYBILL NO. | | PART | COMP |
|---|---|---|---|---|---|---|---|
| FOB: ELMORE, OH | | | X | 227129593 | | | Y |

| TERMS | DATE SHIPPED | NO. CONTAINERS | GROSS WGT. | SHIPPED VIA | |
|---|---|---|---|---|---|
| NET 30 DAYS | 03/09/84 | 1 CARTON | 4 LBS. | FEDERAL EXPRESS P-1 | 755 12 |

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | QUANTITY BACK ORDERED | QUANTITY SHIPPED | AMOUNT |
|---|---|---|---|---|---|---|---|
| 0175223-550 | BERYLLIUM TUBE PER BRUSH SPEC. S-200E, TYPE I | 13.0<br>1.8 | MI<br>LB | 279.14 | .0<br>.0 | 13.0<br>1.8 | 3,628.82 |
| | MP-7514<br>2.7610" OD X<br>2.4010" ID<br>X 1.450" WALLS | | | | | | |
| | TOTAL QUANTITY = 18.85 INCHES<br>UNIT PRICE ACKNOWLEDGED IS THE<br>PRICE PER INCH CONVERTED TO<br>MULTIPLE LENGTH PRICE. | | | | | | |
| | X-RAYS AND CERTIFICATION OF<br>ANALYSIS REQUIRED WITH SHIPMENT. | | | | | | |
| | | | | INVOICE TOTAL | | | 3,628.82 |
| | NOTE: DO NOT PRODUCE. MATERIAL<br>HAS PRODUCED ON S.O. FMA-229<br>WHICH WAS CANCELLED (HARDRIC | | | | | | |

BD 365475

I HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

PLEASE REMIT TO: BRUSH WELLMAN INC.
P. O. BOX 5168
CLEVELAND, OH 44101

GEN-807

# BRUSH WELLMAN
### ENGINEERED MATERIALS

**ACKNOWLEDGMENT-FIELD SALES**

BRUSH WELLMAN INC./ELMORE, OH 43416/PHONE 419/862-2745

| CUSTOMER'S ORDER NO. | ORDER DATE | DATE ENTERED | OUR ORDER NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES |
|---|---|---|---|---|
| 3169PM48833 | 03/07/84 | 03/07/84 | EMA561 | |

| | | CUSTOMER NO. | TERR | TERMS | | |
|---|---|---|---|---|---|---|
| ACK TO | RAYTHEON COMPANY<br>MICROWAVE & POWER TUBE OPER.<br>FOUNDRY AVENUE, BLDG 41<br>WALTHAM        MA 02254 | 755020 | 88 | NET 30 DAYS | PPD. COL. | PPD. & CHG.<br>X |
| | | FREIGHT TERMS<br>FOB: ELMORE, OH | | | | |
| | | REQUESTED ROUTE<br>FEDERAL EXPRESS - PRIORITY I | | | | |
| BILL TO | RAYTHEON COMPANY<br>MICROWAVE & POWER TUBE OPER.<br>FOUNDRY AVENUE, BLDG 41<br>WALTHAM        MA 02254 | SHIP TO | HARDRIC LABORATORIES, INC.<br>1490 MAIN STREET<br>WALTHAM        MA 02154 | | | |

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | REQUESTED DATE WEEK OF | | PROMISE DATE WEEK OF | |
|---|---|---|---|---|---|---|---|---|
| 01 | 75223-550<br>BERYLLIUM TUBE PER BRUSH<br>SPEC. S-200E, TYPE I<br>MP07514<br>02.7610" OD X<br>02.4010" ID<br>X 1.450" MULTS<br><br>TOTAL QUANTITY = 18.85 INCHES<br>UNIT PRICE ACKNOWLEDGED IS THE<br>PRICE PER INCH CONVERTED TO<br>MULTIPLE LENGTH PRICE.<br><br>X-RAYS AND CERTIFICATION OF<br>ANALYSIS REQUIRED WITH SHIPMENT.<br><br>NOTE:  DO NOT PRODUCE.  MATERIAL<br>WAS PRODUCED ON S.O. EMA-229<br>WHICH WAS CANCELLED (HARDRIC | 13.0 APPROX<br>1.8 | ML<br><br>LB | 279.14 | 03/05/84 | 13.0 | 03/05/84 | 13.0 |

SPECIAL INSTRUCTIONS:
P/L 83-1281

BD 365476

GEN-808