**BRUSH**WELLMAN
ENGINEERED MATERIALS

EXHIBIT
*Richard 1*
5-20-06

INVOICE-FIELD SALES

BRUSH WELLMAN INC./17876 ST.CLAIR AVE./CLEVELAND, OH 44110/PHONE 216/486-4200

| CUSTOMER'S ORDER NO. | ORDER DATE | CUSTOMER NO. | TERR | INVOICE NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | INVOICE DATE |
|---|---|---|---|---|---|---|
| 3169PN59770 | 01/08/85 | 755020 | 88 | EMB356-001 | | 03/11/85 |

BILL TO:
RAYTHEON COMPANY
MICROWAVE & POWER TUBE OPER.
FOUNDRY AVENUE, BLDG 41
WALTHAM          MA 02254

SHIP TO:
HARDRIC LABORATORIES
1490 MAIN ST
WALTHAM          MA 02154

| FREIGHT TERMS | PPD | COLL | PPD & CHG | WAYBILL NO. | | PART | COMP |
|---|---|---|---|---|---|---|---|
| FOB: ELMORE, OH | | | X | EMB356 | | | X |

| TERMS | DATE SHIPPED | NO. CONTAINERS | GROSS WGT. | SHIPPED VIA | |
|---|---|---|---|---|---|
| NET 30 DAYS | 03/08/85 | 1 CARTON | 14 LBS. | UPS $4.60 | 755020 |

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | QUANTITY BACK ORDERED | QUANTITY SHIPPED | AMOUNT |
|---|---|---|---|---|---|---|---|
| 0175223-541 | BERYLLIUM TUBE PER BRUSH SPEC. S-200E, TYPE I | 50.0 13.8 | ML LB | 299.03 | .0 .0 | 50.0 10.5 | 14,951.50 |
| | MP07609 | | | | | | |
| | 02.8000 +0.03000 -0.00000" OD | | | | | | |
| | 02.3750 +0.00000 -0.03000" ID | | | | | | |
| | X 1.625 (+.125,-0 | | | | | | |
| | TOTAL QUANTITY = 81.25 INCHES UNIT PRICE ACKNOWLEDGED IS THE PRICE PER INCH CONVERTED TO MULTIPLE LENGTH PRICE. | | | | | | |
| | | | | UPS CHARGES | | | 4.60 |
| | | | | INVOICE TOTAL | | | $14,956.10 |
| | X-RAYS AND CERTIFICATION OF ANALYSIS REQUIRED WITH SHIPMENT. | | | | | | |
| | NOTIFY SALES TWO DAYS BEFORE SHIPMENT, SO WE CAN NOTIFY CUSTOMER | | | | | | |

DEPOSITION EXHIBIT
CHARTIER 19
MRW 5/2/06

BD 365467

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

PLEASE REMIT TO:
BRUSH WELLMAN INC.
P. O. BOX 5168
CLEVELAND, OH 44190

GEN-799

# BRUSH WELLMAN
ENGINEERED MATERIALS

ACKNOWLEDGMENT-FIELD SALES

BRUSH WELLMAN INC./ELMORE, OH 43416/PHONE 419/862-2745

| CUSTOMER'S ORDER NO. | ORDER DATE | DATE ENTERED | OUR ORDER NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES | | CHANGE NBR |
|---|---|---|---|---|---|---|
| 3169PN59770 | 01/08/85 | 01/08/85 | EMB356 | | | 01 |
| | | | CUSTOMER NO. | TERR | TERMS | |
| | | | 755020 | 88 | NET 30 DAYS | |
| | | | FREIGHT TERMS | | | PPD. / COL. / PPD. & CHG. |
| | | | FOB: ELMORE, OH | | | X |
| | | | REQUESTED ROUTE | | | |
| | | | UPS | | | |

