# BRUSH WELLMAN
ENGINEERED MATERIALS

ACKNOWLEDGEMENT - FIELD SALES

BRUSH WELLMAN INC.    ELMORE, OH 43416    PHONE: (419) 862-2745

| CUSTOMER'S ORDER NO. | ORDER DATE | DATE ENTERED | GOV'T AGY. | PRIORITY | OUR ORDER NUMBER |
|---|---|---|---|---|---|
| 53-7936XD09326 | 04/23/92 | 04/23/92 | | ▶ | EMA630 ◀ |

| CUSTOMER NO. | TERR. | TERMS |
|---|---|---|
| 755015 A | 88 | NET 30 DAYS |

**ACK TO:**
RAYTHEON CO.
P.O. BOX 297
SUDBURY    MA 01766

FOB: ELMORE, OH    FREIGHT TERMS: PPD &CHG
REQUESTED ROUTE: UPS

**BILL TO:**
RAYTHEON CO.
P.O. BOX 297
SUDBURY    MA 01766

**SHIP TO:**
HARDRIC LAB
1490 MAIN ST.
WALTHAM    MA 02154

| ITEM | DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS | UNIT PRICE | REQUESTED DATE WEEK OF | PROMISED DATE WEEK OF |
|---|---|---|---|---|---|---|
| 01 | BRUSH PART: MP22332 (75819-352) BERYLLIUM BAR PER SPEC: S-200-F REV:A  TYPE:I 1.00000" THICK X 3.65000" WIDTH X 6.10000" LONG | 1.0 APPROX 1.5 | PC LB | 1098.00 | 05/22/92 1 | 05/22/92 1 OR SOONER |
| 02 | BRUSH PART: MP22332 (75819-362) BERYLLIUM BAR PER SPEC: S-200-F REV:A  TYPE:I 1.00000" THICK X 5.30000" WIDTH X 7.05000" LONG | 1.0 APPROX 2.5 | PC LB | 1520.00 | 05/22/92 1 | 05/22/92 1 OR SOONER |

X-RAYS AND CERTS REQUIRED

**SPECIAL INSTRUCTIONS:**

PROGRAM: T.F.O.A.

92-218R1

BD 365576