Page 77

1  Q. Do you know if Brush Wellman drop shipped
2     material to you for machining or processing or
3     fabricating to be forwarded on to Raytheon?
4  A. Do I know that, sir?
5  Q. Yes.
6  A. I know what it says in these pieces of paper.
7  Q. And did the paper suggest to you that that very
8     thing took place, that is, that material was
9     drop shipped to your company for machining or
10    fabrication or processing with the intent of it
11    making its way to Raytheon?
12 A. Okay, say that again.
13           MR. HONIK: I'll have the
14    reporter read it to you.
15    (The reporter read the requested testimony.)
16 A. It suggests that, yes.
17 Q. Now, turning your attention back to Genereux
18    799, which is the first of the pages in Exhibit
19    1, and if you follow along with me --
20 A. Sure.
21 Q. -- it appears to refer to 50 units or 50 pieces
22    of this Beryllium tube.
23 A. Uh-huh.
24 Q. Do you see that, sir?

Page 78

1  A. Yes, I do.
2  Q. Is there anything about that number or number
3     of units that enlightens you about the kind of
4     product that's the subject of this invoice --
5     purchase order, rather?
6  A. No. I find it surprising because I never
7     usually made 50 of anything.
8  Q. Okay. Would you customarily make more or less?
9  A. Fewer.
10 Q. Fewer than 50?
11 A. Yes. We would prototype. You make one or two
12    of something.
13 Q. Okay. Do you see the numbers below the
14    description that reads "Beryllium tube per
15    Brush spec S-200E," the numbers below that? Do
16    those numbers mean anything to you?
17 A. Nothing.
18 Q. How about below that --
19 A. Well, wait a minute. They appear to be
20    tolerances.
21 Q. Okay. Does that refresh your recollection
22    about this product in any way, shape or form?
23 A. No.
24 Q. Are these tolerances tolerances that your lab

Page 79

1     in the 1980's was capable of achieving?
2  A. My suspicion is that this, sir (Indicating) is
3     a description of what Brush Wellman supplied
4     and the tolerances they supplied it to. That's
5     what this looks like.
6  Q. Can you tell me based on this document,
7     obviously not from your personal experience,
8     what it is that Hardric Labs did with the
9     product that is the subject of the purchase
10    order?
11 A. I suspect we machined something.
12 Q. And can you tell by looking at Genereux 799,
13    which is page 1 of Exhibit 1, what the
14    machining was that Hardric did?
15 A. No.
16 Q. Is there nothing on this piece of paper that
17    clues you into what kind of machining Hardric
18    may have done?
19 A. No.
20 Q. Do you know what Hardric was paid to do to the
21    machining?
22 A. No.
23 Q. Did you ever do any machining either for Brush
24    or any other company on this basis, that is,

Page 80

1     with product being drop shipped to you and then
2     forwarded to the customer or a customer?
3  A. That's usually how we did business.
4  Q. And how would you be paid for the work?
5  A. Well, how would we be paid for our labor?
6  Q. Yes, sir.
7  A. Okay. We would send people a bill, and they
8     would send us a check.
9  Q. And in this instance, in an instance where
10    material was being drop shipped by one company
11    and then forwarded on to that company's
12    ultimate customer, who would pay you for the
13    work?
14 A. The ultimate customer would pay me for the
15    machining of the work.
16 Q. And the amounts that are reflected on this
17    document Genereux 799, $14,956.10, is an
18    invoice total. Is that the charge that you
19    made for the machining involved, the labor?
20 A. That is the price that Raytheon paid Brush
21    Wellman for the material.
22 Q. And do you know whether or not the cost of
23    machining your company's labor is incorporated
24    in that price or is it separate?

**Page 109**

1  Q. No, you don't see it?
2  A. No. Would you point it out to me, sir?
3  Q. Sure. It says right there "6/8/84, requested
4     delivery."
5  A. Oh, I see. Yes.
6  Q. Okay.
7  A. I see it.
8  Q. Do you remember manufacturing Beryllium tubes
9     or machining Beryllium tubes at that time?
10 A. No.
11 Q. Turn to the next document, 364681.
12 A. (Witness complies).
13 Q. Do you see the word "Hardric Labs" in
14    handwriting on the document? Do you see the
15    words "Hardric Labs"?
16 A. I see it, yes, in writing down at the bottom.
17 Q. Do you know whose handwriting that is?
18 A. No.
19 Q. Do you remember in or around April of 1984
20    receiving Beryllium tube per Brush specs as set
21    forth here?
22 A. No.
23 Q. Was 42 multiples, 42 pieces an unusual quantity
24    for Hardric Labs to work with at that time?

**Page 110**

1  A. Yes.
2  Q. Why wouldn't any of this stand out if it was
3     unusual?
4  A. It probably would have been easily recognizable
5     to Jim Reading, who could have told us
6     everything, but he's gone. Dan Hallissey could
7     have told us about a lot of this stuff, another
8     employee, but he's dead, too.
9  Q. Okay.
10 A. I mean, there's me, and I was working on
11    another project at the time and was hardly at
12    the shop.
13 Q. What were you working on?
14 A. I was working on a proposal for my Chinese
15    customers to design a plant for them.
16 Q. I understand. So it's entirely possible, then,
17    that these documents relate to activities at
18    Hardric Labs that were entirely undertaken by
19    other employees at the lab, correct?
20 A. Yes, indeed.
21 Q. And is that how you kind of understand for
22    yourself what these documents suggest because
23    you don't deny that this material was drop
24    shipped to Hardric Labs?

**Page 111**

1  A. No.
2  Q. You just don't have firsthand recollection; is
3     that right?
4  A. That's correct.
5  Q. And is it true that all of these Beryllium
6     tubes that might have been cut at Hardric Labs
7     by someone, other than yourself, would have
8     gone out with the labels that we have here in
9     front of your lawyer?
10 A. The company policy was to send everything with
11    one of those in it (Indicating).
12 Q. But --
13 A. With one of those labels in it.
14 Q. I understand, but sitting here today, you can't
15    testify that that actually took place, correct?
16 A. I cannot.
17 Q. But to the extent that it was sent out with a
18    label, it would be one of the labels that Ms.
19    Lindemann has, correct?
20 A. That's correct.
21 Q. Turn, if you would, to the next document,
22    364682. This now has a product description of
23    both Beryllium tube and Beryllium rod; do you
24    see that?

**Page 112**

1  A. Yes, I do.
2  Q. And there's a difference, is there not, between
3     tube and rod?
4  A. Yes.
5  Q. Tell us the difference.
6  A. The tube has a hole in it, and the rod doesn't.
7  Q. Have you worked with Beryllium rod over the
8     years --
9  A. Yes.
10 Q. -- at Hardric Labs?
11 A. Yes.
12 Q. Does this refresh your recollection about
13    whether you might have machined Beryllium rod
14    for Raytheon in the 1980's?
15 A. No.
16 Q. Do you agree that all of the purchase orders
17    we've been looking for relate to the Microwave
18    and Power Tube Division at Waltham?
19 A. That's what it says.
20           MR. HONIK: This might be a good
21    time.
22        (Short break was taken.)
23           MR. HONIK: Mark this as Richard
24    2, please.