# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **Suzanne Genereux, et al.** | ) | **Case No. 04-cv-12137 JLT** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **American Beryllia Corp., et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th Day of December, 2006, a true and correct copy of the foregoing **MOTION OF DEFENDANT, HARDRIC LABORATORIES, INC., FOR LEAVE TO FILE REPLY BRIEF,** and **MEMORANDUM OF LAW IN REPLY TO PLAINTIFFS' RESPONSE AND OPPOSITION TO MOTION FOR RULE 11 SANCTIONS** were served via electronic transmission and/or U.S. mail, first class postage prepaid, upon the following:

Leo V. Boyle, Esq.
Meehan, Boyle, Black & Fitzgerald, P.C.
Two Center Plaza
Suite 600
Boston, MA 02108

William F. Ahern
Mandi Jo Hanneke
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142

Timothy M. Hudson, Esq.
Jeffery D. Ubersax, Esq.
Jones Day
North Point, 901 Lakeside Avenue
Cleveland, OH 44114-1190

Ronald M. Jacobs, Esq.
Conn, Kavanaugh, Rosenthal, Peisch & Ford, LLP
Ten Post Office Square, 4th Floor
Boston, MA 02109

Rubin Honik, Esq.
Stephan Matanovic, Esq.
Golomb & Honik
121 South Broad Street, 9th Floor
Philadelphia, PA 19107

                                             Respectfully submitted,


                                             _____

                                             Frances C. Lindemann, Esq.
                                             Attorney for the Defendant
                                             Pro Hac Vice
                                             Maine Bar No. 7499
                                             Nadeau & Associates, P.A.
                                             1332 Post Road
                                             Wells, ME 04090
                                             (207) 646-4000

Date: December 18, 2006