UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04-CV-12137 JLT

| | |
|---|---|
| SUZANNE GENEREUX and BARRY GENEREUX, Individually and as Parents And Natural Guardians of their minor children, ANGELA GENEREUX and KRISTA GENEREUX,<br>　　Plaintiffs<br><br>v.<br><br>AMERICAN BERYLLIA CORP., BRUSH WELLMAN, INC., BRUSH WELLMAN CERAMICS, INC., BRUSH WELLMAN CERAMIC PRODUCTS, INC., HARDRIC LABORATORIES, INC., KYOCERA AMERICA, INC., KYOCERA INDUSTRIAL CERAMICS CORP., and RAYTHEON COMPANY,<br>　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION OF DEFENDANT, AMERICAN BERYLLIA, INC., FOR LEAVE TO FILE A REPLY BRIEF**

Pursuant to Local Rule 7.1(b), defendant, American Beryllia, Inc., hereby moves for leave to file the attached Reply Memorandum in support of summary judgment. American Beryllia wishes to submit this reply to show that the issues of fact raised by the plaintiffs are not generally disputed, and that the plaintiffs have misrepresented parts of the record to create the appearance of disputes. Moreover, American Beryllia wishes to bring to the Court's attention important errors and omissions in plaintiffs' discussion of the applicable law. American Beryllia submits that its reply will assist the Court in a just determination of the pending motion.

## CERTIFICATION

Pursuant to Local Rule 7.1(a), undersigned counsel certifies that he conferred with plaintiffs' counsel, who stated that plaintiffs have no objection to the filing of a reply brief on the condition that American Beryllia will not oppose a motion by plaintiffs for leave to file a sur-reply.

Respectfully submitted,

CLARK, HUNT & EMBRY

William F. Ahern, Jr. (013365)
Mandi Jo Hanneke (657349)
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920