UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04-CV-12137 JLT

| | |
|---|---|
| SUZANNE GENEREUX and BARRY GENEREUX, Individually and as Parents And Natural Guardians of their minor children, ANGELA GENEREUX and KRISTA GENEREUX,<br>    Plaintiffs<br><br>v.<br><br>AMERICAN BERYLLIA CORP., BRUSH WELLMAN, INC., BRUSH WELLMAN CERAMICS, INC., BRUSH WELLMAN CERAMIC PRODUCTS, INC., HARDRIC LABORATORIES, INC., KYOCERA AMERICA, INC., KYOCERA INDUSTRIAL CERAMICS CORP., and RAYTHEON COMPANY,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of December, 2006, a true and correct copy of the foregoing Motion of Defendant American Beryllia, Inc., for Leave to File A Reply Brief and Reply Memorandum of Defendant American Beryllia, Inc. in Support of Summary Judgment were served via electronic transmission and/or U.S. mail, first class postage prepaid, upon the following:

Jeffrey D. Ubersax, Esq.
Robert Faxon, Esq.
Jones Day
North Point, 901 Lakeside Avenue

Leo Boyle, Esq.
Meehan, Boyle, Black & Fitzgerald, PC
Two Center Plaza
Suite 600

Cleveland, OH 44114-1190

Rubin Honik, Esq.
Stephan Matanovic, Esq.
Golomb & Honik
121 South Broad Street, 9th Floor
Philadelphia, PA 19107

Robert Nadeau, Esq.
Frances Lindemann, Esq.
Nadeau & Associates, Esq.
1332 Post Road, Suite 4A
Wells, Maine 04090

Boston, MA 02108
617-523-8300

Ronald Jacobs, Esq.
Conn, Kavanaugh, Rosenthal, Peisch & Ford, LLP
Ten Post Office Square, 4th Floor
Boston, MA 02109
617-482-8200

Respectfully submitted.

**CLARK, HUNT & EMBRY**

/s/ Mandi Jo Hanneke
_____
Mandi Jo Hanneke (657349)
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

Date: December 21, 2006