# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**Suzanne Genereux, et al.**

      **Plaintiff,**

    **v.**                    **Case No. 04-CV-12137 JLT**

**American Beryllia Corp. et at.**

      **Defendant**


MOTION TO ADMIT SUSAN PAAKKONEN PRO HAC VICE AS CO-COUNSEL
FOR DEFENDANT HARDRIC LABORATORIES INC.


Pursuant to Local Rule 85.5.3, Robert Nadeau, counsel for Defendant Hardric Laboratories Inc., moves that the Court grant attorney Susan M. Paakkonen, associate of the firm Nadeau & Associates, P.A., leave to practice in this Court for the purpose of this case.  In support of this motion, I, Robert M.A. Nadeau, state:

1. I am a member in good standing of the Bars of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.  Pursuant to Local Rule 83.5.2(a), I have filed my notice of appearance in this matter.

2. Susan M. Paakkonen is a member in good standing of the bar of the United States District Court for the District of Maine.

3. The certificate of Susan M. Paakkonen stating that she is a member in good standing of the bar of every jurisdiction where she is admitted to practice, that there are no disciplinary proceedings pending against her in any jurisdiction, and

that she has made herself familiar with the Local Rules of the U.S. District Court

for the District of Massachusetts, is attached.

Wherefore counsel for the Defendant Hardric Laboratories Inc., requests this Court to

allow Susan Paakkonen to appear in this matter Pro Hac Vice.

The Defendant, Hardric Laboratories Inc.,

Dated: March 27, 2007

_/s/ Robert M. A. Nadeau_
By:  Robert M.A. Nadeau, Esquire
Attorney for the Defendant
Bar No. 366280
Nadeau & Associates P.A.
1332 Post Road
Wells, ME  04090
(207) 646-4000

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served upon the Attorney of record for the other parties, this motion, by depositing the same in the U.S. Mail, postage prepaid on the above date.

_/s/ Robert M. A. Nadeau_
Robert M.A. Nadeau, Esquire