**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**


**Suzanne Genereux, et al.**

      **Plaintiff,**

      **v.**                                            **Case No. 04-CV-12137 JLT**

**American Beryllia Corp. et at.**

      **Defendant**


CERTIFICATE OF SUSAN M. PAAKKONEN  IN SUPPORT OF DEFENDANT
HARDRIC LABORATORIES INC., AND MOTION FOR HER ADMISSION PRO
HAC VICE

I, Susan M. Paakkonen, do swear as follows:


1.  I am an attorney licensed to practice law in the State of Maine and the United

    States District Court for the District of Maine.  I am a member in good standing of

    the Bar of the State of Maine and the Bar of the Federal District of Maine.

2.  I am an associate in the Maine law firm of Nadeau & Associates, P.A..

3.  There are no disciplinary proceedings pending against me as a member of the

    Maine Bar or any other Bar.

4.  I am familiar with the Local Rules of the U.S. District Court for the District of

    Massachusetts.


Dated: March 27, 2007                          /s/ Susan M. Paakkonen
                                            By:  Susan M. Paakkonen
                                                 Maine Bar No. 9857
                                                 Nadeau & Associates, P.A.
                                                 1332 Post Road

Wells, ME  04090
(207) 646-4000


CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served upon the Attorneys of record for the other parties, this certificate, by depositing the same in the U.S. Mail, postage prepaid on the above date.

/s/ Susan M. Paakkonen
Susan M. Paakkonen, Esquire