UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**Suzanne Genereux, et al.**

    **Plaintiff,**

    v.                                                 Case No. 04-CV-12137 JLT

**American Beryllia Corp. et at.**

    **Defendant**

MOTION TO ADMIT TIMOTHY C. DIETZ PRO HAC VICE AS CO-COUNSEL FOR
DEFENDANT HARDRIC LABORATORIES INC.

    Pursuant to Local Rule 85.5.3, Robert Nadeau, counsel for Defendant Hardric Laboratories Inc., moves that the Court grant attorney Timothy C. Dietz, associate of the firm Nadeau & Associates, P.A., leave to practice in this Court for the purpose of this case.  In support of this motion, I, Robert M.A. Nadeau, state:

1. I am a member in good standing of the Bars of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.  Pursuant to Local Rule 83.5.2(a), I have filed my notice of appearance in this matter.

2. Timothy C. Dietz is a member in good standing of the bar of the State of Maine.

3. The certificate of Timothy C. Dietz stating that he is a member in good standing of the bar of every jurisdiction where he is admitted to practice, that there are no disciplinary proceedings pending against him in any jurisdiction, and that he has

made himself familiar with the Local Rules of the U.S. District Court for the District of Massachusetts, is attached.

Wherefore counsel for the Defendant Hardric Laboratories Inc., requests this Court to allow Timothy C. Dietz to appear in this matter Pro Hac Vice.

                                                  The Defendant, Hardric Laboratories Inc.,

Dated: March 27, 2007

                                                  /s/ Robert M. A. Nadeau
By:  Robert M.A. Nadeau, Esquire
       Attorney for the Defendant
       Bar No. 366280
       Nadeau & Associates P.A.
       1332 Post Road
       Wells, ME  04090
       (207) 646-4000

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served upon the Attorney of record for the other parties, this motion, by depositing the same in the U.S. Mail, postage prepaid on the above date.

                                                /s/ Robert M. A. Nadeau
                                                Robert M.A. Nadeau, Esquire