UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**Suzanne Genereux, et al.**

    **Plaintiff,**

    v.                                                                         Case No. 04-CV-12137 JLT

**American Beryllia Corp. et at.**

    **Defendant**

CERTIFICATE OF TIMOTHY C. DIETZ IN SUPPORT OF DEFENDANT HARDRIC LABORATORIES INC., AND MOTION FOR HIS ADMISSION PRO HAC VICE

I, Timothy C. Dietz, do swear as follows:

1. I am an attorney licensed to practice law in the State of Maine. I am a member in good standing of the Bar of the State of Maine.

2. I am an associate in the Maine law firm of Nadeau & Associates, P.A..

3. There are no disciplinary proceedings pending against me as a member of the Maine Bar or any other Bar.

4. I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

Dated: March 27, 2007
                                   /s/ Timothy C. Dietz
                                 By: Timothy C. Dietz
                                    Maine Bar No. 4014
                                    Nadeau & Associates, P.A.
                                    1332 Post Road
                                    Wells, ME  04090
                                    (207) 646-4000

CERTIFICATE OF SERVICE

    I hereby certify that I have caused to be served upon the Attorneys of record for the other parties, this certificate, by depositing the same in the U.S. Mail, postage prepaid on the above date.

                                                  /s/ Timothy C. Dietz
                                                  Timothy C. Dietz, Esquire