UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE GENEREUX, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Case No. 04-cv-12137 JLT |
| ) | |
| AMERICAN BERYLLIA CORP., et al., ) | |
| ) | |
| Defendants ) | |

*Filing stamp: 2007 APR 20 A 11: 51 U.S. DISTRICT COURT DISTRICT OF MASS.*

## MOTION TO WITHDAW AS COUNSEL FOR HARDRIC LABORATORIES, INC.

Attorney Kellie Cameron Baker, formerly Kellie Cameron, hereby moves for withdrawal from the above-captioned case pursuant to Local Rule 83.5.2(c) for the following reasons:

1. Attorney Kellie Cameron Baker has left the law firm of Nadeau & Associates, the firm retained by the Defendant Hardric Laboratories, Inc.

2. Attorney Robert M.A. Nadeau of Nadeau & Associates is and has been counsel for Hardric Laboratories, Inc. and an appropriate Entry of Appearance has been filed in this matter.

3. There are currently several motions pending before the court, including Hardric Laboratories, Inc.'s Motion for Rule 11 Sanctions and Motion for Summary Judgment.

4. No trial date has been set at this time.

5. Upon belief, no hearings or conferences are scheduled, and no reports, oral or written, are due.

1

6. As the Defendant Hardric Laboratories, Inc. is represented by Nadeau & Associates, its interests will not be materially prejudiced by Attorney Cameron Baker's withdrawal in this case despite pending motions.

**WHEREFORE**, undersigned counsel requests that this Motion for Withdrawal be GRANTED.

Dated this __16TH__ day of April, 2007.

*/s/ Kellie Cameron Baker*
Kellie Cameron Baker, Esq.
Attorney for the Defendant Hardric Labs
Bar No. 661214

### CERTIFICATE OF SERVICE

I hereby certify that on April __16__, 2007, I served the foregoing Motion to Withdraw by mailing it via first class mail postage prepaid to the following counsel at the following addresses:

Leo V. Boyle, Esq.
Meehan, Boyle, Black & Fitzgerald, PC
Two Center Plaza, Suite 600
Boston, MA 02108

Ruben Honik, Esq.
Golomb & Honik
9th Floor
121 South Broad Street
Philadelphia, PA 19107

Jeffery D. Ubersax, Esq.
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110-2320

William F. Ahern, Jr., Esq.
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, ME 02142

*/s/ Kellie Cameron Baker*
Kellie Cameron Baker, Esq.