UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**Suzanne Genereux, et al.**

      **Plaintiff,**

      v.                              Case No. 04-CV-12137 JLT

**American Beryllia Corp. et at.**

      **Defendant**

CERTIFICATE OF SCOTT A. WANNER IN SUPPORT OF DEFENDANT HARDRIC LABORATORIES INC., AND MOTION FOR HIS ADMISSION PRO HAC VICE

I, Scott A. Wanner, do swear as follows:

1. I am an attorney licensed to practice law in the State of Maine and the United States District Court for the District of Maine. I am a member in good standing of the Bar of the State of Maine and the Bar of the Federal District of Maine.

2. I am an associate in the Maine law firm of Nadeau & Associates, P.A.

3. There are no disciplinary proceedings pending against me as a member of the Maine Bar or any other Bar.

4. I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

Dated: August 10, 2007                    /s/ Scott A. Wanner
                                          By:  Scott A. Wanner
                                                Maine Bar No. 9264
                                                Nadeau & Associates, P.A.
                                                1332 Post Road
                                                Wells, ME  04090
                                                (207) 646-4000

## CERTIFICATE OF SERVICE

      I hereby certify that I have caused to be served upon the Attorneys of record for the other parties, this certificate, by depositing the same in the U.S. Mail, postage prepaid on the above date.

                                              /s/ Scott A. Wanner  
                                              Scott A. Wanner, Esquire