# EXHIBIT "A"

 

**David W. Ashley, M.D.**
*Family Medicine*

Affiliated with Lifespan and
Brown University School of Medicine

1 James P. Murphy Hwy.
(Route 2)
West Warwick, RI 02893

(401) 821-5100
Fax: (401) 821-4610

Suzanne Genereux
5131155

| | |
|---|---|
| 6/8/01 | F/U: |
| | T. 98.4   S: 1) Running out of insurance |
| | W.  146 /      in Zurich, on multiple medication |
| | BP. 122/82 |
| | 2) Potential exposure – Acetone, |
| | Benzidine, Asbestos |
| | trying no headlight on |
| | 3) D.ab – stable, cholest – started |
| | Lipitor. |
| | O: in wheeled chair, appears more |
| | ENT – nl  lungs CTA Cor RRR  old – linear |
| | A/P: |
| | 1) D.ab – ↑ glucotrol 6.5 BID  Accupril 10 mg |
| | 2) ↑ chol – cholest – ✓LFTs, take 10mg Lipitor |
| | 3) Parkinsons – offer Symmetrel 100 TID |
| | (even BID) |
| | 4) BP – Norvasc 10 → 5 BID |
| | 5) Thyroid – overmedicated ↓ Synth to 88→75 mcg |

**University Medicine FOUNDATION**

Suzanne Genereux                                                           DOB. 5/31/55

6/19/01
BP 132/84 (L)
P 98

S:
1) Healthy Maint f/u – multiple med changes req'd, in order to get med supply for next few months
   - Got mammo/pap this wk.
   - Has new on chin, to have C/S this week
2) Med changes –
   Neurose 10mg → 5 BID
   Amantadine 100 BID → 100 TID
   Synthroid 88 → 75
   Accupril 10 → 5
   Glucotrol 5 qd → 5 BID
   Singulair – cont 10 qd
   Lipitor 10 → 20 qd

O: NAD, VSS, lungs CTA, Cor RRR
   Ext nil

A/P:
1) Diab, Pulmonary, BP – no above change
2) Beryllium Exposure – in past while employed by Raytheon
   Will send special req'd test
   ✓ a
   ✓ glu, ✓ cholest, LFTS                                    [signature]



**NATIONAL JEWISH**

**Medical and Research Center**
Global Leader in Lung, Allergic
and Immune Diseases

1400 Jackson Street
Denver, CO 80206
303 388 4461
800 423 8891
http://www.nationaljewish.org

### Lymphocyte Proliferation Test: Peripheral Blood

Patient Name:     Genereux, Suzanne D
ID Number:        BE-26479                    OS#:         OS-0209788
Date of Test:     6/23/2001                   Accession#:  S22450
Referring Physician: Ashley, David, M.D.
Technician:       NK

| Results | Mean Stimulation Index | | |
|---|---|---|---|
| Mitogens: | Day | Day 4 | Day 6 |
| Phytohemagglutinin | 70.2 | | |
| Antigens: | | | |
| Candida | | | 164.3 |
| Beryllium | | | |
| $1 \times 10^{-4}$ M | | 4.4 | 5.0 |
| $1 \times 10^{-5}$ M | | 2.6 | 2.4 |
| $1 \times 10^{-6}$ M | | 1.6 | 1.4 |

Normal response to mitogen.        Normal response to antigen. (Normals: >3.0)
Abnormal lymphocyte transformation to beryllium sulfate.
Note: An abnormal result is two or more values above the cutoff value of 2.5.


(electronic signature)
*Lee S. Newman, M.D.*