UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUZANNE GENEREUX, et al., | * | |
| | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-12137-JLT |
| | * | |
| | * | |
| AMERICAN BERYLLIA CORP., et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |

ORDER

September 27, 2007

TAURO, J.

After a conference held on September 12, 2007, this court hereby orders that:

1. Defendants Brush Wellman's Motion for Summary Judgment (#102), American Beryllia's Motion for Summary Judgment (#109), and Hardric Laboratories's Motion for Summary Judgment (#118) are ALLOWED.

2. Defendant Hardric Laboratories's Motion to Dismiss Case as Frivolous (#116) is DENIED.

3. Defendant Hardric Laboratories's Motion to Withdraw as Attorney (#148) is ALLOWED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge