UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUZANNE GENEREUX, et al., | * | |
| | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-12137-JLT |
| | * | |
| | * | |
| AMERICAN BERYLLIA CORP., et al., | * | |
| | * | |
| | * | |
| | * | |
| Defendants. | * | |

ORDER

September 27, 2007

TAURO, J.

On September 27, 2007, this court issued a memorandum concerning the above-captioned

case under seal, consistent with the status of much of the evidence.  Parties shall advise this court

by October 15, 2007 if they object to the publication of this opinion.  Prior to doing so, they

should consult with Raytheon to determine if it has any objection to publication.

IT IS SO ORDERED.

            /s/ Joseph L. Tauro
            United States District Judge