# EDWARDS ANGELL PALMER & DODGE LLP

111 Huntington Avenue  Boston, MA 02199  617.239.0100  *fax* 617.227.4420  eapdlaw.com

Alan M. Spiro
Direct Phone: 617.951.2204
Direct Fax:   888.325.9124
*aspiro@EdwardsAngell.com*

October 15, 2007

*BY FAX AND FIRST CLASS MAIL*

Honorable Joseph L. Tauro
United States District Judge
United States District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re:   Genereux v. American Beryllia Corp., et al.
      Case No. 04-CV-12137-JLT

Dear Judge Tauro:

On September 27, 2007, you ordered (Docket # 159):

> "Parties shall advise this court by October 15, 2007 if they object to
> the publication of this opinion. Prior to doing so, they should consult
> with Raytheon to determine if it has any objection to publication."

In accordance with your Order, counsel have conferred. In particular, as directed by the Court, we have consulted with Raytheon's counsel, Ronald M. Jacobs of Conn Kavanaugh Rosenthal Peisch & Ford, LLP.

We are pleased to report that there is no objection to publication of the Court's previously-sealed Memorandum Decision on Summary Judgment (Docket # 157).

Sincerely,

Alan M. Spiro

cc:   All Counsel of Record
      (By Electronic and First Class Mail)

BOS_450098_4/ASPIRO