# CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP

COUNSELORS AT LAW

Ten Post Office Square, Boston, Massachusetts 02109

Tel: (617) 482-8200

Fax: (617) 482-6444

THOMAS E. PEISCH
BOB B. ROSENTHAL
JAMES F. KAVANAUGH, JR.
RUSSELL F. CONN
GEORGE M. FORD
JAMES B. PELOQUIN
BARRY E. GOLD
THOMAS J. GALLITANO
NEIL R. SCHAUER
JAMES GRAY WAGNER
ERIN K. HIGGINS
STEVEN E. GURDIN
MICHAEL T. SULLIVAN
CONSTANCE M. MCGRANE
KURT B. FLIEGAUF
RONALD M. JACOBS

CAROL A. STARKEY
SARA L. GOODMAN
ELISE S. WALD
MICHAEL R. BERNARDO
JACOB A. LABOVITZ
JOHANNA L. MATLOFF
AMY C. STEWART
LURLEEN A GANNON
BRENDAN W. PIPER-SMYER
VALERIE CHRISTOPHILOS
MAYA L. SETHI
ANDREW R. DENNINGTON

WRITER'S DIRECT DIAL: 617-348-8212
E-MAIL: RJACOBS@CKRPF.COM

October 17, 2007

**VIA ELECTRONIC FILING**

The Honorable Joseph L. Tauro
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210
c/o Zita Lovett, Clerk

Re:    Suzannne Genereux, et al. v. American Beryllia Corp., et al.
       Civil Action No. 04-12137-JLT

Dear Judge Tauro:

This firm represents defendant Raytheon Company ("Raytheon") in this matter. On September 27, 2007, you ordered (Docket No. 159) as follows:

> "The parties shall advise this Court by October 15, 2007, if they object to the publication of this opinion. Prior to doing so, they should consult with Raytheon to determine if it has any objection to publication."

By letter dated October 15, 2007, defendant Brush Wellman's local counsel, Alan M. Spiro, advised this Court that counsel had conferred with me and that there was no objection to the publication of the Court's previously-sealed Memorandum Decision on Summary Judgment (Docket No. 157).

The Court has asked that I confirm the foregoing. This confirms that counsel did in fact consult with me, and that Raytheon does not object to publication.

Sincerely,

Ronald M. Jacobs

RMJ/sf:6676-122

cc:    James F. Kavanaugh, Jr., Esq.
       Counsel of Record (by ECF filing and/or electronic mail)