## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Suzanne Genereux, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 04-CV-12137 JLT |
| v. ) | |
| ) | |
| American Beryllia Corp., et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Suzanne Genereux, Barry Genereux, Krista Genereux, and Angela Genereux, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the First Judicial Circuit from the final judgment and from the Memorandum and Order of District Court Judge Joseph L. Tauro entered in this action on the 27th day of September, 2007, granting the Defendants' Motions for Summary Judgment on which the final judgment is based.

Respectfully submitted, this 25th day of October, 2007.
**MEEHAN, BOYLE, BLACK & BOGDANOW, P.C.**
/s/  Leo V. Boyle

_____
Leo V. Boyle (B.B.O. 052700)
Meehan, Boyle, Black & Bogdanow, P.C.
Two Center Plaza, Suite 600
Boston, Massachusetts 02108
617.523.8300

**GOLOMB & HONIK, P.C.**
Ruben Honik
Stephan Matanovic
121 S. Broad Street, Ninth Floor
Philadelphia, PA 19107

**CERTIFICATE OF SERVICE**

I, Bradley M. Henry, certify that on October 25, 2007, I served the foregoing Notice of Appeal by electronic filing and mailing an exact copy postage prepaid to counsel of record.

/s/ Bradley M. Henry