APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-12137-JLT

Genereux et al v. American Beryllia Corp. et al             Date Filed: 10/08/2004
Assigned to: Judge Joseph L. Tauro                         Date Terminated: 09/27/2007
Case in other court: Middlesex Superior Court, 04-02520     Jury Demand: Defendant
Cause: 28:1331 Fed. Question: Personal Injury              Nature of Suit: 440 Civil Rights: Other
                                                           Jurisdiction: Federal Question

## Plaintiff

**Suzanne Genereux**                      represented by **Leo V. Boyle**
*Individually and as Parent and Natural*                  Meehan, Boyle, Black & Fitzgerald, PC
*Guardian to minor children Angela and*
*Krista Genereux*                                         Two Center Plaza
                                                          Suite 600
                                                          Boston, MA 02108
                                                          617-523-8300
                                                          Fax: 617-523-0525
                                                          Email: KSearles@mbbf.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Ruben Honik**
                                                          Golomb & Honik
                                                          9th Floor
                                                          121 South Broad Street
                                                          Philadelphia, PA 19107
                                                          215-985-9177
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Sherrie J. Cohen**
                                                          Golomb & Honik
                                                          9th Floor
                                                          121 South Broad Street
                                                          Philadelphia, PA 19107
                                                          215-985-9177
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Stephan Matanovic**
                                                          Golomb & Honik, P.C.
                                                          121 S. Broad Street
                                                          9th Floor
                                                          Philadelphia, PA 19147
                                                          215-985-9177

Email: smatanovic@golombhonik.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter J. Ainsworth**
Meehan, Boyle, Black & Fitzgerald, PC

Suite 600
Two Center Plaza
Boston, MA 02108-1922
617-523-8300
Fax: 617-523-0455
Email: painsworth@meehanboyle.com
*ATTORNEY TO BE NOTICED*

**Bradley M. Henry**
Meehan, Boyle, Black & Fitzgerald, PC

Two Center Plaza
Boston, MA 02108-1922
617-523-8300
Fax: 617-523-0455
Email: BHenry@MBBF.com
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Barry Genereux**
*Individually and as Parent and Natural
Guardian of Minor Children Angela
and Krista Genereux*

represented by **Leo V. Boyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ruben Honik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sherrie J. Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephan Matanovic**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter J. Ainsworth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bradley M. Henry**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**American Beryllia Corp.**                    represented by **William F. Ahern, Jr.**
Clark, Hunt, & Embry
55 Cambridge Parkway
Cambridge, MA 02142
617-494-1920
Fax: 617-494-1921
Email: wahern@chelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Armando J. Acosta**
Bourbeau & Floyd, LLP
266 Beacon Street
4th Flr.
Boston, MA 02116
617-494-1920
Fax: 617-494-1921
Email: aacosta@chelaw.com
*TERMINATED: 08/10/2005*
*ATTORNEY TO BE NOTICED*

**MandiJo Hanneke**
Clark, Hunt, & Embry
55 Cambridge Parkway
Cambridge, MA 02142
617-494-1920
Fax: 617-494-1921
Email: mhanneke@chelaw.com
*ATTORNEY TO BE NOTICED*

**Robert M.A. Nadeau**
Nadeau & Associates, PA
1332 Post Road
Suite 4
Wells, ME 04090
207-646-4000
Fax: 207-646-5850
Email: rman@maine.rr.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brush Wellman, Inc.**                    represented by **Alan M. Spiro**
Edwards Angell Palmer & Dodge LLP

111 Huntington Avenue
Boston. MA 02199
617-951-2204
Fax: 888-325-9124
Email: aspiro@eapdlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey D. Ubersax**
Jones Day
North Point
901 Lakeside Ave.
Cleveland, OH 44114-1190
216-586-3939
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert S. Faxon**
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
216-586-7104
Email: rfaxon@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy M. Hudson**
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
216-586-3939
Fax: 216-579-0212
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brush Wellman Ceramics, Inc.**          represented by **Alan M. Spiro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey D. Ubersax**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy M. Hudson**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brush Wellman Ceramic Products, Inc.**

represented by **Alan M. Spiro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey D. Ubersax**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy M. Hudson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hardric Laboratories, Inc.**

represented by **Frances C. Lindemann**
Nadeau & Associates, P.A.
1332 Post Road
Suite 4A
Wells, ME 04090
207-646-4000
Fax: 207-646-5850
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kellie A. Cameron**
Nadeau & Associates PA
1332 Post Road, Suite 4A
Four Oaks Professional Park
Wells, ME 04090
207-646-4000
Fax: 207-646-5850
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael H. Madigan**
Nadeau & Associates, P.A.
1332 Post Road
Wells, ME 04090
207-646-4000
*TERMINATED: 07/25/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert M.A. Nadeau**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott A. Wanner**
Nadeau & Associates PA
1332 Post Road. Suite 4A
Four Oaks Professional Park
Wells, ME 04090
207-646-4000
Fax: 207-646-5850
Email: swanner1@maine.rr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Paakkonen**
Nadeau & Associates. P.A.
1332 Post Road
Wells, ME 04090
207-646-4000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy C. Dietz**
Nadeau & Associates, P.A.
1332 Post Road
Suite 4A
Wells, ME 04090
207-646-4000
Fax: 207-646-5850
Email: tcdietz@maine.rr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kyocera America, Inc.**
*TERMINATED: 06/21/2006*

represented by **John C. Wyman**
Murtha Cullina, LLP
20th Floor
99 High Street
Boston, MA 02110-2320
617-457-4041
Fax: 617-482-3868
Email: jcwyman@murthalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sara P. Bryant**
Murtha Cullina LLP
99 High Street
Boston, MA 02130

617-457-4048
Fax: 617-210-7048
Email: sbryant@murthalaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kyocera Industrial Ceramics Corp.**          represented by **John C. Wyman**
*TERMINATED: 06/21/2006*                                       (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Sara P. Bryant**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Raytheon Company**                            represented by **James F. Kavanaugh, Jr.**
*TERMINATED: 06/22/2006*                                       Conn, Kavanaugh, Rosenthal, Peisch &
                                                               Ford, LLP
                                                               Ten Post Office Square
                                                               Boston, MA 02109
                                                               617-482-8200
                                                               Fax: 617-482-6444
                                                               Email: jkavanaugh@ckrpf.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Ronald M. Jacobs**
                                                               Conn, Kavanaugh, Rosenthal, Peisch &
                                                               Ford, LLP
                                                               Ten Post Office Square
                                                               4th Floor
                                                               Boston, MA 02109
                                                               617-482-8200
                                                               Fax: 617-482-6444
                                                               Email: rjacobs@ckrpf.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Hardric Laboratories, Inc.**                  represented by **Robert M.A. Nadeau**
*TERMINATED: 12/20/2004*                                       (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**
**American Beryllia Corp.**

*TERMINATED: 12/20/2004*

**Cross Defendant**

**Brush Wellman Ceramic Products, Inc.**
*TERMINATED: 12/20/2004*

**Cross Defendant**

**Brush Wellman Ceramics, Inc.**
*TERMINATED: 12/20/2004*

**Cross Defendant**

**Brush Wellman, Inc.**
*TERMINATED: 12/20/2004*

**Cross Defendant**

**Kyocera America, Inc.**
*TERMINATED: 12/20/2004*

**Cross Defendant**

**Kyocera Industrial Ceramics Corp.**
*TERMINATED: 12/20/2004*

**Cross Defendant**

**Raytheon Company**
*TERMINATED: 12/20/2004*

represented by **Ronald M. Jacobs**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/08/2004 | 1 | NOTICE OF REMOVAL by Brush Wellman, Inc., Kyocera America, Inc., Kyocera Industrial Ceramics Corp. from Middlesex County Superior Court, case number CV2004-02520-D. , filed by Brush Wellman, Inc., Kyocera America, Inc., Kyocera Industrial Ceramics Corp.. (Attachments: # 1 Exhibit Part 1# 2 Exhibit Part 2# 3 Civil Cover Sheet# 4 Exhibit Part 3# 5 Exhibit Part 4)(Abaid, Kim) (Entered: 10/12/2004) |
| 10/08/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Abaid, Kim) (Entered: 10/12/2004) |
| 10/18/2004 | 2 | NOTICE of Appearance by James F. Kavanaugh Jr. on behalf of Raytheon Company (Abaid, Kim) (Entered: 10/19/2004) |
| 10/18/2004 | 3 | MOTION for Extension of Time to November 10, 2004 to File Answer re 1 Notice of Removal. by Raytheon Company.(Abaid, Kim) (Entered: 10/19/2004) |
| 10/18/2004 | 4 | STATE COURT Record American Beryllia Corp. served on 9/13/2004, |

