# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**SUZANNE GENEREAUX, ET AL**
      **Plaintiffs,**


      **v.**                                        **CA:04-12137-JLT**

**AMERICAN BERYLLIA, ET AL**
          **Defendants.**


## JUDGMENT

**TAURO,D.J.**

In accordance with the Court's **MEMORANDUM ORDER of**

**September 27,2007 GRANTING Defendants 'Motion for Summary**

**Judgment in the above entitled action, is hereby ORDERED:**


   **JUDGMENT FOR THE DEFENDANTS:**
   **BRUSH WELLMAN, AMERICAN BELYRIA and**
   **HARDRIC LABORATORIES..**


                                        **/S/**

                                        **Zita Lovett,**
                                        **Deputy Clerk**

**Date: November 5, 2007.**