UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2007 NOV -5  P 2: 28

U.S. DISTRICT COURT
DISTRICT OF MASS.

SUZANNE GENEREUX, ET AL.,

    Plaintiff

                                                    Case No. 04-cv-12137 JLT

v.

AMERICAN BERYLLIA CORP., ET AL.,

    Defendant

## ATTORNEY SCOTT A. WANNER'S MOTION TO WITHDRAW AS COUNSEL FOR HARDRIC LABORATORIES, INC.

    NOW COMES the undersigned attorney, Scott A. Wanner, Esq., pursuant to Local Rule 83.5.2(c) and hereby requests leave to withdraw for the following reasons:

    1.    Scott A. Wanner, Esq. has left the employment of Nadeau and Associates whereas the Defendant is remaining as a client of that firm;

    2.    Nadeau & Associates stands ready to enter the appearance of another attorney in its employ for the Defendant in this matter; and

    3.    No trial date has been set at this time.

    4.    Due to the representation of Attorneys employed by Nadeau & Associates, Defendants' interests will not be materially prejudiced by Attorney Wanner's withdrawal in this case despite pending motion(s).

WHEREFORE, undersigned counsel requests that this Motion for Withdrawal be Granted.

Dated this _____ day of _____, 2007.

                        /s/ Scott A. Wanner
                        Scott A. Wanner, Esquire
                        Attorney for the Plaintiff
                        Maine Bar No. 9264
                        Normand & Associates
                        15 High Street
                        Manchester, New Hampshire 03101-1628

## CERTIFICATE OF SERVICE

I, Scott A. Wanner, Esquire, hereby certify that on October 30, 2007 I caused a copy of this Motion to Withdraw and proposed Order, to be mailed to Defendant and to Plaintiff by U.S. Mail, postage prepaid, addressed to Plaintiff as follows:

    Leo V. Boyle, Esq.
    Meehan, Boyle, Black & Fitzgerald, PC
    Two Center Plaza, Suite 600
    Boston, MA 02108

    Rubin Honik, Esq.
    Golomb & Honik
    9th Floor
    121 South Broad Street
    Philadelphia, PA 19107

    Jeffery D. Ubersax, Esq.
    Murtha Cullina LLP
    99 High Street, 20th Floor
    Boston, MA 02110-2320

    William F. Ahern, Jr., Esq.
    Clark, Hunt & Embry
    55 Cambridge Parkway
    Cambridge, ME 02142

Dated this 21 day of October, 2007

                                        Scott A. Wanner, Esq.