# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-12137

Suzanne Genereux, et al

v.

American Beryllia Corp., et al

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: SEALED DOCUMENTS 105, 120, 121, 124-128, 138, 139 & (1) Broadbent Deposition Excerpts (2) Reply Memorandum of Defendant Brush Wellman Inc. in Support of Summary Judgment (3) Memorandum of Law in Support of Motion of Defendant Brush Wellman, Inc. for Summary Judgment (4) Appendix of Exhibits to Motion of Defendant Brush Wellman, Inc. for Summary Judgment (5) Defendant Brush Wellman, Inc.'s Statement of Undisputed Facts (6) Claire Balint Desposition Excerpts, (7) Hartford Affidavit and Exhibits (8) Kolanz Deposition Excerpts

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 9, 2007.

Sarah A. Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 11/9/07

_____
Deputy Clerk, US Court of Appeals