## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

USCA Docket Number:

USDC Docket Number : 04-cv-12137

Suzanne Genereux, et al

v.

American Beryllia Corp., et al

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 108, 141, 150

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 16, 2007.

Sarah A. Thornton, Clerk of Court

By: _Paula Zanor_

Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _11/16/07_ .

_Buchard_

Deputy Clerk, US Court of Appeals

- 3/06