UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04-CV-12137 JLT

|  |  |
|---|---|
| SUZANNE GENEREUX and BARRY GENEREUX, Individually and as Parents And Natural Guardians of their minor children, ANGELA GENEREUX and KRISTA GENEREUX,<br>    Plaintiffs<br><br>v.<br><br>AMERICAN BERYLLIA CORP., BRUSH WELLMAN, INC., BRUSH WELLMAN CERAMICS, INC., BRUSH WELLMAN CERAMIC PRODUCTS, INC., HARDRIC LABORATORIES, INC., KYOCERA AMERICA, INC., KYOCERA INDUSTRIAL CERAMICS CORP., and RAYTHEON COMPANY,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL**

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Kindly withdraw my appearance as counsel for the defendant, American Beryllia Corp., with respect to the above-captioned matter.

                                        Respectfully submitted,

                                        **CLARK, HUNT & EMBRY**


                                        ____/s/ Mandi Jo Hanneke_____
                                        Mandi Jo Hanneke   (657349)
                                        55 Cambridge Parkway
                                        Cambridge, MA  02142
                                        (617) 494-1920

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on this 14th day of December, 2007, I caused copies of the foregoing document to be served on counsel to the plaintiffs in this action and on all counsel or representatives for the co-defendants.

/s/ Mandi Jo Hanneke
_____
Mandi Jo Hanneke