UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|                                          |   |                          |
|------------------------------------------|---|--------------------------|
| SUZANNE GENEREUX, et als.,               | ) |                          |
| Plaintiffs                               | ) |                          |
|                                          | ) |                          |
| v.                                       | ) | Case No. 04-CV-12137-JLT |
|                                          | ) |                          |
|                                          | ) |                          |
| BRUSH WELLMAN, INC., et als.,            | ) |                          |
| Defendants                               | ) |                          |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that effective February 29, 2008, the attorney(s) below shall be

operating from their offices at 883 Main Street, Suite 1, Sanford, ME 04073. All

correspondence and communications should be mailed to that address accordingly.

DATED at Wells, Maine this _____ day of February, 2008

DEFENDANT

By: _____
Robert M.A. Nadeau, Esq.
Bar No. 366280
NADEAU & ASSOCIATES
883 Main Street, Suite 1
Sanford, ME 04073
(207) 324-3500

## CERTIFICATE OF SERVICE

I. Robert M.A. Nadeau, Esquire, certify under the penalties of perjury that I mailed a copy of the foregoing Notice of Change of Address, postage prepaid, on the date indicated below, to:

Timothy M. Hudsdon, Esq.
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

Jeffrey D. Ubersax. Esq.
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110-2320

Leo V. Boyle, Esq.
Meehan, Boyle, Black & Fitzgerald, PC
Two Center Plaza, Suite 600
Boston, MA 02108

Rubin Honik, Esq.
Golomb & Honik
9th Floor
121 South Broad Street
Philadelphia. PA 19107

William F. Ahern, Jr., Esq.
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, ME 02142

Date: __ Feb. 27, 2008

By: _____
Robert M.A. Nadeau, Esq.