UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE GENEREUX, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>HARDRIC LABORATORIES, INC.,<br>et al.,<br>    Defendants. | )<br>)<br>)<br>)  C.A. No. 04-12137<br>)<br>)<br>)<br>) |
| ERNEST BETUCCHY, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>RAYTHEON COMPANY,<br>    Defendant. | )<br>)<br>)<br>)  C.A. No. 10-11652<br>)<br>)<br>) |

ORDER

WOLF, D.J.                                                June 7, 2013

It is hereby ORDERED that:

1. Defendant Raytheon Company's Motion for Leave to Have One of Its Experts, Robert J. McCunney, M.D., M.P.H., M.S., Available to Testify on June 12, 2013 (Docket No. 380) is ALLOWED.

2. Plaintiffs' Motion to Preclude the Court from Hearing from any Defense Expert Whose Testimony, Reports, or Opinions Are Not Embodied in the Summary Judgment Record (Docket No. 379) will be decided at the hearing scheduled to begin on June 11, 2013. The court has not yet determined whether it will be

necessary or appropriate to hear expert testimony at the hearing.

```
                                  /s/ Mark L. Wolf
                              UNITED STATES DISTRICT JUDGE
```