UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUZANNE GENEREUX, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | C.A. No. 04-12137 |
| HARDRIC LABORATORIES, INC., | ) | |
| et al., | ) | |
| Defendants. | ) | |
| | | |
| ERNEST BETTUCHY, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 10-11652 |
| | ) | |
| RAYTHEON COMPANY, | ) | |
| Defendant. | ) | |

## JUDGMENT

**WOLF, D. J.**

In accordance with this Court's Memorandum and Order dated June 23, 2012 order (Genereux Docket No. 387, Bettuchy Docket No. 45), it is hereby ORDERED:

Defendant's Motion for Summary Judgment and Request for Oral Argument (Genereux Docket No. 333) is ALLOWED. Therefore, judgment shall enter for the defendant in Genereux and Bettuchy.

By the Court,

**June 24, 2013**         /s/ Daniel C. Hohler
**Date**                           Deputy Clerk

(judge-dis.wpd - 12/98)                                                         [jgm.]