ACK TO:
RAYTHEON COMPANY
MICROWAVE & POWER TUBE OPER.
FOUNDRY AVENUE, BLDG 41
WALTHAM    MA 02254

BILL TO:
RAYTHEON COMPANY
MICROWAVE & POWER TUBE OPER.
FOUNDRY AVENUE, BLDG 41
WALTHAM    MA 02254

SHIP TO:
HARDRIC LABORATORIES
1490 MAIN ST
WALTHAM    MA 02154

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | REQUESTED DATE WEEK OF | | PROMISE DATE WEEK OF | |
|---|---|---|---|---|---|---|---|---|
| | 1/14/85 - CHANGED O.D. TOLERANCES | | | | | | | |
| 01 | 75223-541 BERYLLIUM TUBE PER BRUSH SPEC. S-200E, TYPE I MP07609 2.8000 +0.03000 -0.00000" OD 2.3750 +0.00000 -0.03000" ID 1.625 (+.125,-0) TOTAL QUANTITY = 81.25 INCHES UNIT PRICE ACKNOWLEDGED IS THE PRICE PER INCH CONVERTED TO MULTIPLE LENGTH PRICE. X-RAYS AND CERTIFICATION OF ANALYSIS REQUIRED WITH SHIPMENT. NOTIFY SALES TWO DAYS BEFORE SHIPMENT, SO WE CAN NOTIFY CUSTOMER | 50.0 APPROX 13.8 | ML LB | 299.03 | 03/08/85 | 50.0 | 03/08/85 OR SOONER | 50.0 |

SPECIAL INSTRUCTIONS:
P/L 85-1642

BD 365468

GEN-800

# BRUSHWELLMAN
ENGINEERED MATERIALS

ACKNOWLEDGMENT-FIELD SALES

BRUSH WELLMAN INC./ELMORE, OH 43416/PHONE 419/862-2745

| CUSTOMER'S ORDER NO. | ORDER DATE | DATE ENTERED | OUR ORDER NO. | REFER TO THIS NUMBER IN ALL CORRESPONDENCE AND INQUIRIES |
|---|---|---|---|---|
| 3169PN59770 | 01/08/85 | 01/08/85 | EMB356 | |

| | | | CUSTOMER NO. | TERR | TERMS |
|---|---|---|---|---|---|
| ACK TO | RAYTHEON COMPANY<br>MICROWAVE & POWER TUBE OPER.<br>FOUNDRY AVENUE, BLDG 41<br>WALTHAM    MA 02254 | | 755020 | 88 | NET 30 DAYS |

FREIGHT TERMS: FOB: ELMORE, OH    PPD. | COL. | PPD. & CHG. X

REQUESTED ROUTE: UPS

| BILL TO | RAYTHEON COMPANY<br>MICROWAVE & POWER TUBE OPER.<br>FOUNDRY AVENUE, BLDG 41<br>WALTHAM    MA 02254 | SHIP TO | HARDRIC LABORATORIES<br>1490 MAIN ST<br>WALTHAM    MA 02154 |
|---|---|---|---|

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS. | UNIT PRICE | REQUESTED DATE WEEK OF | | PROMISE DATE WEEK OF | |
|---|---|---|---|---|---|---|---|---|
| 01 | 75223-541<br>BERYLLIUM TUBE PER BRUSH<br>SPEC. S-200E, TYPE I<br>02.8000 +0.00000 -0.03000"<br>OD<br>02.3750 +0.00000 -0.03000"<br>ID<br>X 1.625 (+.125,-0<br><br>TOTAL QUANTITY = 81.25 INCHES<br>UNIT PRICE ACKNOWLEDGED IS THE<br>PRICE PER INCH CONVERTED TO<br>MULTIPLE LENGTH PRICE.<br><br>X-RAYS AND CERTIFICATION OF<br>ANALYSIS REQUIRED WITH SHIPMENT.<br><br>NOTIFY SALES TWO DAYS BEFORE<br>SHIPMENT, SO WE CAN NOTIFY CUSTOMER | 50.0 APPROX<br>13.8 | ML<br>LB | 299.03 | 03/08/85 | 50.0 | 03/08/85<br>OR SOONER | 50.0 |

SPECIAL INSTRUCTIONS:
P/L 85-1642

BD 365469

GEN-801