|            |      |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                        |
| ---------- | ---- | --- |
|            |      | answer due 10/4/2004; Brush Wellman Ceramic Products, Inc. served on 9/16/2004, answer due 10/6/2004; Brush Wellman Ceramics, Inc. served on 9/16/2004, answer due 10/6/2004; Brush Wellman, Inc. served on 9/14/2004, answer due 10/4/2004; Hardric Laboratories, Inc. served on 9/15/2004, answer due 10/5/2004; Kyocera America, Inc. served on 9/13/2004, answer due 10/4/2004; Kyocera Industrial Ceramics Corp. served on 9/14/2004, answer due 10/4/2004; Raytheon Company served on 9/19/2004, answer due 10/11/2004.. (Abaid, Kim) (Entered: 10/19/2004) |
| 10/18/2004 | ◑ | ***Attorney Ronald M. Jacobs for Raytheon Company added. (Abaid, Kim) (Entered: 11/02/2004) |
| 10/20/2004 | ◑ | Judge Joseph L. Tauro : Electronic ORDER entered granting 3 Motion for Extension of Time to Answer re 1 Notice of Removal, (Abaid, Kim) (Entered: 10/21/2004) |
| 10/20/2004 | 5 | MOTION for Extension of Time to November 10, 2004 to File Answer re 1 Notice of Removal, by Brush Wellman Ceramic Products, Inc., Brush Wellman Ceramics, Inc., Brush Wellman, Inc..(Abaid, Kim) (Entered: 10/21/2004) |
| 10/20/2004 | ◑ | Judge Joseph L. Tauro : Electronic ORDER entered granting 5 Motion for Extension of Time to Answer Brush Wellman Ceramic Products, Inc., Brush Wellman Ceramics, Inc., Brush Wellman, Inc.. (Abaid, Kim) (Entered: 10/21/2004) |
| 10/21/2004 | ◑ | Notice of correction to docket made by Court staff. Correction: Docket corrected because: Re-entered electronic order as it should not have been issued a number (Abaid, Kim) (Entered: 10/21/2004) |
| 10/26/2004 | 6 | Assented-To MOTION for Extension of Time to November 10, 2004 to serve and file responsive pleadings by Kyocera America, Inc., Kyocera Industrial Ceramics Corp.(Abaid, Kim) (Entered: 10/27/2004) |
| 11/01/2004 | 16 | MOTION for Extension of Time to November 10, 2004 to Serving and Filing Responsive Pleadings by Hardric Laboratories, Inc..(Abaid, Kim) (Entered: 11/15/2004) |
| 11/01/2004 | ◑ | Judge Joseph L. Tauro : Electronic ORDER entered granting 16 Motion for Extension of Time (Abaid, Kim) (Entered: 11/15/2004) |
| 11/08/2004 | 7 | ANSWER to Amended Complaint, CROSSCLAIM against American Beryllia Corp., Brush Wellman Ceramic Products, Inc., Brush Wellman Ceramics, Inc., Brush Wellman, Inc., Kyocera America, Inc., Kyocera Industrial Ceramics Corp., Raytheon Company by Hardric Laboratories, Inc..(Abaid, Kim) (Entered: 11/09/2004) |
| 11/10/2004 | 8 | MOTION to Dismiss *Count VIII* by Raytheon Company.(Jacobs, Ronald) (Entered: 11/10/2004) |
| 11/10/2004 | 9 | MEMORANDUM in Support re 8 MOTION to Dismiss *Count VIII* filed by Raytheon Company. (Attachments: # 1 Exhibit List of Authorities) (Jacobs, Ronald) (Entered: 11/10/2004) |

| 11/10/2004 | 10 | MOTION to Dismiss *or for Summary Judgment* by Kyocera America, Inc., Kyocera Industrial Ceramics Corp.. (Attachments: # 1 Affidavit of Kevin Gaughan)(Wyman, John) (Entered: 11/10/2004) |
|---|---|---|
| 11/10/2004 | 11 | MEMORANDUM in Support re 10 MOTION to Dismiss *or for Summary Judgment* filed by Kyocera America, Inc.. Kyocera Industrial Ceramics Corp.. (Wyman, John) (Entered: 11/10/2004) |
| 11/10/2004 | 12 | MOTION to Dismiss Counts 4-8, 12 and 13 of Plaintiffs' Amended COmplaint by Brush Wellman Ceramic Products, Inc., Brush Wellman Ceramics, Inc..(Abaid, Kim) (Entered: 11/15/2004) |
| 11/10/2004 | 13 | MEMORANDUM in Support re 12 MOTION to Dismiss Counts 4-8, 12 and 13 filed by Brush Wellman Ceramic Products, Inc., Brush Wellman Ceramics, Inc.. (Attachments: # 1)(Abaid, Kim) (Entered: 11/15/2004) |
| 11/10/2004 | 14 | MOTION to Drop Misjoined Parties by Brush Wellman, Inc..(Abaid, Kim) (Entered: 11/15/2004) |
| 11/10/2004 | 15 | ANSWER to Amended Complaint by Brush Wellman Ceramic Products, Inc., Brush Wellman Ceramics, Inc.. Brush Wellman, Inc..(Abaid, Kim) (Entered: 11/15/2004) |
| 11/12/2004 | 17 | AFFIDAVIT of Michael C. Hasychak in support re 14 MOTION to Drop Misjoined Parties by Brush Wellman, Inc.. (Abaid, Kim) (Entered: 11/16/2004) |
| 11/19/2004 | 18 | Assented-to MOTION for Extension of Time to December 1, 2004 to serve and file responsive pleadings by American Beryllia Corp..(Abaid, Kim) (Entered: 11/22/2004) |
| 11/22/2004 | 19 | Joint MOTION to set schedule for oppositions and for Extension of Time to December 22, 2004 to File Response/Reply as to 8 MOTION to Dismiss *Count VIII.* 9 Memorandum in Support of Motion, 10 MOTION to Dismiss *or for Summary Judgment*. 11 Memorandum in Support of Motion, 12 MOTION to Dismiss, 13 Memorandum in Support of Motion, 14 MOTION to Drop Misjoined Parties *entitled Joint Motion of the Parties to Set Schedule for Oppositions and Reply Briefs Regarding Motions to Dismiss filed* by Barry Genereux, Suzanne Genereux.(Henry, Bradley) Modified on 11/23/2004 (Abaid, Kim). (Entered: 11/22/2004) |
| 11/29/2004 | 20 | MOTION to Dismiss *Cross-Claims of Defendant Hardric Laboratories, Inc.* by Raytheon Company.(Jacobs, Ronald) (Entered: 11/29/2004) |
| 11/29/2004 | 21 | MEMORANDUM in Support re 20 MOTION to Dismiss *Cross-Claims of Defendant Hardric Laboratories, Inc.* filed by Raytheon Company. (Jacobs, Ronald) (Entered: 11/29/2004) |
| 11/30/2004 |  | Judge Joseph L. Tauro : Electronic ORDER entered granting 18 Motion for Extension of Time for Serving and Filing Responsive Pleadings, and, granting 19 Joint Motion of the Parties to Set Schedule for Oppositions and Reply Briefs Regarding Motions to Dismiss. (Abaid, Kim) (Entered: 11/30/2004) |

| 12/03/2004 | 22 | ANSWER to Amended Complaint with Jury Demand by American Beryllia Corp. (Abaid, Kim) (Entered: 12/06/2004) |
|---|---|---|
| 12/09/2004 | 23 | NOTICE of Scheduling Conference Scheduling Conference set for 1/5/2005 10:30 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 12/09/2004) |
| 12/09/2004 | 24 | Judge Joseph L. Tauro : RULE 26 DISCOVERY ORDER entered. (Abaid, Kim) (Entered: 12/09/2004) |
| 12/13/2004 | 26 | NOTICE of Voluntary Dismissal of Cross Claims Against American Beryllia Corp., Brush Wellman, Inc., Brush Wellman Ceramics, Inc., Brush Wellman Ceramic Products, Inc.. Kyocera America, Inc.. and Kyocera Industrial Ceramics Corp. by Hardric Laboratories, Inc. (Abaid, Kim) (Entered: 12/20/2004) |
| 12/13/2004 | ❍ | ***Attorney Robert M.A. Nadeau for Hardric Laboratories, Inc. and Hardric Laboratories, Inc. added. (Abaid, Kim) (Entered: 12/21/2004) |
| 12/16/2004 | ❍ | NOTICE of Cancellation of January 5, 2005 scheduling conference. The conference is hereby re-scheduled to February 14, 2005 at 10:00 a.m. for amotion hearing. The new discovery conference date will be announced at that time. (Lovett, Zita) (Entered: 12/16/2004) |
| 12/17/2004 | 25 | MOTION for Leave to Appear Pro Hac Vice by Ruben Honik, Sherrie J. Cohen, Stephan Matanovic *and Plaintiffs' L.R. 7.1 Certificate* by Barry Genereux, Suzanne Genereux.(Henry, Bradley) (Entered: 12/17/2004) |
| 12/20/2004 | 27 | NOTICE of Voluntary Dismissal of Cross-Claims against Raytheon Company by Hardric Laboratories, Inc. (Abaid, Kim) (Entered: 12/21/2004) |
| 12/21/2004 | ❍ | Filing fee: $ 50.00, receipt number 60971 regarding 25 Motion for Pro Hac Vice (Abaid, Kim) (Entered: 12/22/2004) |
| 12/22/2004 | 28 | Opposition re 14 MOTION to Drop Misjoined Parties filed by Barry Genereux, Suzanne Genereux. (Attachments: # 1 Exhibit A: Corp. Search Materials for Brush Ceramics# 2 Exhibit B: Corp. Search Materials for Brush Ceramic Products)(Henry, Bradley) (Entered: 12/22/2004) |
| 12/22/2004 | 29 | Opposition re 8 MOTION to Dismiss *Count VIII* filed by Barry Genereux. Suzanne Genereux. (Henry, Bradley) (Entered: 12/22/2004) |
| 12/22/2004 | 30 | Opposition re 10 MOTION to Dismiss *or for Summary Judgment of Defendants Kyocera America, Inc. and Kyocera Industrial Ceramics Corp.* filed by Barry Genereux, Suzanne Genereux. (Henry, Bradley) (Entered: 12/22/2004) |
| 12/22/2004 | 31 | Opposition re 12 MOTION to Dismiss *of Defendants Brush Wellman, Inc., Brush Wellman Ceramics, Inc. and Brush Wellman Ceramic Products, Inc.* filed by Barry Genereux, Suzanne Genereux. (Henry, Bradley) (Entered: 12/22/2004) |
| 12/29/2004 | ❍ | Filing fee: $ 100.00. receipt number 61091 regarding 25 Motion for Pro |

|  |  | Hac Vice (Abaid, Kim) (Entered: 01/03/2005) |
|---|---|---|
| 12/29/2004 | ❍ | Judge Joseph L. Tauro : ElectronicORDER entered granting 25 Motion for Leave to Appear Pro Hac Vice Added Ruben Honik for Suzanne Genereux and Barry Genereux, Sherrie J. Cohen for Suzanne Genereux and Barry Genereux, Stephan Matanovic for Suzanne Genereux and Barry Genereux (Abaid, Kim) (Entered: 01/03/2005) |
| 01/05/2005 | ❹32 | MOTION for Leave to Appear Pro Hac Vice by Jeffery D. Ubersax and Timothy M. Hudson by Brush Wellman Ceramic Products, Inc., Brush Wellman, Inc., Brush Wellman Ceramics, Inc.. (Attachments: # 1 Certificate of Jeffery D. Ubersax# 2 Certificate of Timothy M. Hudson) (Abaid, Kim) (Entered: 01/10/2005) |
| 01/12/2005 | ❍ | Filing fee: $ 100.00, receipt number 61371 regarding 32 Motion for Pro Hac Vice (Abaid, Kim) (Entered: 01/13/2005) |
| 01/12/2005 | ❍ | Judge Joseph L. Tauro : Electronic ORDER entered granting 32 Motion for Leave to Appear Pro Hac Vice Added Timothy M. Hudson for Brush Wellman Ceramics, Inc.; Brush Wellman Ceramic Products, Inc. and Brush Wellman, Inc., Jeffrey D. Ubersax for Brush Wellman Ceramics, Inc.; Brush Wellman Ceramic Products, Inc. and Brush Wellman, Inc. (Abaid, Kim) (Entered: 01/13/2005) |
| 01/14/2005 | ❹33 | REPLY to Response to Motion re 10 MOTION to Dismiss *or for Summary Judgment* filed by Kyocera America, Inc., Kyocera Industrial Ceramics Corp.. (Bryant, Sara) (Entered: 01/14/2005) |
| 01/14/2005 | ❹34 | Response by Brush Wellman, Inc. to 31 Opposition to Motion To Drop Misjoined Parties. (Abaid, Kim) (Entered: 01/18/2005) |
| 01/14/2005 | ❹35 | SUPPLEMENTAL AFFIDAVIT of Michael C. Hasychak by Brush Wellman, Inc.. (Abaid, Kim) (Entered: 01/18/2005) |
| 01/14/2005 | ❹36 | Response by Brush Wellman Ceramic Products, Inc., Brush Wellman, Inc., Brush Wellman Ceramics, Inc. to 31 Opposition to Motion to Dismiss. (Abaid, Kim) (Entered: 01/18/2005) |
| 01/18/2005 | ❹37 | MOTION for Leave to Appear Pro Hac Vice by Michael H. Madigan Filing fee $ 50.00, receipt number 61521. by Hardric Laboratories, Inc. (Abaid, Kim) (Entered: 01/19/2005) |
| 01/19/2005 | ❍ | Judge Joseph L. Tauro : Electronic ORDER entered granting 37 Motion for Leave to Appear Pro Hac Vice Added Michael H. Madigan for Hardric Laboratories, Inc. (Abaid, Kim) (Entered: 01/19/2005) |
| 01/24/2005 | ❍ | Mail Returned as Undeliverable. Mail sent to Ruben Honik (Abaid, Kim) (Entered: 01/24/2005) |
| 01/28/2005 | ❹38 | SUR-REPLY to Motion re 14 MOTION to Drop Misjoined Parties *and Plaintiffs' Response to Reply of Defendant Brush Wellman, Inc. to Plaintiffs' Opposition to Motion to Drop Misjoined Parties* filed by Suzanne Genereux, Barry Genereux. (Henry, Bradley) (Entered: 01/28/2005) |

| 01/28/2005 | 39 | SUR-REPLY to Motion re 12 MOTION to Dismiss *and Plaintiffs' Reply Brief In Opposition to Defendant Brush Wellman, Inc.'s, Brush Wellman Ceramic, Inc.'s and Brush Wellman Ceramic Products, Inc.'s Motion to Dismiss* filed by Suzanne Genereux, Barry Genereux. (Henry, Bradley) (Entered: 01/28/2005) |
|---|---|---|
| 01/28/2005 | 40 | SUR-REPLY to Motion re 10 MOTION to Dismiss *or for Summary Judgment and Plaintiffs' Reply Brief in Opposition to the Defendants Kyocera America Inc.'s and Kyocera Industrial Ceramics Corp.'s Motion to Dismiss the Amended Complaint or for Summary Judgment* filed by Suzanne Genereux, Barry Genereux. (Henry, Bradley) (Entered: 01/28/2005) |
| 02/02/2005 | ❍ | Judge Joseph L. Tauro : Electronic ORDER entered denying 20 Motion to Dismiss the Cross-Claims of Hardric Laboratories, Inc. (Abaid, Kim) (Entered: 02/03/2005) |
| 02/11/2005 | 41 | NOTICE of Appearance by Armando J. Acosta on behalf of American Beryllia Corp. (Acosta, Armando) (Entered: 02/11/2005) |
| 02/14/2005 | 42 | Judge Joseph L. Tauro : ORDER entered 12 Motion to Dismiss Counts is ALLOWED with respect to counts IV, VII, and XII. 14 Motion to drop misjoined parties is ALLOWED. The Parties shall file a status report with this court by April 15, 2005 regarding Defendant Kyocera's Motion for Summary Judgment. All pending dispositive motions will be taken under advisement after April 15, 2005. (Abaid, Kim) (Entered: 02/14/2005) |
| 03/03/2005 | 43 | MOTION for Leave to File Supplemental Brief by Brush Wellman, Inc. (Attachments: # 1 Proposed Brief Part I# 2 Proposed Brief Part II)(Abaid, Kim) (Entered: 03/07/2005) |
| 03/09/2005 | ❍ | Judge Joseph L. Tauro : Electronic ORDER entered granting 43 Motion for Leave to File (Lovett, Zita) (Entered: 03/09/2005) |
| 03/09/2005 | 44 | SUPPLEMENTAL BRIEF re: Motion to Dismiss Count VI of the Complaint by Brush Wellman, Inc.. (Attachments: # 1 Supplemental Brief Continued)(Abaid, Kim) (Entered: 03/14/2005) |
| 03/16/2005 | 45 | Supplemental SUR-REPLY to Motion re 10 MOTION to Dismiss *or for Summary Judgment of Defendant Kyocera Industrial Ceramics Corp. Pursuant to the Court's February 14, 2005 Bench Order* filed by Suzanne Genereux, Barry Genereux. (Attachments: # 1 Affidavit Exhibit A: Declaration of Frank Balint In Support of Plaintiffs' Opposition to Defendant Kyocera Industrial Ceramics Corp.'s Motion to Dismiss or for Summary Judgment)(Henry, Bradley) (Entered: 03/16/2005) |
| 04/07/2005 | 46 | TRANSCRIPT of Motion Hearing held on February 14, 2005 before Judge Tauro. Court Reporter: Carol Lynn Scott. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/330-1377 or the Clerk's Office. (Scaifani, Deborah) (Entered: 04/07/2005) |

| 04/13/2005 | 47 | MOTION for Leave to File Supplemental Brief in Support of its Motion to Dismiss Count VIII of Plaintiffs' Complaint. by Brush Wellman, Inc. (Abaid, Kim) (Entered: 04/14/2005) |
|---|---|---|
| 04/14/2005 | ❍ | Judge Joseph L. Tauro : Electronic ORDER entered 47 Motion for Leave to File Supplemental Brief is DENIED WITHOUT PREJUDICE to refiling with certification pursuant to Local Rule 7.1(A)(2). (Abaid, Kim) (Entered: 04/14/2005) |
| 04/15/2005 | 48 | STATUS REPORT - *PLAINTIFFS' STATUS REPORT PURSUANT TO THE COURT'S FEBRUARY 14, 2005 BENCH ORDER* by Suzanne Genereux, Barry Genereux. (Henry, Bradley) (Entered: 04/15/2005) |
| 04/15/2005 | 49 | STATUS REPORT by Kyocera America, Inc., Kyocera Industrial Ceramics Corp.. (Attachments: # 1 Text of Proposed Order Proposed Scheduling Order)(Bryant, Sara) (Entered: 04/15/2005) |
| 04/26/2005 | 50 | MOTION for Leave to File Supplemental Brief in Support of its Motion to Dismiss Count VIII of the Complaint by Brush Wellman, Inc. (Attachments: # 1 Supplemental Brief Part 1# 2 Supplemental Brief Part 2)(Abaid, Kim) (Entered: 04/27/2005) |
| 05/11/2005 | 51 | Opposition re 50 MOTION for Leave to File *(Plaintiffs' Opposition to Defendant Brush Wellman, Inc.'s Motion to File Supplemental Materials)* filed by Suzanne Genereux, Barry Genereux. (Henry, Bradley) (Entered: 05/11/2005) |
| 05/12/2005 | 52 | Judge Joseph L. Tauro : ORDER entered 8 Motion to Dismiss Count VIII is ALLOWED with respect to Plaintiffs Barry, Angela, and Krista Genereaux for failure to allege damages. 10 Motion to Dismiss the Amended Complaint or for Summary Judgment is DENIED WITHOUT PREJUDICE to raising the issue after the close of discovery. 12 Motion to Dismiss Counts IV - VIII, XII, and XIII of the Amended Complaint is ALLOWED as to Count VIII and DENIED as to Counts V, VI, and XIII. 50 Motion for Leave to File Supplemental Brief is DENIED AS MOOT. (Abaid, Kim) (Entered: 05/12/2005) |
| 05/26/2005 | 53 | Assented to MOTION for Extension of Time to 06/07/2005 to File Answer re 1 Notice of Removal. by Kyocera America, Inc., Kyocera Industrial Ceramics Corp..(Bryant, Sara) (Entered: 05/26/2005) |
| 06/06/2005 | ❍ | Judge Joseph L. Tauro : Electronic ORDER entered granting 53 Motion for Extension of Time to Answer Kyocera America, Inc. answer due 6/7/2005; Kyocera Industrial Ceramics Corp. answer due 6/7/2005. (Abaid, Kim) (Entered: 06/06/2005) |
| 06/06/2005 | 54 | MOTION for Extension of Time to June 7, 2005 to File *First Amended Answer* by Brush Wellman, Inc..(Spiro, Alan) (Entered: 06/06/2005) |
| 06/06/2005 | 55 | AMENDED ANSWER to *Plaintiffs' Amended Complaint and Affirmative Defenses* by Brush Wellman, Inc.. (Spiro, Alan) (Entered: 06/06/2005) |
| 06/07/2005 | ❍ | Judge Joseph L. Tauro : Electronic ORDER entered granting 54 Motion for Extension of Time to File (Abaid, Kim) (Entered: 06/07/2005) |

| 06/07/2005 | 56 | NOTICE of Appearance by Sara P. Bryant on behalf of Kyocera America, Inc., Kyocera Industrial Ceramics Corp. (Bryant, Sara) (Entered: 06/07/2005) |
|---|---|---|
| 06/07/2005 | 57 | ANSWER to Complaint by Kyocera America, Inc., Kyocera Industrial Ceramics Corp..(Wyman, John) (Entered: 06/07/2005) |
| 07/22/2005 | | NOTICE by the COURT: a status conference is scheduled for August 17, 2005 at 11:00 a.m. (Lovett, Zita) (Entered: 07/22/2005) |
| 07/25/2005 | 58 | NOTICE of Appearance by Robert M.A. Nadeau on behalf of Hardric Laboratories, Inc. (Nadeau, Robert) (Entered: 07/25/2005) |
| 07/25/2005 | 59 | NOTICE of Withdrawal of Appearance Attorney Michael H. Madigan terminated. (Nadeau, Robert) (Entered: 07/25/2005) |
| 08/10/2005 | | NOTICE by the COURT: the status conference set for August 17, 2005 is cancelled, it is re-scheduled for September 6, 2005 at 2:30 P.M. (Lovett, Zita) (Entered: 08/10/2005) |
| 08/10/2005 | 60 | NOTICE of Withdrawal of Appearance Attorney Armando J. Acosta terminated. (Hunt, William) (Entered: 08/10/2005) |
| 08/19/2005 | 61 | MOTION for Order to Certify Question to the Supreme Judicial Court of the Commonwealth of Massachusetts by Suzanne Genereux, Barry Genereux.(Henry, Bradley) (Entered: 08/19/2005) |
| 08/19/2005 | 62 | MEMORANDUM in Support re 61 MOTION for Order to Certify Question to the Supreme Judicial Court of the Commonwealth of Massachusetts filed by Suzanne Genereux, Barry Genereux. (Attachments: # 1 Exhibit 1: Nat'l Jewish Medical & Research Center Test Results# 2 Exhibit 2: Beryllium Sensitization Progresses to Chronic Beryllium Disease)(Henry, Bradley) (Entered: 08/19/2005) |
| 08/29/2005 | | NOTICE by the COURT< a status conference will be held on September 12, 2005 at10:00 a.m. (Lovett, Zita) (Entered: 08/29/2005) |
| 08/29/2005 | | NOTICE by the COURT: the September 6, 2005 is cancelled. (Lovett, Zita) (Entered: 08/29/2005) |
| 09/02/2005 | 63 | Joint MEMORANDUM in Opposition re 61 MOTION for Order to Certify Question to the Supreme Judicial Court of the Commonwealth of Massachusetts filed by Brush Wellman, Inc.. (Spiro, Alan) (Entered: 09/02/2005) |
| 09/12/2005 | 64 | Judge Joseph L. Tauro : ORDER entered re: DISCOVERY. All parties will complete discovery by May 31, 2006. A Further Conference is scheduled for June 6, 2006 at 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro.(Abaid, Kim) (Entered: 09/13/2005) |
| 09/14/2005 | 65 | Judge Joseph L. Tauro : ORDER entered 61 Motion for Order to Certify Question to the Supreme Judicial Court of the Commonwealth of Massachusetts is DENIED. (Abaid, Kim) (Entered: 09/20/2005) |
| 09/20/2005 | 66 | CERTIFICATION pursuant to Local Rule 16.1 *(d)* by Brush Wellman, |

| | | Inc..(Spiro, Alan) (Entered: 09/20/2005) |
|---|---|---|
| 10/20/2005 | 67 | NOTICE of Appearance by Robert M.A. Nadeau on behalf of Hardric Laboratories, Inc. (Nadeau, Robert) (Entered: 10/20/2005) |
| 10/31/2005 | 68 | CERTIFICATION pursuant to Local Rule 16.1 by Hardric Laboratories, Inc..(Nadeau, Robert) (Entered: 10/31/2005) |
| 10/31/2005 | 69 | STATEMENT of facts *Under Local Rules 26.1(B) and 26.2(A)*. (Nadeau, Robert) (Entered: 10/31/2005) |
| 10/31/2005 | 70 | Initial Disclosures by American Beryllia Corp..(Abaid, Kim) (Entered: 10/31/2005) |
| 10/31/2005 | 71 | CERTIFICATION pursuant to Local Rule 16.1 by Kyocera America, Inc., Kyocera Industrial Ceramics Corp..(Abaid, Kim) (Entered: 11/01/2005) |
| 11/02/2005 | 72 | CERTIFICATION pursuant to Local Rule 16.1 by Hardric Laboratories, Inc..(Abaid, Kim) (Entered: 11/02/2005) |
| 11/02/2005 | 73 | Initial disclosures by Hardric Laboratories, Inc..(Abaid, Kim) (Entered: 11/02/2005) |
| 11/08/2005 | 74 | NOTICE of Appearance by MandiJo Hanneke on behalf of American Beryllia Corp. (Hanneke, MandiJo) (Entered: 11/08/2005) |
| 11/08/2005 | 75 | CERTIFICATION pursuant to Local Rule 16.1 by Kyocera America, Inc., Kyocera Industrial Ceramics Corp..(Abaid, Kim) (Entered: 11/08/2005) |
| 11/10/2005 | 76 | CERTIFICATE OF CONSULTATION *(Plaintiffs' Certification Pursuant to L.R. 16.1)* by Bradley M. Henry on behalf of all plaintiffs. (Henry, Bradley) (Entered: 11/10/2005) |
| 11/23/2005 | 77 | CERTIFICATE OF CONSULTATION *(Defendant's Certification Pursuant to LR 16.1(D)(3)* by MandiJo Hanneke on behalf of American Beryllia Corp.. (Hanneke, MandiJo) (Entered: 11/23/2005) |
| 11/29/2005 | 78 | Document disclosure by American Beryllia Corp..(Hanneke, MandiJo) Modified on 11/30/2005 (Abaid, Kim). ** Document is Incomplete. See Docket Entry 79 for Complete Document. ** (Entered: 11/29/2005) |
| 11/29/2005 | 79 | Document disclosure by American Beryllia Corp..(Hanneke, MandiJo) (Entered: 11/29/2005) |
| 12/15/2005 | 80 | MOTION to Compel *Disclosure and Production of Documents From Defendant Brush Wellman and Plaintiffs' L.R. 7.1 and 37.1 Certificate* by Suzanne Genereux, Barry Genereux. (Attachments: # 1 Exhibit A: Screen Print of Brush Wellman Document File Indices# 2 Exhibit B: Brush Wellman Disclosure)(Henry, Bradley) (Entered: 12/15/2005) |
| 12/23/2005 | 81 | Opposition to Motion re 80 MOTION to Compel *Disclosure and Production of Documents From Defendant Brush Wellman and Plaintiffs' L.R. 7.1 and 37.1 Certificate* filed by Brush Wellman, Inc.. (Attachments: |

|  |  | # 1 Affidavit of J. Ubersax# 2 Affidavit of T. Haumann# 3 Exhibit A# 4 Exhibit B# 5 Exhibit C# 6 Exhibit D# 7 Exhibit E# 8 Exhibit F# 9 Exhibit G# 10 Exhibit H# 11 Exhibit 1)(Hudson, Timothy) Modified on 12/27/2005 (Abaid, Kim). (Entered: 12/23/2005) |
|---|---|---|
| 12/30/2005 | ●82 | TRANSCRIPT of Status Conference held on September 12, 2005 before Judge Tauro. Court Reporter: Carol Lynn Scott. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/330-1377 or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/30/2005) |
| 01/06/2006 | ●83 | MOTION for Leave to File *Short Reply Memorandum to Defendant Brush Wellman's Opposition to Plaintiffs' Motion to Compel and Plaintiffs' L.R. 7.1 Certificate* by Suzanne Genereux, Barry Genereux. (Attachments: # 1 Exhibit Reply Memorandum# 2 Exhibit 1 to Reply: Letter dated 12/23/05)(Henry, Bradley) (Entered: 01/06/2006) |
| 01/10/2006 | ●84 | Assented to MOTION for Leave to File *Surreply Memorandum* by Brush Wellman, Inc.. (Attachments: # 1 Surreply memorandum# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C)(Hudson, Timothy) (Entered: 01/10/2006) |
| 01/11/2006 | ● | Judge Joseph L. Tauro : Electronic ORDER entered granting 84 Motion for Leave to File (Abaid, Kim) (Entered: 01/11/2006) |
| 01/11/2006 | ●85 | SURREPLY MEMORANDUM in Opposition re 80 MOTION to Compel filed by Brush Wellman, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Abaid, Kim) (Entered: 01/11/2006) |
| 01/12/2006 | ●86 | MOTION for Leave to Appear Pro Hac Vice by Frances C. Lindemann by Hardric Laboratories, Inc..(Nadeau, Robert) Additional attachment(s) added on 6/26/2006 (Abaid, Kim). (Entered: 01/12/2006) |
| 01/12/2006 | ●87 | Certificate of Frances C. Lindemann in Support of 86 MOTION for Leave to Appear Pro Hac Vice by Frances C. Lindemann by Hardric Laboratories, Inc..(Nadeau, Robert) Modified on 6/26/2006 (Abaid, Kim). (Entered: 01/12/2006) |
| 01/18/2006 | ● | Judge Joseph L. Tauro : Electronic ORDER entered denying 80 Motion to Compel (Abaid, Kim) (Entered: 01/18/2006) |
| 01/18/2006 | ● | Judge Joseph L. Tauro : Electronic ORDER entered granting 83 Motion for Leave to File Reply Memorandum (Abaid, Kim) (Entered: 01/18/2006) |
| 01/18/2006 | ●88 | REPLY to Opposition to Motion re 80 MOTION to Compel *Disclosure and Production of Documents From Defendant Brush Wellman and Plaintiffs' L.R. 7.1 and 37.1 Certificate* filed by Suzanne Genereux, Barry Genereux. (Attachments: # 1 Exhibit 1)(Abaid, Kim) (Entered: 01/18/2006) |
| 01/26/2006 | ●89 | Joint MOTION for Protective Order by Kyocera America, Inc., Kyocera Industrial Ceramics Corp.. (Attachments: # 1 Text of Proposed Order for Protective Order)(Wyman, John) (Entered: 01/26/2006) |

| 01/30/2006 | 🔵90 | Judge Joseph L. Tauro : ORDER entered. STIPULATED PROTECTIVE ORDER(Abaid, Kim) (Entered: 01/31/2006) |
|---|---|---|
| 01/30/2006 | 🔵 | Judge Joseph L. Tauro : Electronic ORDER entered. ELECTRONIC ENDORSEMENT re 89 Joint MOTION for Protective Order filed by Kyocera America, Inc.., Kyocera Industrial Ceramics Corp., - APPROVED.(Abaid, Kim) (Entered: 01/31/2006) |
| 03/10/2006 | 🔵91 | Letter/request (non-motion) from John C. Wyman *to reschedule the June 6. 2006 Court Conference.* (Wyman, John) (Entered: 03/10/2006) |
| 03/27/2006 | 🔵92 | Letter re: Scheduling from John C. Wyman. (Abaid, Kim) (Entered: 03/28/2006) |
| 03/28/2006 | 🔵 | ELECTRONICNOTICE OF RESCHEDULINGCase Management Conference set for 6/22/2006 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 03/28/2006) |
| 04/28/2006 | 🔵93 | MOTION for Leave to Appear Pro Hac Vice by Robert S. Faxon *as Co-Counsel for Defendant Brush Wellman Inc.* by Brush Wellman, Inc.. (Spiro, Alan) (Entered: 04/28/2006) |
| 04/28/2006 | 🔵94 | CERTIFICATION OF ROBERT S FAXON re 93 MOTION for Leave to Appear Pro Hac Vice by Robert S. Faxon *as Co-Counsel for Defendant Brush Wellman Inc.*. (Spiro, Alan) Modified on 5/1/2006 (Abaid, Kim). (Entered: 04/28/2006) |
| 05/05/2006 | 🔵95 | NOTICE of Change of Address by Alan M. Spiro (Spiro, Alan) (Entered: 05/05/2006) |
| 06/21/2006 | 🔵96 | STIPULATION of Dismissal *(Joint) of the Kyocera Defendants Only* by Kyocera America, Inc.. Kyocera Industrial Ceramics Corp.. (Wyman, John) (Entered: 06/21/2006) |
| 06/22/2006 | 🔵97 | Judge Joseph L. Tauro : ORDER of Dismissal of Raytheon Company entered. (Abaid, Kim) (Entered: 06/22/2006) |
| 06/22/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge Joseph L. Tauro : Interim Pretrial Conference held on 6/22/2006; Court allows additional depostions and designation of experts (see order for details). A final pre trial conference will held on November 7, 2006 at 10:00 a.m. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 06/26/2006) |
| 06/22/2006 | 🔵98 | Judge Joseph L. Tauro : ORDER entered re: DISCOVERY. The Parties must complete the listed depositions by August 31, 2006. Plaintiffs have until October 2, 2006 to designate experts and file expert affidavits. Defendants have until November 1, 2006 to designate experts and file expert affidavits. A Final Pretrial Conference will be held on November 7, 2006 at 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 06/26/2006) |
| 06/23/2006 | 🔵 | Judge Joseph L. Tauro : Electronic ORDER entered granting 86 Motion for Leave to Appear Pro Hac Vice, granting 87 Motion ADMIT PRO HAC VICE, granting 93 Motion for Leave to Appear Pro Hac Vice |

|  |  | (Lovett, Zita) (Entered: 06/23/2006) |
|---|---|---|
| 06/26/2006 | 99 | Letter re: Subpoena from J.E. Caruolo. (Abaid, Kim) (Entered: 06/26/2006) |
| 06/27/2006 | | Filing fee: $ 50.00, receipt number 73379 re: 93 Motion for Leave to Appear Pro Hac Vice. (Abaid, Kim) (Entered: 06/29/2006) |
| 06/30/2006 | | Filing fee: $ 50.00, receipt number 73448 for 87 Motion for Leave to Appear Pro Hac Vice (Abaid, Kim) (Entered: 07/12/2006) |
| 10/05/2006 | 100 | Joint MOTION to Continue Final pretrial to November 29, 2006 by all parties.(Spiro, Alan) (Entered: 10/05/2006) |
| 10/06/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 100 Motion to Continue FINAL Pretrial Conference set for 11/30/2006 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (no further continuances will be granted). (Lovett, Zita) (Entered: 10/06/2006) |
| 10/11/2006 | | E-Mail Notice returned as undeliverable. Name of Addressee: Kellie Cameron. The ECF Help Desk has contacted the law firm, who advised that the attorney is no longer employed at the office. The attorney's email address has been removed from the database to prevent the return of additional undeliverable email notices. (Hurley, Virginia) (Entered: 10/11/2006) |
| 10/16/2006 | 101 | MOTION for Leave to File Excess Pages *for Defendant Brush Wellman, Inc.'s Memorandum of Law in Support of Motion for Summary Judgment* by Brush Wellman, Inc..(Spiro, Alan) (Entered: 10/16/2006) |
| 10/16/2006 | 102 | MOTION for Summary Judgment by Brush Wellman, Inc..(Spiro, Alan) (Entered: 10/16/2006) |
| 10/16/2006 | 105 | APPENDIX/EXHIBIT re 102 MOTION for Summary Judgment *Appendix of Exhibits to Motion of Defendant Brush Wellman, Inc. for Summary Judgment* by Brush Wellman, Inc.. (Attachments: # 1 Appendix Ex. 1 - Ashley Deposition Excerpts and Certain Exhibits# 2 Appendix Ex. 2 - Balint Deposition Excerpts - FILED UNDER SEAL# 3 Appendix Ex. 3 - Broadbent Deposition Excerpts - FILED UNDER SEAL# 4 Affidavit ex. 4 - Chartier Dposition Excerpts - FILED UNDER SEAL# 5 Appendix Ex. 5 - Barry Genereau Deposition Excerpts# 6 Appendix Ex. 6 - Suzanne Genereaux Deposition Excerpts# 7 Appendix Ex. 7 - Kolanz Deposition Excerpts and Certain Exhibits# 8 Appendix Ex. 8 - McCarthy Dposition Excerpts - FILED UNDER SEAL# 9 Appendix Ex. 9 - Caruolo Declaration and Exhibits# 10 Appendix Ex. 11 - Chesmar Affidavit# 11 Appendix Ex. 11 - Hartford Affidavit and Exhibits - FILED UNDER SEAL# 12 Appendix Ex. 12 - Kolanz Declaration and Exhibits - FILED UNDER SEAL# 13 Appendix Martyny Affidavit Excerpts# 14 Appendix Ex. 14 - Ubersax Declaration and Exhibits - FILED UNDER SEAL)(Spiro, Alan) (Entered: 10/16/2006) |
| 10/16/2006 | 106 | CERTIFICATE OF SERVICE by Brush Wellman, Inc. re [104] |

| | | |
|---|---|---|
| | | Statement of facts. 105 Appendix/Exhibit,,..., [103] Memorandum in Support of Motion, 102 MOTION for Summary Judgment. (Spiro, Alan) (Entered: 10/16/2006) |
| 10/30/2006 | 107 | Assented to MOTION for Extension of Time to 11/22/2006 to File Plaintiffs' Opposition to Defendant, Brush Wellman's Motion for Summary Judgment, and extension of time to file Plaintiffs' Opposition to Defendant, American Beryllia Corp.'s as yet unfiled Motion for Summary Judgment to a total of thirty (30) days from the date of filing of said motion by all plaintiffs.(Ainsworth, Peter) (Entered: 10/30/2006) |
| 10/30/2006 | 108 | MOTION for Leave to File Excess Pages by American Beryllia Corp.. (Hanneke, MandiJo) (Entered: 10/30/2006) |
| 10/30/2006 | 109 | MOTION for Summary Judgment by American Beryllia Corp..(Hanneke, MandiJo) (Entered: 10/30/2006) |
| 10/30/2006 | 110 | Judge Joseph L. Tauro : ORDER entered. PROCEDURAL ORDER re Pretrial Conference. Pretrial Conference set for 11/30/2006 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro.(Abaid, Kim) (Entered: 10/30/2006) |
| 10/30/2006 | 111 | Statement of Material Facts L.R. 56.1 re 109 MOTION for Summary Judgment *FILED UNDER SEAL* filed by American Beryllia Corp.. (Attachments: # 1 Exhibit Ex. 1, S. Genereux Depo.# 2 Exhibit Ex. 2, Nicoletta Depo.# 3 Exhibit Ex. 3, Nicoletta Aff.# 4 Exhibit Ex. 4, Kolanz Dec., FILED UNDER SEAL# 5 Exhibit Ex. 5, Ubersax Aff., FILED UNDER SEAL# 6 Exhibit Ex. 6, McCarthy Depo.. FILED UNDER SEAL# 7 Exhibit Ex. 7, Chartier Depo.. FILED UNDER SEAL# 8 Exhibit Ex. 8, Part 1, Amended Disclosure Statement# 9 Exhibit Ex. 8, Amended Disclosure Statement, Part 2# 10 Exhibit Ex. 8, Amended Disclosure Statement, Exhibit A# 11 Exhibit Ex. 9, Asset Purchase# 12 Exhibit Ex. 10, Dissolution# 13 Exhibit Ex. 11, Gogolen Aff.# 14 Exhibit Ex. 12, Kolanz Depo.# 15 Exhibit Ex. 13, Hartford Aff.. FILED UNDER SEAL# 16 Exhibit Ex. 14, Broadbent Depo., FILED UNDER SEAL# 17 Exhibit Ex. 15, C. Balint Depo., FILED UNDER SEAL# 18 Exhibit Ex. 16, Martyny Aff.# 19 Exhibit Ex. 17, F. Balint Depo., FILED UNDER SEAL# 20 Exhibit Ex. 18, Caruolo Dec.# 21 Exhibit Ex. 19, B. Genereux Depo.# 22 Exhibit Ex. 20, Ashley Depo.)(Hanneke, MandiJo) (Entered: 10/30/2006) |
| 10/30/2006 | 112 | MEMORANDUM in Support re 109 MOTION for Summary Judgment *FILED UNDER SEAL* filed by American Beryllia Corp.. (Hanneke, MandiJo) (Entered: 10/30/2006) |
| 10/30/2006 | 113 | CERTIFICATE OF SERVICE by American Beryllia Corp. re 112 Memorandum in Support of Motion, 111 Statement of Material Facts L.R. 56.1,,,,. 109 MOTION for Summary Judgment. (Hanneke, MandiJo) (Entered: 10/30/2006) |
| 10/31/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 101 Motion for Leave to File Excess Pages, granting 107 Motion for Extension of Time to 11/22/2006, granting 108 Motion for Leave to File Excess Pages |

| | | (Lovett, Zita) (Entered: 10/31/2006) |
|---|---|---|
| 11/01/2006 | 🔾114 | DESIGNATION OF EXPERTS by American Beryllia Corp.. (Ahern, William) (Entered: 11/01/2006) |
| 11/01/2006 | 🔾115 | NOTICE by Brush Wellman, Inc. *Disclosure of Expert Witnesses* (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit F# 6 Exhibit G# 7 Exhibit H# 8 Exhibit I# 9 Exhibit J# 10 Exhibit K# 11 Exhibit E)(Hudson, Timothy) (Entered: 11/01/2006) |
| 11/14/2006 | 🔾116 | First MOTION to Dismiss Case as Frivolous *under Rule 11* by Hardric Laboratories, Inc.. (Attachments: # 1 Exhibit Genereux Depo Excerpts# 2 Exhibit Chartier Ex. 19# 3 Exhibit Chartier Depo Excerpts# 4 Exhibit Bailint Depo Excerpts# 5 Exhibit McCarthy Deposition Excerpts# 6 Exhibit 1989 Brush-Wellman Letter# 7 Exhibit Richard Depo Excerpts# 8 Exhibit Broadbent Depo Excerpts)(Lindemann, Frances) (Entered: 11/14/2006) |
| 11/17/2006 | ❹ | ELECTRONIC NOTICE Cancelling Hearing. Hearing cancelled: 11/30/2006. (Lovett, Zita) (Entered: 11/17/2006) |
| 11/21/2006 | 🔾117 | Unopposed MOTION for Leave to File Excess Pages *in Oppositions to Summary Judgment Motions* by Suzanne Genereux, Barry Genereux. (Henry, Bradley) Modified on 11/22/2006 (Abaid, Kim). (Entered: 11/21/2006) |
| 11/22/2006 | ❹ | Judge Joseph L. Tauro : Electronic ORDER entered granting 117 Motion for Leave to File Excess Pages (Abaid, Kim) (Entered: 11/22/2006) |
| 11/22/2006 | 🔾120 | Sealed Document - Opposition to Motion for Summary Judgment and Statement of Disputed Facts. (Abaid, Kim) (Entered: 11/27/2006) |
| 11/22/2006 | 🔾121 | Sealed Document - Memorandum in Opposition to Motion For Summary Judgment. (Abaid, Kim) (Entered: 11/27/2006) |
| 11/22/2006 | 🔾122 | Sealed Document - Appendix of Exhibits. (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 3 Part 1# (4) Exhibit 3 Part 2# (5) Exhibit 3 Part 3# (6) Exhibit 4# (7) Exhibit 5# (8) Exhibit 6# (9) Exhibit 7# (10) Exhibit 8# (11) Exhibit 9# (12) Exhibit 10# (13) Exhibit 11# (14) Exhibit 12# (15) Exhibit 13# (16) Exhibit 14# (17) Exhibit 15# (18) Exhibit 16# (19) Exhibit 17# (20) Exhibit 18# (21) Exhibit 19# (22) Exhibit 20# (23) Exhibit 21# (24) Exhibit 22# (25) Exhibit 23# (26) Exhibit 24# (27) Exhibit 25# (28) Exhibit 26# (29) Exhibit 27# (30) Exhibit 28# (31) Exhibit 29# (32) Exhibit 30# (33) Exhibit 31)(Abaid, Kim) (Entered: 11/27/2006) |
| 11/27/2006 | 🔾118 | First MOTION for Summary Judgment by Hardric Laboratories, Inc.. (Attachments: # (1) Exhibit Genereux Depo Excerpts# (2) Exhibit Richards Depo-Pt 1# 3 Exhibit Richards Depo-Part 2# 4 Exhibit Kolenz Depo Excerpts# 5 Exhibit Ubersax Affidavit# 6 Exhibit McCarthy Depo Excerpts# 7 Exhibit Chartier Depo Excerpts# 8 Exhibit Balint Depo Excerpts# 9 Exhibit Kolanz Depo Excerpts# 10 Exhibit Gogolen Declaration# 11 Exhibit Hardtford Affidavit Excerpts# 12 Exhibit |

| | | |
|---|---|---|
| | | Broadbent Depo Excerpts# 13 Exhibit Claire Balint Depo Excerpts# 14 Exhibit Martyny Affidavit Excerpts# 15 Exhibit Caruolo Declaration# 16 Exhibit B. Genereux Depo Excerpts# 17 Exhibit Ashley Depo Excerpts# 18 Exhibit Chartier- Exhibit-Part One# 19 Exhibit Chartier- Exhibit-Part Two# 20 Exhibit Chartier-Exhibit- Part Three# 21 Exhibit Chartier Exhibit - Pt 4# 22 Exhibit Chartier Exhibit-Part Five# 23 Supplement Certificate of Service)(Lindemann, Frances) Modified on 11/30/2006 (Abaid, Kim). (Entered: 11/27/2006) |
| 11/27/2006 | 119 | First MOTION for Leave to File Excess Pages *of Motion for Summary Judgment* by Hardric Laboratories, Inc..(Lindemann, Frances) (Entered: 11/27/2006) |
| 11/28/2006 | 123 | Opposition re 116 First MOTION to Dismiss Case as Frivolous *under Rule 11* filed by Suzanne Genereux, Barry Genereux. (Attachments: # 1 Exhibit A: Purchase Orders# 2 Exhibit B: Hardric Website Home Page# 3 Exhibit C: Richard Depo. Excerpts# 4 Exhibit D: Chartier Depo. Excerpt (I)# 5 Exhibit E: Chartier Depo. Excerpt (II)# 6 Exhibit F: Martyny Depo Excerpt)(Henry, Bradley) (Entered: 11/28/2006) |
| 11/29/2006 | 126 | Sealed Document - Opposition to Motion for Summary Judgment. (Abaid, Kim) (Entered: 11/30/2006) |
| 11/29/2006 | 127 | Sealed Document - Memorandum in Opposition to Motion for Summary Judgment. (Abaid, Kim) (Entered: 11/30/2006) |
| 11/29/2006 | 128 | Sealed Document - Appendix and Exhibits. (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 3# (4) Exhibit 4 Part 1# (5) Exhibit 4 Part 2# (6) Exhibit 5 Part 1# (7) Exhibit 5 Part 2# (8) Exhibit 5 Part 3# (9) Exhibit 6# (10) Exhibit 7# (11) Exhibit 8# (12) Exhibit 9# (13) Exhibit 10# (14) Exhibit 11# (15) Exhibit 12# (16) Exhibit 13# (17) Exhibit 14# (18) Exhibit 15# (19) Exhibit 16# (20) Exhibit 17# (21) Exhibit 18# (22) Exhibit 19# (23) Exhibit 20# (24) Exhibit 21# (25) Exhibit 22# (26) Exhibit 23# (27) Exhibit 24# (28) Exhibit 25# (29) Exhibit 26# (30) Exhibit 27)(Abaid, Kim) (Entered: 11/30/2006) |
| 11/30/2006 | 124 | MEMORANDUM in Support re 118 First MOTION for Summary Judgment filed by Hardric Laboratories, Inc.. (Abaid, Kim) (Entered: 11/30/2006) |
| 11/30/2006 | 125 | Statement of Material Facts L.R. 56.1 re 118 First MOTION for Summary Judgment filed by Hardric Laboratories, Inc.. (Abaid, Kim) (Entered: 11/30/2006) |
| 11/30/2006 | | Notice of correction to docket made by Court staff. Correction: Docket Entry 118 corrected because: Memorandum and Statement of Facts should be filed as separate documents. Removed from this entry and filed. (Abaid, Kim) (Entered: 11/30/2006) |
| 11/30/2006 | | Notice of correction to docket made by Court staff. Correction: Docket Entry 126 corrected because: Misfiled document. Removed and refiled correctly. (Abaid, Kim) (Entered: 11/30/2006) |
| | | |

| | | |
|---|---|---|
| 12/08/2006 | 129 | MOTION for Leave to File *Reply Brief* by Brush Wellman, Inc..(Spiro, Alan) (Entered: 12/08/2006) |
| 12/08/2006 | 131 | DECLARATION re [130] Memorandum in Support of Motion, *Supplemental Declaration of Marc E. Kolanz* by Brush Wellman, Inc.. (Spiro, Alan) (Entered: 12/08/2006) |
| 12/08/2006 | 132 | AFFIDAVIT of Jeffrey D. Ubersax re [130] Memorandum in Support of Motion, *Supplemental Affidavit of Jeffrey D. Ubersax* by Brush Wellman, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4) (Spiro, Alan) (Entered: 12/08/2006) |
| 12/08/2006 | 133 | CERTIFICATE OF SERVICE by Brush Wellman, Inc. re 129 MOTION for Leave to File *Reply Brief*, [130] Memorandum in Support of Motion.. 131 Declaration, 132 Affidavit. (Spiro, Alan) (Entered: 12/08/2006) |
| 12/12/2006 | ❑ | E-Mail Notice returned as undeliverable. Name of Addressee: Timothy M. Hudson. The ECF Help Desk has contacted the law firm, who advised that the attorney is not associated with the firm. The attorney's email address has been removed from the ECF database to prevent the return of additional undeliverable email notices. (Hurley, Virginia) (Entered: 12/12/2006) |
| 12/14/2006 | 137 | Sealed Document - Opposition. (Abaid, Kim) (Entered: 12/18/2006) |
| 12/14/2006 | 138 | Sealed Document - Statment of Disputed Facts. (Abaid, Kim) (Entered: 12/18/2006) |
| 12/14/2006 | 139 | Sealed Document - Appendix of Exhibits. (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 3# (4) Exhibit 4# (5) Exhibit 5 Part 1# (6) Exhibit 5 Part 2# (7) Exhibit 6# (8) Exhibit 7# (9) Exhibit 8# (10) Exhibit 9# (11) Exhibit 10# (12) Exhibit 11# (13) Exhibit 12# (14) Exhibit 13# (15) Exhibit 14# (16) Exhibit 15# (17) Exhibit 16# (18) Exhibit 17# (19) Exhibit 18# (20) Exhibit 19# (21) Exhibit 20# (22) Exhibit 21)(Abaid, Kim) (Entered: 12/18/2006) |
| 12/18/2006 | 134 | First MOTION for Leave to File *Reply in Support of Rule 11 Sanctions* by Hardric Laboratories, Inc..(Lindemann, Frances) (Entered: 12/18/2006) |
| 12/18/2006 | 135 | First REPLY to Response to Motion re 134 First MOTION for Leave to File *Reply in Support of Rule 11 Sanctions Memorandum of Law* filed by Hardric Laboratories, Inc.. (Attachments: # 1 Exhibit Exhibit A, Part 1# 2 Exhibit Exhibit A, Part 2# 3 Exhibit Exhibit B# 4 Exhibit Exhibit C part 1 GEN-809-810# 5 Exhibit Exhibit C part 2 GEN 805-8# 6 Exhibit Exhibit C part 3 GEN802-804# 7 Exhibit Exhibit C part 4 GEN799-801# 8 Exhibit Exhibit C part 5 BD365576# 9 Exhibit Exhibit D# 10 Exhibit Exhibit E)(Lindemann, Frances) (Entered: 12/18/2006) |
| 12/18/2006 | 136 | CERTIFICATE OF SERVICE by Hardric Laboratories, Inc. re 135 Reply to Response to Motion,.. 134 First MOTION for Leave to File *Reply in Support of Rule 11 Sanctions*. (Lindemann, Frances) (Entered: 12/18/2006) |
| | | |

| 12/21/2006 | 140 | MOTION for Leave to File *Reply Memorandum* by American Beryllia Corp..(Hanneke, MandiJo) (Entered: 12/21/2006) |
|---|---|---|
| 12/21/2006 | 142 | CERTIFICATE OF SERVICE by American Beryllia Corp. re [141] Memorandum in Support of Motion, 140 MOTION for Leave to File *Reply Memorandum*. (Hanneke, MandiJo) (Entered: 12/21/2006) |
| 12/28/2006 | ❏ | Judge Joseph L. Tauro : Electronic ORDER entered granting 140 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Abaid, Kim) (Entered: 12/28/2006) |
| 01/12/2007 | ❏144 | SEALED MOTION - Leave to File - by Suzanne Genereux, Barry Genereux.(Abaid, Kim) (Entered: 01/12/2007) |
| 01/12/2007 | ❏145 | Sealed Document - Sur-Reply. (Abaid, Kim) (Entered: 01/12/2007) |
| 03/27/2007 | 146 | MOTION for Leave to Appear Pro Hac Vice for admission of Susan M. Paakkonen Filing fee $ 50, receipt number 1460945. by Hardric Laboratories, Inc.. (Attachments: # 1 Certificate)(Nadeau, Robert) (Entered: 03/27/2007) |
| 03/27/2007 | 147 | MOTION for Leave to Appear Pro Hac Vice for admission of Timothy C. Dietz Filing fee $ 50, receipt number 1460960. by Hardric Laboratories, Inc.. (Attachments: # 1 Certificate)(Nadeau, Robert) (Entered: 03/27/2007) |
| 03/27/2007 | ❏ | Judge Joseph L. Tauro : Electronic ORDER entered granting 146 Motion for Leave to Appear Pro Hac Vice Added Susan M. Paakkonen for Hardric Laboratories, Inc., granting 147 Motion for Leave to Appear Pro Hac Vice Added Timothy C. Dietz for Hardric Laboratories, Inc. (Abaid, Kim) (Entered: 03/27/2007) |
| 04/11/2007 | ❏ | Mail Returned as Undeliverable. Mail sent to Kellie Cameron (Abaid, Kim) (Entered: 04/11/2007) |
| 04/20/2007 | ❏ | Judge Joseph L. Tauro : Electronic ORDER entered granting 119 Motion for Leave to File Excess Pages, granting 129 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document., granting 134 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document., granting [144] Sealed Motion (Lovett, Zita) (Entered: 04/20/2007) |
| 04/20/2007 | 148 | MOTION to Withdraw as Attorney by Hardric Laboratories, Inc..(Abaid, Kim) (Entered: 04/20/2007) |

| 04/20/2007 | 149 | NOTICE issued to Attorney Susan M. Paakkonen regarding mandatory use of ECF in compliance with Local Rule 5.4. Failure to comply may result in the imposition of sanctions. (Abaid, Kim) (Entered: 04/20/2007) |
|---|---|---|
| 07/31/2007 | | ELECTRONIC NOTICE of Hearing :Hearing set for 8/15/2007 02:15 PM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 07/31/2007) |
| 08/01/2007 | | E-Mail Notice re originally issued on returned as undeliverable. Name of Addressee: Francis Lindemann. The ECF Help Desk has contacted the law firm on record, who advised that the attorney is no longer employed by that firm. The attorneys email address has been removed from the database to prevent the return of additional undeliverable email notices. (Hassett, Kathy) (Entered: 08/01/2007) |
| 08/09/2007 | | ELECTRONIC NOTICE OF RESCHEDULINGMotion Summary Judgment Hearing set for 9/11/2007 02:15 PM in Courtroom 20 before Judge Joseph L. Tauro. (the hearing set for August 15, 2007 is canceled) NO FURTHER CONTINUANCES WILL BE ALLOWED.(Lovett, Zita) (Entered: 08/09/2007) |
| 08/10/2007 | 151 | MOTION for Leave to Appear Pro Hac Vice for admission of Scott A. Wanner Filing fee $ 50, receipt number 1625968. by American Beryllia Corp..(Nadeau, Robert) Additional attachment(s) added on 8/13/2007 (Abaid, Kimberly). (Entered: 08/10/2007) |
| 08/13/2007 | | Notice of correction to docket made by Court staff. Correction: Docket Entry 151 corrected because: Added actual motion to the docket entry (Abaid, Kimberly) (Entered: 08/13/2007) |
| 08/13/2007 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 151 Motion for Leave to Appear Pro Hac Vice Added Scott A. Wanner for Hardric Laboratories, Inc. Attorneys admitted Pro Hac Vice must register for electronic filing. To register go to the Court website at www.mad.uscourts.gov. Select Forms and then scroll down to CM/ECF Forms.(Abaid, Kimberly) (Entered: 08/13/2007) |
| 09/11/2007 | | Electronic Clerk's Notes for proceedings held before Judge Joseph L. Tauro : Motion Hearing held on 9/11/2007 re 109 MOTION for Summary Judgment filed by American Beryllia Corp., 102 MOTION for Summary Judgment filed by Brush Wellman, Inc., 118 First MOTION for Summary Judgment filed by Hardric Laboratories, Inc.. After arguments motions taken under advisement. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 09/11/2007) |
| 09/13/2007 | 152 | MOTION for Leave to File *Limited Supplemental Brief and Two Additional Exhibits in Opposition to Defendants' Various Summary Judgment Motions and Plaintiffs' L.R. 7.1 Certification* by Suzanne Genereux, Barry Genereux. (Attachments: # 1 Exhibit A - Med. Rec. - Dr. Ashley Office Note# 2 Exhibit B - Dr. Ashley Depo Excerpts)(Henry, Bradley) (Entered: 09/13/2007) |
| 09/13/2007 | 153 | MEMORANDUM OF LAW by Suzanne Genereux, Barry Genereux to |

|  |  | 152 MOTION for Leave to File *Limited Supplemental Brief and Two Additional Exhibits in Opposition to Defendants' Various Summary Judgment Motions and Plaintiffs' L.R. 7.1 Certification*, 109 MOTION for Summary Judgment, 102 MOTION for Summary Judgment, 118 First MOTION for Summary Judgment. (Henry, Bradley) (Entered: 09/13/2007) |
|---|---|---|
| 09/14/2007 | 154 | First Opposition re 152 MOTION for Leave to File *Limited Supplemental Brief and Two Additional Exhibits in Opposition to Defendants' Various Summary Judgment Motions and Plaintiffs' L.R. 7.1 Certification* filed by Hardric Laboratories, Inc.. (Nadeau, Robert) (Entered: 09/14/2007) |
| 09/14/2007 | ◑ | Judge Joseph L. Tauro : Electronic ORDER entered granting 152 Motion for Leave to File (Abaid, Kimberly) (Entered: 09/17/2007) |
| 09/17/2007 | 155 | Response by Brush Wellman, Inc. to 153 Memorandum of Law, - *Response of Defendant Brush Wellman, Inc. to Plaintiffs' Supplemental Brief.* (Spiro, Alan) (Entered: 09/17/2007) |
| 09/17/2007 | 156 | Response by American Beryllia Corp. to 153 Memorandum of Law. *Response of American Beryllia to Plaintiffs' Supplemental Memorandum.* (Hanneke, MandiJo) (Entered: 09/17/2007) |
| 09/27/2007 | ◑157 | SEALED MEMORANDUM. (Abaid, Kimberly) (Entered: 09/27/2007) |
| 09/27/2007 | 158 | Judge Joseph L. Tauro : ORDER entered 102 Motion for Summary Judgment, 109 Motion for Summary Judgment, and 118 Motion for Summary Judgment are ALLOWED. 116 Motion to Dismiss is DENIED. 148 Motion to Withdraw as Attorney is ALLOWED. (Abaid, Kimberly) (Entered: 09/27/2007) |
| 09/27/2007 | 159 | Judge Joseph L. Tauro : ORDER entered. On September 27, 2007, this court issued a memorandum concerning the above-captioned case under seal, consistent with the status of much of the evidence. Parties shall advise this court by October 15, 2007 if they object to the publication of this opinion. Prior to doing so, they should consult with Raytheon to determine if it has any objection to publication.(Abaid, Kimberly) (Entered: 09/27/2007) |
| 10/15/2007 | 160 | Letter re: Publication from Alan M. Spiro. (Abaid, Kimberly) (Entered: 10/15/2007) |
| 10/17/2007 | 161 | Letter/request (non-motion) from Ronald M. Jacobs, Counsel for Raytheon Company *Regarding Publication of Summary Judgment Decision.* (Jacobs, Ronald) (Entered: 10/17/2007) |
| 10/25/2007 | 162 | NOTICE OF APPEAL as to 158 Order on Motion for Summary Judgment,, Order on Motion to Dismiss Case as Frivolous,, Order on Motion to Withdraw as Attorney,,,,, by Suzanne Genereux, Barry Genereux Filing fee $ 455, receipt number 1718816 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed |

| | | and submitted to the Court of Appeals.Appeal Record due by 11/14/2007. (Ainsworth, Peter) (Entered: 10/25/2007) |